ORIGINAL

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

*[Stamped: NOV 20 2017, S.D. OF N.Y.]*

U.S.
_____
Plaintiff

v.

CHI PING PATRICK HO
_____
Defendant

Case No. 17 MAG. 8611

**APPEARANCE OF COUNSEL** (FOR PRESENTMENT/BAIL)

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHI PING PATRICK HO

Date: 11/20/17

*[Signature]*
Attorney's signature

EDWARD KIM    EK4466
Printed name and bar number

KRIEGER KIM + LEWIN LLP
500 FIFTH AVE., NY, NY 10110
Address

edward.kim@KKLllp.com
E-mail address

212-390-9555
Telephone number

212-390-9551
FAX number