

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2017

**BY EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: DEC 1 9 2017

Re:   *United States v. Chi Ping Patrick Ho,*
      17 Cr. 779 (KBF)

Dear Judge Forrest:

    The Government respectfully submits this letter motion in the above-captioned case. The defendant was indicted yesterday, December 18, 2017. The Government understands, based on discussions with defense counsel and Your Honor's deputy, that the arraignment and initial pretrial conference has been scheduled for January 8, 2018 at 12:00 p.m. The Government respectfully requests that the Court exclude time through January 8, 2018 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to discuss a plan for the production and review of discovery and will permit the Government time to prepare and begin to produce discovery, which is expected to be voluminous. The defendant consents to this request.

So ordered.
Time excluded is the interests of justice for
the reasons stated above, to 1/8/18.

KBF____
USDJ
12/19/17

Honorable Katherine B. Forrest
United States District Judge
December 19, 2017
Page 2

                                                    Respectfully submitted,

                                                    JOON H. KIM
                                                    Acting United States Attorney

                               By:     <u>s/ Douglas S. Zolkind</u>
                                          Daniel C. Richenthal
                                          Douglas S. Zolkind
                                          Thomas McKay
                                          Assistant United States Attorneys
                                          (212) 637-2109/2418/2268

                                                    SANDRA MOSER
                                                    Acting Chief, Fraud Section
                                                    Criminal Division

                               By:     <u>s/ Paul A. Hayden</u>
                                          David A. Last
                                          Paul A. Hayden
                                          Trial Attorneys
                                          (202) 616-5651/353-9370

cc:     (by email)

       Edward Kim, Esq.
       Paul Krieger, Esq.
       Nicholas Lewin, Esq.