# EXHIBIT A

# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

December 1, 2017

<u>By Hand Delivery</u>

Honorable Debra Freeman
Chief U.S. Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Chi Ping Patrick Ho*, 17 Mag. 8611

Dear Judge Freeman:

We represent Dr. Patrick Ho, and we respectfully submit this letter in advance of the bail hearing scheduled for today at 2:15 p.m. in order to: (1) put the allegations against Dr. Ho in the context of his life as a doctor, government official, and non-profit leader; and (2) summarize Dr. Ho's ties to the United States.  At the hearing, we will request that the Court approve a bail package consisting of a one-million-dollar personal recognizance bond, secured by $250,000 and co-signed by five financially responsible persons, with home incarceration and electronic monitoring.[1]  We will also set forth in more detail why these conditions of release will reasonably assure Mr. Ho's appearance at trial.

Dr. Ho is a 68-year-old, internationally recognized public figure with a long and distinguished career in the United States and abroad.  Dr. Ho has worked as an ophthalmologist, a Cabinet-level public official, and, most recently, the leader of a non-governmental organization recognized by the United Nations.

Dr. Ho was educated and trained in the United States.  He moved to this country in 1968, and attended Stetson University, from which he graduated in 1972.  After receiving his medical degree from Vanderbilt University, Dr. Ho spent nearly a decade practicing medicine as an ophthalmologist in the United States, first at Massachusetts Eye and Ear, a teaching hospital of Harvard Medical School, and then in the San Francisco Bay area, as a physician within the Kaiser hospital system.

All told, Dr. Ho lived in the United States for nearly two decades before he returned to Hong Kong in approximately 1984.  There, Dr. Ho continued his work in medicine as a professor at the Chinese University of Hong Kong, where he served as both a professor and, eventually, as head of the Eye Department.  Dr. Ho then entered private practice as a physician in Hong Kong

---

[1] Cheikh Gadio, the co-defendant in this case, was granted a bail package consisting principally of a one-million-dollar personal recognizance bond, co-signed by four financially responsible persons and secured by $250,000 cash or property.  Mr. Gadio also is subject to home incarceration with electronic monitoring.  On appeal, Judge Pauley also added a condition that Mr. Gadio be escorted to and from court appearances by a member of the defense team.

December 1, 2017
Page 2 of 2

and worked in that capacity until his service from 2002 to 2007 as the Secretary for Home Affairs—a Cabinet-level position—in Hong Kong. Upon leaving government service, Dr. Ho began his work helping to lead the China Energy Fund Committee ("CEFC"), a non-governmental organization that has been granted special consultative status by the U.N.

In the course of his work for CEFC, Dr. Ho has traveled with regularity to the United States, often to speak and participate in public events attended by leaders in government and the business community. The itinerary for his most recent travel to the United States this November—which was interrupted by his arrest in this case—is emblematic of the nature of Dr. Ho's work in, and travel to, this country. For instance, Dr. Ho was scheduled to give the opening remarks at a CEFC-sponsored conference at the National Press Club concerning, among other things, U.S.-China relations and energy security, at which numerous public officials, including the former director of the Central Intelligence Agency, were also scheduled to participate. In addition, Dr. Ho was invited to participate in an award presentation at the U.N., at which senior U.N. officials, including the Secretary General, were scheduled to attend. Prior to his return to Hong Kong, Dr. Ho was also to speak at a luncheon concerning energy development in China hosted by the National Arts Club, along with the former Chief Executive Officer of Shell.

During his nearly two decades of residence here and his frequent travel to this country, Dr. Ho has developed meaningful and personal ties to the United States. The strength of these ties is demonstrated in part by the support of Dr. Ho's proposed co-signers, some of whom have known Dr. Ho for over 50 years. Their letters of support are attached for the Court's review.

Dr. Ho's long and distinguished career has been made possible through his hard work, commitment to service, and his reputation. As a public figure recognized by the international community, he has every reason to face the charges in this case, and the proposed bail conditions reasonably assure Dr. Ho's appearance at trial.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: _____
Edward Y. Kim / Paul M. Krieger

Encls.

cc:    AUSA Douglas S. Zolkind
       AUSA Thomas McKay
       AUSA Daniel C. Richenthal
       AUSA Shane T. Stansbury

November 30, 2017

Your Honor,

Patrick and I are from Hong Kong, we first met in 7th grade, and were classmates through graduation. After high school we did our graduate studies in America. My name is Steven Chan, I am an electrical engineer by profession. Since 1980 I have worked in Silicon Valley in various engineering and management positions. I am now retired.

