```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 9, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA      :
      :      17 Cr. 779 (KBF)
   - v. -      :
      :      ORDER
CHI PING PATRICK HO,      :
      Defendant.      :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 1/8/2018, it is hereby ORDERED as follows:

- Discovery shall be produced on the following schedule:

    a. The initial production of discovery (search warrants, applications for warrants, and corresponding emails) shall be produced not later than 1/15/2018.

    b. Discovery relating to the content of the defendant's email accounts shall be provided on a rolling basis and completed not later than 2/8/2018.

    c. All other email account content discovery shall be produced on a rolling basis and completed not later than 3/2/2018.

    d. The Government shall report to the Court, in writing, on 2/8/2018, as to the status of discovery relating to electronic devices (set forth on the record).

    e. Hard copy items (seized documents, items in the defendant's possession at the time of arrest) are currently available to the defendant. The parties shall coordinate on a schedule for its review.

- f. The parties shall confer and advise the Court, in writing, not later than 2/8/2018, as to whether there will be motion practice or discovery containing classified material.

- The next status conference is scheduled for 2/2/2018, at 1:00 p.m. At that conference the parties shall be prepared to discuss any potential initial motions which may be brought (discovery that has been produced, or otherwise) as well as a schedule for going forward, including setting a trial date.

- Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 1/8/2018 to 2/2/2018. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         January 9, 2018

_____
KATHERINE B. FORREST
United States District Judge