

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2018

**BY ECF and EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Chi Ping Patrick Ho*, 17 Cr. 779 (KBF)

Dear Judge Forrest:

    The Government respectfully submits this letter motion in the above-captioned case. The Government understands, based on discussions with defense counsel and Your Honor's deputy, that the pretrial conference previously scheduled for February 2, 2018 has been adjourned to February 5, 2018. The Court had previously excluded time through February 2, 2018, in the interests of justice, to allow for the production and review of the voluminous discovery in this case and for the consideration of potential motion practice. The Government respectfully requests that the Court exclude the time through February 5, 2018 for the same reasons. The defendant consents to this request.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney

        By:    <u>s/ Thomas McKay</u>
                 Daniel C. Richenthal / Douglas S. Zolkind /
                 Thomas McKay
                 Assistant United States Attorneys

                 SANDRA MOSER
                 Acting Chief, Fraud Section
                 Criminal Division

        By:    <u>s/ Paul A. Hayden</u>
                 David A. Last / Paul A. Hayden
                 Trial Attorneys

cc:    Counsel of Record