|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: January 25, 2018 |

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA       :
:            17 Cr. 779 (KBF)
- v. -       :
:            <u>ORDER</u>
CHI PING PATRICK HO,           :
               Defendant.   :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

      The conference currently scheduled for February 2, 2018 is adjourned to Monday, February 5, 2018, at 1:00 p.m.

      SO ORDERED:

Dated:    New York, New York
           January 25, 2018

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge