17cr779 (KBF)



To: "Edward Kim (KKL)" <Edward.Kim@KKLllp.com>,
Cc:
Bcc:
Subject: RE: Chi Ping Patrick Ho, 17-cr-00779-KBF-1

"Edward Kim (KKL)"    Joe- We just notified the government about thi...    01/26/2018 10:41:59 AM

From:    "Edward Kim (KKL)" <Edward.Kim@KKLllp.com>
To:      "Zolkind, Douglas (USANYS)" <Douglas.Zolkind@usdoj.gov>,
         "Joseph_Pecorino@nysd.uscourts.gov" <Joseph_Pecorino@nysd.uscourts.gov>
Cc:      "Richenthal, Daniel (USANYS)" <Daniel.Richenthal@usdoj.gov>, "McKay, Thomas (USANYS)"
         <Thomas.McKay@usdoj.gov>, "Last, David (CRM)" <David.Last2@usdoj.gov>, "Hayden, Paul
         (CRM)" <Paul.Hayden2@usdoj.gov>, "Paul Krieger (KKL)" <Paul.Krieger@KKLllp.com>,
         "Jonathan Bolz (KKL)" <Jonathan.Bolz@KKLllp.com>
Date:    01/26/2018 10:41 AM
Subject: RE: Chi Ping Patrick Ho, 17-cr-00779-KBF-1

Joe-

We just notified the government about this, but if the Court is able to
accommodate us, we'd also like to take up our bail appeal argument at the next
appearance on February 5.  Thanks.

Ed

Ordered

Post to docket.

KBF, Jo[?]
USDJ
2/5/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2018