```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA     :
          :     17 Cr. 779 (KBF)
   - v. -          :
          :     <u>ORDER</u>
CHI PING PATRICK HO,     :
        Defendant.    :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 2/5/2018, it is hereby ORDERED as follows:

- Motions shall be filed not later than 4/16/2018. Responses are to be filed not later than 5/16/2018. Replies, if any, are to be filed not later than 6/4/2018.

- The next status conference is scheduled for 4/13/2018, at 12:30 p.m. At that time, if the parties believe that a conference is unnecessary, they should inform the Court, in writing, and the conference will be adjourned.

- Trial shall commence on 11/5/2018, at 9:00 a.m., the Court has allocated all trial days up to 12/14/2018

- For the reasons set forth on the record (see transcript), the defendant's application for bail is denied with leave to renew. Detention is continued.

- Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 2/5/2018 to 4/13/2018.

The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED:

Dated:    New York, New York
           February 6, 2018

_____
KATHERINE B. FORREST
United States District Judge