UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE |
| -v.- | : | 17 Cr. 779 (KBF) |
| CHI PING PATRICK HO,<br>  a/k/a "Patrick C.P. Ho,"<br>  a/k/a "He Zhiping," | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

      The United States, through its attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby provides notice to defendant Chi Ping Patrick Ho, a/k/a Patrick C. P. Ho," a/k/a "He Zhiping," and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated: February 8, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: s/ Daniel C. Richenthal
Daniel C. Richenthal
Douglas S. Zolkind
Thomas McKay
Andrew J. DeFilippis
Assistant United States Attorneys
(212) 637-2109/2418/2268/2231

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division

By: s/ David A. Last
David A. Last
Paul A. Hayden
Trial Attorneys
(202) 616-5651/353-9370