

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

Washington, D.C. 20530

FEB 21 2018

The Honorable Katherine B. Forrest
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

          RE:    *United States v. Chi Ping Patrick Ho* (17-cr-00779-KBF-1)

Dear Judge Forrest:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Daniel O. Hartenstine, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case. I also recommend Security Specialists Debra M. Guerrero-Randall, Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker and Winfield S. "Scooter" Slade as alternate Classified Information Security Officers. In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation. Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions please do not hesitate to contact me at (202) 514-2094, or Joan B. Kennedy, Associate Director at (202) 514-9016.

Sincerely,

*James L. Dunlap*
James L. Dunlap
Department Security Officer

So ordered.
KBF.Ju
USDJ
2/26/18

cc: Ruby J. Krajick, Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 2 6 2018