

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2018

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Chi Ping Patrick Ho*,
                17 Cr. 779 (KBF)

Dear Judge Forrest:

      The Government respectfully writes in regard to the conference scheduled for Friday, April 13 at 12:30 p.m. in the above-referenced matter. Because there are no discovery issues or other matters requiring attention at this time, the parties jointly request that this conference be adjourned to a date approximately two months away, and we understand from Your Honor's deputy that the Court is available on June 1, 2018 at 1:00 p.m. The Government further requests that the Court exclude time through June 1, 2018, in the interests of justice, to allow for the continued production and review of discovery, and for the preparation of motions and responses thereto. The defendant consents to this request.

Honorable Katherine B. Forrest
United States District Judge
April 10, 2018
Page 2

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

By:    <u>s/ Douglas S. Zolkind</u>
        Daniel C. Richenthal
        Douglas S. Zolkind
        Thomas McKay
        Assistant United States Attorneys
        (212) 637-2109/2418/2268

        SANDRA MOSER
        Acting Chief, Fraud Section
        Criminal Division

By:    <u>s/ David A. Last</u>
        David A. Last
        Paul A. Hayden
        Trial Attorneys
        (202) 616-5651/353-9370

cc:    (by ECF)

       Counsel of Record