UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : INDEX NO. 17-cr-779 (KBF) |
| v. | : |
| CHI PING PATRICK HO, a/k/a/ "Patrick C.P. Ho," a/k/a/ "He Zhiping," | : **NOTICE OF MOTION** |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Count 1 and Counts 4 through 8 of the Indictment, the Declaration of Katherine M. Wyman, all attached exhibits, and the prior pleadings and proceedings heretofore had herein, defendant Chi Ping Patrick Ho will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined for the Court, for an Order dismissing Counts 1 and Courts 4 through 8 of the Indictment and granting such other and further relief as the Court deems appropriate.

Pursuant to the Order entered February 6, 2018, the United States shall file its response by May 16, 2018, and Defendant shall file his reply by June 4, 2018.

Dated: New York, New York
April 16, 2018

DECHERT LLP

By:    */s/ Benjamin Rosenberg*
      Benjamin E. Rosenberg
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3622
Fax: (212) 698-3599
andrew.levander@dechert.com
benjamin.rosenberg@dechert.com
katherine.wyman@dechert.com

KRIEGER KIM & LEWIN LLP
500 Fifth Avenue
34th Floor
New York, NY 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com
Paul.Krieger@KKLllp.com
Jonathan.Bolz@KKLllp.com
Jon.Bodansky@KKLllp.com

*Attorneys for Chi Ping Patrick Ho*