UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :   No. 17 Cr. 779 (KBF)
            v.                                      :
                                                    :   **NOTICE OF MOTION**
CHI PING PATRICK HO,                                :
    a/k/a/ "Patrick C.P. Ho,"                       :
    a/k/a/ "He Zhiping,"                            :
                                                    :
                              Defendant.            :
                                                    :
--------------------------------------------------- X

       **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of His Motion to Suppress and for Disclosure of FISA Materials, and the prior pleadings and proceedings heretofore had herein, defendant Chi Ping Patrick Ho will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order (1) to suppress any evidence that the Court determines has been unlawfully obtained or derived from electronic surveillance or physical searches purportedly conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801–1812 and 1821–1829; and (2) to disclose to the defense, to the extent appropriate, all FISA applications, orders, and related materials reviewed by the Court.

Pursuant to the schedule set by the Court, the government shall file its opposition by July 14, 2018, and defendant shall file his reply by August 10, 2018.

Dated: New York, New York
April 16, 2018

Respectfully submitted,

By: _____
Edward Y. Kim

KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com
Paul.Krieger@KKLllp.com
Jonathan.Bolz@KKLllp.com
Jon.Bodansky@KKLllp.com

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3622
Fax: (212) 698-3599
andrew.levander@dechert.com
benjamin.rosenberg@dechert.com

*Attorneys for Chi Ping Patrick Ho*