UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                                     :

UNITED STATES OF AMERICA,         :

                                      :           No. 17 Cr. 779 (KBF)
                  v.                         :
                                      :           **NOTICE OF MOTION**

CHI PING PATRICK HO,              :
    a/k/a/ "Patrick C.P. Ho,"        :
    a/k/a/ "He Zhiping,"            :
                                      :
                        Defendant.     :
                                      :
                                      :
------------------------------------------------ X

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of His Motion to Suppress, and the prior pleadings and proceedings heretofore had herein, defendant Chi Ping Patrick Ho ("Dr. Ho") will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order to suppress (1) a post-arrest statement made by Dr. Ho; (2) all evidence obtained from a Huawei cellular telephone recovered from Dr. Ho's luggage; and (3) all of the emails obtained pursuant

to search warrants for certain email accounts issued in this case, and all evidence derived therefrom.

Dated:  New York, New York
        April 16, 2018

Respectfully submitted,

By: _____
    Edward Y. Kim

KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com
Paul.Krieger@KKLllp.com
Jonathan.Bolz@KKLllp.com
Jon.Bodansky@KKLllp.com

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3622
Fax: (212) 698-3599
andrew.levander@dechert.com
benjamin.rosenberg@dechert.com

*Attorneys for Chi Ping Patrick Ho*