UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
           :
UNITED STATES OF AMERICA,        :
           :    No. 17 Cr. 779 (KBF)
      v.           :
           :    **DECLARATION OF**
CHI PING PATRICK HO,           :    **EDWARD Y. KIM IN**
   a/k/a/ "Patrick C.P. Ho,"           :    **SUPPORT OF MOTION TO**
   a/k/a/ "He Zhiping,"           :    **<u>SUPPRESS</u>**
           :
        Defendant.       :
           :
           :
------------------------------------------------ X

      I, Edward Y. Kim, do hereby state and declare as follows:

      1.     I am a partner at the law firm of Krieger Kim & Lewin LLP, counsel for defendant Chi Ping Patrick Ho ("Dr. Ho"). I make this declaration, on personal knowledge, in support of Dr. Ho's Motion to Suppress.

      2.     Attached as Exhibit A is a copy of an Arrest Log prepared in connection with this case.

      3.     Attached as Exhibit B is a copy of a Receipt for Property prepared in connection with this case.

      4.     Attached as Exhibit C is a copy of a Federal Bureau of Investigation 302 form prepared in connection with this case.

      5.     Attached as Exhibit D is a copy of an Advice of Rights form prepared in connection with this case.

      6.     Attached as Exhibit E is a copy of an Application for a Search and Seizure Warrant, as well as an Agent Affidavit in Support of Application for Search and Seizure Warrants, submitted in connection with this case.

- 2 -

7.      Attached as Exhibit F is a copy of a Search and Seizure Warrant issued in connection with this case.

8.      Attached as Exhibit G is a copy of a letter from Edward Y. Kim and others to Daniel C. Richenthal and others, dated March 9, 2018.

9.      Attached as Exhibit H is a copy of a letter from Daniel C. Richenthal and others to Edward Y. Kim and others, dated March 23, 2018.

10.     Attached as Exhibit I is a copy of an Agent Affidavit in Support of Application for a Search Warrant for Stored Electronic Communications submitted in connection with this case.

New York, New York  
April 16, 2018

By: _____  
Edward Y. Kim  
Krieger Kim & Lewin LLP