# Exhibit A

ARREST LOG

SUBJECT: Patrick Ho

ARRESTING AGENTS: Ryan Carey
Thomas McNulty

PLACE OF ARREST: JFK airport - NY

DATE OF ARREST: 11/18/17

TIME OF ARREST: 12:35 pm

TIME ADVISED OF RIGHTS (ORAL X ) (FD-395 X ): _____

ADVISING AGENT: Ryan Carey

TIME SUBJECT SIGNED WAIVER OF RIGHTS: ———

TIME SUBJECT TRANSPORTED TO FBI OFFICE: JFK RA

BEGINNING MILEAGE: _____ ENDING MILEAGE: _____

TIME SUBJECT ARRIVED AT FBI OFFICE: 12:45

TIME SUBJECT FINGERPRINTED AND PHOTOGRAPHED: 12:53 - 1:35

TIME PEDIGREE TAKEN: 12:53 - 1:35

TIME INTERVIEW BEGAN: Arrestee requested Attorney

TIME SIGNED STATEMENT TAKEN: ———

TIME INTERVIEW CONCLUDED: ———

TIME SUBJECT TRANSPORTED FOR HEARING/INCARCERATION: _____

TIME SUBJECT ARRIVED AT COURT/JAIL: _____

PLACE OF INCARCERATION: MCC

SUBJECT TURNED OVER TO CUSTODY OF: BOP

SUBJECT APPEARED BEFORE US MAGISTRATE: ———

RESULT OF HEARING: _____

RECORD OF REQUESTS: _____

_____
SPECIAL AGENT, FBI