# Exhibit B

FD-597 (Rev 8-11-94)                                        Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # **S8D-NY**

On (date) **11/18/2017**

item(s) listed below were:
- [X] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) **Patrick Ho**
(Street Address) **JFK Airport Terminal 8**
(City) **Jamaica, NY**

Description of Item(s): 1 Ecosoc ID; 1 Red leather ID pouch; Plastic Box of Patrick Ho business cards; 6 USB drives; 1 Red Card; 1 Entry/Exit Permit for Taiwan; 1 Huawei Phone [redacted] in leather case.; 1 iPad; 1 grey tote bag w/ misc. journals, Envelope, books; 1 Black Nokia cellphone.

Received By: (Signature)        Received From: (Signature)