# Exhibit C

FD-302 (Rev. 5-8-10)   -1 of 1-



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   12/21/2017

On November 18, 2017, PATRICK HO was arrested by FBI Special Agents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at JFK Airport in Jamaica, New York. Subsequent to being transported to the JFK Resident Agency but prior to being read his Miranda rights, Special Agents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ asked HO for the password to his iPad which had been seized incident to arrest.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ further explained they wanted to unlock the iPad for the purpose of putting it on airplane mode and shutting it off.

HO then agreed and provided the numeric password. Within HO's view, McNulty unlocked the iPad, turned on airplane mode, and then turned off the iPad. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did not attempt to further access the iPad after turning it off.

**UNCLASSIFIED//FOUO**

Investigation on   11/18/2017   at   Jamaica, New York, United States (In Person)

File #   58D-NY-7447157                                      Date drafted   11/18/2017

by   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.