| | | |
|---|---|---|
| Date: 01/11/2018<br>Time: 10:41 AM | Federal Bureau of Prisons<br>TRULINCS<br>Message<br>Sensitive But Unclassified | Facility: NYM |

**Message**

FROM: 76101054 HO, CHI PING P
TO: "Ya Zhang" <yzhang@chinaenergyfund.org>
SUBJECT: RE: RE: Please give me a call as soon as you get i
DATE: 12/11/2017 07:03 AM

Thank you for arranging that.  The related material should be well taken care of also.

Also :  one of the key words I forgot to mention is : "public diplomacy and energy diplomacy in developing countries"

Thanks
-----Zhang, Ya on 12/11/2017 5:36 AM wrote:

>

Your driver, Tommy delivered your violin back home today

CHI PING P HO on 12/10/2017 9:35:44 PM wrote
Just talked to the group in office over the phone.  Warm feeling  that we are altogether.
The law firm is Deckert, their hk branch people will approach the office for support.  they should be accompnaied by people from 23rd floor.  Coordinate with them.

As I said , this is a battle of honor and for clearing the CEFC name.
We will have to make the whole world aware of what we have done, in events, in publications, in research etc.
Get everything out in the open and in the media in Chinese and in English.

You should get : Fong, XG, WK ST and you , should sit together and draw up a list of things to do and articles or presentations to work on, venues to post and publish them, and an overall work plan for the next three months. All these do not need my approval. Have to post my name in the title and the headline.  The purpose is to sell me and CEFC.

Prepare a press release in Chinese and in English:  key words:  public diplomacy, energy diplomacy, helping Chinese enterprises "going Out", in accordance to the Belt and Road Initiative and its spirit.

Thanks for everything.

| | | |
|---|---|---|
| Date: 12/11/2017 | Federal Bureau of Prisons | Facility: NYM |
| Time: 03:05 PM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

## Message

FROM: liuyadong@cefc.co
TO: 76101054 HO, CHI PING P
SUBJECT: RE: Hello
DATE: 11/27/2017 10:36 AM

Dear Mr. Ho,

I will convey your message to SH.

Please rest assured that you have many friends at CEFC, myself included, and we all care a great deal about you. I am glad we have this line of communication open and will make the most of it.  Is there anything I can get you when I come to see you on Friday?  I will see Zhang Ya this morning and will tell her about the form.

Office address is 845 United Nations Plaza, 78B, New York, NY 10017.  My office number is 212 888          and my mobile number is 1 914

More later.

Yadong

CHI PING P HO on 11/26/2017 9:07:19 PM wrote
Dear YD:  in time like this, one just has to count his friends.
I hope that you can play a role in liaising between the parties.
I will never do anything to dishonor my name, my family, my Company CEFC, and my Country.
Please tell SH that we need solidarity most at this time, and cannot be divided.
I look forward to seeing you this Friday for visitation, but I heard that you have also to fill out the form
from this MCC.  will try to get the forms tomorrow from the office and mailo them to you via Trump Tower address, please give me the complete address of Trump Towers.  Please tell ZY to fill out such a form also.
Please continue to correspond with me through emails, the only way I get any news from outside.  Your phoe number will also be very useful, please let me have them.
I am in fighting spirit, and will fight to the end.
Please tell SH , if we are on the same line, with their support, I will fight to the very end.
For it is not only HO who is on trial, it is CEFC, the Company, Country and Chinese values are on trial.
I hope the Gods have been awakened and starts acting.

|  |  |  |
|---|---|---|
| Date: 04/18/2018<br>Time: 09:51 AM | Federal Bureau of Prisons<br>TRULINCS<br>Message<br>Sensitive But Unclassified | Facility: NYM |

**Message**

FROM: 76101054 HO, CHI PING P
TO: "Yu Fung Kwan" <██████@126.com>
SUBJECT: RE: RE: Updated
DATE: 04/13/2018 08:06 PM

Please also ask Fai to keep my personal website updated,  eng and Chi.  Put all my speeches and publications onto it.
Also set up blogs:  such as "Belt and Road by HO"  with all my speeches ppts, articles and publications on OBOR; set one blog up on "Sino-US dialog by HO"  and upload all speeches and ppt.  another blog on "Energy Security by HO"  with all the energy related speeches ppts and publications articles etc.....
Get Fai and Geng to help.  Also teach Phoenix to  assist.  She is smart and capable and learns fast.
This is something the two of you can do really to help me.

Thank you for everything.
My attorney Ed Kim will contact you through this email about other information.

