SUMMARY TRANSLATION

Dec_10_2017_07_03_58_AM

HO tells his old friend UM that the conversation is being recorded and to be careful when speaking.  HO says the following: he will not betray his friends and his country, and he stays strong because he has a sense of mission; "they" are using him to get to the "big tiger", and to discredit "The Belt and Road", but HO will not bend under pressure even if he has to die here; Shanghai made great efforts and hired the best lawyer to join HO's legal team, Shanghai owes the Central Committee of the Communist Party [CCCP], so they do their best to help HO.

HO asks UM to send requests to the CCCP to ask the upper level to get involved, explaining that this will be a hard legal battle, because historically, "they" have won 90 percent of all cases. UM agrees to do his best because they are brothers, and he will do everything to save HO.  HO asks UM not to interfere with what Shanghai is doing, so that there is a two-pronged approach.  UM calls HO a "National Hero", and tells HO to take care of himself.