| | | |
|---|---|---|
| Date: 01/11/2018 | Federal Bureau of Prisons | Facility: NYM |
| Time: 10:41 AM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

**Message**

FROM: 76101054 HO, CHI PING P
TO: "Yadong Liu" <liuyadong@cefc.co>
SUBJECT: RE: RE: update
DATE: 12/12/2017 06:55 PM

YD:  generally the visit is one hour.  but for special reasons, such could be extended to 2 hours upon special approval. I have gotten this approval, but upon your showing proof that you came from a lond distance away.  I shall try to seek a confirmation of your visit thei Friday when the counselor is here tomorrow.

I am thankful that my friends still support me and I wish their good will can be transformed to something that really helps the situation.  Nonetheless, spiritual support is everything that I have got at this time and the only thing left for me to rely on. There are so much to tell you.

It is imperative that we meet this week.
Get your lawyers to seek confirmation from MCC please.
-----Liu, Yadong on 12/12/2017 5:51 PM wrote:

>

Dear Mr. Ho,

I didn't know about the extended visit but will now look into it.  Yes, you can count on me this Friday.  I am surprised that I am still not confirmed for the visit as I mailed the form last Thursday by overnight.

As a said before, a lot of your friends in HK and on the mainland are concerned and have asked various CEFC associates to convey their best wishes to you.  There was one particular gentleman, possibly from HK, who visited CEFC HQ.  Unfortunately the top CEFC people were not in Shanghai that day and one of the staffers received him.  Due to her lack of experience, she didn't get that gentleman's card or his name.  She just remembered him introducing himself by an English first name. I am so sorry for lack of details about this but still want you to know that your friends all care a great deal about you.

Yadong

CHI PING P HO on 12/12/2017 3:35:45 PM wrote
I hope you are on for the visitation this coming Friday.
Will probably get a confirmation sometimes these two days.
Will let you know soonest.
Have also put in a request for an extended visit (2 hours instead of just one)
But you have to show proof that you come from a great distance ( a recent boarding pass from China, or even a Chinese passport!).  I am posting you as a family friend from China.  Please use your Chinese pp.
Visitation is at 5 pm this Friday.
Please confirm from your side.
Lot to discuss.
-----Liu, Yadong on 12/8/2017 3:51 PM wrote:

>

Dear Mr. Ho,

I am so disappointed that I couldn't see you today.  I will talk to the lawyers again and see if I can visit before next Friday.

Take care,

Yadong

CHI PING P HO on 12/7/2017 5:51:29 PM wrote