```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA        :
        :    17 Cr. 779 (KBF)
  - v. -        :
        :    ORDER
CHI PING PATRICK HO,        :
        Defendant.    :
------------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

In connection with the defendant's Motion to Suppress (ECF no. 69), while the Court is not yet persuaded that a suppression hearing is necessary, the parties are advised to hold July 13, 2018, at 2:00 p.m. as a potential date.

SO ORDERED:

Dated:    New York, New York
          May 1, 2018

_____
KATHERINE B. FORREST
United States District Judge