

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3622 Direct
+1 212 698 0495 Fax

May 31, 2018

**VIA EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (KBF)

Dear Judge Forrest:

We represent Dr. Patrick Ho in the above referenced case and respectfully request an adjournment of the conference scheduled for tomorrow, June 1, 2018, at 1:00 pm. We have conferred with the government, which consents to this request.

The reason for the requested adjournment is that the only matter that we or the government intended to bring up at tomorrow's conference was the *Curcio* hearing for Dr. Ho. Dr. Ho has met with his separate and independent counsel, Mr. Weinberg, who would like Dr. Ho to have more time fully to consider the issues that they have discussed.

Dr. Ho therefore respectfully requests that the hearing be postponed until June 11, 2018, subject of course to the Court's availability. (I spoke on the phone with Ariel from your chambers, who indicated that the Court might be available at 1:00 pm on that date.) We do not believe that adjournment to that date would delay other deadlines in the case, and the defendant has no objection to excluding that time under the Speedy Trial Act. The government and Mr. Weinberg have confirmed that they are available on June 11.

Respectfully submitted,

Benjamin E. Rosenberg

cc: Counsel of Record
Rick Weinberg, Esq.