```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :         17 Cr. 779 (KBF)
 - v. - :
 :         ORDER
CHI PING PATRICK HO, :
 :
            Defendant. :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

On June 11, 2018, at the request of the parties, the Court held a hearing with respect to issues pertaining to the representation of defendant Chi Ping Patrick Ho.

After hearing from all parties and special <u>Curcio</u> counsel, the Court determined that no conflict exists and that any potential conflict of interest has been knowingly and voluntarily waived.

Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 6/11/2018 to 7/13/2018. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         June 11, 2018

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge