

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2018

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

       Re:    ***United States v. Chi Ping Patrick Ho,***
               **17 Cr. 779 (KBF)**

Dear Judge Forrest:

       For the reasons stated in its letter submitted *ex parte* and under seal earlier today, the Government respectfully requests that its deadline to complete the production of classified discovery be adjourned to June 29, 2018, and that its deadline to submit its motion pursuant to Section 4 of the Classified Information Procedures Act be adjourned to August 13, 2018.

       The defense has informed the Government that the defense takes no position on the Government's request for an adjournment of its time to move pursuant to CIPA § 4, but reserves the right to petition the Court for relief, including an adjournment, if this delay prejudices its preparations for trial.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                  United States Attorney

By:    s/ Daniel C. Richenthal
         Daniel C. Richenthal/Douglas S. Zolkind
         Thomas McKay/Andrew J. DeFilippis
         Assistant United States Attorneys
         (212) 637-2109/2418/2268/2231

         SANDRA MOSER
         Acting Chief, Fraud Section
         Criminal Division

So ordered,

/KBS. For
US DJ

6/14/18

Honorable Katherine B. Forrest
United States District Judge
June 14, 2018
Page 2

By:     s/ David A. Last
        David A. Last/Paul A. Hayden
        Trial Attorneys
        (202) 616-5651/353-9370

cc:     Defense Counsel (by ECF)