```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :     17 Cr. 779 (LAP)
                                    :
          - v. -                    :     ORDER
                                    :
CHI PING PATRICK HO,                :
                                    :
                    Defendant.      :
------------------------------------X
```

LORETTA A. PRESKA, Senior U.S.D.J.:

IT IS HEREBY ORDERED that a conference shall be held on July 19, 2018 at 2:30 pm in Courtroom 12A.

To the extent counsel wish to be heard on Defendant's motion to dismiss the Indictment and/or Defendant's motion to suppress, argument shall be held at that time.

The Government shall inform the Court by letter prior to the conference of its views on:

1) Defendant's request to inspect the Grand Jury minutes regarding evidence and instructions as to Counts Four and Five (Def. Reply 5-6);

2) Defendant's argument that "given the legal defect in counts Four and Five, count One is also fatally defective because it charges a conspiracy with two objects that are incompatible, and it is impossible to determine from the face of the indictment whether the grand jurors were unanimous as to the sole legally sound object of the conspiracy (to violate § 78dd-2);" and

3) Defendant's argument that "Congress's omission of that "through" language from § 1956(a)(2) means that it was not intended to apply to transfers that are through a U.S. bank."

SO ORDERED.

Dated:    New York, New York
          July 11, 2018

*Loretta A. Preska*
LORETTA A. PRESKA
Senior U.S.D.J.