

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Chi Ping Patrick Ho*,
            17 Cr. 779 (LAP)

Dear Judge Preska:

      For the reasons stated in its letter submitted *ex parte* and under seal earlier today, the Government respectfully requests that its deadline to file its motion pursuant to Section 4 of the Classified Information Procedures Act be adjourned until September 28, 2018.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney

        By:    s/ Daniel C. Richenthal
                 Daniel C. Richenthal/Douglas S. Zolkind
                 Thomas McKay/Andrew J. DeFilippis
                 Assistant United States Attorneys
                 (212) 637-2109/2418/2268/2231

                 SANDRA MOSER
                 Acting Chief, Fraud Section
                 Criminal Division

        By:    s/ David A. Last
                 David A. Last/Paul A. Hayden
                 Trial Attorneys
                 (202) 616-5651/353-9370

cc:     Defense Counsel (by ECF)