

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/18

    Re:    *United States v. Chi Ping Patrick Ho,*
           17 Cr. 779 (LAP)

Dear Judge Preska:

    For the reasons stated in its letter submitted *ex parte* and under seal earlier today, the Government respectfully requests that its deadline to file its motion pursuant to Section 4 of the Classified Information Procedures Act be adjourned until September 28, 2018.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 27, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    s/ Daniel C. Richenthal
       Daniel C. Richenthal/Douglas S. Zolkind
       Thomas McKay/Andrew J. DeFilippis
       Assistant United States Attorneys
       (212) 637-2109/2418/2268/2231

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division

By:    s/ David A. Last
       David A. Last/Paul A. Hayden
       Trial Attorneys
       (202) 616-5651/353-9370

cc:    Defense Counsel (by ECF)