# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

August 10, 2018

By ECF

The Honorable Loretta A. Preska  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

     **Re:** *United States v. Chi Ping Patrick Ho*, **17 Cr. 779 (LAP)**

Dear Judge Preska:

  We represent Dr. Chi Ping Patrick Ho in the above-captioned case. The defense respectfully requests that its deadline to file a reply in support of defendant's Motion to Suppress and for Disclosure of FISA Materials (ECF No. 66) be adjourned from August 10, 2018 to September 28, 2018, which is the current deadline by which the government must file its motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA").

  The defense anticipates submitting its own CIPA filing by that deadline. Accordingly, in the interest of efficiency, the defense requests an extension of the FISA briefing schedule so that it may raise any additional arguments regarding classified materials—including FISA materials—in connection with its CIPA filing.

  The government has no objection to this request.

               Respectfully submitted,  
               KRIEGER KIM & LEWIN LLP

           By: */s/ Edward Y. Kim*  
              Edward Y. Kim  
              Paul M. Krieger  
              Jonathan F. Bolz  
              Jonathan L. Bodansky

cc:  All counsel of record