**MANDATE**

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

1:17-cr-00779-LAP-1

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand eighteen.

Present:  Rosemary S. Pooler,
              Denny Chin,
              Christopher F. Droney,
                 *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 30 2018

United States of America,

        *Appellee*,

        v.

        No. 18-1641-cr

Chi Ping Patrick Ho, AKA Patrick C.P. Ho,

        *Defendant - Appellant*,

Appellant Chi Ping Patrick Ho moves for release from detention on bail pending his criminal trial, pursuant to Fed. R. App. P. 9(a). It is hereby ORDERED that Appellant's motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/30/2018