

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2018

**BY ECF**

The Honorable Loretta A Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Chi Ping Patrick Ho*,
             **17 Cr. 779 (LAP)**

Dear Judge Preska:

      The Government respectfully writes, with the consent of the defendant, to request that
(a) the Government's deadline for the filing of a motion pursuant to Section 4 of the Classified
Information Procedures Act ("CIPA") be adjourned from this Friday, September 28, to
Wednesday, October 3, to permit the Government brief additional time to finalize its motion, and
prepare and assemble related exhibits, and (b) the defendant's deadline for any submission
related to CIPA, which is presently due on the same day, be adjourned on a corresponding basis.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:    s/ Daniel C. Richenthal
        Daniel C. Richenthal/Douglas S. Zolkind
        Andrew J. DeFilippis/Catherine Ghosh
        Assistant United States Attorneys
        (212) 637-2109/2418/2231/1114

        SANDRA MOSER
        Acting Chief, Fraud Section
        Criminal Division

By:    s/ David A. Last
        David A. Last/Paul A. Hayden
        Trial Attorneys
        (202) 616-5651/353-9370

Honorable Loretta A. Preska
United States District Judge
September 24, 2018
Page 2

cc:     (by ECF)

        Counsel of Record