

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2018

**BY ECF**

The Honorable Loretta A Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Chi Ping Patrick Ho,*
           17 Cr. 779 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-25-18

Dear Judge Preska:

    The Government respectfully writes, with the consent of the defendant, to request that (a) the Government's deadline for the filing of a motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") be adjourned from this Friday, September 28, to Wednesday, October 3, to permit the Government brief additional time to finalize its motion, and prepare and assemble related exhibits, and (b) the defendant's deadline for any submission related to CIPA, which is presently due on the same day, be adjourned on a corresponding basis.

                                    Respectfully submitted,

SO ORDERED
/s/ Loretta A. Preska
UNITED STATES DISTRICT JUDGE
9/25/18

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                    By:    s/ Daniel C. Richenthal
                           Daniel C. Richenthal/Douglas S. Zolkind
                           Andrew J. DeFilippis/Catherine Ghosh
                           Assistant United States Attorneys
                           (212) 637-2109/2418/2231/1114

                           SANDRA MOSER
                           Acting Chief, Fraud Section
                           Criminal Division

                  By:    s/ David A. Last
                           David A. Last/Paul A. Hayden
                           Trial Attorneys
                           (202) 616-5651/353-9370

Honorable Loretta A. Preska
United States District Judge
September 24, 2018
Page 2

cc:     (by ECF)

       Counsel of Record