

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2018

**By Email**

Andrew J. Levander, Esq.
Benjamin E. Rosenberg, Esq.
Katherine Wyman, Esq.
Edward Y. Kim, Esq.
Jonathan L. Bodansky, Esq.

      Re:   *United States v. Chi Ping Patrick Ho*,
            17 Cr. 779 (LAP)

Dear Counsel:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, we write to provide notice that the Government may call Gardner W. Walkup, Jr., in the above-referenced case. Specifically, we may call Mr. Walkup at trial to testify regarding standard practices and procedures in the global petroleum industry with a particular focus on Africa, and specifically, Chad and Uganda. Mr. Walkup is expected to testify regarding (1) standard practices and procedures for the allocation of petroleum exploration, development, and production rights or licenses, and (2) standard practices and procedures for private entities seeking to engage in "corporate social responsibility," specifically focused, in part, on making investments and/or donations intended to benefit the people or area of the country in which the entity is doing, or seeking to do, business. We make the following disclosures pursuant to Rule 16(a)(1)(G), and we request expert witness disclosure from you pursuant to Rule 16(b)(1)(C).

      (A)    Qualifications: Mr. Walkup is a Managing Director of Berkeley Research Group, LLC in Washington, D.C. He has served as an executive with global energy firms and as an advisor to corporate management and boards, as well as an energy expert for law firms, industry clients, and regulatory agencies.

      In addition to providing expert testimony and opinion in federal court, Mr. Walkup's expert advisory experience includes significant international litigation and arbitration matters concerning industry practices in mega-project development, offshore operations, and operating/non-operating party industry best practices. In particular, he has provided expert opinion on a criminal fraud matter involving the rights to oil field exploration in Africa. Mr. Walkup started his career at Chevron, where he served as senior reservoir engineer for a 250,000-barrel-a-day oil field in Indonesia led strategic planning and petroleum engineering for a major offshore Gulf of Mexico development, managed a corporate project to improve economic valuation methodologies of large capital projects, and developed novel reservoir-characterization approaches. Mr. Walkup has an M.S. in Petroleum Engineering from Stanford University. Mr. Walkup's testimony would be based on his training, education, and experience as described in

his *curriculum vitae*, a copy of which is enclosed, as well as his review of relevant material, a list of which is also enclosed.

>   (B)     Summary of Expected Testimony:

I. Standard Practices and Procedures for Obtaining Petroleum Rights in Africa

If called as a witness, Mr. Walkup would be expected to testify about the standard practices and procedures for the allocation of petroleum exploration, development, and production rights and licenses globally, with a specific focus on Africa, and in particular Chad and Uganda. Mr. Walkup would be expected to testify that there are generally two approaches followed by governments and the petroleum industry: (1) open or competitive bidding, and (2) open door or direct negotiation. Mr. Walkup would further be expected to testify that open or competitive bidding is generally the most common process throughout the world, including in Africa and involves the host government identifying the petroleum resources it wants explored, developed, or produced and then publicly marketing those resources to encourage petroleum companies (who meet specific technical and financial capabilities) to bid on and compete for licenses to explore, develop, and/or produce those resources. Mr. Walkup is expected to testify that petroleum companies submit sealed bids in response to the government's solicitation that generally contain an offer of an up-front cash payment, a level of work commitment, and an amount they are willing to pay for the license. He is further expected to testify that companies only pay the up-front cash component if they successfully win the open or competitive bidding process. Mr. Walkup is further expected to testify that, by contrast to the open bidding process, the open door or direct negotiation process involves a petroleum company approaching a country and requesting a license to explore, develop, and/or produce. This process involves predefined rules established by the government on who is involved and how to conduct such open door or direct negotiation. He is further expected to testify that open door or direct negotiation often occurs when open or competitive bidding fails.

