# EXHIBIT A



THE PRESIDENT
OF THE
GENERAL ASSEMBLY

22 April, 2014

Dear Chairman Ye,

I would like to acknowledge receipt of and convey my sincere appreciation for the generous financial contribution of $50,000.00 (fifty thousand dollars) by the China Energy Fund Committee (CEFC) towards the costs of the administrative operations of the Office of the President of the General Assembly. Your kind contribution will certainly help facilitate the day-to-day operations of my Office and I would ask that you also convey my appreciation to the other members of your Board.

I would also like to thank you for your hospitality and kindness during my recent visit to Hong Kong. Our encounter provided an opportunity to exchange information, views and ideas on the activities of the United Nations General Assembly, particularly as they relate to the ongoing efforts to elaborate a new Development Agenda for the Post-2015 period. It also gave me a chance to learn more about CEFC and its various undertakings.

Sincerely,

*John W. Ashe*

John W. Ashe

Mr. Ye Jianming
Chairman of the Board
China Energy Fund Committee