# EXHIBIT B

| | |
|---|---|
| From: | Cheikh Gadio <​​​​​​​​​​​​> |
| To: | cywong@chinaenergyfund.org <cywong@chinaenergyfund.org> |
| CC: | head head <head@chinaenergyfund.org>;xuhuan@cefc.co <xuhuan@cefc.co>;liwei <liwei@cefc.co>;boubker.gadio@sarata-holding.com <boubker.gadio@sarata-holding.com> |
| Sent: | 12/29/2014 3:58:04 AM |
| Subject: | Re: Signed letter by Mr. Zang Jianjun of China CEFC Energy Company Ltd. |

Good To hear from You! Send my Greetings to Dr. Ho. Happy and blessed new Year to your entire "Africa team" and especially to your CEO!
I suggest that I make a few corrections to the letter and send It back to you by tomorrow! Then have It signed, scan it and email It back To me. This way I CAN make sure it will reach the right person who will hand It over to the President. This scanned letter Will be good enough for the President to send the donation to refugees and other Humanitarian causes as It was agreed on! The original copy will be handed over during our next trip To Chad!

Regarding the "other matters" we are truly eager to hear from your Board decision and actions in order to take our partnership to higher levels. By the way the President has asked me to join him in Ndjamena first week of January to give him assurances that things are on track with CEFC.

Many thanks and cheers!

Sent from my iPhone

On 29 déc. 2014, at 02:34, "cywong@chinaenergyfund.org" <cywong@chinaenergyfund.org> wrote:

Dear Dr. Gadio,

Thank you for your email. Please give me a way or an address so a formal hard copy can be sent to the President.

Dr. Ho has been away till after the new year. The "other matters" have been tabled for the Board Meeting next week before the new year, and you will be duly informed very soon.

Thanks.

Anna


2014-12-27 2:55 GMT+08:00 Cheikh Gadio <​​​​​​​​​​​​>:
GREETINGS. THE PRESIDENCY OF CHAD CALLED ME YESTERDAY. THEY WANT TO KNOW WHAT HAPPENED TO THE LETTER ABOUT THE DONATION?
THANKS

On Thu, Dec 18, 2014 at 10:40 AM, cywong@chinaenergyfund.org <cywong@chinaenergyfund.org> wrote:
Dear Dr. Gadio,

Attached please find the signed letter by Mr. Zang. Please provide an address so I can send the hard copy out. (kindly provide the recipient's name and mobile no. too)

Thanks.
Anna

--
Regards,

Anna Wong
Secretary to Dr. Patrick Ho
Tel: 2655 1689
Fax: 2655 1616
China Energy Fund Committee
Room 3401-08, 34/F, Convention Plaza Office Tower, 1 Harbour Road, Wanchai, Hong Kong


--
Dr. Cheikh Tidiane GADIO,
Ancien ME/MAE
Président de l'IPS (Institut Panafricain de Stratégies)
Cel: (221) 77 574-8703
Work: (221) 33 865-2552



--

USAO_SDNY_00613418