# EXHIBIT C

**From:** Edith Gasana
**To:** Ho P.
**CC:** Sam Kutesa ;張雅
**Sent:** 2/29/2016 1:54:03 AM
**Subject:** Re: Reconnection

Dear Patrick,

Thank you for your quick response and yours and the Chairman's appreciation.

Sam is out of the country for an East African Summit in Arusha - Tanzania but I am sure he will like very much the idea of you and the Chairman attending the inaugural ceremony on May 12th. He will confirm as soon as he comes back on the 5th.

Would it be possible for you to confirm the contribution to his Foundation so that he can launch it not so late after the campaign. It was one of our commitment to job creation for youth in our constituency and as you know, youth are impatient.

I hope and pray that my message finds you well and I am excited to know that we will see you soon in Uganda.

By the way, Barclays Bank is Africa which is represented in 12 different countries (Uganda, Kenya, Tanzania, Botswana, Ghana, Mauritius, Mozambique, Seychelles, South Africa, Zambia, Egypt and Zimbabwe) is soon quoting the Continent The main reason being the South Africa Rand depreciation, mining crisis, and the low price of oil...Considering the growing trade between China and Africa, this is a great opportunity in banking sector in Africa.

Best regards Edith


On Mon, Feb 29, 2016 at 12:01 AM, Ho P. <hocppatrick@gmail.com> wrote:
Dear Edith,

So nice to hear from you and all the good news about your victory in your country.

We have not touched base for so long and have been wondering how have you been doing.

The Chairman and I want to congratulate Sam and your President on the reelection and the popularity of the votes and wish to fortify our relationship
after this long period of waiting.

We want to reconnect and catch up with you and renew our friendship as well as our mutual agreement and committments.

Personally, I think it would be a wonderful gesture if an invitation could be sent to the Chairman to be a VIP guest at the inaugural or similar ceremony when the President
 ascends into a new term, with a note of thanks to the Chairman for the support which he will then make good. This is only my personal suggestion to facilitate the exchange.

With best regards to Sam

Patrick HO (Dr.)

On Wed, Feb 24, 2016 at 2:26 PM, Edith Gasana <edith@mcash.ug> wrote:
Dear Patrick,

Long time! We hope and pray that this message finds you well.

After our one year stay in New York we had a very busy return in Uganda with various obligations and the most demanding was the recently completed campaign for the Presidential and Parliamentary elections which took place on February 18th, 2016

We are happy to share with you our joy of the great victory of our party. The President won with 60,75%.
Sam was unopposed and this was a blessing for us to be free and campaign for the President. We can now relax and reprogram the projects we discussed about with your Chairman when we were in Hong Kong last August.

Sam would like in particular to catch up with you regarding his foundation which he wishes to launch as soon as possible and would appreciate to receive the contribution / donation promised by the Chairman. Please find hereafter the bank details for your consideration:

Account No: ▮▮▮▮▮▮▮6581
Bank Name: STANBIC BANK
Bank Address: Forex Mall Branch
Swift Code: SBICUGKX
Beneficiary Name: Food Security and Sustainable Energy Foundation

We are looking forward to hearing from you soon.

Sam send you his warmest regards

--
Edith G. KUTESA
Chief Executive Officer
Cell:  +1 646 766 0957 (New York)

MCASH OFFICE
AHA Towers
Plot 7 Lourdel Road, Nakasero
P.O.Box 8020 Kampala
Tel : +256 414 599 102
Email: edith@mcash.ug
Website: http://www.mcash.ug



--
Edith G. KUTESA
Chief Executive Officer
Cell:  +1 646 766 0957 (New York)

MCASH OFFICE
AHA Towers
Plot 7 Lourdel Road, Nakasero
P.O.Box 8020 Kampala
Tel : +256 414 599 102
Email: edith@mcash.ug

Website: http://www.mcash.ug

USAO_SDNY_00558346