# Exhibit B

| | |
|---|---|
| **From:** | head head <head@chinaenergyfund.org> |
| **To:** | 張雅 <yzhang@chinaenergyfund.org> |
| **Sent:** | 5/15/2016 2:46:04 AM |
| **Subject:** | Main points of Uganda possibilities |

1) Energy: still some blocks to be licensed out; refinery contracted to RT Global Resources (Russian) Conglomerates, but they need partners; Oil pipe through Tanzania contracted to Total (French ) but they also need partner; Energy Industrial Park can be given to us ( suggest to include real estates, airport, second refinery etc.): other minerals such plutonium; long term wants to build nuclear power: electric grid (transmission power lines worn and have to be replaced)

2) Infrastructures: roads, high speed rails (especially between capital Kampala and Hoima oil refinery), airports

3) Finance: possibility of acquiring Barclay Bank Africa; possibility to introduce RMB based clearing and settlement currency

4) Agriculture: cattle: meat products, hides for leather industry, milk products

5 Tourism: rebuild Uganda Airline, agreed to give us a piece of land by the lake, or an island in the lake to develop into a resort area with hotels, shopping centers, casino, recreation parks, and a China-Town; boosting tourism from China

USAO_SDNY_00623389