# EXHIBIT A

**KRIEGER KIM & LEWIN** LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

September 17, 2018

<u>By E-Mail</u>

Daniel C. Richenthal
Douglas S. Zolkind
Andrew J. DeFilippis
Catherine E. Ghosh
Assistant United States Attorneys
United States Attorney's Office for the Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

David A. Last
Paul A. Hayden
Trial Attorneys
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005

      Re:  **United States v. Chi Ping Patrick Ho**, 17 Cr. 779 (LAP)

Dear Counsel:

  We write on behalf of Dr. Patrick Ho in connection with the above-referenced matter. Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure and the Court's August 29, 2018 order, a summary of the testimony of Professor William C. Kirby is set forth below. We reserve the right to amend or supplement this disclosure as necessary.

              \* \* \*

  Professor Kirby is an expert in contemporary China's business, economic, and political development with a particular focus on international activities. He currently serves as Spangler Family Professor of Business Administration at Harvard Business School and T.M. Chang Professor of China Studies at Harvard University. Before coming to Harvard in 1992, he was Professor of History, Director of Asian Studies, and Dean of University College at Washington University in St. Louis. At Harvard, Professor Kirby has served as Chair of the History Department, Director of the Harvard University Asia Center, Director of the Fairbank Center for Chinese Studies, and Dean of the Faculty of Arts and Sciences. Outside of his work at Harvard, Professor Kirby serves on the Board of Directors of Cabot Corporation; The China Fund, Inc.; The Taiwan Fund, Inc.; the American Council of Learned Societies; and Harvard University

September 17, 2018
Page 2 of 2

Press.  He also serves on the Academic Advisory Council and the Board for Schwarzman Scholars at Tsinghua University.  Professor Kirby's *curriculum vitae* is attached as Exhibit A.

   Professor Kirby's testimony will concern two separate, but related topics.  First, Professor Kirby will provide an overview of China's One Belt, One Road ("OBOR") initiative and the role that Chinese companies play in carrying it out.  We expect that he will describe OBOR as a foreign policy initiative that seeks to export Chinese excess infrastructure capacity, use Chinese state financing for international infrastructure projects, and enhance China's economic and political influence in various regions of the world.  He will discuss the history of OBOR and the motivation behind it, as well as its scope and importance to China.  Professor Kirby will also describe the ways in which Chinese government agencies, state-owned banks, state-owned enterprises, and private companies participate in the implementation of OBOR.

   Second, Professor Kirby will testify regarding the role of CEFC China Energy Company Limited ("CEFC") in the implementation of OBOR.  We anticipate that Professor Kirby will testify that CEFC was closely tied to the Chinese state during the period relevant to this case and participated in promoting the Chinese state's agenda.  Professor Kirby's testimony will be based on publicly available information regarding the structure, history, and financing of CEFC, documents disclosed to the defense by the government in connection with this case, and Professor Kirby's expertise regarding the relationship between the Chinese state and private businesses in China and the structure of the Chinese energy sector.  We expect that Professor Kirby will testify that the close relationship between CEFC and the Chinese state is demonstrated by, *inter alia*, the history of Chinese state monopoly in the energy sector; the lack of transparency and open information about CEFC and its founder, Ye Jianming; the organizational culture and personnel employed by CEFC; and the confluence of interests between CEFC and the Chinese government's clearly articulated international economic policies.

   In connection with his testimony, Professor Kirby has reviewed the sources listed in Exhibit B as well as the documents cited in the complaint.

                     Very truly yours,
                      KRIEGER KIM & LEWIN LLP

             By: _____
                      Edward Y. Kim
                      Paul M. Krieger
                      Jonathan F. Bolz
                      Jonathan L. Bodansky

cc:  Andrew J. Levander, Esq.
    Benjamin E. Rosenberg, Esq.
    Katherine M. Wyman, Esq.
    Kevin Brost, Esq.

**William C. Kirby**
T. M. Chang Professor of China Studies
Spangler Family Professor of Business Administration
Harvard University Distinguished Service Professor
Harvard University
Cambridge, MA  02138
(617) 495-5119, fax (617) 496-2420
*William_Kirby@Harvard.edu*

EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | 1981 | Harvard University | History |
| A.M. | 1974 | Harvard University | History |
| | 1973 | Freie Universität Berlin | History, Political Science |
| A.B. | 1972 | Dartmouth College | History *summa cum laude* |

ACADEMIC POSITIONS

| | |
|---|---|
| 2014- | Faculty Chair, Harvard Center Shanghai |
| 2008- | Spangler Family Professor of Business Administration<br>    Harvard Business School |
| 2008- | T. M. Chang Professor of China Studies<br>    Harvard University |
| 2006- | Harvard University Distinguished Service Professor |
| 2006- | Chairman, Harvard China Fund |
| 2006-2013 | Director, John K. Fairbank Center for Chinese Studies<br>    Harvard University |
| 2006-2008 | Visiting Professor of Business Administration<br>    Harvard Business School |
| 2002-2006 | Dean of the Faculty of Arts and Sciences<br>    Harvard University |
| 1999-2008 | Edith and Benjamin Geisinger Professor of History<br>    Harvard University |
| 1999-2002 | Director, Harvard University Asia Center |

