

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Chi Ping Patrick Ho*,
              17 Cr. 779 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter motion requesting that Your Honor allow the Government to arrange for the provision of secure high-speed wired Internet access in the courtroom in connection with trial in the above-captioned matter. The secure Internet connection will enable the Government trial team to stay connected to our online case repository and resources in the office during the proceedings. This will greatly facilitate the effective and efficient presentation of evidence. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

      Subject to Your Honor's approval, we will retain Courtroom Connect, a Southern District of New York contracted vendor, to provide these services. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the court's internal network. Set up, installation, and service fees will be paid for by the Government at no cost to the court.

      The following summarizes the Government's understanding of how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.
- Onsite support, maintenance, and other measures are provided to ensure security and reliability.
- The network is separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

      Courtroom Connect will make all necessary arrangements with the court's District Executive office and computer networking personnel.

Honorable Loretta A. Preska
United States District Judge
November 13, 2018
Page 2

    If Your Honor is agreeable to this arrangement, the Government respectfully requests that you sign the enclosed order.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

By:      s/ Daniel C. Richenthal
           Daniel C. Richenthal
           Douglas S. Zolkind
           Catherine E. Ghosh
           Assistant United States Attorneys
           (212) 637-2109/2418/1114

           SANDRA MOSER
           Acting Chief, Fraud Section
           Criminal Division

By:      s/ Paul A. Hayden
           Paul A. Hayden
           Trial Attorney
           (202) 353-9370

Enclosure

cc:      (by ECF)

        Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -v.- | :    17 Cr. 779 (LAP) |
| CHI PING PATRICK HO,<br>  a/k/a "Patrick C.P. Ho,"<br>  a/k/a "He Zhiping," | : <br><br>: |
| Defendant. | : |

-------------------------------------------------------------x

At the request of the Government, IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States* v. *Chi Ping Patrick Ho*, 17 Cr. 779 (LAP), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Monday, November 26, 2018. Courtroom Connect should make proper arrangements with the District Executive Office of the court and the official court reporter.

  Dated:  November ___, 2018
           New York, New York

                                                  SO ORDERED:

                                                  _____
                                                  LORETTA A. PRESKA
                                                  SENIOR UNITED STATES DISTRICT JUDGE