

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3622 Direct
+1 212 698 0495 Fax

November 30, 2018

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Dear Judge Preska:

I am writing to submit Defendant Chi Ping Patrick Ho's Proposed Request to Charge regarding the summary charts admitted into evidence.  The Proposed Request is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Benjamin E. Rosenberg*

Benjamin E. Rosenberg

Enclosure