# EXHIBIT A

## REQUEST NO. __

## SUMMARY CHARTS

The government has presented exhibits in the form of summary charts. These charts were shown to you in order to aid you in considering the evidence on which they are based.  They are not themselves independent evidence. Therefore, you are to give no greater consideration to these summary charts than you would give to the evidence upon which they are based.

It is for you to decide whether the summary charts correctly present the information contained in the exhibits on which they were based. You are entitled to consider the summary charts if you find that they are of assistance to you in analyzing and understanding the evidence.

Adapted from Sand *et al.*, *Modern Federal Jury Instructions*, 5-13.