UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA         :

    -v.-                             :      17 Cr. 779 (LAP)

CHI PING PATRICK HO,              :
    a/k/a "Patrick C.P. Ho,"
    a/k/a "He Zhiping,"              :

            Defendant.          :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-11-18

## VERDICT FORM

**Please indicate your verdicts with a check mark:**

### COUNT ONE
(Conspiracy to Violate the Foreign Corrupt Practices Act)

Guilty __✗__          Not Guilty _____

### COUNT TWO
(Violating the Foreign Corrupt Practices Act - Domestic Concern – Chad Scheme)

Guilty __✗__          Not Guilty _____

### COUNT THREE
(Violating the Foreign Corrupt Practices Act - Domestic Concern – Uganda Scheme)

Guilty __✗__          Not Guilty _____

### COUNT FOUR
(Violating the Foreign Corrupt Practices Act - Acts in the Territory of the United States – Chad Scheme)

Guilty __✗__          Not Guilty _____

### COUNT FIVE
(Violating the Foreign Corrupt Practices Act - Acts in the Territory of the United States – Uganda Scheme)

Guilty __X__                    Not Guilty _____

### COUNT SIX
(Conspiracy to Commit Money Laundering)

Guilty __X__                    Not Guilty _____

### COUNT SEVEN
(Money Laundering – Chad Scheme)

Guilty _____                    Not Guilty __X__

### COUNT EIGHT
(Money Laundering – Uganda Scheme)

Guilty __X__                    Not Guilty _____

Please sign the form and notify the Marshal that you have reached a verdict.

_____          12/5/18
FOREPERSON                      DATE

*[Handwritten top right: Ct Ex 10 / Received: 12/5/18 2:13pm]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA              :

    -v.-                                         :       17 Cr. 779 (LAP)

CHI PING PATRICK HO,                       :
    a/k/a "Patrick C.P. Ho,"
    a/k/a "He Zhiping,"                    :

        Defendant.                     :

------------------------------------------------------------x

*[Handwritten to the right: "Ladies and Gentlemen, The bracketed questions are summarized at pp 29-31 of the Charge — Judge Preska"]*

## VERDICT FORM

**Please indicate your verdicts with a check mark:**

### COUNT ONE
(Conspiracy to Violate the Foreign Corrupt Practices Act)

Guilty __X__                        Not Guilty _____

If you find the defendant guilty of Count 1 (Conspiracy), please identify below the object or objects of the conspiracy on which you all agree (select as many as you agree on):

    __X__ Violating the Foreign Corrupt Practices Act (FCPA)
          (Domestic Concern)

    __X__ Violating the Foreign Corrupt Practices Act (FCPA)
          (Acts in the Territory of the United States)

### COUNT TWO
(Violating the Foreign Corrupt Practices Act – Domestic Concern – Chad Scheme)

Guilty _____                      Not Guilty _____

*[Handwritten bottom: FOREMAN: (signature)  12/5/18]*

1 of 3