

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3622  Direct
+1 212 698 0495  Fax

December 18, 2018

**VIA ECF**

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007-1312

      **Re:**    *United States v. Chi Ping Patrick Ho*, **17 Cr. 779 (LAP)**

Dear Judge Preska:

In order to preserve all arguments as to the sufficiency of the evidence to convict Dr. Ho, we hereby move pursuant to Rule 29(c) for a judgment of acquittal on all counts of which Dr. Ho was convicted.

Respectfully,

*/s/ Benjamin E. Rosenberg*
   Benjamin E. Rosenberg

cc:    All counsel of record