



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3622  Direct
+1 212 698 0495  Fax

December 18, 2018

VIA ECF

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007-1312

Re:   *United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Dear Judge Preska:

In order to preserve all arguments as to the sufficiency of the evidence to convict Dr. Ho, we hereby move pursuant to Rule 29(c) for a judgment of acquittal on all counts of which Dr. Ho was convicted.

Respectfully,

*/s/ Benjamin E. Rosenberg*
     Benjamin E. Rosenberg

cc:   All counsel of record

Denied

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/19/18