

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2019

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street
New York, NY 10007

    Re:    *United States v. Chi Ping Patrick Ho*,
                  17 Cr. 779 (LAP)

Dear Judge Preska:

    On behalf of both parties in the above-captioned matter, the Government respectfully writes to request that (a) sentencing be adjourned from March 14, 2019 to March 25, 2019, at 11:30 a.m., a date and time that the parties understand work for the Court, and (b) the Court so-order the following corresponding schedule for the filing of sentencing submissions: defense submission to be filed on or before March 11, 2019, Government submission to be filed on or before March 18, 2019.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                  United States Attorney

           By:    s/ Daniel C. Richenthal
                  Daniel C. Richenthal/Douglas S. Zolkind/
                  Catherine E. Ghosh
                  Assistant United States Attorneys
                  (212) 637-2109/2418/1114

                  ROBERT ZINK
                  Acting Chief, Fraud Section
                  Criminal Division

           By:    s/ Paul A. Hayden
                  Paul A. Hayden
                  Trial Attorney
                  (202) 353-9370

cc:    Counsel of Record (by ECF)