**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 26, 2019

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street
New York, NY 10007

      **Re:** *United States v. Chi Ping Patrick Ho,*
            **17 Cr. 779 (LAP)**

Dear Judge Preska:

On behalf of both parties in the above-captioned matter, the Government respectfully writes to request that (a) sentencing be adjourned from March 14, 2019 to March 25, 2019, at 11:30 a.m., a date and time that the parties understand work for the Court, and (b) the Court so-order the following corresponding schedule for the filing of sentencing submissions: defense submission to be filed on or before March 11, 2019, Government submission to be filed on or before March 18, 2019.

*So ordered*
*Loretta A. Preska*
*February 26, 2019*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    s/ Daniel C. Richenthal
Daniel C. Richenthal/Douglas S. Zolkind/
Catherine E. Ghosh
Assistant United States Attorneys
(212) 637-2109/2418/1114

ROBERT ZINK
Acting Chief, Fraud Section
Criminal Division

By:    s/ Paul A. Hayden
Paul A. Hayden
Trial Attorney
(202) 353-9370

cc:      Counsel of Record (by ECF)