*United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Index of Defendant's Sentencing Exhibits

## FAMILY & FRIENDS

| Exhibit # | Author |
|---|---|
| 1 | Sabrina Hui Chung Hu |
| 2 | Audrey Ho Ka Chun |
| 3 | Ho Cheung Chan Ha |
| 4 | Joseph Ho |
| 5 | Kevin Ho |
| 6 | Yvonne Ho |
| 7 | Chan Wai Yuk |
| 8 | Chan Yee Wah |
| 9 | Jim Chang Shiow Jau |
| 10 | David Chau |
| 11 | Dr. Lily Chen (Yap) |
| 12 | Chiu Fan Cheung |
| 13 | Jaclyn Chu |
| 14 | Joseph Chu |
| 15 | Fong Chung Lun |
| 16 | Fung Yee Wang |
| 17 | Ho Yu Mei |
| 18 | Theresa Ho Kit Yee |
| 19 | Raymond Liang-Ming Hu |
| 20 | Crucindo Hung |
| 21 | Peter C. Kwok |
| 22 | Bowen Leung |
| 23 | Leung Lai Chu |
| 24 | Margaret Li & Eaine Hui |
| 25 | Samuel T. Lin |
| 26 | Money Lo |
| 27 | Dr. Dickson Pin |
| 28 | Sung Tai Wai |
| 29 | Philip Yu Hong Wong |
| 30 | Wu Kwok Kuen |
| 31 | Jeffrey Yip |

*United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Index of Defendant's Sentencing Exhibits

## MEDICAL CAREER

| Exhibit # | Author |
|---|---|
| **Students & Medical Colleagues** ||
| 32 | Dr. Clement W.N. Chan |
| 33 | Dr. Irene Chan |
| 34 | Dr. Gordon Kwok-On Chau |
| 35 | Chen Zen Zen Karen |
| 36 | Dr. Chen Ngan |
| 37 | Dr. Dong Fangtian |
| 38 | Dr. Ho Sze Yuen |
| 39 | Hung Kwei Fun Iris |
| 40 | Dr. Walter W.K. King |
| 41 | Dr. Kwok Sek Keung |
| 42 | Kwok Kam Sheung Abby |
| 43 | Prof. Jimmy Lai |
| 44 | Dr. Timothy Lai |
| 45 | Dr. Yuen Kwok Lai |
| 46 | Dr. Dennis S.C. Lam |
| 47 | Dr. Vincent Y.W. Lee |
| 48 | Dr. Peng Iok Lo |
| 49 | Lou Yuk Yung Christina |
| 50 | Dr. Zhizhong Ma |
| 51 | Dr. Frank J. Martin |
| 52 | Sau Tse San |
| 53 | Prof. Hugh R. Taylor |
| 54 | Dr. Clement Chee-Yung Tham |
| 55 | Dr. Tong Pak Chuen |
| 56 | Dr. Tsui Chung-Wan |
| 57 | Dr. Wang Zhijun |
| 58 | Dr. Angus Wong |
| 59 | Dr. Wong Chiu Lan |
| 60 | Dr. Jackson Woo |
| 61 | Dr. Woo Chai Fong |

*United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Index of Defendant's Sentencing Exhibits

| | |
|---|---|
| 62 | Dr. Xun Xu |
| 63 | Dr. Yeung Wai King Alice |
| 64 | Dr. Jialiang Zhao |
| **Patients** ||
| 65 | Chan Chau Yuk |
| 66 | Chan Tak Chi et al. |
| 67 | Chung Sau Kwan |
| 68 | Emily Kwok |
| 69 | Yvonne Law Mo Han |
| 70 | Liu Mei Ching |
| 71 | Frank Yee Chon Lyn |
| 72 | Tsui Wing Yin |
| 73 | Raymond R. Wong |
| 74 | Wong Annie |
| **Lions Club** ||
| 75 | Paul C.H. Fan |
| 76 | Ho Yu Tin |
| 77 | Eddie Lam Sui Loong |
| 78 | Dr. Wing-Kun Tam |

## HKSAR & SERVICE

| Exhibit # | Author |
|---|---|
| **Public Service** ||
| 79 | Lily Chan |
| 80 | Hon. Cheung Kwok Kwan |
| 81 | Hon. Ip Kwok Him |
| 82 | Lau Siu-Kai |
| 83 | Shelley Lee |
| 84 | Hon. Leung Che-Cheung |
| 85 | Tommy Y.S. Li |
| 86 | Grace Ling |
| 87 | Man Chi Keung |
| 88 | Tsang Tak Sing |

3

*United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Index of Defendant's Sentencing Exhibits

| 89 | Wong Kwok Hing |
|---|---|
| 90 | Wong Mianco |
| 91 | Wong Yam Yin |
| 92 | Yeung Yiu Chung |
| 93 | Elias Kwan Kee Yip (Shum Sai Shing) |
| **Charity** ||
| 94 | Lister T.S. Chang |
| 95 | Cho Kwai Yee |
| 96 | Chung Pui-Lam |
| 97 | Linda W.P. Ho |
| 98 | Lau Man Man Lisa |
| 99 | Lau Ying Wah |
| 100 | Ngai Yiu Ping |
| 101 | Patrick Tse |
| **Religion & Culture** ||
| 102 | Rev. Kim-Kwong Chan |
| 103 | The Rt. Rev. Andrew Chan |
| 104 | Geng Chunya |
| 105 | Huang Yiyu |
| 106 | Ko Chi Sum |
| 107 | Dr. Kwok Peter Viem |
| 108 | The Most Rev. Peter Kong Kit Kwong |
| 109 | The Most Rev. Dr. Paul Kwong |
| 110 | Prof. Lau Chi-Pang |
| 111 | Lee Yiu Fai et al. |
| 112 | Mok Choi Chun |
| 113 | Darren Ng & Grand Master Tan Khoon Yong |
| 114 | Tang Hei |
| 115 | Tang Lap Kong |

*United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Index of Defendant's Sentencing Exhibits

**CEFC**

| Exhibit # | Author |
|---|---|
| 116 | Chan Chau To |
| 117 | Chow Siu Tong |
| 118 | Larry C.H. Chow |
| 119 | Roger Fong |
| 120 | John D. Hofmeister |
| 121 | Hui Siu Fung Phoenix |
| 122 | Dr. Gal Luft |
| 123 | Tam Jin Hung |
| 124 | Frederick Tschernutter |
| 125 | Raymond H. Wong |
| 126 | Vivian Wong |
| 127 | Xiang Jianguo |
| 128 | Haomin Zheng |

**MCC**

| Exhibit # | Author / Description |
|---|---|
| 129 | Irfan Amanat |
| 130 | Carlos Bermudez |
| 131 | Stalin Contreras |
| 132 | Christian Perez |
| 133 | Adam Raishani |
| 134 | Francisco Ramos |
| 135 | Jonathan Weeks |
| 136 | Pai Yang |
| 137 | Inmate Companion Materials |
| 138 | Music Materials |
| 139 | Tutoring / Education Department Materials |

*United States v. Chi Ping Patrick Ho*, 17 Cr. 779 (LAP)

Index of Defendant's Sentencing Exhibits

## MISCELLANEOUS

| Exhibit # | Author |
|---|---|
| 140 | Stephen Chan Chit Kwai |
| 141 | Lau Mei Sum |
| 142 | Lim Wai Chi |
| 143 | Betty Ng |
| 144 | Shiu Chi Chung |
| 145 | Jacqueline Tang |
| 146 | Wang Jianning |
| 147 | Lawrence Wong |
| 148 | Wong Man Kit |
| 149 | Yim Miu Hoy |