Patrick and I were good friends in high school and our families were in touch with each other while we were studying in Massachusetts. Patrick went on to become an ophthalmologist and eventually moved back to Hong Kong where he became a renowned physician in Hong Kong as well as in Asia. Patrick later went into government and served as one of the highest officials in the Hong Kong government. Though we lived on different continents, we stayed in touch, meeting occasionally when I traveled to Hong Kong or when Patrick stopped by in San Francisco.

Patrick is an exemplary student and physician, he excelled in his professional careers. In the 56 years I have known him, he has always been a good friend, a dependable person and one with great integrity. In view of his conduct and character, I believe he will abide by the conditions of his bail and am willing to serve as cosigner of his bail bond.

Steven Chan

November 30, 2017

Dear Judge:

We met Patrick at Vanderbilt University Medical Center. My husband (John Yap) was pursuing a post-doctoral fellowship in the Neurology Department. I (Lily Chen) was in an Anesthesiology residency. I was assistant professor at Vanderbilt Anesthesiology Department prior to going into private practice in California, at Alta Bates Medical Center, for almost 30 years before retiring in 2011.

We became close friends with Patrick and his wife during the two years (1978- 1980) when he was an Ophthalmology Department resident and chief resident. We have kept in touch since.

The Patrick that we know is a competent, intelligent, ethical, capable and compassionate doctor. He is loyal to his friends, loves his family and we believe in his integrity as a person. We have no reservation in our support for him. We ask that the court release him from detention while he awaits trial. John and I believe and have full confidence that Patrick will abide by the conditions of his bail. We willingly serve as co-signers on his bond.

Regards,
Lily Chen (Yap) and John Yap

November 30, 2017

Your Honor,


This is Joseph Chu currently active in helping others go into their second career in real estate by teaching real estate courses, in addition to still practicing real estate since 1991 as a real estate broker. Prior to that I was working in computer software application ever since graduation from Tulane University A.B. Freeman School of Business, 1973 and St John's University, 1971.

I've known Chi Ping Patrick Ho since Form 1 or Grade 7, in Hong Kong in 1961 at Diocesan Boys' School. After Grade 12, we went to separate schools to pursue different academic interests and later career goals. Since then we have remained in contact and occasionally got together when he was practicing medicine in San Francisco Bay Area. Even after he left for Hong Kong, we still managed to get together with him and other old friends from the High School years here, though less frequently, when he travelled through San Francisco.  Our children grew up here in San Francisco Bay Area and continue to keep in touch in US.

Our friendship continues even we pursue different dreams and ideas in different places. I appreciate the friendship with him and respect his individual interests. Patrick has pride in his work, dignity in his belief and commitment to his words.  With over 50 years of friendship, I trust and believe that he is a person of his words and he will stay here until he works through with US Judicial System to clear his name.

Therefore, I am willing to co-sign on his bail because of my unwavering belief and trust in Patrick Ho to keep his commitment to the bail conditions.


Sincerely,


Joseph Chu

South San Francisco, CA

To: the Honorable Court
From: Peter C Kwok, MD,  (US citizen),  Oakland, Ca
Date: November 28, 2017

This is written in support of Dr. Patrick Chi-ping Ho's bail application.

Now a retired emergency medicine physician, formerly board certified by ABEM (American Board of Emergency Medicine) and Fellow of ACEP (American College of Emergency Physician), I have been in medical practice since graduation from U of Louisville, School of Medicine, 1977, first in Michigan, and then in California for 30+ years until retirement.

Dr. Ho and I grew up as teen-hood best friends, attended the same high school, studied violin under the same teacher, performed on the same stage in string quartets and as members of the same orchestra for years.   Our children grew up together in the San Francisco Bay Area, and are still in touch with each other.

Our respective career paths did take different turns after our college and post-grad professional training days, but throughout the years, we had maintained close contact, not only via phone calls & email messages, but also had enjoyed getting together whenever we could, to catch up, to share our dreams, our beliefs and our ups-and-downs in life.

It is my strong belief that I know Dr. Patrick Ho well, not only as a professional, a close friend, but also as a person.   I therefore have no hesitation to pledge my strongest support, to serve as a co-signer, because of his integrity & trustworthiness I have come to know and appreciate, after our over 50 years of friendship; I deeply believe that he will abide by the conditions of his bail if granted.