With respect to Africa, Mr. Walkup is expected to testify that the vast majority of countries employ open bidding processes, but there are some countries that allow direct negotiation. With respect to Chad, Mr. Walkup is expected to testify that Chad utilizes both the open bidding and direct negotiation processes. Mr. Walkup is further expected to testify that the Ministry of Petroleum and Energy ("MPE") is responsible for defining the bidding process. Mr. Walkup is further expected to testify that the open or competitive bidding process is public and generally follows the process as described above with the MPE identifying and marketing the resources and companies submitting sealed bids in response. Mr. Walkup is expected to further testify that when the open door or direct negotiation process is used in Chad, the MPE defines the contract terms and receives the initial application from the petroleum company seeking the license. The MPE is then responsible for negotiating with the petroleum company and is the contract signatory for Chad. Mr. Walkup is further expected to testify that once the MPE and a petroleum company have finalized a contract, that contract is subject to approval by Chad's National Assembly and once approved by the National Assembly the contract is published and the terms are made public.

With respect to Uganda, Mr. Walkup is expected to testify that Uganda utilizes both the open bidding and direct negotiation processes. As it regards the open bidding process, the Minister of Energy and Mineral Development is responsible for identifying and marketing the

resource.  As part of Uganda's effort to attract bidders, the announcement is published in Uganda's national newspaper.  Mr. Walkup is further expected to testify that the direct negotiation process is only allowed in exceptional circumstances, specifically, when no applications or sealed bids are received in response to the open process, when the resources are adjacent to an existing resource, or in the promotion of the national interest of Uganda.  The application process for the direct negotiation process is available on the Minister of Energy and Mineral Development's website.  Once an application is submitted, the Minister of Energy and Mineral Development consults with a technical division within the Ministry and has 180 days to grant or reject the application.

> II. Standard Practices and Procedures for Engaging in Corporate Social Responsibility in Africa

Mr. Walkup is expected to testify that petroleum companies often engage in "corporate social responsibility" or "stakeholder engagement" (hereinafter, "CSR"), especially when operating in less developed nations, including many countries in Africa.  CSR refers to, among other things, private entities making investments and/or donations with the principal purpose of benefiting the people of the country.  By engaging in CSR, companies achieve many important goals, including fostering goodwill among members of the public and government officials, and benefiting the health and wellbeing of the local workforce.  For example, investing in a local clean-water project not only helps to foster goodwill with the community, but also helps to ensure that local employees of the company remain healthy and well-nourished.  CSR also benefits companies by demonstrating to other stakeholders, including investors and members of a company's home country, that the company is focused not only on its bottom-line, but also on contributing to a sustainable environment, fostering friendly relations between countries, and making a positive impact on the communities where they operate.  Mr. Walkup is expected to testify that, for these reasons, petroleum companies operating in Africa, including Chad and Uganda, typically engage in various forms of CSR.

Mr. Walkup is also expected to testify that standard practices and procedures exist for companies wishing to engage in CSR.  These practices and procedures are well-known throughout the global petroleum industry, and exist to create a framework for ensuring that CSR achieves its intended purpose—benefiting the people of the country in which the private entity is operating.  Mr. Walkup would testify that these standard practices and procedures include, among other things:

> (1) Companies generally do not engage in CSR within a foreign country until they have already obtained their contract, license, or permit, or are otherwise engaging in ongoing operations in the country.

> (2) Once a company decides to engage in CSR, the company devotes significant resources to publicizing its initiative, both in the foreign country and at home, so that members of the local community, local government officials, and stakeholders in the home country are aware of the company's charitable efforts.

> (3) In engaging in CSR, companies identify specific projects or organizations to invest in or donate money to.  For example, a company might provide funding for a specific clean-water initiative, or provide funding to build a hospital or a school, or donate

      funds to the Red Cross or Doctors Without Borders.  In any case, the funds are provided directly to the organization implementing the project.

    (C)    <u>Bases and reasons in support of testimony</u>:  The bases and reasons in support of Mr. Walkup's testimony are his training and experience in matters of global energy markets and investment, as well as the relevant material described above.