WILLIAM C. KIRBY, page 2

| | |
|---|---|
| 1995-2000 | Chair, Department of History<br>Harvard University |
| 1993-1997 | Chair, Council on East Asian Studies, and<br>Director, National Resource Center for<br>East Asia, Harvard University |
| 1992- | Professor of History, Harvard University |
| 1992- | Member, Harvard University Asia Center Steering Committee |
| 1992- | Member, Harvard University Asia Center Publications Committee |
| 1992- | Member, Harvard University Council on Asian Studies |
| 1988-1992 | Dean, University College, Faculty of Arts and Sciences<br>Washington University |
| 1988-1991 | Director, Asian Studies<br>Co-director, JD/MA Program in Law and Asian<br>Studies, Washington University |
| 1983-1988 | Director, International Affairs Program<br>Washington University |
| 1980-1991 | Assistant Professor to Professor of History,<br>Washington University |

ACADEMIC AWARDS AND HONORS

| | |
|---|---|
| 2016 | Honorary Visiting Professor, Tsinghua University |
| 2011 | Honorary Professorship, Zhejiang University |
| 2011 | Honorary Professorship, East China Normal University |
| 2011 | Honorary Professor, National Chengchi University |
| 2010 | Dr. Phil. Honoris Causa (Honorary Doctorate), The Hong Kong Polytechnic University |
| 2008 | Honorary Professorship, Fudan University, Shanghai |
| 2008 | Honorary Research Professorship, Shanghai Academy of Social Sciences |
| 2008 | Honorary Professorship, Chongqing University |
| 2006 | Dr. Phil. Honoris Causa (Honorary Doctorate) Fachbereich Geschichts- und Kulturwissenschaften Freie Universität Berlin |
| 2006 | Distinguished Faculty Award, Harvard Foundation for Intercultural and Race Relations |
| 2005 | Elected as Fellow, American Academy of Arts and Sciences |

WILLIAM C. KIRBY, page 3

| | |
|---|---|
| 1994-1999 | National Endowment for the Humanities Grant |
| 1996 | Honorary Professorship, Peking University |
| 1994 | Honorary Professorship, Nanjing University |
| 1994-1995 | American Council of Learned Societies Fellowship in Chinese Studies |
| 1993-2000 | Chiang Ching-kuo Foundation Grants |
| 1991 | Distinguished Faculty Award, Washington University |
| 1987 | Research grantee, U.S. National Program for Advanced Study and Research in China |
| 1984-1985 | American Council of Learned Societies Fellowship in Chinese Studies |
| Summer 1983 | National Endowment for the Humanities Grant |
| Summer 1982 | Sloan Foundation History and Technology Grant |
| 1979-1980 | Whiting Fellowship in the Humanities |
| 1977-1978 | Fulbright-Hays Doctoral Dissertation Research Fellowship, Taiwan |
| Summer 1977 | Harvard Center for European Studies Research Grant, Europe |
| Summer 1976 | Harvard History Research Grant, Europe |
| 1975-1976 | National Defense Foreign Language Grants, Chinese |
| 1973-1976 | Harvard University Graduate Fellowships |
| 1972-1973 | Deutscher Akademischer Austauschdienst Fellow, Freie Universität Berlin |
| June 1972 | Phi Beta Kappa, Dartmouth College |


OTHER PROFESSIONAL ACTIVITIES

- Chair, Academic Advisory Council, Schwarzman Scholars Program, 2013-2017
- Director, Board of Directors, Schwarzman Scholars Program, 2018-
- Director, The Taiwan Fund, Inc., 2013-
- Chairman, Board of Directors, The Taiwan Fund, Inc., 2017-
- Director, American Council of Learned Societies, 2013-
- Chair, Board of Directors, American Council of Learned Societies, 2018-
- Director, The Cabot Corporation, 2012-
- Director, The China Fund, Inc., 2008-
- Member, The University Grants Committee, Hong Kong, 2008-2015
- Director, Board of Directors, Harvard University Press, 2000-
- Chair, Board of Directors, Harvard University Press, 2016-
- Member, Board of Visitors, Nelson Rockefeller Center, Dartmouth College, 2003-2013
- Chair, Board of Trustees, Harvard-Yenching Institute, 2002-2008
- General Editor, The Cambridge Modern China Series, Cambridge University Press, 1997-2004
- Member, Editorial Boards, The China Quarterly, Twentieth-Century China, Minguo shi [Republican History]  (Nanjing)
- Visiting Professor, University of Heidelberg, Spring 1995
- Visiting Professor, Freie Universität Berlin, Spring 1996

WILLIAM C. KIRBY, page 4

Visiting Research Associate, Economics Institute, Shanghai Academy of Social Sciences, January-July 1987; Institute of Modern History, Chinese Academy of Social Sciences, Beijing 1985; Institute of Modern History, Academia Sinica, Taiwan 1977-78, 1984-85

COURSES TAUGHT

Doing Business in China (Harvard Business School)
Planning Your Business in China (Harvard Business School)
Immersion Experience Program: China; Current Challenges, Future Opportunities (Harvard Business School)
ChinaX (online program of ten mini-courses on Chinese history and culture under HarvardX)
The Worlds of Business in Modern China
Tradition and Transformation in East Asia:  China
Contemporary China:  The People's Republic and Taiwan
China's Partners:  Sino-Foreign Economic and Cultural Relations
Politics and Development in Modern China
Literature and Politics in Modern China
European Imperialism:  Theory and Practice, 1840-1960
Seminar in History and Technology:  Science and Civilization between China and the West
Methods and Materials for Chinese Studies
Graduate seminars in modern and contemporary Chinese history
Graduate seminars in Qing and Republican documents

CURRENT PROJECTS

The World of Universities in the 21st Century (under contract to Harvard University Press)

Entrepreneurs and the State in Contemporary China

BOOKS

Experiences in Liberal Arts and Science Education from America, Europe, and Asia: A Dialogue Across Continents. Co-edited with Marijk C. van der Wende. (New York: Palgrave Macmillan, 2016).