    Please let us know if you have any questions, or would like to further discuss any of the matters raised above.

               Very truly yours,

               GEOFFREY S. BERMAN
               United States Attorney

By:    <u>s/ Daniel C. Richenthal</u>
        Daniel C. Richenthal
        Douglas S. Zolkind
        Catherine E. Ghosh
        Assistant United States Attorneys
        (212) 637-2109/2418/1114

        SANDRA MOSER
        Acting Chief, Fraud Section
        Criminal Division

By:    <u>s/ Paul A. Hayden</u>
        David A. Last
        Paul A. Hayden
        Trial Attorneys
        (202) 616-5651/353-9370

Enclosures

# Curriculum Vitae



**GARDNER W. WALKUP, JR.**
BERKELEY RESEARCH GROUP, LLC
1800 M Street NW, Second floor
Washington, DC 20036

Direct: 202.478.2301
Cell: 650.544.5363
gwalkup@thinkbrg.com

## SUMMARY

Gardner W. Walkup, Jr. is a global energy executive, innovative strategist, trusted advisor to corporate management and boards, and expert for law firms, industry clients, and governmental agencies. Mr. Walkup is a recognized expert in the valuation and development of oil and gas mega-projects with deep experience in unconventional resource plays, LNG liquefaction and regasification projects, and deepwater projects. He has a deep understanding of the energy value-chain, from land acquisition and exploration through distribution and marketing. He brings a keen understanding of economic, geopolitical, commercial, operational, and technical risks, as well as experience in over 30 countries representing capital investments of more than $300 billion.

As a corporate executive (CSO), Mr. Walkup has chaired an Investment Committee directing overall corporate capital allocation, led the development of a new corporate strategy that drastically narrowed investment focus and reduced costs including the design and implementation of culture change and capability building efforts in response to new strategies and major acquisitions.

Mr. Walkup's expert advisory experience includes global litigation and arbitration matters concerning industry practices in unconventional field development, LNG gas supply, mega-project development, offshore and onshore operations, and operating/non-operating party industry best practices.

Mr. Walkup started his career at Chevron, where he was a senior reservoir engineer for a 250,000-barrel-a-day oil field in Indonesia, led strategic planning and petroleum engineering for a major offshore Gulf of Mexico development, led corporate efforts to improve economic valuation methodologies of large capital projects, and developed novel reservoir-characterization approaches.

## EDUCATION

| | |
|---|---|
| M.S., Petroleum Engineering | Stanford University |
| B.S., Chemical Engineering | University of California, Davis |



**PRESENT EMPLOYMENT**

    Managing Director, Berkeley Research Group, Washington, DC

**PREVIOUS POSITIONS**

    Bridge Energy Partners, Alexandria, VA
    *President,* 2013–2014

    The AES Corporation, Arlington, VA
    *Senior Vice President,* 2010–2013

    IHS CERA, Palo Alto, CA
    *Vice President and Global Managing Director of Consulting,* 2007–2010

    Strategic Decisions Group, Palo Alto, CA (SDG's Energy practice was acquired by IHS CERA)
    *Principal,* 2001–2007

    PricewaterhouseCoopers, Menlo Park, CA
    *Principal,* 1999–2001

    Applied Decision Analysis, Menlo Park, CA (ADA was acquired by PwC)
    *Principal,* 1997–1999

    Chevron Corp., New Orleans, LA; Sumatra, Indonesia; La Habra, CA
    *Senior Petroleum Engineer,* 1984–1997

**PROFESSIONAL MEMBERSHIPS**

    Society of Petroleum Engineers (SPE)
    American Association of Professional Landmen (AAPL)
    Tau Beta Pi



## PROFESSIONAL EXPERIENCE

*Corporate Strategy and Leadership*
As a senior vice president at The AES Corporation, a Fortune 200 global power company with distribution businesses and generation facilities in over 30 countries, Mr. Walkup led the market analysis efforts that led to the development of a new corporate strategy that narrowed investment focus to several core markets with clear competitive advantages versus a prior focus on more than 30 markets. The refocusing yielded a 30 percent reduction in corporate overhead and enabled the company to de-leverage its balance sheet and initiate a dividend.