Can China Lead? Reaching the Limits of Power and Growth. Co-authored with Regina M. Abrami and F. Warren McFarlan. (Cambridge: Harvard Business Review Press, 2014).

The People's Republic of China at 60 –An International Assessment. Editor. (Cambridge: Harvard University, Asia Center, 2011).

WILLIAM C. KIRBY, page 5

Prospects for the Professions in China. Co-edited with William P. Alford and Kenneth Winston. Routledge Studies on Civil Society in Asia. (London: Routledge, 2010).

China and the World:  Internationalization, Internalization, Externalization. (Zhongguo yu shijie: guojihua, neihua yu waihua). Co-edited with Dayong Niu. (Beijing:  Hebei People's Press, 2007.)

Global Conjectures:  China in Transnational Perspective.  Co-edited with Mechthild Leutner and Klaus Mühlhahn.  Berliner China-Hefte, vol. 30.  (Berlin: Lit Verlag, 2006).

The Normalization of U.S.-China Relations:  An International History. Co-edited with Gong Li and Robert Ross.  (Cambridge:  Harvard University Press, 2006.) Also published as Cong jiedong zou xiang jianjiao [From Rapprochement to the Establishment of Sino-American Relations, 1969-1979.]  (Beijing:  Zhongyang wenxian chubanshe, 2004.)

Realms of Freedom in Modern China.  Editor.  Making of Modern Freedom Series, vol. 15. (Stanford: Stanford University Press, 2004.)

State and Economy in Republican China: A Handbook for Scholars. Project director and senior editor.  Co-edited with James Chin Shih, Man-houng Lin, and David A. Pietz.  Two volumes.  (Cambridge:  Harvard Asia Center, 2001).

Germany and Republican China.  (Stanford:  Stanford University Press, 1984).   With new Chinese introduction and translation, published as Deguo yu Zhonghua minguo [Germany and the Republic of China], Chen Qianping, Chen Hongmin, et al., trans. (Nanjing:  Jiangsu renmin chubanshe, 2006).  First translated with new Chinese foreword as Jiang Jieshi yu Nacui Deguo [Chiang Kai-shek and Nazi Germany], Chen Qianping, et al., trans., (Beijing:  Zhongguo qingnian chubanshe, 1994).

Translator, Andreas Hillgruber, Germany and the Two World Wars.  (Cambridge, MA:  Harvard University Press, 1981.)


ARTICLES

"Why Do So Many Chinese Students Come to the United States?" in Jennifer Rudolph and Michael Szonyi, eds., The China Questions: Critical Insights into a Rising Power (Cambridge, MA: Harvard University Press, 2018).

"The Real Reason Uber Is Giving Up in China," Harvard Business Review Online (August 2, 2017).

"Special Issue on New Directions in Liberal Arts and Science Education in Asia," with Marijk C. van der Wende, eds. International Journal of Chinese Education 5, no. 1 (2016)

"China Stands Up: The Wartime Foundations of China's Emergence as a Great Power" with Fangshang Lü, ed. Zhan zheng de li shi yu ji yi [War in History and Memory] (Taipei, 2015).

WILLIAM C. KIRBY, page 6

"China Still Isn't Ready to Be a True Global Leader," with F. Warren McFarlan. <u>Harvard Business Review Online</u> (January 5, 2015).

"Zhongguo shiji? Gaodeng jiaoyu de tiaozhan [The Chinese Century? The Challenges of Higher Education ]." Tsinghua daxue jiaoyu yanjiu [Tsinghua Journal of Education], 35, no. 3 (June 2014): 1-8.

"The Chinese Century?  The Challenges of Higher Education," <u>Daedalus</u> 143 (2) (Spring 2014).

"Lessons of China's Modern History:  A Nation Engaged with the World," in <u>China Since 1644: A History Through Primary Sources</u>  (Boston: Cheng and Tsui, 2014), xiii-xviii.

"Why China Can't Innovate," with Regina M. Abrami and F. Warren McFarlan. <u>Harvard Business Review</u> 92, no 3. (March 2014): 107-111.

"Global Business Across the Taiwan Strait:  The Case of the Taiwan Semiconductor Manufacturing Company Limited," in Wen-hsin Yeh, ed, <u>Mobile Horizons: Dynamics Across the Taiwan Strait</u> (Berkeley: Institute of East Asian Studies, 2013), 178-208.

"Case Study: The Ex-CEO Contemplates a Coup," <u>Harvard Business Review</u> (June 2013).

"Five Challenges China Must Meet by 2034," with Regina M. Abrami, and F. Warren McFarlan, <u>Harvard Business Review Online</u> (November 27, 2013).

"Engineers and the State in Modern China," in William Alford, William C. Kirby, and Kenneth Winston, eds., <u>The Professions in Modern China</u> (London: Routledge, 2010.)