*Portfolio Management*
Mr. Walkup has chaired a Corporate Investment Committee directing corporate capital allocation. He established a new capital investment stage-gate decision process and a new portfolio management approach to guide long-term capital allocation decisions.

*Post-acquisition Integration and Culture Change*
Mr. Walkup was responsible for creating a single high-performing global consulting team from a group of experts from recently acquired advisory firms (Global Insight, CERA, Janes, JS Herold, etc.) in his role as global managing director of energy and natural resources consulting at IHS.

Additionally, as a member of the Executive Leadership Team at AES, Mr. Walkup was deeply involved in the design and implementation of culture change and capability-building initiatives required to implement a sweeping new corporate strategy.

## Selected Dispute Consulting Experience

*"Macondo" Disaster* – Provided expert opinion and testimony in U.S. Federal Court on the role of non-operating working interest parties in deep-water developments and the likely impacts of penalties being imposed on non-operators.

*International Gas Supply Dispute* – Provided expert opinion and testimony regarding the causes of natural gas shortfalls associated with a long-term natural gas supply agreement in a dispute in the International Centre for Settlements of Investment Disputes ("ICSID") and the Cairo Regional Centre for International Commercial Arbitration ("CRCICA").

*East Africa Exploration* – Provided expert opinion and testimony on a dispute regarding exploration operations in East Africa in the International Chamber of Commerce International Court of Arbitration ("ICC").

*Middle-East Oil Mega-Project Development* – Provided expert opinion regarding the project management plans for the development of an onshore oil project that was cancelled by the host government.

*Asian Unconventional Play* – Provided expert opinion regarding the potential value of an unconventional (CBM) gas play in Asia where the host government revoked the development license.



**Selected Energy and Natural Resource Experience**

*Global M&A*
- Led the buy-side valuation of one the largest global gold mining companies: short and long-term market analysis and the development of mine plans for assets in Africa, South America, Australia and North America

*Africa*
- Angola: LNG, oil export and multiple deepwater developments
- Cameroon: Exploration, oil field development
- Equatorial Guinea: Offshore gas field development, LNG development
- Nigeria: Multiple deepwater developments, LNG development, gas monetization and flare reduction; oil reservoir characterization and management
- South Africa: Market analysis in support of power (coal-fired, wind) business development
- Tanzania: Expert services for dispute between operator and non-operator regarding exploration drilling operations and costs

*Asia*
- China: Market analysis in support of power generation (coal, hydro, wind) investments; Deepwater exploration and development; expert services for unconventional E&P dispute
- India: Market analysis in support of power (coal, wind, solar) and LNG investments
- Indonesia: Reservoir management (primary and EOR); Deepwater field development, LNG development, mature field revitalization, geothermal exploration and development
- Iraq (KRG): Expert services for dispute regarding oil field development
- Jordan: Market analysis for power generation (gas, wind) investments
- Kazakhstan: Sour gas field development (reservoir management and project development), Electricity market analysis.
- Malaysia: Gas field development, LNG development
- Philippines: Market analysis for power generation (coal), Geothermal development
- Russia: Onshore gas field development
- Saudi Arabia: Onshore oil field development; reservoir characterization
- Turkey: Market analysis for power (hydro, gas, coal) business development

*Australia/Oceania*
- Australia: LNG project development (Northwest Shelf and Queensland), CBM reservoir development (Queensland)
- New Zealand: Geothermal development
- Papua New Guinea: Exploration and reservoir characterization

*Europe*
- France: Market analysis for power generation (solar) investments
- Norway: Offshore field developments; Reservoir characterization and management
- Poland: Market analysis for power generation (wind) investments
- UK: Market analysis for power (natural gas, wind) investments, Offshore field developments, Onshore unconventional gas (CBM) development