"Youxian de huoban guanxi: 1928 nian zhi 1944 nian Zhongguo yu Deguo, Sulian he Meiguo de guanxi" [Limited Partners: China's Relationships with Germany, the Soviet Union, and the United States, 1928-1944], <u>Shehui kexue yanjiu</u> [Social Science Research] (2010,  no. 3), 138-152.

"Guanyu Zhongguo, Ouzhou, yu Meiguo de daxue" [On the State of Chinese, European, and American Universities]. <u>Zhongguo xueshu</u> [China Scholarship] 7, no. 1 (2009): 186-195.

"China's Republican Century: Leaders and Followers on the Mainland and on Taiwan, 1911-2007," with Lu Fang-shang, ed., <u>Lun Minguo shiqi lingdao qingying</u> [Leadership Elites in Republican China] (Hong Kong: Commercial Press, 2009), 22-32.

"On Chinese, European and American Universities," <u>Daedalus: Journal of the American Academy of Arts and Sciences</u> 137, no. 3 (Summer 2008).

"China's Internationalization in the Early People's Republic:  Dreams of a Socialist World Economy," <u>The China Quarterly</u> (Dec. 2006), 870-890.

"Archives and Histories in Twentieth-Century China," in Francis X. Blouin Jr. and William G. Rosenberg, eds., <u>Archives, Documentation and Institutions of Social Memory</u> (Ann Arbor: University of Michigan Press, 2006).

WILLIAM C. KIRBY, page 7

"When Did China Become China?  Thoughts on the Twentieth Century," in Joshua A. Fogel, ed., The Teleology of the Modern Nation-State (Philadelphia:  University of Pennsylvania Press, 2005), 105-114.

"Introduction," and "The Chinese Party-State under Democracy and Dictatorship on the Mainland and Taiwan," in William Kirby, ed., Realms of Freedom in Modern China (Stanford:  Stanford University Press, 2004), 1-17, 113-138.

"The Two Chinas in the Global Setting: Sino-Soviet and Sino-American Cooperation in the 1950s," in Robert Ross, ed., Re-examining the Cold War: U.S. China Diplomacy, 1954-1973 (Cambridge, MA:  Harvard University Asia Center, 2001), 25-46.

"Images and Realities of Chinese Fascism," in Stein Ugelvik Larsen, ed., Fascism Outside Europe: The European Impulse Against Domestic Conditions In The Diffusion Of Global Fascism (New York:  Columbia University Press, 2001), 233-268.

"Engineering China:  The Origins of the Chinese Developmental State," in Wen-hsin Yeh, ed., Becoming Chinese (Berkeley:  University of California Press, 2000), 137-160.

"The Nationalist Regime and the Chinese Party-State," in Merle Goldman and Andrew Gordon, eds., Contemporary East Asia in Historical Perspective (Cambridge, MA:  Harvard University Press, 2000), 211-237.

"The People's Republic of China as History," Sino-American Relations  25, no.4  (Winter 1999), 12-21; also published in Harvard Asia Quarterly (June 1999).

"The Internationalization of China," The China Quarterly, no. 150 (June 1997), 443-458.  Translated as "Zhongguo de Guojihua:  minguo shidai de duiwai guanxi," Ershiyi shiji [Twenty-first Century] (Hong Kong), no. 44 (Dec. 1997), 33-47.

"Intercultural Connections and Chinese Development:  External and Internal Spheres of Modern China's Foreign Relations," in Frederic Wakeman and Wang Xi, eds., The Modernization of China (Berkeley: Institute for East Asian Studies, 1997), published first in Zhongguo xiandaihua wenti  [Issues of Chinese modernization] (Shanghai:  Fudan daxue chubanshe, 1994), 219-248.

"Chinese-American Relations in Comparative Perspective, 1900-1949," in Warren Cohen and Akira Iriye, eds.,  Pacific Passage: The Study of American East-Asian Relations on the Eve of the Twenty-First Century (New York:  Columbia University Press, 1996), 163-90.

"The Study of Modern China's Foreign Relations:  Trends and Research Agendas," in Mechthild Leutner, ed., Politik, Wirtschaft, Kulter: Studien zu den Deutsch-Chinesischen Beziehungen (Münster:  Lit Verlag, 1996), 385-406.

"China, Unincorporated:  Company Law and Business Enterprise in Twentieth Century China," Journal of Asian Studies 54, no. 1 (February 1995), 43-63.  Reprinted in Capitalism in Asia: Sixty Years of the Journal of Asian Studies, ed. David Ludden  (Ann Arbor: Association for Asian Studies, 2004), 29-50.

WILLIAM C. KIRBY, page 8

"Planning Postwar Taiwan:  Industrial Policy and Nationalist Takeover, 1943-1947," Harvard Studies on Taiwan 1, no. 1 (1995), 286-301.

"Traditions of Centrality, Authority and Management in Modern China's Foreign Relations," in David Shambaugh and Thomas Robinson, eds., Ideas and Interpretations in Chinese Foreign Policy (New York and London:  Oxford University Press, 1994), 13-30,

"Intercultural Contacts and International Relations:  China's Relations with Germany, the Soviet Union and the United States, 1927-1944," in Kuo Heng-yü and Mechthild Leutner, eds., Deutschland und China (München: Minerva, 1994), 225-252.

"The Chinese War Economy:  Mobilization, Control, and Planning in Nationalist China," in Steven I. Levine and James C. Hsiung, eds., China's Bitter Victory:  The War With Japan, 1937-1945 (New York:  M.E. Sharpe, 1992), 185-213.