*North America*
- Canada: Reservoir characterization and management (primary & EOR); Shale gas field developments (British Columbia, Alberta); oil sands field developments, onshore gas field developments (Alberta), offshore gas field development (Nova Scotia), pipeline developments
- Central America and the Caribbean: Market analysis for power generation (hydro, natural gas) & distribution investments
- Mexico: Market analysis for power generation (gas, wind) investments, geothermal development
- United States: Buy-side transaction support and valuation, reservoir characterization and management (primary & EOR); unconventional gas (shale, CBM, tight) field developments (Barnett; Marcellus, Utica, Upper Devonian & Piceance); shale/tight oil field developments (Bakken & Monterey); multiple deepwater Gulf of Mexico field developments; multiple EOR field developments; Arctic field developments; Market analysis and integrated generation resource planning (PJM, MISO, ERCOT, California); geothermal development (California)

*South America*
- Argentina: Market analysis for power generation (coal, natural gas) and LNG investments
- Brazil: Market analysis for power generation (natural gas, hydro, wind) investments, Multiple deepwater field developments
- Chile: Market analysis for power generation (coal, natural gas, hydro) and LNG investments
- Colombia: Market analysis for power generation (natural gas, hydro) and LNG investments
- Venezuela: Heavy oil field development

**SELECTED PUBLICATIONS AND PRESENTATIONS**

- "Oil and Gas Industry Moving Forward", Oil & Gas Monitor, December 2015
- "Hooking Up: Emerging Collaboration Trends in Oil and Gas", Oil & Gas Monitor, May 2015
- "Regulated Utilities Investing in Natural Gas Reserves and Production: Recommendations on How to Avoid the Risks and Capture the Prize" BRG White Paper, April 2015
- "Play to Win: Management Lessons From Silicon Valley Applied to the Unconventional Hydrocarbon Revolution", BRG White Paper, April 2015
- "Oil Prices: How Did We Get Here and Where Are We Going", Oil & Gas Monitor, Jan 2015
- "The Unconventional Revolution", Oil & Gas Monitor, Sept 2015
- "The Role of Natural Gas for Central American Power Sector," presentation at *LNG and Natural Gas in Central America*, Institute of the Americas, Panama City, September 2012
- "Global Reach," *Platts Global Power Markets Conference,* Las Vegas, April 2011
- "Growing Unconventional Gas Outside of North America: Keys to Success," presentation at CERAWeek, Houston, 2010
- "CSG Outside of Queensland", Presentation to QUPEX, Brisbane, Apr 2009
- "Stage-Gate Project Management Process in the Oil and Gas Industry," *Journal of Petroleum Technology*, December 2006
- "The Good, the Bad, and the Ugly of the Stage-Gate Project Management Process in the Oil and Gas Industry" (with Bob Ligon), *SPE 102926 2006 Annual Technical Conference*
- "Choosing an International Strategy," *Oil and Gas Investor*, Hart Energy Publishing, January 2006