"Continuity and Change in Modern China:  Chinese Economic Planning on the Mainland and on Taiwan, 1943-1958," Australian Journal of Chinese Affairs 24, (July 1990), 121-41.

"Guomin zhengfu shiqide zhongwai lianhe qiye, jishu zhuanrang yu jishu zuzhi (1928-1949)" [Sino-foreign cooperative enterprises, technology transfer, and technological organization under the Nationalist government (1928-1949)], in Zhongguo jindai jingjishi yanjiu ziliao [Research in modern Chinese economic history (Shanghai)] 9 (1989), 122-42.

"Technocratic Organization and Technological Development in China, 1928-1953," in Denis Fred Simon and Merle Goldman, eds., Science and Technology in Post –Mao China (Cambridge, Mass.:  Harvard University Press, 1989),  23-44.

"Recent American Scholarship on Republican China," co-authored with Stephen C. Averill, in Chitake ni arite [Being nearby:  discussions on modern China (Tokyo)], 16 (November 1989), corrected version 17 in (May 1990) 43-64.   Published also in Zhongguo jindaishi yanjiu tongxun [Research in modern Chinese history (Taipei)] 9 (1990).

"Minguo shiqi Zhongwai jingji jishu hezuo:  Meigo zhanshi shengchan quwentuan huan Hua, 1944-1946," [Sino-foreign economic and technical cooporation in Republican China:  the U.S. war production mission to China, 1944-46] in Zhang Xianwen, et al., eds., Minguo dang'an yu minguo shi xueshu taolunhui lunwenji  [Proceedings of the conference on the archives and history of Republican China] Beijing:  Dang'an chubanshe [Archives Press], 1989).

"Zhonghua minguo shiqide hezi he jishu zhuanrang" [Joint ventures and technological development under the Republic of China] in Zhongwai shehui kexue [Sino-foreign social science] (December 1987).

"Joint Ventures, Technology Transfer and Technocratic Organization in Nationalist China," Republican China 12, no.2 (April 1987).

"Zhongguo zhanhou jihua:  Zhongguo, Meiguo yu zhanhou jingji zhengce" [Planning postwar China:  China, the U.S., and postwar economic strategies, 1941-1948], in Sun Zhongshan

WILLIAM C. KIRBY, page 9

>xiansheng yu jindai Zhongguo xueshu taolunji [Proceedings of the conference on Dr. Sun Yat-sen and modern China], (Taipei: Party Historical Commission of the Kuomintang, 1985 [English edition, 1986]).

>"Technocracy and Politics in Nationalist China," Zhongguo lishi xuehui jikan [Journal of the association for Chinese history], (Taipei: July 1985).

>"Kuomintang China's 'Great Leap Outward': The 1936 Three Year Plan for Industrial Development," in Essays in the History of the Chinese Republic, ed. Center for Asian Studies, University of Illinois (Urbana, 1983).

>"Development Aid or Neo-Imperialism? German Industry in China, 1928-1937," in Bernd Martin, ed., Die deutsche Beraterschaft in China, 1927-1938 (Düsseldorf: Droste, 1981).


HARVARD BUSINESS SCHOOL CASES

>"Yunnan Baiyao: Transforming a Chinese State-Owned Enterprise." Harvard Business School Case 318-078. With Michael Chu, Nancy Hua Dai, and Yuanzhuo Wang. February 2018. (Revised April 2018.)

>"HNA Group: Global Excellence with Chinese Characteristics (B)." Harvard Business School Supplement 318-090. With Yuanzhuo Wang. February 2018. (Revised February 2018.)

>"Wenzhou Kangning Hospital: Changing Mental Healthcare in China (B)." Harvard Business School Supplement 318-077. With Wei Zhang, Yuanzhuo Wang, and Nancy Hua Dai. January 2018. (Revised March 2018.)

>"Wenzhou Kangning Hospital: Changing Mental Healthcare in China." Harvard Business School Case 318-054. With Wei Zhang, Yuanzhuo Wang, and Nancy Hua Dai. January 2018. (Revised March 2018.)

>"Outrageous Ambition: Duke University." Harvard Business School Case 318-043. With Yuanzhuo Wang. November 2017.

>"Public Mission, Private Funding: The University of California, Berkeley." Harvard Business School Case 317-023. With Joycelyn W. Eby. December 2016.

>"Uber in China: Driving in the Gray Zone (B)." Harvard Business School Supplement 317-064. With Yuanzhuo Wang, Shuang L. Frost, and Adam K. Frost. November 2016.

>"Yili Group: Building a Global Dairy Company." Harvard Business School Case 317-003. With Nancy Hua Dai. October 2016.

>"Augustine Heard & Co.: Building a Family Business in the China Trade (A) and (B)." Harvard Business School Teaching Note 317-018. With Joycelyn W. Eby. August 2016.

WILLIAM C. KIRBY, page 10

"Augustine Heard & Co.: Building a Family Business in the China Trade (A)." Harvard Business School Case 316-185. With Joycelyn W. Eby and John S. Ji. June 2016.

"Augustine Heard & Co.: Building a Family Business in the China Trade (B)." Harvard Business School Case 316-186. With Joycelyn W. Eby. June 2016.