- "Realizing the Potential of Real Options Valuation – Keys to Successful Implementation," *Proceedings of Real Options Valuation Conference*, IQPC, September 2003
- "ROV from A to Z," *Proceedings of Real Options Conference*, IQPC, October 2001
- "Case Studies of a Real Option Approach to Asset Valuation in the Petroleum Industry," *SPE 52952 Proceedings of Hydrocarbon Economics and Evaluation Symposium*, March 1999
- "Discovering Real Options in Oil Field Exploration and Development" (with J. Claeys), *SPE 52956 Proceedings of Hydrocarbon Economics and Evaluation Symposium,* March 1999
- "Screening a Reservoir for Horizontal Well Application: A Case Study of the Minas Field" *Proceedings of the International Symposium on Horizontal Well Technology*, 1994
- "Analysis of Pressure Transient Tests for Composite Naturally Fractured Reservoirs" (with J. Kikani), *SPE Formation Evaluation Journal,* June 1991
- "Improving Polymer Injectivity at West Coyote Field" (with P.J. Shuler et al.), *SPE Reservoir Engineering*, August 1987
- "Application of the Parallel Resistance Concept to Well Test Analysis of Multilayered Reservoirs" (with M.J. Mavor), *SPE 15117 Proceedings of the Annual California Regional Meetings*, April 1986
- Characterization of Tracer Retention Processes and Their Effect on Tracer Transport in Fractured Geothermal Reservoirs" (with R. Horne), SPE 13610 March 1985
- "Forecasting Thermal Breakthrough of Reinjected Water Using a Dispersion-Retention Model for Tracer Test Interpretation" (with R. Horne), *Proceedings International Symposium on Geothermal Energy, Geothermal Resource Council*, August 1985

**SELECTED TECHNICAL AND PROFESSIONAL CONTRIBUTIONS**

- 2009 SPE Forum Series: Frontiers of Technology – "Offshore EOR: It's About Time," October 26–31, 2009, La Romana, Dominican Republic
    - Organizing Committee and Session co-chair
- 2007 SPE Annual Technical Conference and Exhibition, November 11–14, 2007, Anaheim, CA
    - Program Committee member and Management Section Committee member
- 2006 SPE Annual Technical Conference and Exhibition, September 24–27, 2006, San Antonio, TX
    - Program Committee member and Management Section chairperson
- 2003 SPE Annual Technical Conference and Exhibition, October 5–8, 2003, Denver, CO
    - Program Committee member and Management Section Committee member
- 2003 SPE ATW (Advanced Technical Workshop) – "The Theory and Art of Asset Valuation: Building a Case for Change," September 14–17, 2003
    - Technical Committee member and Session chair
- 2002 SPE Annual Technical Conference and Exhibition
    - Program Committee member, Education and Professionalism Section Committee member, Session co-chair "Distance Learning and Processes for Technology Transfer"
- 2002 SPE Forum Series: Decision-Driven Asset Development and Management, July 14–19, 2002, Park City, UT
    - Steering Committee and Session chair