"University of Hong Kong: Bridging East and West." Harvard Business School Case 316-068. With Joycelyn W. Eby. June 2016. (Revised January 2017.)

"Agricultural Revolution without a Land Revolution: the Megafarms of CP Group." Harvard Business School Case 316-150. With Nancy Hua Dai. May 2016. (Revised October 2016.)

"Agricultural Revolution without a Land Revolution: the Megafarms of CP Group." Harvard Business School Teaching Note 316-159. With Joycelyn W. Eby. May 2016.

"Uber in China: Driving in the Gray Zone." Harvard Business School Teaching Note 316-158. With Joycelyn W. Eby. March 2016.

"HNA Group: Global Excellence with Chinese Characteristics." Harvard Business School Teaching Note 316-157. With Joycelyn W. Eby. April 2016.

"From Preparatory Academy to National Flagship: The Evolution of Tsinghua University." Harvard Business School Case 316-141. With Joycelyn W. Eby. January 2016. (Revised May 2016.)

"Uber in China: Driving in the Gray Zone." Harvard Business School Case 316-135. With Joycelyn W. Eby, Shuang L. Frost, and Adam K. Frost. January 2016. (Revised November 2016.)

"HNA Group: Global Excellence with Chinese Characteristics." Harvard Business School Case 316-013. With F. Warren McFarlan, and Joycelyn W. Eby. January 2016. (Revised March 2016.)

"Higher Education in China: Internationalization in Turbulent Times." Harvard Business School Background Note 316-066. With Joycelyn W. Eby. October 2015.

"'World-Class' Universities: Rankings and Reputation in Global Higher Education." Harvard Business School Background Note 316-065. With Joycelyn W. Eby. October 2015. (Revised November 2016.)

Kirby, William, and Erica Zendell. "Advanced Leadership Field Perspectives: Shanghai." Harvard Business School Background Note 315-107, March 2015.

"China's Environmental Challenge." Harvard Business School Background Note 315-026. With Nora Bynum, Erica M. Zendell, and Brittany Crow.  October 2014. (Revised November 2014.)

"From Beijing Jeep to ASC Fine Wines: The Story of an American Family Business in China." Harvard Business School Case 314-053. With Erica M. Zendell. 2014

"Teach for China and the Chinese Nonprofit Sector." Harvard Business School Case 314-052. With Erica M. Zendell. 2014

WILLIAM C. KIRBY, page 11

"Wanxiang Group: A Chinese Company's Global Strategy (B)." Harvard Business School Supplement 313-096. With Nancy Hua Dai and Erica M. Zendell.  2013.

"Kunshan, Incorporated: The Making of China's Richest Town." Harvard Business School Case 313-103. With Nora Bynum, Tracy Yuen Manty, and Erica M. Zendell. 2013. (Revised May 2013.)

"The China Entrepreneurs Forum." Harvard Business School Case 312-095. With G.A. Donovan and Tracy Yuen Manty.  2012.

"Taikang Insurance: Standing Out In China's Crowded Insurance Market." Harvard Business School Case 312-109. With Tracy Yuen Manty. 2012.

"Boardroom Battle Behind Bars: Gome Electrical Appliances Holdings—A Corporate Governance Drama." Harvard Business School Case 312-025. With Tracy Yuen Manty. 2012.

"Inner Mongolia Yili Group: China's Pioneering Dairy Brand." Harvard Business School Case 308-052. With Regina M. Abrami, F. Warren McFarlan, and Tracy Yuen Manty.  2011.

"Sealed Air China." Harvard Business School Case 308-051.  With Regina Abrami, F. Warren McFarlan, and Tracy Manty.  2007

"Jiamei Dental: Private Health Care in China." Harvard Business School Case 910-404. With G.A. Donovan.  2011.

"International Agribusiness in China: Charoen Pokphand Group." Harvard Business School Case 910-418. With Michael Shih-ta Chen, Tracy Manty, and Yi Kwan Chu. 2011.

"CP Group: Balancing the Needs of a Family Business with the Needs of a Family of Businesses." Harvard Business School Case 312-059.  With Tracy Yuen Manty.  2011.

"China Mobile's Rural Communications Strategy." Harvard Business School Case 309-034. With F. Warren McFarlan, G.A. Donovan, and Tracy Manty.  2011.

"China Netcom: Corporate Governance in China (A) and (B)." Harvard Business School Teaching Note 311-018. With Regina M. Abrami and F. Warren McFarlan. 2010.

"Myths and Lessons of Modern Chinese History."  Harvard Business School Note 308-065.  With Brittany Crow. 2008.

"Appellation Shanxi: Grace Vineyard." Harvard Business School Case 309-075.  With Michael Chen, Keith Wong, and Tracy Manty.  2009.

"China Mobile's Rural Communications Strategy." Harvard Business School Case 309-034.  With F. Warren McFarlan, G.A. Donovan, and Tracy Manty. 2009.

"A Strait of Uncertainty: Taiwan's Development in the Shadow of China." Harvard Business School Note 909-408.  With J. Megan Greene and Tracy Manty.  2009.

WILLIAM C. KIRBY, page 12

"A Chinese Start-up's Midlife Crisis: 99Sushe.com." Harvard Business School Case 309-060. With F. Warren McFarlan, and Tracy Manty. 2009.

"HNA Group: Moving China's Air Transport Industry in a New Direction." Harvard Business School Case 309-029.  With F. Warren McFarlan and Tracy Manty. 2009.