G. Walkup – Materials Relied Upon

- General – Licensing Processes
    - Torado, S.: "Countries' Experience with the Allocation of Petroleum Exploration and Production Rights: Strategies and Design Issues", World Bank Working Paper, June 2009.
- Africa – Licensing Processes
    - [http://www.mmaks.co.ug/articles/2017/07/31/state-oil-and-gas-uganda-2017](http://www.mmaks.co.ug/articles/2017/07/31/state-oil-and-gas-uganda-2017)
    - [https://ugandaradionetwork.com/s/govt-statement-on-kingfisher-production-license/](https://ugandaradionetwork.com/s/govt-statement-on-kingfisher-production-license/)
    - [https://af.reuters.com/article/investingNews/idAFJOE89O00P20121025](https://af.reuters.com/article/investingNews/idAFJOE89O00P20121025)
    - [Conducting%20Oil%20&%20Gas%20Activities%20-%20Uganda.PDF](Conducting%20Oil%20&%20Gas%20Activities%20-%20Uganda.PDF)
    - [https://www.reuters.com/article/us-uganda-oil/uganda-signs-oil-exploration-deal-with-australias-armour-energy-idUSKCN1BP1JW](https://www.reuters.com/article/us-uganda-oil/uganda-signs-oil-exploration-deal-with-australias-armour-energy-idUSKCN1BP1JW)
    - [http://www.centurionlawfirm.com/wp-content/uploads/2015/10/GabonEnergyReport_double.pdf](http://www.centurionlawfirm.com/wp-content/uploads/2015/10/GabonEnergyReport_double.pdf)
    - [http://www.developingmarkets.com/sites/default/files/Gabon-upstream.pdf](http://www.developingmarkets.com/sites/default/files/Gabon-upstream.pdf)
    - [https://iclg.com/practice-areas/oil-and-gas-laws-and-regulations/gabon](https://iclg.com/practice-areas/oil-and-gas-laws-and-regulations/gabon)
    - [http://www.nortonrosefulbright.com/knowledge/publications/106039/oil-gas-in-gabon](http://www.nortonrosefulbright.com/knowledge/publications/106039/oil-gas-in-gabon)
    - [https://eiti.org/republic-of-congo](https://eiti.org/republic-of-congo)
    - [https://www.ashurst.com/en/news-and-insights/legal-updates/2016-licensing-round-in-the-republic-of-the-congo-the-clock-is-ticking-for-the-new-petroleum-code/](https://www.ashurst.com/en/news-and-insights/legal-updates/2016-licensing-round-in-the-republic-of-the-congo-the-clock-is-ticking-for-the-new-petroleum-code/)
    - [https://www.energy-pedia.com/news/congo-brazzaville/anglo-african-oil-gas-awarded-new-licence-covering-the-tilapia-oil-field-173014](https://www.energy-pedia.com/news/congo-brazzaville/anglo-african-oil-gas-awarded-new-licence-covering-the-tilapia-oil-field-173014)
    - [http://www.centurionlawfirm.com/wp-content/uploads/2018/05/Centurion_AEF_Congo_Brazzaville_Final.Web_.pdf](http://www.centurionlawfirm.com/wp-content/uploads/2018/05/Centurion_AEF_Congo_Brazzaville_Final.Web_.pdf)
    - [http://www.petroenergy-ep.com/ABOUT%20US.htm](http://www.petroenergy-ep.com/ABOUT%20US.htm)
    - [http://www.mop.gov.sd/page/map](http://www.mop.gov.sd/page/map)
    - [https://www.connaissancedesenergies.org/sites/default/files/pdf-pt-vue/sudan.pdf](https://www.connaissancedesenergies.org/sites/default/files/pdf-pt-vue/sudan.pdf)
    - [http://sudanbidround.com/Pre-Qualification%20Form.pdf](http://sudanbidround.com/Pre-Qualification%20Form.pdf)
    - [http://sudanbidround.com/page.php?mainId=4&subId=4http://www.equatorialoil.com/PDFs%20for%20download/2014%20APPLICATION%20PROCEDURES_Final%20Nov14.pdf](http://sudanbidround.com/page.php?mainId=4&subId=4http://www.equatorialoil.com/PDFs%20for%20download/2014%20APPLICATION%20PROCEDURES_Final%20Nov14.pdf)
    - [http://www.equatorialoil.com/Petroleum_legislation.html](http://www.equatorialoil.com/Petroleum_legislation.html)
    - [http://www.equatorialoil.com/Petroleum_Exploration_history.html](http://www.equatorialoil.com/Petroleum_Exploration_history.html)
    - [https://www.ogj.com/articles/print/volume-115/issue-10c/regular-features/ogj-newsletter.html](https://www.ogj.com/articles/print/volume-115/issue-10c/regular-features/ogj-newsletter.html)
    - [http://egronda2016.com/wp-content/uploads/2016/09/EGRonda2016_Application_Brochure_07.09.2016_REV.pdf](http://egronda2016.com/wp-content/uploads/2016/09/EGRonda2016_Application_Brochure_07.09.2016_REV.pdf)
    - [http://www.tunisiaoilandgas.com/summit-2014/togs-2014-presentations/keynote-session-10/?upf=dl&id=2353](http://www.tunisiaoilandgas.com/summit-2014/togs-2014-presentations/keynote-session-10/?upf=dl&id=2353)
    - [http://www.nortonrosefulbright.com/knowledge/publications/103912/ten-things-to-know-about-oil-and-gas-in-tunisia](http://www.nortonrosefulbright.com/knowledge/publications/103912/ten-things-to-know-about-oil-and-gas-in-tunisia)
    - [https://resourcegovernance.org/blog/five-ways-tunisia%E2%80%99s-new-mining-and-energy-minister-can-maintain-positive-momentum](https://resourcegovernance.org/blog/five-ways-tunisia%E2%80%99s-new-mining-and-energy-minister-can-maintain-positive-momentum)
    - [https://www.irishexaminer.com/business/circle-oil-assets-sold-off-441241.html](https://www.irishexaminer.com/business/circle-oil-assets-sold-off-441241.html)
    - [https://www.energy-pedia.com/news/tunisia/new-157345](https://www.energy-pedia.com/news/tunisia/new-157345)