"Political and Economic History of the People's Republic of China: An Annotated Timeline." Harvard Business School Note 309-073.  With Regina Abrami, Elisabeth Koll, and F. Warren McFarlan. 2009.

"Taiwan Semiconductor Manufacturing Company Limited: A Global Company's China Strategy." Harvard Business School Case 308-057.  With Michael Chen and Keith Wong. 2008.

"Wanxiang Group: A Chinese Company's Global Strategy."  Harvard Business School Case 308-058.  With Regina Abrami, F. Warren McFarlan, Keith Wong, and Tracy Manty.  2008.

"Xi'an International University: The Growth of Private Universities in China." Harvard Business School 309-074.  With Michael Shih-ta Chen, Keith Chi-ho Wong, and Tracy Manty. 2009.

"China Netcom: Corporate Governance in China," Harvard Business School Case 308-027.  With F. Warren McFarlan, Reina Abrami, Ning Xiangdong, and Tracy Manty. 2008.

"Fiyta—The Case of a Chinese Watch Company."  Harvard Business School Case 308-025. With Regina Abrami, F. Warren McFarlan, and Tracy Manty.  2008.

"Gome Electronics: Evolving the Business Model."  Harvard Business School Case 308-026.  With Regina Abrama, F. Warren McFarlan, and Tracy Manty. 2008.

"The Challenges of Launching a Start-up in China: Dorm99.com." Harvard Business School Case 307-075. With F. Warren McFarlan and Tracy Manty. 2007.

"Esquel Group: Integrating Business Strategy with Society to Create Competitive Advantage." With F. Warren McFarlan and Tracy Manty.  Harvard Business School Case 307-076.  2007.

"Li & Fung 2006." Harvard Business School Case 307-077. With F. Warren McFarlan and Tracy Manty.  2007.


UNIVERSITY SERVICE

Harvard University

Faculty Chair, Harvard Center Shanghai, 2013-
Faculty Co-Chair, Harvard Advanced Leadership Initiative, 2013-2018
Chair, Executive Committee, Fairbank Center for Chinese Studies, 2006-2013
Chair, Steering Committee, Harvard China Fund, 2006-

WILLIAM C. KIRBY, page 13

    Chair (ex officio), Faculty Council, 2002-2006
    Chair (ex officio), Standing Committee on the Core Program, 2002-2006
    Chair (ex officio), Educational Policy Committee, 2002-2006
    Chair (ex officio), FAS Resources Committee, 2002-2006
    Chair (ex officio), Committee on General Education, 2004-2006
    Chair (ex officio), Steering Committee of the Harvard College Curricular Review, 2003-2006
    Board of Syndics, Harvard University Press, 1998-2002
    Committee on Out-of-Residence Study, 2000-2003
    Governance Committee, Center for Government and International Studies, 2000-2002
    Executive Committee, Weatherhead Center for International Affairs, 1999-
    Provost's Advisory Committees on Inter-Faculty/International Initiatives, 1999-2002
    Faculty of Arts and Sciences International Studies Committee, (Co-chair), 1998-2001
    Council on East Asian Studies (Chair), 1993-97
    Steering and Executive Committees, Harvard University Asia Center, 1997-2002
    Publications Committee, Harvard University Asia Center, 1997-
    Executive Committee, Fairbank Center for East Asian Research, 1992-2002
    Executive Committee, History Department, 1993-2000
    Planning Committee, History Department, 1993-2002
    Committee on the Ph.D. in History & East Asian Languages, 1992-
    Committee on the A.M. in Regional Studies – East Asia, 1992-
    Committee on the A.B. in East Asian Studies, 1994-
    Committee on Non-Departmental Instruction, 1993-96
    Library Committee, Faculty of Arts & Sciences, 1992-95
    Search Committee, Harvard College Librarian (Chair), 1995-96

Washington University

    Academic Planning Committee (ex officio), 1988-92
    Committee on Tenure, Promotion, and Personnel (ex officio), 1988-92
    Faculty Council (ex officio), 1988-92
    Asian Studies Committee, 1981-1991

## Source List

*中国华信叶简明被查复杂政商关系网起底*, Caixin, Mar. 1, 2018, http://companies.caixin.com/2018-03-01/101215246.html.

Alexandra Stevenson, *Hard-Charging Chinese Energy Tycoon Falls from Xi Government's Graces*, N.Y. Times, Mar. 14, 2018, https://www.nytimes.com/2018/03/14/business/china-cefc-investigation.html.

Alfred Cang & Aibing Guo, *Why an Enigmatic Chinese Company Just Spent $9 Billion on a Stake in Rosneft*, Bloomberg, Oct. 3, 2017, https://www.bloomberg.com/news/articles/2017-10-02/why-cefc-spent-9-billion-on-rosneft-while-seeing-30-oil-risk.

Andrew Chubb, *Caixin's Investigation of CEFC and Chairman Ye Jianming*, South Sea Conversations, Mar. 29, 2018, https://southseaconversations.wordpress.com/2018/03/29/caixins-investigation-of-cefc-and-chairman-ye-jianming.

Anjani Trivedi & Julie Steinberg, *How China's Acquisitive HNA Group Fell from Favor*, Wall St. J., Nov. 19, 2017, https://www.wsj.com/articles/how-chinas-acquisitive-hna-group-fell-from-favor-1511118961.