- o https://www.euro-petrole.com/dno-agreement-for-license-in-tunisia-n-i-5665
  - o "National Oil and Gas Policy for Uganda", Ministry of Energy and Mineral Development, 2008
  - o https://www.energy-pedia.com/news/chad/new-151785
- CRS – General
  - o Thomson, I. and Boutilier, R.G. 2011. Social license to operate. In *SME Mining Engineering Handbook,* ed. Darling, P., 1779–1796. Colorado, US: Society for Mining, Metallurgy and Exploration.
  - o Meehan, Nathan. "Social License To Operate", Society of Petroleum Engineers,
  - o Laking, Steve; McNicoll, Ingeorg. Social License to Operate, Society of Petroleum Engineers
  - o Steve Gunderson, former President and CEO of the Council of Foundations http://www.brensimon.com/difference-between-charity-and-philanthropy/
- CSR - Chad
  - o CHAD/CAMEROON DEVELOPMENT PROJECT PROJECT UPDATE NO. 32 MID-YEAR REPORT 2012, prepared by Esso Exploration and Production Chad Inc.
  - o https://corporate.exxonmobil.com/en/company/worldwide-operations/locations/chad/community/community-engagement
  - o https://cdn.exxonmobil.com/~/media/global/files/chad-cameroon/community_investment_panel.pdf
  - o https://cdn.exxonmobil.com/~/media/global/files/chad-cameroon/eepci_lumap_2014-annual-individual-report.pdf
  - o https://cdn.exxonmobil.com/~/media/global/files/chad-cameroon/28_allchapters.pdf
  - o https://cdn.exxonmobil.com/~/media/global/files/chad-cameroon/chad_cameroon_project_update_37_ye2016_rpt_english.pdf
  - o https://cdn.exxonmobil.com/~/media/global/files/chad-cameroon/supplier_development_panel.pdf
  - o https://cdn.exxonmobil.com/~/media/global/files/chad-cameroon/workforce_development_panel.pdf
  - o http://www.glencore.com/dam:jcr/61aaaf30-3d39-4c2d-a642-0ed8f908b58b/2016-Glencore-Sustainabilty-Report.pdf
  - o http://www.glencore.com/dam/jcr:2a82f1df-32c6-461e-b200-b021d7eac3c6/2017_highlights_interactive_en.pdf
  - o https://www.bloomberg.com/news/articles/2014-04-14/glencore-xstrata-agrees-to-buy-caracal-energy
  - o https://www.ogj.com/articles/2013/06/glencore-to-develop-chads-badila--mangara-oil-fields.html
  - o http://www.glencore.com/ask-glencore/Chad
  - o https://www.cnpc.com.cn/en/Chad/country_index.shtml
- CSR – Uganda
  - o https://www.tullowoil.com/Media/docs/default-source/3_investors/2013-tullow-uganda-country-report.pdf?sfvrsn=4

- https://www.tullowoil.com/operations/east-africa/uganda
- http://ug.total.com/en/total-uganda/better-energy-projects-uganda/total-scholarships-counter-challenge-finding-enough-skilled-talent-new-oil-sector
- http://ug.total.com/en/awango-improving-access-renewable-energy-low-income-communities-uganda
- http://ug.total.com/en/education-programme-develop-local-capacity-and-talent-oil-sector