Arash Massoudi & Lucy Hornby, *China's HNA Reveals Ownership Details after U.S. Stake Transfer*, Fin. Times, July 24, 2017, https://www.ft.com/content/14a8ab20-706e-11e7-aca6-c6bd07df1a3c.

Barry Naughton, *The Chinese Economy: Transitions and Growth* (2006).

Barry Naughton, *The Transformation of the State Sector: SASAC, the Market Economy, and the New National Champions*, in *State Capitalism, Institutional Adaptation, and the Chinese Miracle* (Barry Naughton & Kellee S. Tsai eds., 2015).

Chen Aizhu & Jan Lopatka, *China's CEFC Has Big Ambitions, but Little Known about Ownership, Funding*, Reuters, Jan. 12, 2017, https://www.reuters.com/article/us-cefc-china/chinas-cefc-has-big-ambitions-but-little-known-about-ownership-funding-idUSKBN14X0B5.

*China's Belt and Road Initiative: Changing the Rules of Globalization* (Wenxian Zhang, Ilan Alon & Christoph Lattemann eds., 2018).

Christopher Balding, *China Takes on State-Owned Firms*, Bloomberg, Aug. 10, 2017, https://www.bloomberg.com/view/articles/2017-08-10/china-takes-on-state-owned-firms.

David Barboza, Marc Santora & Alexandra Stevenson, *China Seeks Influence in Europe, One Business Deal at a Time*, N.Y. Times, Aug. 12, 2018, https://www.nytimes.com/2018/08/12/business/china-influence-europe-czech-republic.html.

Gabriel Wildau, *China Cautiously Embraces Privatisation of State-Owned Enterprises*, Fin. Times, Sept. 25, 2015, https://www.ft.com/content/69253d76-633c-11e5-97e9-7f0bf5e7177b.

Gabriel Wildau, *China Rejects Singapore Model for State-Owned Enterprise Reform*, Fin. Times, July 20, 2017, https://www.ft.com/content/21e99a38-6d08-11e7-bfeb-33fe0c5b7eaa.

*Jianming Ye: Executive Profile & Biography*, Bloomberg, https://www.bloomberg.com/research/stocks/private/person.asp?personId=145798346&privcapId=275515786.

Kane Wu & Sumeet Chatterjee, *Exclusive: China's Belt and Road Acquisitions Surge Despite Outbound Capital Crackdown*, Reuters, Aug. 15, 2017, https://www.reuters.com/article/us-china-m-a/exclusive-chinas-belt-and-road-acquisitions-surge-despite-outbound-capital-crackdown-idUSKCN1AW00K.

Lei Zou, *The Political Economy of China's Belt and Road Initiative* (2018).

Lucy Hornby & Don Weinland, *Opaque Chinese Oil Group Makes Clear Gains in Former Soviet Bloc*, Fin. Times, Sept. 13, 2017, https://www.ft.com/content/e3f8cbd2-983f-11e7-a652-cde3f882dd7b.

Lucy Hornby, Yuan Yang & Gabriel Wildau, *Big China Companies Targeted over "Systemic Risk"*, Fin. Times, June 23, 2017, https://www.ft.com/content/23c8ba54-5710-11e7-9fed-c19e2700005f.

Michael Forsythe & Alexandra Stevenson, *Behind an $18 Billion Donation to a New York Charity, a Shadowy Chinese Conglomerate*, N.Y. Times, July 26, 2017, https://www.nytimes.com/2017/07/26/business/hna-group-billion-donation-new-york-charity.html.

Noel King, *Why a Chinese Company Invested Billions of Dollars in the U.S.*, NPR, Nov. 2, 2017, https://www.npr.org/2017/11/02/561671224/why-a-chinese-company-invested-billions-of-dollars-in-the-u-s.

*Reform of China's Ailing State-Owned Firms Is Emboldening Them*, Economist, July 22, 2017, https://www.economist.com/news/finance-and-economics/21725293-outperformed-private-firms-they-are-no-longer-shrinking-share-overall.

Scott Cendrowski, *The Unusual Journey of China's Newest Oil Baron*, Fortune, Sept. 28, 2016, http://fortune.com/2016/09/28/cefc-ye-jianming-40-under-40.

Tai Wei Lim, Henry Chan, Katherine Tseng & Wen Xin Lim, *China's One Belt One Road Initiative* (2016).

*The Secretive China Energy Giant that Faces Scrutiny*, Bloomberg, Mar. 28, 2018, https://www.bloomberg.com/news/articles/2018-03-12/the-secretive-china-energy-giant-that-faces-scrutiny-quicktake.

Tom Hancock, *China Encircles the World with One Belt, One Road Strategy*, Fin. Times, May 3, 2017, https://www.ft.com/content/0714074a-0334-11e7-aa5b-6bb07f5c8e12.

Tom Hancock, *China Nationalises Troubled Conglomerate Anbang*, Fin. Times, June 22, 2018, https://www.ft.com/content/279318d4-75fd-11e8-b326-75a27d27ea5f.

Vivienne Walt, *You've Never Heard of HNA Group. Here's Why You Will*, Fortune, July 24, 2017, http://fortune.com/2017/07/24/fortune-global-500-hna-group-china.

*Who Owns HNA, China's Most Aggressive Dealmaker?*, Fin. Times, June 2, 2017, https://www.ft.com/content/8acfe40e-410b-11e7-9d56-25f963e998b2.