UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                    v.                                :
                                                      :
CHI PING PATRICK HO,                                  :       No. 17 Cr. 779 (LAP)
      a/k/a "Patrick C.P. Ho,"                        :
      a/k/a "He Zhiping,"                             :
                                                      :
                            Defendant.                :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**DEFENDANT'S SENTENCING EXHIBITS**



KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550

DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Chi Ping Patrick Ho*

# EXHIBIT 1

The Honorable Loretta Preska

关于何志平医生. Patrick

尊敬的Preska法官:

謹此向您提交對Patrick Ho 的支持信.

法官大人您好! 我是Patrick Ho 的妻子. 胡慧中 Hu HuiCHONG. 我跟Patrick Ho 已經結婚22年. 對Patrick 非常了解.

志平不僅是一位飽學之士. 更是心地善良寬厚之人.

我記得. 有一天. 他下班回家. 告訴我一件事. 讓我很感動. 他說: 他的診所今天來了一位年約70的 老婦. 請志平為她做眼睛的手術. 她已經準備好 錢. 大約港幣5,000元. 志平看見她的衣著普通. 而且有点 破舊. 再看這位老婦所填寫的住址. 心裏明白她是靠 綜援 (香港政府補貼窮人的措施) 過日子的. 志平當下決 定不收她的費用. 卻仍然幫她做手術. 這位老婦人. 不敢 相信世間有這樣善心的名医. 一直哭著說"不敢相信. 太感謝了"

志平回家告訴我此事. 我讚他做得對!

志平樂于助人. 是眾所皆知的事.

他常常自己掏錢幫助有困難的人.

在2000年,我記得很清楚,志平參加一個「視覺行動」的慈善公益活動,是要去到遙遠的山區,幫助沒錢的窮苦人做眼科手術.那年,是夏天,我正在懷孕,天很熱。他告訴我,他們一行人,坐了8個小時顛簸的車程,終於抵達一個極度貧窮落後的小鎮,那裏很多人都有眼睛的問題。志平在做完許多手術後,疲累不堪,忽然發現,有個小女孩蹲在他們臨時診所的外面,一打聽,才知道,因為資源有限,這個女孩子雖然眼睛需要治療,但,沒有資源。志平,二話不說,將身上,行李裏所有財物捐出,以求幫助這個小女孩做眼睛手術.最後,小女孩的眼睛也能恢復正常了。

當時,因為我懷的是女兒,對此事感受特別深刻。

何志平Patrick Ho,不是一個八面玲瓏,善於交際的人,但絕對是一個真心實意的正人君子,一個大好人。一個現代世間罕有,幾乎絕種的君子!

在志平任職香港特別行政區政府的民政局長的時候,更是發揮他的熱心助人本質,為社會做出極大貢獻。

在香港,有一個叫做西貢的海邊地區,是賣新鮮海產的地方,雖也有生意並不興旺,因為路面年久失修,整個海邊看起來陳舊骯髒亂。在志平任民政局長之時,克服一切困難,重新翻修整頓,之後,西貢地區煥然一新,游人旅客絡繹不絕,生意大好,繁榮興旺,志平個人並無得利,仍只領一份薪水!

P.3

　　志平在做医生時，平均年收入達100萬美元。

　　志平在進入香港政府任職時，年收入100多萬港幣。

　　很多人都不明白，為什麼志平要放棄高薪，而去政府工作，收入差這麼多？而且事務工作量既繁且雜。

　　我問過志平，何以如此？

　　志平告訴我，賺錢不是他人生的唯一目標。他有更大的心願，是服務社會，幫助有需要的人。不僅是香港，如果可以，他願意為全人類有困難有需要幫助的人，貢獻服務，這是志平的理想。

　　志平在美國學医多年，歷經困苦，終于獲得美國哈佛大学医学院臨床眼科院士，美國眼科學院院士，及美國外科學院院士及医學博士，理學士等資格。

　　志平在美學習期間，受到美國文化影響，如宗教，艺術，音樂，文學，医學等，更對美國文化中的核心价值如，公平，民主，民生，人權，正義，和平，寬大…等有著很深的認識及欽佩！

　　志平告訴我，他在美國學習到的東西，令他終生受用，他很感激和懷念那一段在美國學習的日子！

　　那些日子的訓練和薰陶，令他總想做一個更好的人。

P.4

世上並無完人，志平當然也非聖人。

我想要告訴法官的是，有時候，我也很生氣，因志平常常沒有時間陪伴我及女兒。現在更慘！

但是，他對父母非常孝順，一有時間，必定陪伴老人家用餐，噓寒問暖，凡是他能力所及，絕不吝嗇，如今，志平家中尚有高齡 94 歲的老母親，依門望兒歸！

我跟志平之間，最大的興趣是讀書及看電影，以前，志平一有空時，就會帶上我及女兒去看電影，看完之後，討論情節內容，其樂融融，如今我都不記得多久不曾進過電影院！

志平對女兒的教育非常重視，擔心女兒英文不如人，在女兒小時候，就以英文跟女兒對話，聊天，以便加強她英文聽力，我則負責教導中文，現在女兒的中，英文都非常流利。

志平不僅是家中經濟支柱，更是我的靈魂伴侶，今年我已經 61 歲，因為志平不在家，所以，我必需出外尋找工作機會，來維持家庭生計。

尊敬的法官，在我與您傾訴這麼多關於志平的事，我忽然對您產生一份不知名的親切感，雖然我從未見過您！

人的一生，匆匆過去，像逝去的風！

志平已年屆 70，奮鬥辛苦一生，就算能回家，也難再有所作為，只是養老而已！

尊敬的法官，我可以很誠實地告訴您，在我向志平的故友舊交，請他們為志平的為人及誠信寫支持信時，其中大多數是曾經志平幫助過的人，有的朋友很樂意，有的不回答我，也就是拒絕幫回何志平，因為害怕得罪美國政府，因為志平落難了，因為覺得志平日後沒有前途，沒有再可以利用的价值了。

我們並不是有權有勢的人，也並不富有，只不過跟其他普通家庭差不多，努力勤勞的工作，希望能夠尊嚴體面的過日子，志平只不過是打一份工，一個工作，並不是大企業的老闆，也不是什麼特殊重要人物，除了對我們家庭來說，志平是最重要的人！

尊敬的法官，我無法用言詞向您表達我過去這些日子的痛苦和傷心，曾經多次都不想活下去，為著等志平回家，我努力地嘗試要勇敢堅強的面對一切艱難－包括我母親的去逝！

法官大人，您的判決對志平及我們一家非常非常地重要！

等志平回家，現在是我們一家人，唯一的訴求！

法官大人，請求您顯示寬恕和慈悲吧！我跪下懇切的求您，讓志平早奌回家，回家，回家！！！

願上天保佑美國，您及志平

胡慧中
Hu Hui CHUNG
2019.09.1.



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Hu Hui Chung, addressed to Hon. Loretta Preska, dated 1/29/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Handwritten text indicated in italics

*The Honorable Loretta Preska*

*Regarding Dr. Ho Chi-Ping Patrick*

*Dear Hon. Preska:*

*I am hereby submitting to you this letter of support regarding Patrick Ho. My greetings to the honorable judge!  I am Patrick Ho's wife, Hu Hui Chung.  I have been married to Patrick Ho for 22 years.  I know Patrick very well.*

*Chi-Ping is not only a highly educated gentleman, but also a kind and generous person. I remember that one day when he returned home from work, he told me one thing that really touched me. He said that he received an elderly woman about 70 years old in his clinic that day, and she asked Chi-Ping to perform an eye surgery on her eyes.  She already had the money ready, which was about HKD 50,000. Chi-Ping saw her humble dress which was a bit worn, noted the home address that this elderly woman provided, and figured out that she was living on Comprehensive Social Security Assistance (a measure provided by the Hong Kong government for those living in poverty). Chi-Ping instantly decided not to charge her, but still performed the surgery for her.  This elderly woman could not believe that there was such a kind doctor in the world.  She kept saying while crying, "I cannot believe it.  Thank you so much."*

*Chi-Ping came home and told me this story. I commended that he had done the right thing!*

*Chi-Ping enjoys helping others, which is known to everyone around him.*

*He often uses his own money to help those in difficulties.*

*I remember very clearly that in 2000, Chi-Ping participated in a charitable event called "SightFirst Action", which required him to go to a faraway mountain region to perform eye surgeries for people living in poverty. It was in the summer that year, and I was pregnant. It was very hot. He told me that he and his group, after eight hours' drive on bumpy roads, eventually reached an extremely poor and underdeveloped small town, where a lot of people had eye problems. Chi-Ping had been exhausted after performing a great number of operations, when he suddenly found a little girl squatting outside their makeshift clinic.  He asked the girl and found out that due to limited resources, although this girl needed eye treatment, she did not have the means for it. Chi-Ping donated without any hesitation all he had in his luggage, in order to help this little girl get her eye surgery. In the end, the girl's eyes were cured to normal conditions.*

*Since I was pregnant with a baby girl at that time, I was particularly touched by this story. Chi-Ping Patrick Ho is not the kind of person that tries to please everybody or is great at socializing, but he is an absolutely sincere, authentic and righteous gentleman, a great man, a man of noble character that is rarely found or almost impossible to be found in the world today!*

Handwritten text indicated in italics

*While serving as Secretary for Home Affairs in the Government of the Hong Kong Special Administrative Region, Chi-Ping made the most of his natural passion for helping others and made tremendous contributions to society.*

*In Hong Kong, there is a waterfront area called Sai Kung, where fresh marine products are sold. There were business activities there but they were not thriving. Because the roads had not been maintained for many years, the entire seaside looked old and dirty. As Secretary for Home Affairs, Chi-Ping overcame all kinds of challenges and directed repairs and restructuring, giving a brand new look to the Sai Kung area. Now tourists and visitors come in an endless stream, business is great, prosperous and thriving. Chi-Ping did not receive any personal benefit from this other than his salary!*

*While working as a doctor, Chi-Ping earned an annual income of 1 million US Dollars on average.*

*In his office in the Hong Kong Government, he was paid a little more than 1 million Hong Kong Dollars* [translator's note: equivalent to 120,000-130,000 USD] *annually.*

*Many people did not understand why Chi-Ping would give up his high-paying job to work for the government, as the gap was so big. In addition, the workload was very heavy and the work was so complicated.*

*I have asked Chi-Ping about his reason.*

*Chi-Ping told me making money was not the sole purpose of his life. He had a greater aspiration, which was to serve our society and help those in need. It was not just in Hong Kong. If possible, he would be willing to contribute to the entire mankind and serve the people who were living in poverty and needed help. This was Chi-Ping's aspiration.*

*Chi-Ping spent many years in the United States studying medicine, went through lots of difficulties and hardships, and eventually was admitted as a fellow at Harvard Medical School in clinical ophthalmology, a fellow at the American Academy of Ophthalmology and a fellow at the American College of Surgeons, with qualifications as Medical Doctor and Bachelor of Science, among others. During his study in the United States, he was influenced by the American culture, including religion, arts, music, literature and medicine, and cultivated a deep understanding of and admiration for the core values of the American culture, such as fairness, democracy, welfare of the people, human rights, justice, peace, and inclusion!*

*Chi-Ping told me what he had learned in the United States would benefit his whole life. He very much appreciates and cherishes the memory of those days he spent studying in the United States!*

*The training and edification from those days have always made him want to be a better person.*

Handwritten text indicated in italics

*No one is perfect. Chi-Ping too is not a saint, of course.*

*I wish to tell the honorable judge that I was sometimes angry at him because Chi-Ping often did not have any time to spend with me and our daughter. Now it is even worse!*

*However, he honors his parents very much. Whenever he had some spare time, he would accompany his elderly parents during meals and ask about their health. He spares no effort in doing everything he can. Nowadays, Chi-Ping's 94-year-old mother is always waiting by the door for her son to come home!*

*For both Chi-Ping and me, our favorite hobbies are reading and watching movies. In the past, whenever Chi-Ping had free time, he would take me and our daughter to the movies, and we would discuss the movie plot thereafter, which we enjoyed very much. Now I cannot remember for how long we have not been to the movies!*

*Chi-Ping paid much attention to our daughter's education, and was worried about her English proficiency falling behind. He started to talk to our daughter in English when she was a little girl to help her improve her listening comprehension. I was responsible for teaching her Chinese. Now she is fluent in both Chinese and English.*

*Chi-Ping is not only the breadwinner for the family, but also my soulmate. I am turning 61 this year. Since Chi-Ping is not home, I have had to go out and look for job opportunities in order to financially support our family.*

*Honorable judge, after telling you so many things about Chi-Ping, I suddenly feel close to you in an indescribable way, even though I have never met you before!*

*The life of a person passes in a rush just like the wind blown past!*

*Chi-Ping has already turned 70, and has worked hard all his life. Even if he could eventually come home, there is not much he can do other than to just live out his life in retirement!*

*Honorable judge, I can honestly tell you that the majority of Chi-Ping's old friends that I have asked to write support letters regarding Chi-Ping's deeds and character are those that Chi-Ping has once helped. Some were very happy to do so, but some did not answer, which means they refuse to help Ho Chi-Ping in return because they feel afraid of offending the United States government, because Chi-Ping is now in a difficult situation, and because Chi-Ping will no longer have a future and hence has no useful value anymore.*

*We are neither powerful nor influential, nor rich. We are no different from any other regular family. We work hard with the hope of living a dignified and decent life. Chi-Ping just had a job, a position, not even as the boss of a large company or any special or important figure, aside from being the most important person to our family!*

Handwritten text indicated in italics

*Honorable judge, words cannot express to you my pain and sorrow in recent days. I have many times come up with the thought of ending my life. But I try hard to be brave and strong in the face of all the difficulties, including the death of my own mother, so that Chi-Ping could come home!*

*Honorable judge, your decision is very important to Chi-Ping and our family! It is our whole family's sole appeal that Chi-Ping can come home!*

*Honorable judge, please show some leniency and mercy! I kneel down to appeal to you, please let Chi-Ping come home, come home, come home at the earliest possible time!!! God bless America, you, and Chi-Ping.*

*Hu Hui Chong*

*January 29, 2019*

# EXHIBIT 2

The Honorable Loretta Preska

28th December,2018

Re: Dr Patrick Ho

Dear Judge Preska:
I submit this letter to support Dr. Patrick Ho. I have known him for 18 years, since I was born and as his daughter, I know his character very well. I am Audrey Ho Ka Chun and I'm 18 years old.

My dad, is the one who I look up to. He is knowledgeable and dedicated to his work. When he has spare time, he will spend time with his family-me and my mom. We will always go to the cinema and watch different movies as we all are movie nerds. We love to watch different genres of films no matter what time it was. That kind of time was the most HAPPIEST and JOYOUS memories I ever had in my 18 years of life! Dear judge, I feel blessed to have my dad in my life and I'm super-duper proud to be his daughter. No words can express my love for him. Whenever I was down, he would always run his fingers through my hair and would tell me that it's gonna be okay and now, I would want to say the same thing to him "Dad, it's gonna be okay, we love you very much".

Also, my dad has motivated me in every walk of my life, whether it is education, extracurricular activities or even personal relationships.He always says " You have to try in order to make you succeed".   I wanted to tell my dad that it is because of you, that I've joined my school choir for already 3 years and now I'm going to be the leader of the choir. Thank you dad for installing the faith in me whatever I do.  Even though we have some small arguments, I still love my dad for trying to understand me. He was the one who introduced me into the world of books, one book at a time. Making reading a habit. While at first he bought books for me according to my age, I slowly started developing my taste and style and got into the world of literature which I'm now interested in and wanted to pursue in my future career.

He is a great role model to me and he is also a dedicated family member in our family. He always remembers the dates of birthdays in the family. He has a sense of humour that are beautiful when they are able to shine through. My father is like a friend to me. He loves me at all times. He teaches me all the values and morals I must live by. And he himself lives by all the values. He believes in practicing what he preaches. So I find my father very honest. And he never finds it difficult to be that way.

My father is kind and generous. If anyone approaches him with a genuine need he helps them to whatever extent he can. He is sometimes strict with me because he wants me to be disciplined. Being disciplined is tough, but I know it is for my good. And so I always try my best to follow what my father tells me to do. Whenever I am in a difficulty my father helps me out with love and affection. My father is punctual. He does not like to be late for any appointment or for the completion of any task. He is strict with me because he wants me also to be on time and not to be late in completing my work. I too have learnt to be punctual, and I am appreciated for this by my teachers and my friends.

I remembered one time when I was still in my junior years of secondary school, I was revising through my science textbook as there was a mid term test the next day, as science was my weakest subject after all, I was stressed out and started crying uncontrollably, then my dad hugged me and told me that he loved me no matter who I am and no matter how my marks are. I was so touched by his words and determined to succeed. His words has greatly influenced me to be who am I and now I'm proud of who I am and I'm very grateful for that.

My dad is truly the best. I cannot thank him enough for putting up with me, especially during my teenage years. He has always been kind and understanding, and I thank you for that. Thank you for suffering through those Disney trips where I would make you follow me around the park for hours, I know it was painful (to your wallet), but I know that you valued our time together, and I truly did too. Thank you for always being interested in my life, although you may not understand the troubles a young girl goes through, I want you to know that I appreciate your efforts to always make sure that I am happy.

My father is my best friend. He is a happy person and always tries to make those around him happy. I am happy when I am with him. He also has many friends because they like to enjoy his company. My father loves me. When I have any difficulty I turn to him and he is always willing to give me a helping hand. He always has a knack to solve my problems. I love my father and admire him for his many good qualities. I am grateful to my father and hope to make him proud of me.

My dad always teaches me to be humble, kind and never bitter, for always being one call away when I need to talk, when I need advice, or even if I need his help doing my chemistry homework. He always tell me that my best qualities are my kindness and my generosity, and he might not even realize that I get those qualities from my dear dad.

As his only daughter, I would like to go to watch movies, listen music and cuddle together, doing the activities we once loved and enjoyed to do. I know that he love us- our whole family. I could feel it from his sincere words, his facial expression and his actions. He also liked to help others, He looked for opportunities to serve—especially those who couldn't help themselves. He also loved to read and this is the one best qualities I got from him. I also love to read, no matter what the genre is. He also read for his work, for pleasure, for self-improvement.

Dear Judge, please have mercy on him as he is a great father and a great person. I need him so much and he is really important to me. Our family also need him. I will be going to college two years later and I really need him to guide me to the correct path-way.

Sincerely,
Audrey Ho Ka Chun

Audrey Ho Ka Chun

# EXHIBIT 3

The Honorable Loretta Preska                           1st January 2019

<u>Re: Dr. Patrick Chi Ping Ho</u>

Dear Judge Preska,

　　我, 92歲的何張燦霞 HO CHEUNG CHAN HA 在 2019年的第一天, 含着滿眶眼淚, 执筆為我兒子 Patrick 寫下這封求情信。

　　1949年7月24日, Pastor Patrick 出生於香港的一個大家庭中, 深得曾祖母, 祖父母, 四位叔父和六位姑姐的寵愛, 自幼聰明伶俐, 在香港油麻地官立小學就讀, 有过人的記憶力, 勤奮向學得老師們的讚美, 遇有同學欠交功課或成績落後, Patrick 常被委派於放學後仍留校協助同學, 多學期終都因成績優良而獲獎學金。小學畢業參加全港会考因成績優異得免學費派讀第一志願「拔萃男校」極具人格魅力, 更善交朋友, 他的朋友不分階層年齡全, 不少成為終生的朋友。得同學們的喜愛, 打後推舉為 Head Prefect。勤讀之餘, 更要专心音樂參加1967年全香港中學生的音樂比賽, 榮獲小提琴独奏組冠軍獲獎壹仟億元獎金。屢次被邀在亞洲電视及音樂會中表演。

　　中學畢業後, 申請獎學金赴美國 Florida 洲 Steson (Stetson) 大學修讀化學及音樂, 四年後得 Ma La Com Lau De (Magna Cum Laude) 榮譽畢業進入溫得堡 "derbilt" 大學後獲医學博士学頭, 继续主攻眼科玻璃切割, Retina, 激光手術等研究, 並在哈佛大學医學院任助敎 總共留學16年。

　　1984年受聘香港中文大學回流香港為設立眼科学系作篝備工作。1988年升級為眼外科講座敎授及系主任。

其間常蒙邀請返回中國內地訓練當地眼科醫生以新進的醫療技術,更屢次以健康快車裝備以眼科醫療器材及助手,深入中國內地之偏遠地區為許多眼病人士醫治,令盲者得以重見光明。曾有一個盲眼傭人去到他在香港的醫務所,說仰慕何醫生的高明醫術,特前來求醫,但他是貧窮傭人,付不起醫療費,Patrick二話不說,替他免費診治,醫好眼病,得重見光明,此為Dr. Ho認真服務人群慈善存心懷之一斑。

但Patrick以做醫生只能醫好少數病人之身軀,不如從政更可為多數人民服務。1996年成為香港特別行政區籌備委員,2002年至2007年間擔任香港特別行政區民政事務局局長,其間因應沙士病症流行,志于勤政愛民,深得市民信賴,有良好的行政声誉,為人正直,光明磊落,潔身自愛,敬業樂業,奉公守法,從無刑事紀錄,我深以我兒Patrick為榮。2007年他離任閒香港政府而成為香港中華能源基金會的常務副主席兼秘書長,以其淵博的學問,濟世為懷的決心,服務人群年。

Patrick今年已69歲,年紀老邁,健康欠佳且患有腦病,勞作時痛苦不堪,徹夜難眠又有睡眠窒息病,令我終日擔心,害怕他會在獄中逝去。白髮体弱的我,真希望能在古稀之年,有子相伴終老,若能再見吾兒一面,我死也瞑目。

在此衷心懇求仁慈的法官大人,網開一面,盡量減輕其刑期,使他能用寶貴的專長,繼續服務社會,是為人民之幸,我母子之幸,萬分感謝!

Respectfully
Patrick Ho's Mother
何張嫘霞 HO CHEUNG  CHAN HA
Cheung Chan Ha


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Ho, Cheung Chan Ha, addressed to Hon. Loretta Preska, dated 1/1/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[handwritten text is indicated in italics]

*The Honorable Loretta Preska*                                                              *January 1, 2019*

<u>*Re: Dr. Patrick Chi Ping Ho*</u>

*Dear Judge Preska,*

*I, Ho Cheung Chan Ha, 92 years old, write this letter to intercede on behalf of my son Patrick with tearful eyes on the first day of 2019.*

*On July 24, 1949, Patrick was born into a large family in Hong Kong. He was deeply loved by his great-grandparents, grandparents, four uncles and six aunts. He was clever and quick-witted from his childhood. He attended Hong Kong Yau Ma Tei Government Primary School. He had an outstanding memory, was hard-working, loved to study and won teachers' praises. When classmates failed to submit homework or fell behind in their grades, Patrick was often assigned to stay and help them after school. He finished each semester with excellent performance and received scholarships. When he graduated from primary school, he took the Hong Kong education examination and was awarded a full-ride opportunity to attend his first choice —"Diocesan Boys' School"— thanks to his outstanding score. He had a charming personality and was adept at making friends. His friends came from all different ages and from all different socioeconomic backgrounds, and quite a few of them became life-long friends. He was loved by his classmates and was elected Head Prefect. In addition to studying diligently, he was also fascinated by music. In 1967, he took part in a music competition for all Hong Kong high school students. He won first place in solo violin performance and won HKD 3,000. He was frequently invited to perform on Asia Television programs and at concerts.*

*After graduating from high school, he applied for a scholarship and attended Steson* [sic: Stetson] *University in Florida to study chemistry and music. Four years later, he graduated with Ma La Com Lau De* [sic: *magna cum laude*] *honors, entered Vanderbilt University and received the degree of Doctor of Medicine. After that he continued to focus on ophthalmological research in vitrectomy, retina and laser surgery and served as a teaching assistant in Harvard Medical School. He had studied abroad for a total of 16 years.*

*In 1984, at the request of the Chinese University of Hong Kong, he returned to Hong Kong to set up the Department of Ophthalmology. In 1988, he was promoted to chair professor and head of the*

[handwritten text is indicated in italics]

*Department of Ophthalmic Surgery. During this period, he was often invited to train local ophthalmologists from mainland China on new medical technologies. Moreover, he frequently went to remote areas in mainland China through "Lifeline Express" with equipment, ophthalmic medical devices and assistants to treat many patients and ultimately helped many blind people see again. Once there was a blind monk who went to his clinic in Hong Kong and told him how much he admired Dr. Ho's advanced medical skills and sought his medical advice in particular, but he said he was poor and could not afford the medical bills. Patrick simply treated and cured his eye disease for free, enabling the monk to see again. This is just one case where Dr. Ho earnestly served the public with compassion and care.*

*Patrick thought about how a doctor could only cure a few patients, unlike a government official who could serve more people. In 1996, he became a member of the Preparatory Committee for the Hong Kong Special Administrative Region (SAR). From 2002 to 2007, he served as Secretary for Home Affairs for Hong Kong SAR, during which time the SARS epidemic broke out. Patrick was diligent in his duties, cared for the people and won the public's deep trust. He had a good reputation as a public official, and he was upright, open and transparent, kept himself clean, was dedicated to his work, was public interest minded and respected the law, and had no criminal record. I am so proud of my son Patrick. In 2007, he resigned from his official post in the Hong Kong government and became the deputy chairman and secretary-general of China Energy Fund Committee (Hong Kong). There, he served the humankind with profound knowledge and a determination to care for the world.*

*This year, Patrick is 69 years old. He is an old man in poor health, and he suffers from a brain disease. When he has an episode, he is in lots of pain and cannot sleep all night. In addition, he has sleep apnea syndrome. This worries me day and night. I am afraid that he may pass away in prison. I, a weak woman with gray hair, truly hope I can enjoy my son's company in my final years. If I can see my son again, I can die in peace.*

*I hereby sincerely request Your Honor to show him some leniency and reduce his penalty, so that he can use his precious professional knowledge and experience to continue to serve the society. If so, it would be a blessing for the public as well as ours. Thank you very much!*

[handwritten text is indicated in italics]

*Respectfully*

*Patrick Ho's Mother*

<u>*Ho Cheung Chan Ha*</u>

[signature]

# EXHIBIT 4

January 25, 2019

Dear Judge Loretta Preska,

Re: Dr. Patrick Ho

This is Joseph Ho.

I am writing in support of Patrick Ho's case & hope that you would take it into consideration that Patrick is a genuinely honest & good person in your sentencing decision.

Patrick Ho is my older (by 2 years) brother.   So essentially, I know him well throughout my entire life, the whole of (my) 67 years.

As a brother & sibling, Patrick is always there when I needed him, no matter in giving advices & support; help in family matters, especially for our aging parents; dispensing medical advices like

██████████████████......just to name a few.  He has been a true loving brother with impeccable character.

Patrick has also been my mentor.  He excelled in school.  He has guided me in my choice of schoolings; courses & career path as we both progressed in life.  Rhodes College, where I went to college, was among one of the many liberal arts colleges which Patrick recommended to me then.

I also remembered well that he funded/paid for my cello lessons (from his teaching income on violin lessons) for 4 years when I was 15 years old.  As my older brother, he thought I would enjoy playing the cello (which I did)...........I am indebted to him for my musical exposure & appreciation.

As a musician, Patrick has made great achievements from playing the violin when he was in his teens.  He could have been a music major or pursued a career as a violinist.   He still plays in orchestra recently.  No doubt his depth of knowledge in this field is unquestionable.

As a physician....... Patrick came back  from the US to establish the ophthalmology department at Chinese University Medical School & its teaching hospital at Prince of Wales Hospital.

He was regarded as one of, if not, the top ophthalmologists in Hong Kong in the mid 1980's till 2002. In addition, he was also regarded as a personable physician to his patients.  As an ophthalmologist, he did numerous charity works in China:  teaching; coaching & operating on patients, especially to the young & old & needy, including a "seeing eye" project with the Lion's Club.  He is highly respected as the pioneer in ophthalmological expertise & advancement in China & Hong Kong.

As a public servant.........

In 2002 Patrick joined the Hong Kong Government as the Secretary of Home Affairs.  Prior to that his served numerous public service posts, like Chairman of the Arts Council; a Chinese Political Consultative Member; Justice of Peace (JP)......among others which details can be factually substantiated.

He also received one of the Hong Kong Bauhinea medal award.

He, indeed, has served his community well, forgoing a lucrative profession at the epitome of his career.

As a writer, he had a daily column in one of the top local newspapers for several years.  He has also published 2-3 books.

In 2007, he left the government & subsequently help founded the NGO Think Tank of CEFC.........which NGO was recognized by the United Nations.

As a person.......

From his track records, one can see he is very generous with his time & dedication to serve others in his community.

Judge Preska,

I beseech you.

Patrick Ho is a kind hearted, good & decent human being ........who can & will still be able to contribute very much to society.

I ask for your leniency and thanks.

Yours truly,

Joseph Ho

# EXHIBIT 5

Honorable Judge Loretta Preska:

January 15, 2019

Re:     Dr. Patrick Ho

Dear Honorable Judge Loretta Preska:

I submit this letter in support of Dr. Patrick Ho. I have known him for 38 years and I know his character well.

The purpose of this correspondence is to vouch for my Uncle Patrick Ho and provide you with some insight into my relationship with him, especially as you go through the sentencing process. Uncle Patrick is my father's older brother. He has not been a man of many words with me and my family, but my sisters and I have always seen his relationship with my father as a great example of caring sibling relationships. They both care deeply for each other and have supported each other as through their individual paths, as they matured into men and became professionals in the States and Hong Kong. He has provided my father and our family with support and guidance, especially in bad times and challenging moments. He is a true family man, and his wife and daughter miss him dearly. He truly cares for his family and it has and would greatly affect all of us through his absence.

I also think that Uncle Patrick has a great affection for serving his community, as a doctor, a professor, a hospital administrator, a civil servant and as an executive of a nonprofit organization. He truly cares for the State of Hong Kong and the people of Hong Kong. He has dedicated a significant amount of his life and put forth a great amount of effort to bettering the community and initiatives to improve society, culture and the lives of the Hong Kong community members. He is an individual that realizes the potential of the members of the Hong Kong community, and works hard to make it better for the people that he serves.

Through his family relationships and his dedication to the Hong Kong community, I believe that Uncle Patrick has a good character. I respectfully ask that you take into consideration these few items that I share with you in your sentencing decision of Uncle Patrick.

Yours truly,

Kevin Ho

# EXHIBIT 6

Attention: The Honorable Loretta Preska

January 12, 2019

    Re:   Dr. Patrick Ho

Dear Judge Preska,

      I am submitting this letter to support Dr. Patrick Ho's case and hope you will take it in consideration in your sentencing decision. I am Dr. Patrick Ho's niece. Therefore I have known him majority of my life (34 years).

      Uncle Patrick has fulfilled a lot in his life and has an extended resume. He was a physician, a teacher, and served the public community by working with the Hong Kong government and received many awards for his talent and services. He also had a passion as a violinist and sing in Chinese operas. However, I am not writing this letter to boast about his fulfillments. Instead, I would like to discuss about how caring and selfless my uncle is.

      Uncle Patrick clearly had a busy work life style. Someone who has accomplished so much could easily be proudful of themselves and self-centered. However, whenever we would have our weekend family meals with him, my grandparents and his family, he presented himself as a commoner and charitable person; someone that you will not be afraid to talk to and can easily joke and laugh with. I would seek his advice and guidance about how to pursue my future when I was a student. He has always been there for my family, grandparents and his close friends (locally and internationally). He has also provided support and advice when ███████ ████████████████████████ and when my grandparents were ill.

      Clearly, one can say Dr. Patrick Ho is a kind hearted person and a good human being who loves to contribute to his family, friends, relatives and public society. I hope you take this into consideration when making your decision. Thank you.

Sincerely,

Yvonne Ho

# EXHIBIT 7

The Honorable Loretta Presku

2019年1月23日

有關：何志平醫生

尊敬的 Preska 法官,

我是陳慧鈺, 我提交這信件為何志平醫生求情。
我認識他已經 12 年, 非常瞭解他的為人。

我是通過何志平醫生的妻子胡翠中女士認識何醫生的。
何志平醫生給我的印象是很想為香港, 為國家做一
點事, 出一分力。

何醫生先後培養了國內外 20多位眼科界的先驅，
為中國眼科界做出了無法比擬的貢獻. 並推動了現代
玻璃體手術在中國的發展; 他還長期關注中國醫療
事業和眼科發展, 在其擔任全國政協委員期間, 三分之一
的提案和醫療事業有關。此外, 他曾長期深入中國偏遠
地區為村民免費開展白內障手術並捐獻藥品儀器,
為貧困地區人民眼部健康做出巨大貢獻。他身體力行,
貢獻自己服務國家,, 我十分敬佩。

何志平醫生是一位和藹、善良的傑出人士, 本人衷心、
懇求法官對何志平醫生予以酌情輕判。

求情人

陳慧鈺


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Chan Wai Yuk, addressed to Hon. Loretta Preska, dated 1/23/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

[handwritten text indicated in italics]

*The Honorable Loretta Preska*

*January 23, 2019*

*RE: Dr. Ho Chi-Ping*

*Dear Judge Preska,*

*I am Chan Wai Yuk, and I am submitting this letter to intercede on behalf of Dr. Ho Chi-Ping. I have known him for 12 years and I know his character very well.*

*I have gotten to know Dr. Ho Chi-Ping through his wife, Ms. Hu Hui-Chung. Dr. Ho Chi-Ping gave me the impression that he really wanted to do something for Hong Kong and for the country.*

*Over the years, Dr. Ho has trained more than 20 pioneers in ophthalmology at home and abroad, making an incomparable contribution to the field of ophthalmology in China and facilitating the development of modern vitreous surgery in China. For a long time, he has also been concerned about the healthcare industry and the development of ophthalmology in China. When he was serving as a member of the National Committee of the Chinese People's Political Consultative Conference, one third of his proposals were related to healthcare. In addition, for a long time, he travelled to far-flung rural areas in China to perform free cataract surgeries for the villagers and to donate medicine and medical equipment, contributing greatly to the eye health of the people living in poverty-stricken areas. He leads by example and devotes himself to serving the country, and I admire him very much.*

*Dr. Ho Chi-Ping is a remarkable person who is amiable and kind, and I sincerely hope that Your Honor would give Dr. Ho Chi-Ping a lighter sentence.*

*Written by:*

*Chan Wai Yuk*

# EXHIBIT 8

Loretta Preska 法官，

有關：何志平先生

致 Preska 法官：

我提交這封信件為何志平先生求情。我作為他妻子 30 年的摯友，見證了他們兩人的交往，至今也認識何醫生 22 年有餘，非常了解他的為人。

中國人春節的傳統是風雪無阻回家團聚吃年夜飯，辭去一年的辛勞，家人共同開啟新的篇章。當年香港是亞洲飛航轉運樞紐，可以想見過年的航班多麼滿載，一位難求！何醫生和胡慧中正在交往中，胡慧中因為工作的關係尚未能得知會在台灣、上海、北京，或香港過春節，直至春節的前一天，才確定留在上海過年。不曾想，何醫生第二天竟然出現在上海。我們驚訝的問他，怎麼可能在這麼短的時間內買到飛上海的機票！他低聲說，"機會是給凡事提前做準備的人。他一早就訂妥了香港到台北、北京、上海的機票，春節必須家人團聚。"他的真誠、認真和細心打動了胡慧中，也讓當時的我留下了深刻的印象。1998 年，他們結婚了。爾後多年，我路過香港會住在何家。何醫生工作非常忙！大多時候只能在早餐時間短暫的交流，只見他總是很快的吞下一碗簡單的麵，興奮的分享他搭乘中國慈善醫療行動車（改裝大巴士，裡面有設備器材），前往醫療資源貧瘠的鄉下為病苦的人無償給予眼科手術，讓無數病患得以親眼見證這個繽紛的世界！他說，有能力救助哪怕一個人，都是上天賜予他的機會，他心裡感到無比富足。這是為什麼，我一直稱呼他為何醫生。

有一個週末我在香港停留，恰逢何太太去了外地。何醫生當時是香港民政局局長，剛好週日得空，說親自陪同我看看不同的香港，我便能夠明白他為何放棄了眼科醫生的工作，從事公職。他引領我自他小時候住過的平房，吃過的茶餐廳、甜品店看起，告訴我他母親是教師，家境非常普通，他的求學一直靠自己努力拿獎學金繼續。那個年代，香港人都在汲汲營營，幾乎沒有人能在用力生活的同時，能夠注意甚至參與民生的發展，所以他年少時便對自己期許，希望未來能有機會為香港人出一分力，打造更好的民政機制。那是我人生難忘的一天，第一次深刻感受到何醫生的前半生對他人生職志的影響。多年來，他不僅行醫授業，他在文學、提琴方面的造詣，也令人深刻感受他的內涵、修養。

何醫生是個真性情的人，20 餘年的交往，我從未看他改變對人的真摯態度。法官大人，祈求您看到我的求情信，能對何醫生有不同的認知，能給予他寬容的量刑。

陳宜華
蔡立
2019. 1. 29.



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Chan Yee Wah, addressed to Hon. Loretta Preska, dated 1/29/19.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public
ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Judge Loretta Preska,

Re: Mr. Ho Chi-Ping

To Judge Preska:

I hereby submit this intercessory letter on behalf of Mr. Ho Chi-Ping. As a good friend of his wife for 30 years, I have witnessed the relationship between them. I have known Dr. Ho for more than 22 years and I know him very well.

The tradition of the Chinese New Year is to come home for family reunion dinner no matter how cold it is on the way. After a year of hard work, the family opens a new chapter at this moment. At that time, Hong Kong was a connecting hub for air transports across Asia. You can imagine how full the flights were during the Chinese New Year holiday. Dr. Ho and Hu Huizhong were then in a dating relationship. Because of the nature of her job, Hu Huizhong did not know whether she would be spending the holiday in Taiwan, Shanghai, Beijing, or Hong Kong. It was not until the day before the holiday that it was confirmed that she would have to stay in Shanghai over the holiday. Unbeknownst to anyone, Dr. Ho unexpectedly showed up in Shanghai the next day. Completely surprised, we asked him how he was able to get a flight ticket to Shanghai in such a short time! He told us, "An opportunity is for those who are prepared in advance. I had booked tickets long before from Hong Kong to Taipei, Beijing, and Shanghai. Family reunion is a must during the Chinese New Year holiday." Hu Huizhong was touched by his sincerity, earnestness, and thoughtfulness, which also left a deep impression on me then. They got married in 1998. After many years, I stayed at Dr Ho's when I was passing through Hong Kong. Dr. Ho was very busy with his work! Most of the time, I could only talk with him at breakfast for a short time. I saw that he always quickly ate a bowl of simple noodles. He was excited to share about his charitable medical activities throughout China for which he would take a bus (a kind of modified bus with built-in medical equipment) to under-resourced countryside to offer free eye surgeries to patients, allowing countless patients to see this colorful world! He said that the ability to help even just one person was an opportunity given to him by God, and his heart was filled with such incomparable satisfaction. That's why I have always called him Dr. Ho.

Once, when I was in Hong Kong for a weekend and Mrs. Ho happened to be away, Dr. Ho, who

was Secretary for Home Affairs for Hong Kong at the time, said he happened to have some spare time on Sunday and could accompany me to see different parts of Hong Kong, which would help me understand why he had left his job as an ophthalmologist to engage in public service. He showed me the cottage he had lived in when he was a child, and the tea shop and dessert shop he used to frequent. He told me that his mother was a teacher and his family was very ordinary. He studied hard and relied on himself and no one else to get scholarships. At that time, everyone in Hong Kong was struggling to make ends meet. Almost no one could pay attention to or even participate in the development of people's livelihood while struggling with their own lives. Therefore, from when [Dr. Ho] was still young, he hoped that he would have the opportunity to contribute to the people of Hong Kong and build a better civil governance structure in the future. It was an unforgettable day in my life. For the first time I was struck by the influence that Dr. Ho's earlier years had had on his lifetime vocation. Over the years, he has not only practiced medicine, but also deepened and cultivated himself, as shown in his accomplishments in the areas of literature and the violin.

Dr. Ho is a person true to his feelings. For more than 20 years of knowing him, I have never seen him change his sincerity toward people. Your Honor, I implore you to have a different perception of Dr. Ho after considering my statement and to give him a more lenient sentence.

*Respectfully,*

*[Signature]*

*01/29/2019*

# EXHIBIT 9

The Honorable Loretta Preska

17 January 2019

**Re: Dr. HO Chi Ping, Patrick**

Dear Judge Preska:

I submit this letter to support Dr. Patrick Ho. I have known Dr. Ho and his family for about 6 years.

I knew Dr. Ho through his wife, Sibelle, where we met in a charity event for a non-profit organization in Hong Kong. I regularly meet with Sibelle and I see Dr. Ho from time to time at family dinners and other charity events. Based on my personal encounters and observation, Dr. Ho is a loving husband and father and he is very supportive of community services work. He gave a lot of support to the charity fund organization that I was on the board during 2014 to 2015.

I hope your Honor can take the following into consideration in your sentencing deliberation:

a)  Dr. Ho has never committed any similar offence previously;
b)  He is 70 years old and in a poor health condition;
c)  He has been separated from his family and his daughter who currently live in Hong Kong;
d)  His honorable decision to leave the medical practice and to publicly serve in the Hong Kong SAR Government as the Secretary for Home Affairs for 6 years and gave a great deal of contributions to the society.

Much appreciate your Honor for your consideration and I hope the Court will give leniency in Dr. Ho's sentencing.

Respectfully,

JIM Chang Shiow Jau

# EXHIBIT 10

The Honorable Loretta Preska

1st February, 2019

Re: Dr. Patrick Ho

Dear Judge Preska:

I am submit this letter to support Dr. Patrick Ho. I know him since 1997 when he married my best friend Ms. Sabrina Hu (one of the famous Taiwan movie star), because of this we become very good friend. Patrick is a very easy going, kind and treat his friends very sincere with his heart person.

Later on I found out that he was also who                                    As his professional he is a great doctor in the community which he has contributed most of his life time to Hong Kong medical field. He had improved the standards of medical care in Hong Kong, who bring in new Medical Technology and set up the Ophthalmological service to Hong Kong.

The year of 2000 was his happiest time in life because his daughter was born, he was totally dedicated to his family and the new born. We had many family gathering at his house during those years which he will explore me to many different kind of delicious food and he will usually played violin after dinner to entertain his guests and me. He's not only a great doctor he's also a great taste violinist.

Though all these year I know Patrick and his family, he is a very giving, a loving family man. He is also loving and treasured person by all his friends. At the end I am here sincere to ask your mercy to accept my plea in granting Dr. Patrick Ho leniency at his sentencing. I am here to thank you for your consideration and your result is highly appreciated.

Yours Faithfully

David Chau

# EXHIBIT 11

The Honorable Loretta Preska                                      1-4-2019

Re:   Dr. Patrick Ho

Dear Judge Preska,

I submit this letter in support of Dr. Patrick Ho.  I have known Patrick well since 1978, both as colleague and friend.

I first met Patrick in the operating room at Vanderbilt University. Patrick was an Ophthalmology resident and I, an Anesthesiology resident. Since there were very few Asian residents at Vanderbilt University, my husband and I became close friends with Patrick and his wife.

Patrick has a great reputation in his department, always willing to help his fellow residents . He is kind,  intelligent and a very fine surgeon. He  was made chief resident during his final year of residency. I observed that he would always patiently and diligently teach those younger Ophthalmology residents, who are lucky enough to be scrubbed in with him on cases, tirelessly, in the intricate surgical techniques.

He owned a house at the time we were at Vanderbilt. He would generously open his home , treat his friends to dinner and perform some piece of music to entertain us on his violin. When my son started Suzuki violin classes, Patrick would play violin with my son and teach him the finer techniques . He is honest, ethical and would always call a spade a spade.

Patrick left Vanderbilt to pursue a fellowship in retinal surgery at Massachusetts General in Boston.  His ambition has always been to go back to Hong Kong, to bring what he has learned to serve the populations in Asia, at a time when there was great need for retinal surgeons. Always interested in teaching and upgrading the medical care in field of Ophthalmology.

The Patrick Ho I know is good, kind and ethical person. I ask the court to be lenient and show mercy in it's sentencing of Dr. Ho.

Respectfully,

*Lily Chen, MD.*

Lily Chen ( Yap ) , MD.

# EXHIBIT 12

January 22, 2019

The Honorable Loretta Preska

Re :   Dr Patrick Ho

Dear Judge Preska,

This is Chiu Fan Cheung, a friend of Patrick Ho for more than twenty years.

I am writing to support him and would plead for your kind consideration and leniency in his sentence.

I met Patrick when he first returned from the States and taught in the ophthalmology department of the Chinese University of Hong Kong. I admire his vision in and determination to bring his knowledge and expertise in ophthalmology to this corner of the world. During his stay in the university and medical school here he had trained many eye surgeons who are now in active practices in Hong Kong and Mainland China.

Feeling restricted in his scope of service to the community and practicing what he teaches, he left the academia and set up his own clinic in town to treat the many patients whom he felt deserved focused coverage and treatments. He soon established himself to be one of the top eye surgeons in the region. He also coached eye surgeons in Mainland China and operated on needy patients there. He initiated and was involved in numerous charity projects catering to the needs and well-beings of eye patients in poorer regions in China.

Ever feeling the need to serve the community in broader areas he then gave up his medical practice, taking a substantial cut in his income and joined the civil service. I was impressed by his desire and devotion to serve his community. This is a man who puts others' needs and well-being before his own personal interest.

I am honored to have a friend like Patrick. I sincerely wish that he can soon return to his community; a community which he has served well and given the chance will no doubt serve well again.

Yours truly,

Chiu Fan Cheung

# EXHIBIT 13

The Honorable Loretta Preska,

1st February 2019

Dear Judge Loretta Preska,

Re : Dr. Patrick HO

I am writing this character reference in support of Dr. Patrick HO, sharing some of my personal impression of him in the years I have known him.

I know Dr. Ho for more than 20 years through my career as a Television News Anchor. I had interviewed many people who has great contributions, Dr. HO is one of those I had interviewed, he gave me the impression is a kind, cheerful and talented man. He has often been keen to serve the community

In 2002, Dr. HO was appointed the Secretary for Home Affairs of the Government of HKSAR, he has made a lot of efforts and contributions in promotion of local cultural events, this show his devotion to his role in the civil service to our city.

-1-

In family, Dr. Ho is a good husband and a good father. I know he is a family man because his wife Mrs Sabina Ho is a good friend of mine, we know each other over 30 years. I always heard from Sabina about her family life with Dr. Ho is very happy and contented. Dr. Ho loves to spend time with his family, he will cook and play violin with his daughter after dinner, he is definitely a loving family man.

Over all these years I know Dr. Ho and his family, he is a very giving and loving person. As a friend, I cherish and respect him a lot.

In closing, I respectfully request your Worship to accept my sincere plea in granting Dr. Ho leniency at his sentencing. May I thank you for your kind consideration.

Yours faithfully,

Jaclyn Chu

# EXHIBIT 14

Honorary Judge Loretta Preska

January 16, 2019

Your Honor,

I'm writing you to support a light sentence for Chi Ping Patrick Ho.

Patrick Ho was my classmate in Grade 7(Form 1 in British System), in Hong Kong in 1961 at Diocesan Boys' School. We often were playing and studying together as well as having many lunches during school days. After Grade 12, we went to separate colleges to pursue different academic interests and later career goals. Since then we have remained in contact and occasionally got together when he was practicing medicine in San Francisco Bay Area. Even after he left for Hong Kong, we still managed to get together in the Bay Area with him and other old friends from the High School years, though less frequently, when he travelled through San Francisco.

Patrick Ho, in my memory, is more than just a talented person, he also holds himself with high regard for others. A person of integrity and trust, he is a trust-worthy and a trusting person.

Patrick Ho is a kind person and likes to help others, in addition to having pride in his work. When he practiced medicine, as an ophthalmologist he had healed many people's eyes. His caring and bedside manner was impeccable.

Through my wife, a long-time Lions International member, I've known that, with his professional skills, Patrick Ho had donated many hours of his own time for the poor and needy people who could not afford expensive medical bills for eye problems. Through the Vision Care Foundation, a non-profit operation of Lions club International, he restored eyesight of many poor people.

Patrick Ho has a strong conviction in his beliefs and whole-heartedly pursues in what he believes. This conviction led him to many paths for the benefit of people he did not know personally, but for a good cause for them according to his beliefs. He's a civic-minded person giving up many of his own personal gains for the good of the public. In Hong Kong he had a lucrative medical practice in 1990s. Yet he gave it up to become a civil servant working in Hong Kong Government.

As a friend of him for over 50 years, I am strongly convinced that Patrick Ho is an excellent, decent human being serving mankind in what he believes as the best. With his talents and his beliefs, he can serve humanity much better outside of a prison environment than inside.

Sincerely,

Joseph Chu

# EXHIBIT 15

  

20, BRAEMAR HILL ROAD,
NORTH POINT, HONG KONG.
TEL:
FAX:

蘇 浙 公 學
**KIANGSU-CHEKIANG COLLEGE**

香 港
北角寶馬山道二十號
電話：
傳真：

22nd January 2019

The Honorable Loretta Preska

Re: Patrick Ho

Dear Judge Preska,

I submit this letter to support Dr Patrick Ho. I have known him for four years since her daughter Audrey Ho has been studying in Kiangsu-Chekiang College, International Section four years ago.

What impressed me most about Dr Ho was his decision to let his daughter study in our school instead of her previous one as Dr. Ho and his wife wanted to make their daughter study in a less stressful environment. I could feel their love towards their daughter in providing her unconditional support.

As an educator, I hold a belief that family members have a strong influence in shaping a teenager's emotional well being. As a father, I understand that Dr Ho plays an important role in Audrey's life and that it cannot be filled by others. Freedom is essential to a person and father is essential to a family. Only reunion of the family can bring a positive and healthy growth to Audrey.

I urge Your Honour to take all these factors into account when determining your sentence.

Respectfully,

Mr Fong Chung Lun
Principal

# EXHIBIT 16

The Honourable Loretta Preska

23 January 2019

Re: Dr. Ho Chi Ping Patrick

Dear Judge Preska,

I submit this letter in support of Dr. Ho Chi Ping Patrick whom I have known for more than fifty-five years.

We are alumni of the Diocesan Boys' School: I graduated in 1955 and he, 1966. I was a teacher of the school when he was a student. I knew of him in 1962 through Mr. (later Dr.) Wong Siu Kit, my classmate as well as colleague in the school, who was then Patrick's Form Master. He told me a good deal about Patrick who was very talented and had an enquiring mind. A year later, the Headmaster, Mr. James Lowcock, told me that he had bought Patrick a good violin when he found that the instrument Patrick, who came from a rather poor family, was using did not match up with his talent. Patrick had not let his Headmaster down as he had become a very promising violinist by the time he was in Form 4 (1965), winning a number of prizes in the annual Hong Kong Schools Music Festival. After graduation from DBS he was awarded a full scholarship to study music in the United States. I had not taught him, nor had I been in charge of the school's musical activities, but I knew a good deal of him as I was involved in many of its extracurricular activities. I later became the Sportsmaster, whose duty was to coordinate the intramural activities of the school.

We became colleagues in the 1980s when he returned to Hong Kong to teach in the Faculty of Medicine, the Chinese University of Hong Kong. We had a chat face to face for the first time on a social occasion. He was then already a highly successful ophthalmologist but appeared to be a modest physician. I became his patient in the 1990s and he gave me meticulous and superb care. In the 2000s, because of his involvement in politics, I switched to another specialist, Dr. T. S. Leung, who happened to be his student. In my conversation with Dr. Leung, he showed great respect for Patrick as a teacher.

In the present millennium, as I have taken up the writing of the school history, Patrick and I have had communications about the school from time to time, in particular about his teacher Dr. Wong and his Headmaster James Lowcock. He had published an

1

article about Dr. Wong and had planned to republish the seven stories that Mr. Lowcock had written and published some years ago to commemorate his Headmaster whom he deeply loved.

I have high regards for Dr. Patrick Ho as a student, a colleague and a friend and should be most grateful if you would show leniency in sentencing him.

Yours sincerely,

Fung Yee Wang

# EXHIBIT 17

To: Judge Loretta Preska, New York, USA

10 January 2019

Dear Judge Preska

**Re: Ho Chi Ping, Patrick**

I write in support of the Mr. Ho Chi Ping, Patrick.

I have known Mr. Ho and his family for about 10 years. I knew Mr. Ho and his wife Sibelle through my sister as her children attend the same elementary school in Hong Kong as Mr. Ho's daughter Audrey. I see him from time to time at family dinners and charity events.  From what I understand and from my own observation, Mr. Ho cares a lot of his family and loves his daughter very much. At the same time, Patrick and Sibelle are also both very active in charity work. They gave me a lot of support when I was the chairman of a charity fund organization in 2017.

I hope Your Honor can take the following factors into account when determining your sentence:

      (i)     Mr. Ho is 70 years old and in a poor health condition.

      (ii)    Mr. Ho has never committed any similar offence previously.

      (iii)   He has been separated from this family who currently live Hong Kong.

      (iv)   Mr. Ho has served the Hong Kong Government for 6 years and has contributed significantly in community matters.

Thank you for your kind consideration.

Yours sincerely

Mrs Ho Yu Mei

# EXHIBIT 18

January 4th, 2019

**The Honorable Judge Loretta Preska,**

Dear Judge Preska,

**Re: Dr. Patrick HO**

I first met Mrs. Ho and was Audrey Ho, Dr. Ho's wife and daughter, 2 years ago when I was working as an education consultant / client servicing manager with an education/tutoring center. I became Audrey and Mrs. Ho's friend from that time onwards.

I started to look into Dr. Ho's background when Mrs. Ho & Audrey came to my workplace seeking help with Audrey's studies towards high school examinations. █████████████ ████████████████████████████████████████████████████████████████ The background search was personal as I would like to ascertain both the student and parents were profiles I could offer assistance.

It's easily researched that Dr. Ho, Audrey's father, has a well-known history in his medical profession and thereafter contributing to serving Hong Kong and United Nations in the public services arena, etc. while Mrs. Ho's origin was from Taiwan and resided in Hong Kong after her successful career in the filming. It was also apparent both Mrs. Ho and Audrey adored Dr. Ho despite his busy work schedules. I have met with Mrs. Ho many times and found that she was a very dedicated mother as well as a supporting housewife; however, due to the age differences with their child, the best they provided did not seem to optimize her study progress.

I decided to take on Audrey and provided free consultation at my own time due to 3 reasons:

1. Mrs. Ho's persistence and humbleness in trying to get help for Audrey.
2. An article of published an interview in 2005 with Dr. Ho when he admitted his greatest failure was sacrificing his time with his daughter towards work. I occasional work as a volunteer with children and I always admired those people who are successful yet willing to contribute towards a bigger meaning.

"我并不是一个很成功的父亲。最失败的就是没有很多时间陪伴我5岁的女儿。有时候半夜回家，带着内疚静静地倚在床边，看熟睡的女儿，是那么美丽，一日的疲累减去大半，更会决定明天一定要抽时间陪她玩，但这是一个很难实现的承诺。因为公务繁忙，很多时候都觉得对不起她们。……每天最快乐的时间，就是早上上班之前与太太和女儿围在一起的时光，在完全属于我们的私人空间里谈谈情，说说笑。"

Translation of above extract of the letter:

*"I am not a very successful father. My greatest failure was not spending enough time with my 5 year old daughter. Sometimes, when I came home in the middle of the night, I would sit quietly at the side of her bed, feeling extremely guilty. It's so beautiful watching her in deep sleep and the day's tiredness would disappear. I would then decide to allow more time with her which was too good to be true, my work has been so busy and I felt sorry to have neglected them….. My breakfast with my wife and my daughter together has been the happiest time of each day. It was a time and space of my own, just chatting and have fun."*

3. Audrey was a naive and innocent teenager for her age, very caring and polite and willing to commit to improvements. Her goal was to attend University in the United States following her father's path.

Even though I never met with Dr. Ho, with my over 30 years of working experience, I could portrait Dr. Ho as a decent and humble person from the way he treated his family and how the family related with people. I remembered Audrey happily told me she would miss one of her lessons as her father was able to take time to bring the family out to lunch to celebrate her 18th birthday. It's also the date Dr. Ho left for United States.

I have no question on the court judgement. However, I whole heartedly believe that Dr. Ho would be a positive contribution to the society or the family as a free person than in jail and I wish leniency in this case. Not only Dr. Ho's reputation and career were in jeopardy during the course of this case, Mrs. Ho has been living like a hermit, losing the sole source of income and at least once Audrey was chased by paparazzi (on the street after lesson in our center) as a result of the lengthy court case.

I sincerely hope that given the lengthy and highly publicized trial, the already done jail time during which I believed he's well behaved, Dr. Ho had lost and suffered tremendously and would no longer be a threat to any country or anybody. As a Catholic and in occasional volunteering services, I seek for leniency and mercy that Dr. Ho will be given a second chance to allow him time to still play a more significant role as a father and a physician.

Yours truly and God Bless,

Theresa HO Kit Yee, Hong Kong

# EXHIBIT 19

# RAYMOND L. M. HU

The Honorable Loretta Preska,

January 15, 2019

Re: Dr. Patrick Ho Chi-Ping

Dear Judge Preska,

I am writing this letter with a heavy heart to show my support to Dr. Patrick Ho.   I have known Dr. Ho for close to 20 years, and consider him a very close friend of my family.

My parents started to see Dr. Ho in the Prince of Wales Hospital over 30 years ago. My mother, now 91 years old, still vividly remembers she was introduced to Dr. Ho through a friend who told her Dr. Ho just returned from the U.S. and is a well known eye doctor.   My mother became very fond of Dr. Ho and recommended my father to see Dr. Ho later on.   They eventually became close personal friends and their friendship remains until now.   My father, now 95 years old,

But one thing he keeps asking us repeatedly is whether Dr. Ho is in trouble, and why a good person like him can be in trouble.   My father no longer understands the trouble.Dr. Ho is in and the complexity of law.   We also don't know where he got this information from, most likely from overhearing when my mother was watching news on TV.   All we can do is to tell him not to worry, Patrick is a good person and he will be fine.   This is now close Dr. Ho is to my father in his hearts, and shows what kind of person Dr. Ho is to him.

I myself am not a patient of Dr. Ho.   But he introduced me to see his student Dr. Gordon Chau after he left his medical profession to serve as Secretary of the Home Affairs Bureau of the Hong Kong Government.   I was deeply impressed by his decision then as it is well known that a successful medical doctor in Hong Kong like Dr. Ho will be taking a huge financial sacrifice by joining the Government to serve Hong Kong people.   This is a perfect indication of Dr. Ho's very honorable character and that he is never motivated by financial means.

# RAYMOND L. M. HU

Dr. Ho's wife Sabrina is very close to my mother so we had family gatherings every now and then.   I came to know Dr. Ho better after he left his busy post in the Hong Kong Government and joined a foundation set up by a Chinese energy firm.   Dr. Ho's family of 3, and my whole family, including my parents and my brother's family, visited Angorwat, Cambodia during the Chinese New Year holiday in 2016.   We chatted a lot during that trip.   I graduated from U. C. Berkeley and University of Southern California and spend 7 years living in the U.S.   I believe Dr. Ho studied in the Harvard medical school.   Naturally we know both countries, U.S.A. and China well, and our common interest and goal is to foster better relationship between the two countries.   We believe the world will be a better place if the two most powerful countries in the world can understand each other better.   I am not into politics so I just followed this topic with interest.   Dr. Ho on the other hand, is very knowledge about world politics and devoted a lot of time and energy trying to bring the 2 countries closer through the United Nations and other platforms.   I learned a lot in this area from Dr. Ho and truly believe all he wants is a better and more peaceful world by doing all he can through medicine and his political savvy.   Personal gains, in whatever forms, is never on his mind.

I understand the Court will decide on Dr. Ho's sentencing soon.   My parents are too old to write a letter to support Dr. Ho but wish to join me in asking the Court to show leniency to Dr. Ho considering his age, his contribution to the society and his good character.

Respectfully,

Raymond Liang-Ming HU

# EXHIBIT 20



**DELON INTERNATIONAL FILM LIMITED**
**狄龍國際電影有限公司**



Tel :
Fax:
E-mail:

**Dear Judge Preska,**

本人洪祖星(Crucindo Hung) 現任香港影業協會理事長, 香港電影製片家協會主席。

我寫這封信是要表達對我的好朋友何志平醫生的支持。

25 年前經邵逸夫爵士介紹認識何醫生, 這些年來我們都有保持見面及聯絡, 我感覺他對朋友誠懇、關心。有一次我們一群朋友去旅遊, 其間有位朋友在深夜發生急病, 他親自送這位朋友到醫院, 及參加醫院對這病人的會診。他亦會對有經濟困難的病人, 進行義診, 獻出愛心。

何醫生熱愛香港, 關心香港市民, 得到廣大香港人的好評, 希望 法官大人考慮他平時的為人, 給他寬大的判決。

洪祖星
2019 年 2 月 18 日



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Crucindo Hung, addressed to Hon. Loretta Preska, dated 2/18/2019.

_____
Aurora Landman

Sworn to before me this
March 7, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

 

**DELON INTERNATIONAL FILM LIMITED**
狄龍國際電影有限公司

Tel :
Fax :
E-mail :

Dear Judge Preska,

I, Crucindo Hung, am the current chairman of the Hong Kong Film Industry Association and the chairman of the Federation of Motion Film Producers of Hong Kong.

I am writing this letter to express my support for my good friend Dr. Ho Chi-Ping. 25 years ago, Sir Run Run Shaw introduced Dr. Ho to me, and we have kept meeting and communicating over the years. I believe that he is sincere and concerned about his friends. Once, a group of our friends went on a trip. During this trip, a friend had an emergency in the middle of the night. He [Dr. Ho] personally took the friend to the hospital and attended the hospital consultation with the friend. He [Dr. Ho] would also conduct free clinics for patients with financial difficulties, showing them compassion.

Dr. Ho loves Hong Kong, is concerned for Hong Kong people, and has been widely well received by Hong Kong citizens. I hope that the Judge will give this matter her usual judgment and grant him [Dr. Ho] a generous ruling.

[Signature]

Crucindo Hung

February 18, 2019

**ROOM 906, 9/F, SINO FAVOUR CENTRE, NO.1, ON YIP STREET, CHAI WAN, HONG KONG.**
香 港 柴 灣 安 業 街 一 號 新 華 豐 中 心 9 樓 906 室

# EXHIBIT 21

Saturday, January 5, 2019      8:35 AM

TO: Honorable Loretta Preska
DATE: January 5, 2019
Re: Patrick CP Ho

Dear Judge Preska,

This is written in support of Patrick C P Ho.  I have known Patrick from our teen-hood days over 55 years ago.  We grew up in the same general neighborhood, but we did not know each other until we first shared the last stand for 2nd violin section in our school string orchestra.  Since then, we had become the best of best friends.  We had lessons from the same violin teacher, often one following the other.  After lesson, we often would walk and talk, sharing our finds in Back/Beethoven/Brahms.  Those were our happy days.  We would listen to music and make music together, in orchestra, string quartet.  We even attempted in folk-rock singing as our musical interests expanded beyond classical.  We liked the simple harmony of Peter Paul & Mary's, but Patrick's favorite was Bob Dylan.  We did not see a Nobel laureate in literature coming, but we were mesmerized by Dylan's many thought-provoking lyrics.

We then took our different paths after we crossed the Pacific to the US for college.  We did stay in close contact updating each other on our college experience.  We specifically planned our first summer job, as our extended vacation, working at a Chicago suburban country club.  We tried to see each other about once a year when we could afford the traveling expense.  Our post-grad, medical school & residency training days were understandably more challenging in time management.  However, we remained in close contact with each other via US mail throughout our career-building, family-raising years.  As Patrick's career path evolved, he would often make it a point to stop by the SF Bay Area whenever possible on his business travel, so that we could have some quality time together.

Patrick had always been the one with a vision.  He would take steps to implement, to close in on his dream.  I remember well the long discussion we had as he finalized his decision to give up his successful retinal surgeon practice in the very desirable SF Bay Area, to return to Hong Kong for a faculty position at the HKCU Hong Kong Chinese University.  It was his strong belief that he'd be able to bring his specialty service to more people on the other side of the Pacific.  He felt the timing was right.  He would not only be the only Harvard-trained ophthalmologist in town, but also the only retinal-vitreous eye surgeon in Hong Kong and the whole of mainland China.

Upon return to Hong Kong, Patrick almost instantly became the "go-to" ophthalmologist for all challenging cases, especially where others had failed.  However, he remained focused on his goal to develop a strong ophthalmology curriculum for the university.  It was his hope that graduates from his program could help set in motion to establish the new improved standard of care for the specialty in Hong Kong, to provide better eye care, and improved accessibility for the general public.

Patrick did not stop there.  On one of my Hong Kong visits in the '90s, we had our usual one-on-one catch-up chat in his office.  I could not help but notice the many service recognition plaques and pennants which essentially covered all the available wall spaces of his office.  Patrick explained passingly he had been honorary professor and visiting consultant to many medical schools, university hospital, and eye institutions in China, in cities such as Beijing, Shanghai, Hangzhou...  But he proudly pointed out he was instrumental in organizing special eye-missions to mobilize eye doctors from major Chinese cities, to the more under-served, poverty-stricken inland areas in rural China.  That eventually became the "China Sight First Project" as funded by Lions International.  In Hong Kong, he spearheaded the first ever "Clinical Post-specialty Fellowship Program", to train young promising professors from different Chinese medical schools, in retinal-vitreous eye surgery, all in accordance of his belief that as program graduates upon return to their respective medical schools, they would further propagate his teaching.  Indeed, Patrick was happy to note that many became chairmen and big time professors in China, carrying the torch he had passed on.  Patrick's contributions had been highlighted by the Chinese Ophthalmological Society at their annual meetings both in 2015, and as recently as 2018.  Little wonder that Patrick had such huge collection of award plaques and pennants.

As a practicing ER physician entrenched in a busy city ER, I was impressed by Patrick's dedication and tremendous drive towards serving his people, both in Hong Kong and in mainland China.  Above all, I was more than humbled to learn that Patrick did them all in gratis, with the only gain being in his own personal satisfaction.

Patrick had not only impressed me, but in some small ways, he had also touched my daughter, who was at the time an exchange college student @HKCU Hong Kong Chinese University.  She wrote to tell that she was happy to have played with uncle Patrick the Bach Double Violin Concerto in a fund-raiser concert for disaster relief in China.

In 2002, I had a surprised phone call from Patrick, telling me of his decision to leave his very successful clinical practice to enter into public service with the Government of Hong Kong, despite a substantial cut in his take home income... because he wanted to serve and do more for the general well-being of the people of Hong Kong, instead of just through his know-how as a retinal-vitreous eye surgeon, in highly specialized eye care for people.

Such is the Patrick Ho I know, an honest, respectable Hong Kong gentleman with a vision, passionate in his pursuit of high ideals, over and above any concern in monetary return.

Patrick and I had been in regular contact since the beginning of his ordeal.  It goes without saying that his career is destroyed, his life in ruin.  He deeply regrets to have his family and loved ones in such disarray and pain.  However, the one most painful realization, therefore his inner fear, is that he will not likely be there to care for his elderly mother in her final days.  Patrick does have a very strong bonding with his mother developed through the years, especially when he personally had witnessed what hardship his mother had gone through to hold the family together.

It is my sincere hope, therefore my whole-hearted plead, that the court would show mercy and kindly consider leniency at sentencing.

Respectfully,

Peter C Kwok

Peter C Kwok

# EXHIBIT 22

The Honorable Loretta Preska

29 January, 2019

Re:   Dr. Patrick Ho

Dear Judge Preska,

I submit this letter to support Dr. Patrick Ho.

I have known Dr. Ho for more than 57 years since 1961 when we both joined the Diocesan Boys School in Hong Kong as Form One students.   Indeed Dr. Ho sat next to me at class and so we had been quite close during our middle school days. We shared many things at class and also during part of our non academic activities. Dr. Ho had always been gentle in character and helpful to others throughout our years in school.   He was well liked by all his fellow students, as well as the teachers. He was also very gifted in music, and played the violin very well, so much so that he was a valuable member of the school orchestra (which was, and still is, the top school orchestra in Hong Kong), as well as a very good solo performer.   In terms of studies, Dr. Ho also excelled in class and had always been among the top tier of students in school results.

We lost contact for a while after graduating from secondary school when Dr. Ho went to the USA and I remained in Hong Kong for our university studies. Nevertheless I had heard that he continued to do well in university in medicinal studies.

It was with great pleasure that I learned that Dr. Ho, after practicing for some time in the USA, decided to return to Hong Kong to join the Chinese University to set up an ophthalmology service.   At that time, he was already quite a renowned eye doctor in the world.   We resumed our contact from then on, and I both saw and received feedback from other people about his very valuable contribution to the society of Hong Kong in advancing the standard of ophthalmology.   Apart from training doctors in Hong Kong, Dr. Ho also extended his services to the Mainland of China both in training doctors and treating patients there.   He played a very important role in promoting the standard of eye care, ophthalmology and treatment for eye patients in both Hong Kong and Mainland China.   Dr. Ho then went into private practice and ███████████████████████████████████████
██████████████████████████████████████████   I am extremely grateful for and indebted to his skill.

After the sovereignty of Hong Kong returned to China in 1997, Dr. Ho gave up his medical service and joined the Hong Kong Government as Secretary of Home

Affairs, which was not an easy decision to take.   At that time, I had been serving the Hong Kong Government for more than 25 years already and held the post of Secretary for Planning, Environment and Lands. So we came together again, this time as colleagues.   During his service, Dr. Ho displayed a keen desire to understand and improve the livelihood of the people of Hong Kong, and tried very hard to promote harmony, cultural well- being and psychological happiness among the population of Hong Kong, at a time when Hong Kong underwent a period of great challenges and uneasiness with the change of sovereignty.   In many respects, Dr. Ho was successful in doing a very difficult job. As colleagues in Government, I was very happy in having him as a member of our big family.   Throughout his service, Dr. Ho had maintained his gentle manner, was always kind to others, and shown understanding and readiness to help those in difficulties.

I can say with all fairness that throughout the years I have known Dr.Ho, that he is a person with a noble character who would not cause any harm to anybody.   I have found that he always stands ready to listen patiently and offer help to others in need. He also does not go after personal fame and glory.   He is a very valuable friend to have indeed.

Having said the above, I respectfully request the Court to show leniency and mercy to Dr. Ho, who is already 70 years of age, at sentencing.

Respectfully,

Bowen LEUNG

(Former Secretary for Planning, Environment and Lands, Hong Kong Government)

# EXHIBIT 23

Date: 18 January 2019

The Honorable Judge Loretta A. Preska
Senior United States District Judge,
United States District Court for the Southern District of New York

Dear Judge Preska,

**Re:**     **Dr. Chi Ping Patrick Ho**

I am writing this letter in support of Dr. Patrick Ho.

I have known Dr. Ho for more than 10 years. He and I would meet each other regularly in social gatherings. He is very nice and always helpful to other. He is also exceptionally hardworking and conscientious.

By way of background, I understand that, like me, Dr. Ho was born and raised a Hong Konger.  After his secondary education at a highly competitive local secondary school, he won a much-coveted scholarship and was educated in this Country for 16 years.  He eventually became an ophthalmologist surgeon with special expertise in retinal surgery, and was a Fellow at Harvard Medical School.  He then decided to return his home, Hong Kong, in 1984.  He firstly taught eye surgery at The Chinese University of Hong Kong (one of only two Medical Schools in Hong Kong), first as Professor of Ophthalmology and then as Professor of Surgery (Ophthalmology).  During his almost two decades of medical teaching, he had trained and nurtured innumerable doctors and ophthalmologic specialists, and published extensively in the area, thereby making an immensurable contribution to the medical profession and the wider community in Hong Kong and beyond.

Following his long service as an ophthalmologic educator and professor, in 2002, he decided to devote himself full-time to public service, and accordingly joined the second-term Government of the Hong Kong SAR as a cabinet minister, namely Secretary for Home Affairs, with a policy portfolio ranging from district administration, community infrastructure development, human rights, arts and culture, sports and recreation, youth and religious

matters, gaming and charities, to overall liaison with the civil society. He served as such until 1 July 2007.

In conclusion, given Dr. Ho's immeasurable, consistent and steadfast contributions to the medical profession, Hong Kong, and the global community at large, and his personal warmth, care and charity to all those around him, extending beyond his own family and friends, I respectfully implore and plead with Your Honor that Your Honor may take all of the above into consideration and accord the greatest extent of leniency and mercy to Dr. Ho at the sentencing of his case.

Respectfully submitted,

Yours sincerely,

Leung Lai Chu

# EXHIBIT 24

THE HONORABLE LORETTA PRESKA

18 Jan., 2019

RE: DR. PATRICK HO

Dear Judge Preska:

我们和何志平医生的夫人同樣是從台灣来香港定居. 曾經多次聚会. 因此有机会瞭解何医生是心地非常善良的人.

何医生在貴國接受音樂及医學教育. 取得医學博士學位後, 於1984年返回香港工作. 無論在眼科医療及医學教育方面都有顯著的貢獻. 此外, 並且熱心公益, 在香港創立香港特区中央狮子会. 我為創会会長. 從改後, 对於推动文化藝術, 不遺餘力. 連同医療, 皆嘉惠中國及香港住民, 深獲好評.

近聞何医生因案由 阁下審理. 懇請体察上情. 給予從輕處分為盼。

李黃小玲 Margaret Li

許俶媛 Laura Hsu

敬上



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Li, Margaret & Hui, Eaine, addressed to Hon. Loretta Preska, dated 1/18/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[handwritten text is indicated in italics]

*The Honorable Loretta Preska*

*Jan 18, 2019*

*RE: Dr. Patrick Ho*

*Dear Judge Preska:*

*Like Dr. Ho's wife, we moved to Hong Kong from Taiwan and settled down here. Through numerous gatherings, we have had the opportunity to get to know Dr. Ho and we think that he is a very kind-hearted person.*

*After Dr. Ho received education in music and medicine and earned a doctorate degree in medicine in the U.S., he returned to Hong Kong in 1984 to work. Since then, he has made significant contributions for both ophthalmology and the study of medicine. In addition, being a passionate philanthropist, he established the Lions Club of Center Point H.K.S.A.R. in Hong Kong and became its founding chairman. After becoming a politician, he spared no effort in promoting culture and the arts; together with his contributions to medicine that have benefited the residents of China and Hong Kong, his work has been well received by the public.*

*I have learned recently that Your Honor will be hearing Dr. Ho's case. I would like to ask Your Honor to please consider the aforementioned and be lenient in your sentencing.*

*Respectfully,*

*[signature] Margaret Li*

*[signature] Eaine Hui*

# EXHIBIT 25

The Honorable Loretta Preska

January 21, 2019

Re: Dr Patrick Ho

Dear Judge Preska

I submit this letter to support Dr Patrick Ho. I have known him for over 57 years.

We started high school together at age 12. He was into music and I was into sports, but we were friends. We started university in the US at the same time, at different schools. And he made it a point to visit me in Philadelphia when I was getting my MBA, while he was going to medical school.



Patrick is a true "friend in need is a friend indeed".

Please show leniency at his sentencing.

Yours respectfully,

Samuel T. Lin

Samuel T. Lin

# EXHIBIT 26

## *Money Lo*
*Barrister-at-Law*

Room 1603, 16/F, Dina House, 11 Duddell Street, Central, Hong Kong.
Tel: ███████████████    Fax: ███████████████

2 February 2019

Dear Honourable Judge Preska

I am writing with utmost sincerity to urge for your kind consideration to impose a lenient sentence on Dr. Ho Chi Ping Patrick.

I am a barrister in Hong Kong and have been in practice for 15 years, I was a TV artiste before joining the legal profession. Dr. Ho has impressed me as a kind, caring, supportive and dedicated gentleman in all aspects of his work and life, he is respected by his patients, his family and the Hong Kong citizens.

Dr. Ho was a top-notch ophthalmologist before quitting his flourishing career to join the Hong Kong Government. My secretary was Dr. Ho's patient in 1997, she had to undergo a surgery and was very nervous and unstable for fear of losing her eye-sight. It was Dr. Ho who gave her all the support and care, he taught her how to always keep the smile on her face, and how to overcome the difficulties incidental to the surgery. Under Dr. Ho's care, my secretary recovered well and fast. Dr. Ho always did more than a doctor, his unfailing love and support to his patients made all the difference.

I have known Dr. Ho's wife for over 20 years, she was a famous actress, she married Dr. Ho in the peak of her career. Mrs. Ho has nothing but all the best virtues to talk about Dr. Ho, everytime we talked about Dr. Ho, Mrs. Ho would have the sweetest smile on her face, it is beyond doubt that Dr. Ho is an excellent husband and father, and the family can always count on him.

In 2002, Dr. Ho joined the Hong Kong Government as Secretary for Home Affairs. Dr. Ho touched Hong Kong people because he was willing to spend a lot of time meeting the Hong Kong people in particular the less fortunate ones, and he was always ready to listen and did his best to cater for their needs.

Dr. Ho always gives his best whatever capacity he is in, in particular he has selflessly served the people of Hong Kong. I feel sorry to see Dr. Ho in this difficult position, and I truly wish the best for him. May I earnestly request you the Honourable Judge to impose the most lenient sentence possible on Dr. Ho. Much obliged.

Respectfully

# EXHIBIT 27

**Dr Dickson Pin** BDS (WITWATERSRAND)

The Honourable Judge Loretta Preska

January 25, 2019

**Re:  Dr Patrick Ho**

Dear Judge Preska,

I am writing this letter to you in support of my very good friend Dr Patrick Ho whom I have known for the past 26 years. We first met in 1992 when we were on the same tour to China. Since then we have been on yearly fun filled vacations on at least 18 occasions. In all the time I have known him he has been a thoroughly upstanding, generous, honest and caring person. On one such trip into China we came across a woman with a problem in one eye which limited her vision. Patrick quickly examined her and took note of the contact details and once in Hong Kong arranged for the person to have the necessary treatment.

On another trip in China all the members of the tour were unable to purchase good quality packs of ham that was the delicacy of the region. The very next day we each received a superb pack of ham with the compliments of Patrick who had somehow managed to arrange this for everyone overnight. A wonderful generous and thoughtful gesture and gift as Patrick flatly refused any payment whatsoever.

Patrick when he joined the Chinese University Medical School raised the standard of opthamology in Hong Kong markedly and by training many other opthalmologists benefitted the population of Hong Kong for generations to come. He possessed superb diagnostic and surgical skills which led him to obsessively protect his hands to the extent that he would never participate in any activity that might damage or traumatise his hands thus preventing him from performing delicate surgery.

It was a tough decision for him to leave ophthalmology and join the Hong Kong Government but he felt that he had much to contribute to the Government and the people of Hong Kong. Patrick had excellent ideas and his input was pivotal in the conception of the West Kowloon Cultural District that would play a leading role in promotion of arts and culture in Hong Kong. Patrick, being an excellent violinist with a great love of music and the arts, was understandably passionate about this cultural project.

I sincerely hope that you will afford Patrick some leniency when deliberating your verdict at the time of sentencing.

Dr Dickson Pin

106-7 Shui On Centre, 6-8 Harbour Road, Wanchai North, Hong Kong   Telephone: 2802-8108

# EXHIBIT 28

The Honorable Loretta Preska,

29th January, 2019

Re: <u>Dr. Patrick Ho</u>

Dear Judge Preska:

I am submitting this letter in support of Dr. Patrick Ho.

I have known Patrick for over 50 years, and I know his back-ground and character pretty well.

We studied at the same high school in Hong Kong , the Diocesan Boys' School. He was one year my junior. We were both school prefects at the school.

I came to notice him initially, before he became a school prefect, because of his achievement in music, having won a lot of music competitions while he was still studying, including chamber music when he played as the first violin in chamber music, and as a prominent member of the school orchestra, wining a lot of prizes.

After we graduated separately, I came to meet him again in Hong Kong after his return from America in 1984, knowing that he has become a specialist and professor in Ophthalmology of the Chinese University of Hong Kong, after having gone to study in USA with a music scholarship.

Since then, I met him on and off because we are both well acquainted with the former headmaster of the Diocesan Boys' School, the past Mr Sydney James Lowcock, in different ways. He was highly regarded by Mr Lowcock. Under Mr Lowcock, we both entered a scheme whereby we offered financial help to various needy students of the school, as well as to those who have just started university, on a

regular basis, until the individual became proficient in supporting themselves after graduation.

I understand that he was very active in the field of ophthalmology, having join the faculty of the Chinese University of Hong Kong upon his return to Hong Kong, and set up an ophthalmological service in teaching his expertise to other doctors in the profession. He even offered free operation by travelling to the then remote community of China to offer operation for the poor.

We also met at various venues, including friend's gathering and at various concert venues. I noticed that he was a fervent lover of classical music of which he was a keen supporter of the development of music in Hong Kong.

He then gave up his prosperous medical practice to serve the people of Hong Kong by joining as a minister of the Hong Kong SAR government.

I have great feelings for his contribution to the old school, to future university graduates in need, to the medical profession, as well as to the society as a whole.

I sincerely hope that the Court can show leniency at the conclusion of the court hearing.


Yours respectfully,


Sung Tai Wai

# EXHIBIT 29

Jan 7,2019

To Whom It May Concern

Dear Sirs,

Dr. Patrick C. P. Ho and I are friends for over forty years. We both were members of the Hong Kong Basic Law Consultative Committee.

He was a well-respected ophthalmologist in Hong Kong SAR. He gave up his practice to serve in the Hong Kong SAR government in 2002.

During his service in the government he was well respected for being extremely diligent in screening candidates worthy of government honors.

I and all our mutual friends do not believe that he would knowingly do anything in violation of the law.

Therefore, in consideration of his age and the wellbeing of his wife and daughter I and all our friends sincerely hope that his punishment would not be overwhelming!

Sincerely yours,

Philip YU Hong Wong
GBS, PhD, JD

**黃宜弘博士 DR. PHILIP Y.H.  WONG（香港身份證號碼：███████  簡歷：**

黃宜弘博士生於 1938 年 12 月 23 日，中學就讀於皇仁書院。後赴美留學，先後獲三家大學，包括 UCLA 之工程學碩士、工程學博士和法學博士學位，曾在一家美國電腦公司任高級工程師。1971 年返港後，長期從事金融業、地產業、工商業及於政界服務。

黃宜弘博士主要公職曾為：

(a) 全國人大代表十年
(b) 香港立法會議員逾 20 年，在服務立法會期間為多個專責小組主持，包括賬務委員會主席八年。
(c) 香港貿易發展局董事會董事逾 30 年

現任永固紙業有限公司董事會主席、一壹勤緣文化產業版權代理有限公司董事會主席、三利文化產業媒體服務有限公司董事會主席。

公職方面，黃宜弘博士現任香港中華總商會永遠榮譽會長、香港中華廠商會名譽會長、香港出版總會名譽會長、香港出版印刷唱片同業協會名譽會長等多個社團職務。

於 1986 年，黃宜弘博士成功為香港聯合交易所策劃創建一套取代「寫黑板」作股票交易的全電腦股票交易系統，自聯交所開幕日始，安全并高效運作，開啟結合電子工程高科技及商業業務需要之先河，因而，獲頒拿破侖贊助之"香港商業奇才獎"，並載入《世界名人錄》。同時黃宜弘以研究結合電子工程與商業需要的論文，獲美國海岸工程大學博士學位，并舉了聯交所這個成功的電子工程與商業組合為其博士論文之實例。又於 2003 年，他獲香港特區政府頒發金紫荊星章。

黃宜弘對教育和醫療公益尤其關注。在香港，黃宜弘近年捐贈之各項有關教育及醫療項目良多，尤其重視向香港年青一代灌輸重視宏揚中華文藝的公益及教育活動。



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Anders Ekholm, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Dr. Philip Y.H. Wong, addressed to Hon. Loretta Preska, dated 1/7/19

Anders Ekholm

Sworn to before me this
March 8, 2019

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Jan 7,2019

To Whom It May Concern

Dear Sirs,

Dr. Patrick C. P. Ho and I are friends for over forty years. We both were members of the Hong Kong Basic Law Consultative Committee.

He was a well-respected ophthalmologist in Hong Kong SAR. He gave up his practice to serve in the Hong Kong SAR government in 2002.

During his service in the government he was well respected for being extremely diligent in screening candidates worthy of government honors.

I and all our mutual friends do not believe that he would knowingly do anything in violation of the law.

Therefore, in consideration of his age and the wellbeing of his wife and daughter I and all our friends sincerely hope that his punishment would not be overwhelming!

Sincerely yours,

Philip YU Hong Wong
GBS, PhD, JD

Resume of Dr. Philip Y.H. Wong (Hong Kong ID No. ███████)

Dr. Philip Y.H. Wong was born on December 23, 1938. Dr. Wong attended Queen's College for secondary school before studying abroad in the United States. Dr. Wong received degrees from three universities, including a Master of Engineering from UCLA, a Doctor of Engineering and a J.D. Dr. Wong worked as a senior engineer for a U.S. computer company. After returning to Hong Kong in 1971, for an extended period of time, Dr. Wong worked in the financial, real estate and commercial industries, and served in politics.

Some of the major public office positions Dr. Philip Y.H. Wong has held are:
(a) 10 years in the National People's Congress
(b) Over 20 years in the Legislative Council of Hong Kong, presiding over several ad hoc groups during the service in the Legislative Council, including 8 years as the chairman of the Public Accounts Committee.
(c) Over 30 years as a director on the board of directors of the Hong Kong Trade Development Council

Currently holding the positions as the chairman of the board of directors of Yonggu Paper Industry Co., Ltd., the chairman of the board of directors of Yiyi Cultural Industry Copyright Agency Co., Ltd. and the chairman of the board of directors of Sanli Cultural Industry Media Service Co., Ltd.

As for public office positions, Dr. Philip Y.H. Wong holds multiple positions such as the lifetime honorary president of the Chinese General Chamber of Commerce, honorary president of the Chinese Manufacturers' Association of Hong Kong, honorary president of the Hong Kong Publishing Federation Limited and honorary president of Hong Kong Publishing Printing & Record Association.

In 1986, Dr. Philip Y.H. Wong successfully designed a set of fully computerized stock trading system that replaced the "chalkboard" method for the Hong Kong Stock Exchange (HKSE). Ever since HKSE launched its operation, the system has worked securely and efficiently and has pioneered the application of high-tech digital engineering to business operations needs. And Dr. Wong received the "Hong Kong Business Genius Award" [*literally translated*] sponsored by Napoleon and was recorded in the "Who's Who" list for this achievement. With his study on the application of digital engineering to business needs, Dr. Wong received a doctoral degree from the U.S. Coastal Engineering University, having demonstrated

HKSE as a successful example of the application of digital engineering to business needs. Additionally, Dr. Wong received the Bauhinia Star from the Hong Kong government in 2003.

Philip Y.H. Wong attaches special importance to education and public medical service. In Hong Kong, he has donated to numerous projects related to education and medical services. He especially values teaching the young generation the importance of the public interest in promoting the Chinese literature and art, and education activities.

# EXHIBIT 30

To: The Honorable Loretta Preska

U.S. Justice Dept.,

Dear Judge Preska,

2 January 2019

Re: Patrick Ho Chi Ping

    I am a citizen of Hong Kong, and I have known Dr. Ho for a long time.   He is a nice person and always dedicated to his work, whether working as a doctor or as the Secretary for Home Affairs of the Hong Kong Government.   After finishing his government post, he was busily engaged in public and charity affairs.

    In view of his age, and that he has lost all he had, I am imploring you for a shortening of the time to serve his sentence.

    Thank you

Respectfully,

Wu Kwok Kuen

# EXHIBIT 31

The Honorable Loretta Preska                                    January 4, 2019


Re: Patrick Chi Ping, Ho

     I submit this letter to support Professor Patrick Ho. I am a family friend of Patrick in Hong Kong. Patrick is a multi-talented individual. He was born in 1949. He indulged in 'Kung Fu' (Chinese martial arts) as a kid but dramatically became a violinist in high school. He won prizes in numerous musical competitions and won a scholarship to study music in America in 1968. He was the concertmaster of the University Orchestra at Stetson University in Florida. He subsequently studied medicine and received M.D. from Vanderbilt University School of Medicine in Nashville. He was further trained to be an eye doctor and subspecialized in retinal diseases in Harvard School of Medicine. He came back to Hong Kong and joined Chinese University in 1984. I was the President of Optometric Associations and Hong Kong Contact Lens Research Association that time. Eye doctors were scarce in Hong Kong and Asia, not to mention retinal specialist. I asked Patrick why he didn't enter private practice as he would be a billionaire in no time. He told me he came back to teach; more eyes would be saved with more hand working.

     In the eighties, optometrists and opticians were only regarded as technicians who opened a shop to sell glasses for profit. Patrick brought us to Prince of Wales Hospital to see complicated cases and gave certificated courses to bring us to a new level of eye care.

     Patrick invited Dr. Charles Schepens, his mentor and the retina king in America to jointly host the 4th Meeting of The Schepens International Society in Hong Kong. The Department of Ophthalmology of the Chinese University of Hong Kong has become prominent in Asia already. I asked Patrick again if he would enter private practice since I believed his initiative to teach was done. He laughed and said his job was done in Hong Kong, but not in China.

     Professor Ho set up Hong Kong Eye Foundation with optometrists and opticians in 1994. I was elected as the President of that organization. It was a charity organization dedicated to eye care in the underprivileged community. We gave public health lectures, free eye screenings and exhibitions. We went to aged people homes to do eye tests and prescribe free eyeglass for the elderly.

He left Chinese University in 1994 for private practice but spent much of his time to teach in China. He was dearly treasured and loved by eye doctors in China and been given numerous awards by various medical societies of China.

In 2002, he gave up his prosperous practice and joined the Hong Kong Government as the Secretary of Home Affairs. I was really puzzled, and asked Patrick how he could settle for such a modest monthly salary, which he could easily earn in one day. He explained to me that policy making could help even more people. Besides medical issues, health of a city also built on animal and human rights, arts and culture, religious belief and environmental protection. After he retired from the government in 2007, he turned to International Affairs that encompasses ocean protection, cultural exchange and development of Africa.

I am now 85, I was born and raised in an era when people can go far to keep his honor and integrity. I support Professor Patrick Ho because to me, he is a Man of Honor. For whatever ambition he is after, it is never about money. He is always reaching out to help others. Patrick's mother is over ninety, a dear friend of mine, I hope she can live to reunion with his son. I hereby request the court to show mercy at sentencing Patrick Ho.


Respectfully

Jeffrey Hing Fai, Yip

January 4, 2019

Hong Kong

# EXHIBIT 32

The Honorable Loretta Preska
**25 Jan 2019**

**Re: Dr. Patrick Ho**

Dear Judge Preska:

I submit this letter to support Dr. Patrick Ho. I have known him for 35 years, and I know his character well.

I first came to know Dr. Ho when he returned from the USA to take up the post of Lecturer in the Faculty of Medicine in the Chinese University of Hong Kong in 1984. I was a first-year trainee resident in the government ophthalmic service at that time. I have worked in the specialty ever since then and I was the President of the College of Ophthalmologists of Hong Kong (COHK) in 2007-2011.

As we all know, Dr. Ho received his training in ophthalmology as a vitreo-retinal surgeon before he came back to Hong Kong which was still a British Colony at that time and the British and Chinese governments were negotiating about the future governance of Hong Kong with a lot of uncertainties ahead. Many people decided to leave Hong Kong for emigration and the Government of Hong Kong had a lot of reservation in putting public resources in improving medical services. As a result, the standard of medical services was rather behind and under developed. Dr. Ho, as a vitreo-retinal surgeon trained in the prestigious retinal center in Harvard Medical School under Dr. Charles Schepens (1912-2006), a top vitreo-retinal surgeon regarded by many as "the father of modern retinal surgery" at that time, could have enjoyed his status and wealthy life in America. Instead, he chose to return to Hong Kong as the first academic staff in Ophthalmology in Hong Kong.

When Dr. Ho returned to Hong Kong, he became aware that the standard of services in Ophthalmology was rather unsatisfactory with limited resources and expertise. To improve the service in Hong Kong, he arranged a number of public lectures at his spare time to broaden our knowledge and skills in the field of ophthalmology, especially the current way of practice in America. Although we were not working in his

Department, he had no reservation in passing what he knew or thought to us which was not a standard practice in Hong Kong at that time. He introduced to us the modern approaches to ophthalmic surgeries, the latest innovations and the concept of practice based on scientific evidence. With his good communication and teaching skills, a large audience was attracted each time he gave a talk. In addition, a number of renowned experts from overseas countries were also invited by him to teach and give demonstrations to the local doctors. Under his leadership, the standard of ophthalmic service in Hong Kong had improved to a great extent within a short time.

Dr. Ho's ability and skills were soon well known in Hong Kong and nearby regions. He was invited to give lectures in other countries, including mainland China which was a separate country from Hong Kong at that time. Patients from different sectors in Hong Kong and other countries would come to him to seek advice or treatment. There were also doctors coming from overseas to Hong Kong to learn from him, especially mainland China. Again, he had no reservation in passing his skills and knowledge to them who very soon became experts in the area and able to serve patients in their countries.

With the huge demand in the eye service due to aging population and new treatments available, Dr. Ho had heavy workload in seeing patients, teaching, training and research. He was also instrumental in setting up the first academic department in Ophthalmology in Hong Kong. However, limited resources were available to facilitate his works from the authorities. In many circumstances, he had to look for resources to run his services and activities. He also realized that blindness due to treatable causes like cataracts was still a major problem in the region including China which had a large elderly population. This was in huge contrast with the USA where patients with cataracts would be operated very soon. By that time. he shifted his attention to develop solutions to help to combat blindness in China. It was also his belief that in order to solve the problems encountered, facilitations from top government officials were essential. This might be the reason that he later turned to politics and quitted medical practice. With his personal connections to the top Chinese leaders, he was able to exert influences on them to put in resources and manpower to tackle the problem of blindness in China.

In 1997, after the handover of sovereignty of Hong Kong to China, Dr. Ho was invited to be a government minister as the Secretary for Home Affairs. Afterwards, I had few chances of seeing him personally. However, I could see that he was still concerned with our profession and willing to give advice to us whenever necessary. He also served as advisers to several eye institutes in China

All in all, I can see that Dr. Ho is a talented and intelligent person. He was awarded a scholarship to study music in America before he shifted to study medicine. He is always hard working and concerned with the welfare of the people. At times, his requirement would be too high for his colleagues to follow. As a top violinist, he might be unhappy with the performance of his orchestral colleagues. But he is always cordial and generous to his friends, guests and colleagues. He would try to provide the best hospitalities to his visitors to make them feel most comfortable. He might believe that one could not always work in the conventional way to achieve the goals. I regret to see that he was convicted by court for what he had done. I trust that he was not aware of the seriousness of what he had done. Dr. Ho had served in the public sector in Hong Kong for more than 20 years. As an intelligent and successful medical professional, he could have earned a lot of money through his medical practice and enjoyed his life in the most leisured way like many of his medical colleagues. Instead, he has chosen to use his talent to serve the under-privileged people and improve their lives. It is my sincere wish that the Court could consider his background and previous contributions to the people in making the sentencing.

Respectfully.

Dr. Clement W N Chan
FCOphthHK, FRCOphth, FRCSE
President, COHK (2007-2011)

# EXHIBIT 33

29th January 2019

Re: Dr. Patrick Ho

Dear Judge Preska

I submit this letter to support Dr. Patrick Ho, I have known him since 1984 when he returned to Hong Kong from the United States to set up the ophthalmology unit for the Chinese University of Hong Kong.

I met him when one of my ophthalmologist sought his help to do a case of retinal detachment in which I was the anaesthetist. My first impression of him was a very efficient, competent and brilliant doctor who was very kind and considerate to patients and fellow doctors.

Since then, Dr. Ho sought my help as anaesthetist for his patients. Getting to know him better and better enhanced my first impression. He was skilful and accurate in his work, kind and compassionate to his patients and considerate and helpful to his colleagues. The most impressive incident was this little baby from Macao with congenital absence of one eye and retinal problem with the other so much so that he was literally blind at birth. His mother brought him to Hong Kong to see Patrick who took up his case and performed numerous surgeries on him until he recovered part of his vision eventually. The patience and understanding he showed to the mother and child was beyond imagination. It was indeed a great loss for the ophthalmology world and his patients when he quitted his job as a doctor to serve the government of Hong Kong.

After getting acquainted with Patrick, I found that he is a keen musician ,skilled in playing the violin and contributed much during his term of service in the Hong Kong government, promoting and encouraging cultural developments in the colony.

I missed Patrick's sense of humour, his willingness to help and most of all, his presence in the occasional dinners we had together. I hope and plead that the court will show leniency towards him.

Respectfully

Dr. Irene Chan

# EXHIBIT 34



Ey● Institute
of H O N G K O N G

Dr Gordon K.O. Chau  FRCS(Eng) FRCOphth
Eye Institute of Hong Kong
1420 Prince's Building
10 Chater Road, Hong Kong
Tel: ▮▮▮▮▮▮▮▮▮

20th January 2019

Dear Judge Loretta Preska

I write in support of Dr Patrick Chi Ping Ho for leniency in his sentence.

I am a practicing ophthalmic surgeon for 31 years currently working in Hong Kong and has known Dr Ho since 1991 when I started working at the Eye Unit of the Department of surgery at the Chinese University, when he was Professor and head of department. I then became Dr Ho's professional partner in private ophthalmic practice from 1994 till he left medicine in 2002. I, therefore, had close association as a medical professional with him practically on a daily basis for 11 years.

Dr Ho, as an academic, was instrumental in the development of ophthalmic medicine in Hong Kong for a whole decade raising standard of training and professional exposure to international level. In parallel, he invested a great deal of time improving ophthalmic related public health and education. One example was his setting up of the eye tissue laboratory of the Lions Eye Bank of Hong Kong, of which I subsequently became chairman. This transformed local cornea donation from a negligible few to 200 pieces per annum phasing out the dependence upon imported tissue; as a result, the waiting list for corneal grafting was dramatically shortened. This then paved the way through public awareness and education to benefit organ donation as a whole in subsequent decades. In public service, he was a key adviser to the Lions Sight First mass cataract surgery programme in reducing blindness in China in huge numbers.

I observed that Dr Ho was atypical in having a true passion in ophthalmology and a heart to let his acquired medical skill impact others with a view to benefit the largest number of patients possible, rather than contending to simply treat his own private patients for financial gain. He had a heart and vision to contribute towards public health care via multiplying effects.

In private practice, although his fees were high in accordance to his professional fame, many less well-heeled patients showed much gratitude as he often waived charges to patients in financial need. He left medicine finally in 2002 for governmental positions. As a working partner, I could not help but asked why he would do it, dropping such advanced professional skills acquired through a lifetime, not to mention the impressive financial remuneration that he had so far enjoyed. I could at that time only conclude

that it was not about money that he embarked upon the rather astonishing choice.

Later on Dr Ho did give me a satisfactory answer. He felt that a single pair of hands especially in private practice could not impact the world the way he had always aspired to. He could potentially impact more lives through influence in public policies. I respected this rational and did not grumble about the need to shoulder the medical practice on my own feet.   This also gave me encouragement to continue with his pattern of offering charity treatment to those with insufficient means to this date

To conclude, my association with Dr Ho was positive that he was a highly skilled professional, with a philanthropic heart and ability to serve the greater community,   being a fair person not putting monetary advantage   in his highest priorities. To me, he was a fair and caring boss, an encouraging partner, and a worthy professional mentor both in medical skill and ethical discernment.

I respectfully plead mercy in your sentencing of Dr Ho's offence.


Sincerely,


Gordon Kwok-On Chau   FRCS(Eng) FRCOphth

Eye Institute of Hong Kong
1420 Prince's Building
10 Chater Road
Hong Kong

# EXHIBIT 35

尊敬的 Loretta Preska 法官：

　　我是在上世紀九十年代認識何志平醫生後，參加由何醫生等人創建的香港眼科慈善基金（Hong Kong Eye Foundation），並任該會董事。期內亦隨何醫生和該會其他眼科醫生及視光師為市民進行免費視力檢查。此外，何醫生推廣香港普羅市民對眼睛保健及眼疾的相關知識，曾多次舉辦免費講座，亦有一著作《眼界》，以淺白方式增加市民對各類眼疾的知識以及眼睛保健方法。在多次講座，何醫生不僅在社會推廣眼科知識，亦糾正參加者對某些眼睛保健及謬誤。此外，在為市民作視力檢查時，何醫生亦非常仔細，也有耐性解釋參加者之疑問，這實在是無私的行動。

　　在我與何醫生接觸約十年內，他分毫不取地為香港付出勞力和時間去提升市民對眼睛保健及眼疾的相關的知識，實是香港之福。

　　敬頌　鈞安。

陳貞楨（Chen Zen Zen Karen）

二零一九年一月八日



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my
knowledge and belief, a true and accurate translation from Chinese into English of a
letter from Karen Z.Z. Chen, addressed to Hon. Loretta Preska, dated 1/8/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 l T 212.689.5555 l F 212.689.1059 l WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Dear Hon. Loretta Preska:

After meeting Dr. Ho Chi-Ping in the 1990s, I joined the Hong Kong Eye Foundation founded by Dr. Ho and other people and became the Director of this Foundation. During my tenure, I have also worked with Dr. Ho and other ophthalmologists and optometrists in this Foundation to perform free vision tests for the public. In addition, Dr. Ho promoted relevant knowledge on eye care and eye conditions to the general public of Hong Kong, organized many free lectures, and authored a book titled *Vision* to improve the public's knowledge about various eye conditions as well as methods for eye care using easy-to-understand language. Through many lectures, Dr. Ho has not only promoted ophthalmological knowledge in society, but also corrected people's misconceptions about certain eye health related issues. In addition, in conducting vision tests for the public, Dr. Ho is very careful and is very patient in addressing people's queries. This is indeed a selfless act.

During the ten or so years I have worked with Dr. Ho, he expended effort and time for Hong Kong to improve the public's relevant knowledge on eye care and eye conditions, without receiving anything in return. This is indeed a blessing for Hong Kong.

Respectfully,

[*signature*]

Chen Zen Zen Karen

January 8, 2019

# EXHIBIT 36

The Honorable Loretta Preska

January 20, 2019

Re: Patrick Chi-ping Ho

Dear Judge Preska,

I submit this letter to support Prof Patrick CP Ho. I first met him 29 years ago  and I know him well.

Hong Kong people and the world were shocked by the tragic incident of June 4, 1989. Many of my classmates had left or were planning to leave Hong Kong. I was wondering which path to choose after I had graduated from medical school and finished my internship. Then I had the chance to meet Prof Patrick Ho and he inspired me to stay in Hong Kong. I joined his team as a  trainee in ophthalmology. He told me that the eye unit of the department of surgery in Prince of Wales Hospital would one day become a great department in ophthalmic science in Hong Kong and worldwide. His prediction was absolutely right. Thanks to his pioneer work and the efforts of other doctors, the Eye Unit has evolved to become the Department of Ophthalmology and Visual Sciences of the Chinese University of Hong Kong. He taught me medical knowledge, clinical and surgical skills and the right attitude of being a doctor. We saw patients, did operations and went to attend meetings in Hong Kong and overseas. We had a great time in Prince of Wales Hospital from 1989 to 1994.

Prof Ho set up a charitable organisation, the Hong Kong Eye Foundation, which organised free public lectures and exhibitions on eye health  and diseases, conducted free public screening exercises for children, diabetics, elderly people and monks in Hong Kong and Macau.

Prof Ho is a kind person and he teaches all his students without reservations. He had trainees from Hong Kong, visiting scholars from China and many other Asian countries. Most of them learned a lot and brought the knowledge back to their home countries and many more patients benefited as a result.

Prof Ho is also a good violinist and he loves classical music. He was a host for classical music at Radio Television Hong Kong.

Prof Ho is a sincere Christian and he loves to talk with us and his medical students about faith and religion. The last time we met was a dinner gathering in 2017 and we talked about many things, including Hong Kong, China and developing countries.

Prof Ho is a talented writer. Apart from ophthalmology, he had written extensively on various topics on culture, heritages, history, environment, charity and development.

Prof Patrick Ho is 69 years old now and he had contributed tremendously to the development of ophthalmology in Hong Kong and he had saved the vision of many patients. He is a great mentor, a respected eye surgeon, and the beloved father of his teenage girl and the caring husband of his wife. I hope the Honorable Judge  will show your greatest mercy on the sentencing.

Yours respectfully

Dr  Chen Ngan,
Consultant ophthalmologist,
Director, Eye Surgery Center, Hong Kong Sanatoriun and Hospital

# EXHIBIT 37

法官先生：

何志平教授是我的老师，也是我的同仁，他是一位受人尊敬和爱戴的好医生。他为中国眼科事业的发展，乃至亚洲眼科事业的发展做出了不可磨灭的贡献，永远铭记在我们的心里。

**1987** 年，我被北京协和医院指派到香港中文大学威尔斯医院眼科学习玻璃体视网膜手术。那时，威尔斯亲王医院是香港一所新建的大型综合医院，威尔斯医院眼科刚刚成立不久，何教授从美国哈佛大学眼耳鼻科医院 **Schepen** 视网膜研究所应聘回到香港，组建了威尔斯亲王医院眼科 。

去香港之前，何教授曾到北京协和医院，解放军 **301** 医院等国内大型医院讲学，他看到中国眼科落后的现状，他决心帮助中国眼科发展，选拔中国年轻医生到香港学习。我是幸运者之一，经北京协和医院眼科老主任张承芬教授推荐，成为大陆第一位去香港中文大学威尔斯亲王医院学习玻璃体视网膜手术的年轻医生。

初到香港威尔斯亲王医院，一切都感觉新鲜和陌生。现代化的医疗设备和先进的诊疗技术，让我都很生疏，难免感觉受拘束，看到年轻的赖医生熟练的做白内障人工晶体植入手术，心里非常羡慕。那时，我已是北京协和医院眼科的主治医生，和赖医生相比，自愧不如。

香港医院医生、护士对我非常友好，我不懂的他们耐心地教我，使我很快适应了那里的工作环境。为了让我掌握显微手术基本技术，何教授安排我做显微镜下动物玻璃体手术操作。一个月后，开始参加门诊工作，并且作为何教授助手学习手术。何教授病人很多，几乎每天门诊不能按时下班，手术也是如此，都是超负荷的工作。由于手术病人多，有时手术也做到很晚。我跟随何教授做角膜移植手术，白内障人工晶体植入手术和玻璃体视网膜手术。**6** 个月后何教授逐渐放手让我做角膜移植，白内障人工晶体植入。上个世纪 **80** 年代，没有白内障超声乳化机，白内障手术只能做 **ECCE**，没有粘弹剂只能利用前房注入气泡植入人工晶体。

时间过得很快，转眼 8 个月过去，在何教授看护下我也开始做简单玻璃体切除手术，令我至今难忘的是那年圣诞节，何教授放弃节日休息，在他的看护下，安排三例玻璃体视网膜手术病人让我独立完成。

在香港学习期间，何教授也曾几次回中国大陆及亚洲其它国家讲学，如韩国，日本、新加坡等，即使这样，他一年在威尔斯亲王医院单是玻璃体视网膜手术也能完成 800 多例。

回国后我没有辜负他的希望，我在北京协和医院首次开展了玻璃体切除手术，并在以后十多年里，为了推广和普及玻璃体切除手术，时常帮助别的省市开展这项新技术。

在我从香港学习回来之后，相继十多位中国大陆眼科医生到香港威尔斯亲王医院深造，包括 301 医院张卯年、中日友好医院王志军、北京医院戴虹、上海市第一人民医院许讯、上海复旦大学五官科医院徐格致等等，后来这些人都成为各自医院眼科主任，有的成为院长，是中国眼科事业的栋梁，对中国眼科事业的发展起到积极推动作用，实现了何教授的梦想。

回来后，我经常在眼科学术会上碰到何志平教授，也聆听他的学术讲演，何教授时常关心我们这些经他培训过的医生工作情况，不断鼓励我们努力工作，学好技术，为更多眼病患者解除痛苦。

2013 年，为了表彰何教授对中国眼科事业所做的贡献，中华眼科学会授予他"中国眼科杰出贡献奖"。

香港回归中国以后，何志平教授参与香港政府工作，由于工作繁忙，他基本放弃了眼科工作，我和他见面机会变得很少。偶尔在北京开全国人大会时，他邀请我们几个在京的学生聚一下，了解一下我们的工作情况，听说我们都担任医院眼科主任，他非常高兴。他说我让你们到香港学习，其中有一个愿望，就是希望你们都能成为眼科主任，将在香港所学发扬光大，使中国眼科迅速赶上世界水平，更多的解除中国眼病病人的失明痛苦。

2

　　何志平教授除了对中国大陆眼科的贡献外，对香港眼科也起到引领作用，80年代，在何教授未从美国回香港之前，香港眼科技术水平同中国大陆差不多，也不会做白内障人工晶体植入手术和玻璃体切除手术。那时，香港眼科医生人数约100人，在何志平教授帮助下，除威尔斯亲王医院外，香港其他眼科也逐渐发展扩大，开展白内障人工晶体植入手术，后来也逐渐开展玻璃体手术。威尔斯医院眼科也由小变大，不断发展，成为医教研为一体的眼科医院。

　　法官先生，何志平教授是一位善良，救治人类眼病的医者，他不辞辛苦，勤奋地为中国和香港眼科事业的发展积极努力工作，给这里的人们带来了福祉，我相信人们是不会忘记他，会感谢他，祈求上帝保佑他，希望他平平安安，早日获得自由。

董方田

中国北京协和医院眼科教授

2019年1月31日

3


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from DONG Fangtian, addressed to Hon. Loretta Preska, dated 1/31/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Honorable Judge:

Professor Ho Chi-Ping is my teacher as well as my colleague. He is a good doctor who is well-respected and loved. He has made indelible contributions to the development of the field of ophthalmology in China and even Asia, which we will forever remember in our hearts.

In **1987**, I was assigned by Peking Union Medical College Hospital to learn vitreoretinal surgery at the ophthalmology department at Prince of Wales Hospital of the Chinese University of Hong Kong. At that time, Prince of Wales Hospital was a newly-built large-scale general hospital in Hong Kong. Not long after Prince of Wales Hospital was set up, Professor Ho was recruited from **Schepen** Eye Research Institute at Massachusetts Eye and Ear at Harvard University to return to Hong Kong and establish the ophthalmology department at Prince of Wales Hospital.

Before I went to Hong Kong, Professor Ho had once given lectures at large-scale hospitals in mainland China such as Peking Union Medical College Hospital and Chinese People's Liberation Army (PLA) General Hospital **(301 Hospital)**. When he saw the lagging state of ophthalmology in China, he decided to help China's ophthalmology develop and chose young Chinese doctors to go study in Hong Kong. I was one of those lucky people, recommended by Director Professor Zhang Sing Fan of the ophthalmology department of Peking Union Medical College Hospital, and I became the first young doctor from mainland China to learn vitreoretinal surgery in the ophthalmology department at Prince of Wales Hospital of the Chinese University of Hong Kong.

When I had just arrived at Prince of Wales Hospital, everything was new and strange to me. I was unfamiliar with modern hospital equipment and advanced diagnosis technologies, so I could not help but feel uncomfortable. When I saw young Dr. Lai expertly carry out cataract intraocular lens implantation surgery, I admired him very much. At that time, I was already an attending doctor in the ophthalmology department at Peking Union Medical College Hospital, but comparing myself to Dr. Lai, I felt utterly inferior.

The doctors and nurses at the hospital in Hong Kong were very nice to me. They were very patient in teaching me what I did not know so that I could quickly adjust to the working environment. To enable me to master basic technologies of microsurgery, Professor Ho arranged for me to carry out vitreous

surgeries on animals using a microscope. One month later, I started to participate in outpatient service and worked as an assistant to Professor Ho to study surgeries. Professor Ho had so many patients that almost every day he was unable to leave work on time, for both his outpatient work and surgical work. He was always overworked. As there were many surgery patients, sometimes he finished his surgery very late. I worked with Professor Ho on corneal transplantation surgeries, cataract intraocular lens implantation surgeries and vitreoretinal surgeries. **Six** months later, Professor Ho gradually let me independently conduct corneal transplantation surgeries and cataract intraocular lens implantation surgeries. In the **1980s**, without cataract phacoemulsifiers, we could only use **ECCE** for cataract surgeries, and as there was no viscoelastics, we could only use anterior-chamber injected bubbles to implant intraocular lens.

Time flies, and **8** months had passed when with the supervision of Professor Ho, I started performing simple vitrectomy. What deeply impressed me was that, on Christmas of that year, Professor Ho gave up his holiday leave and arranged three vitreoretinal surgeries for me to carry out independently, with his supervision.

During my study in Hong Kong, Professor Ho traveled to mainland China and other countries in Asia (such as South Korea, Japan and Singapore) to give lectures on several occasions. Even so, he was also able to finish over **800** vitreoretinal surgeries at Prince of Wales Hospital in one year.

When I returned to mainland China, I did not let him down. I carried out the first vitrectomy in Peking Union Medical College Hospital, and for the next 10+ years, I worked to promote and popularize vitrectomy and helped other provinces and cities adopt this new technique.

After I came back from Hong Kong, more than ten ophthalmologists from mainland China successively went to Hong Kong to pursue further study at Prince of Wales Hospital, including Zhang Mau Nin from Chinese PLA General Hospital **(301 Hospital)**, Wong Zi Zun from China-Japan Friendship Hospital, Daai Hung from Beijing Hospital, Xu Xun from Shanghai General Hospital and Hsu Ge Zhi from Eye & ENT Hospital of Fudan University. Subsequently, some of them have become the directors of their ophthalmology departments and some of them have become heads of their hospitals. All of them are pillars of China's ophthalmology field and have played a positive role in the development of the field, realizing Professor Ho's vision.

After I returned [to mainland China], I have often met up with Professor Ho Chi-Ping at ophthalmology conferences and heard his academic lectures. Professor Ho cared about the work of those who were once trained by him and constantly encouraged us to work hard and master the techniques in order to relieve the pain of more eye disease patients.

In **2013**, the Chinese Ophthalmological Society awarded Professor Ho with an "Award for Outstanding Contributions to the Ophthalmology of China," in recognition of his contributions to China's ophthalmology field.

When Hong Kong was returned to China, Professor Ho Chi-Ping participated in the work of the Hong Kong government. Due to his workload, he basically gave up his ophthalmology career, so I had fewer chances to see him. Sometimes when he attended the National Congress in Beijing, he would invite us, his former students in Beijing, for a get-together to hear about our work. He was very happy to learn that all of us were directors of ophthalmology departments. He said that, when he asked us to study in Hong Kong, he had one hope: we all could become directors of ophthalmology departments, further develop what we had learned in Hong Kong, enable China's ophthalmology field to catch up with the international level and relieve the pain of blindness of more eye disease patients in China.

In addition to the contributions to the ophthalmology field in mainland China, Professor Ho Chi-Ping has also played a leading role in the ophthalmology field in Hong Kong. In the **1980s**, before Professor Ho came back to Hong Kong from America, the level of ophthalmology was almost the same as that in mainland China, and [Hong Kong's ophthalmologists] did not know how to carry out cataract intraocular lens implantation surgeries or vitrectomy. At that time, there were about **100** ophthalmologists in Hong Kong, and with the help of Professor Ho Chi-Ping, other ophthalmology departments in Hong Kong, in addition to Prince of Wales Hospital, also evolved and expanded over time, carrying out cataract intraocular lens implantation surgeries and then eventually also vitrectomy. The ophthalmology department at Prince of Wales Hospital has been expanding in size and constantly developing and has become an ophthalmology hospital that treats patients, trains doctors, and conducts research.

Your Honor, Professor Ho Chi-Ping is a kind doctor who has treated the eye diseases of the mankind. He has spared no effort to work diligently to contribute to the ophthalmology fields of China and

Hong Kong and has done so much good to the people here. I believe that people will not forget him and will always be grateful to him. I pray that God take care of him and hope he will be safe and sound and can gain freedom soon.

Dong Fangtian [*signature*]

Professor of Ophthalmology Department of Peking Union Medical College Hospital of China

**January 31, 2019**

# EXHIBIT 38

Re: Ho Chi Ping Patrick

8th January 2019

Dear Judge Loretta Preska,

I am a practising ophthalmologist in Hong Kong. Between 1990 and 1995, I was one of the trainees at The Chinese University of Hong Kong under the supervision of Professor Patrick Chi-Ping Ho. I know that he had given up his prosperous career and returned to Hong Kong to set up practice from scratch again because of his passionate belief that he could contribute more to patients in Hong Kong and in China.

Professor Ho is a central and important figure both in practice and in academia. He was the pioneer of vitrectomy (an intraocular retinal surgery) at the time, and also introduced intraocular lens into Hong Kong. The visual outcome of many patients improved significantly as a result. At that time, ophthalmologists from all over Hong Kong sent him patients with complicated retinal problems. Many of those patients had experienced prior failed surgeries, which meant that some doctors would refuse to perform a second operation on them due to lower chances of success. Professor Ho took on the patients despite these concerns and always did his best to help the patients that came under his care.

On top of the busy clinical and administrative work in the university, he always encouraged doctors and trainees around him to take part in free eye screening programs for the needy. He himself organised many of those programmes. This inspired myself and fellow colleagues to volunteer regularly and aspire to his spirt of community contribution. During my time under his supervision, he told me personally that his desire to volunteer and contribute is his reason to return to Hong Kong.

Professor Ho was my professor and mentor, and was a major influence in my education and career path to becoming an ophthalmologist. I had since worked with other professors after he left The Chinese University of Hong Kong and have to admit that the experience was not as satisfying compared to the professionalism and guidance which Professor Ho inspired in me.

Considering all the contributions to society Professor Ho had made, I hope this seventy-year-old man could be shown more mercy.

Yours faithfully,

Ho Sze Yuen

# EXHIBIT 39

致 ：Judge Loretta Preska

### 何志平醫生

於 **1984** 年 **2** 月我加入中文大學，在外科學系做秘書工作，期間認識何志平醫生。 那時他剛從美國回港受聘於中文大學。 自此我便當了何醫生的秘書至 1994 年共十年，及至跟隨他私人執業三年，共十三年。 認識何醫生至今已超過三十年。 我很樂意寫這信支持親愛的何志平醫生為他求情。

何醫生為人溫文親切、直率開朗。 仍記得第一次見面時，他那親切的笑容。 那時他早已為自己的秘書預備了一本袖珍輕巧的醫學字典。 好方便! 我就能翻查陌生且艱深的醫學詞彙，大大幫助我在醫院的工作，尤其是打醫學報告。 我實在感謝他細心的預備 ！ 回想當時我初出茅廬，甚麼也不懂，何醫生常常循循善誘地教導我。 甚或我有出錯，他也心平氣和，耐性地給予指正。 我們在工作上常時要趕「死線」，他也給予我空間和信任， 並沒有加諸壓力和緊張，好讓我可安靜地在緊湊的時間迅速完成工作。 雖然何醫生是一位知名的眼科資深教授，卻沒有擺架子，每天跟他一起工作十分愉快 ！

何醫生是一位體恤、樂於幫助別人、有愛心的人。深深記得

我十分感激何醫生對我的幫助、包容和體諒 ！

何醫生是一位心地善良有愛心的仁醫。 有一次他說他的病人患上癌症，及其兩位至親家人也同時患上癌病。 何醫生雖沒有多講詳情，但對他們不幸的遭遇，從他的說話和神情， 感受到他對病人的愛心和關懷，富有同情憐憫之心。 許多時候，他會幫助有需要的病人，不收分文為他們診治。

何醫生是一位勤奮有理想的學者。 在共事的年日，看到他殷勤工作，無論醫治病人、教學培訓或社區服務都不辭勞苦，盡心竭力為香港發展眼科醫療。 我們實在感謝他對社會的貢獻 ！

在我腦海中還有許多許多片段，我只能在這裡跟您分享點滴。 最後，懇請法院能對親愛的何志平醫生施予仁慈、寬容和憐憫 ！ 萬分感激 ！

聖經馬太福音：「憐憫人的人有福了！因為他們必蒙憐恤。」

願主賜福予您 ！

熊桂芬　敬上
(HUNG Kwei Fun Iris)
2019 年 1 月 7 日



TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Hung Kwei Fun Iris , addressed to Hon. Loretta Preska , dated 1/7/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

To: Judge Loretta Preska

<u>Dr. Ho Chi-Ping</u>

In February 1984, I joined the Chinese University of Hong Kong to work as a secretary in the Department of Surgery, and I met Dr. Ho Chi-Ping during that time. At that time, he had just returned to Hong Kong from the U.S. to work at the Chinese University of Hong Kong. From that time up until 1994, I was Dr. Ho's secretary for a total of ten years at the university and then followed him to his private clinic and worked for him for another three years, which means that I worked with him for a total of 13 years. I have known Dr. Ho for more than 30 years and I gladly write this letter in support of Dr. Ho to intercede on his behalf.

Dr. Ho is a gentle, friendly, candid, and cheerful person. I still remember his friendly smile when I first met him. At that time, he had already prepared a pocket-sized medical dictionary for his secretary. It was so convenient! I was able to look up unfamiliar and obscure medical vocabulary, which greatly helped my work at the hospital, especially when typing medical reports. I really appreciated his thoughtful preparation for me. Thinking back to when I was a fresh graduate who did not know anything, Dr. Ho often taught me and patiently guided me, and even when I made mistakes, he was calm and patient in providing feedback. We often had to meet "deadlines" at work, but he trusted me with enough space, and did not put pressure on me, and I could calmly complete the work on time even when I was working against the clock. Despite being a renowned and experienced professor of ophthalmology, Dr. Ho never acted superior, and I was very happy working with him every day!

Dr. Ho is a compassionate, helpful, and caring person. I still remember clearly that time when  I am very grateful for the help, understanding, and kindness offered by Dr. Ho.

Dr. Ho is a very kind and caring doctor. He was once talking about one of his patients who had cancer, and how two of the patient's family members had also developed cancer around the same time. Although Dr. Ho did not share the details, I could feel his love, compassion and care toward his patients' misfortune from his words and expression. Oftentimes, he would help needy patients by not charging them for treatment.

Dr. Ho is a hardworking and inspiring scholar. During the years when I was working with him, I could see that he worked diligently and tirelessly, whether it was treating patients, teaching and training, or community service, and he worked hard for the development of ophthalmological treatment in Hong Kong. We really appreciate his contributions to society!

There are many more details that I remember, but I can only share a few stories with you here. Finally, I would like to ask the Court to show kindness, compassion and mercy toward Dr. Ho Chi-Ping! Thank you very much!

As it is written in the Gospel of Matthew: "Blessed are the merciful, for they will be shown mercy."

May the Lord bless you!

[signature]

Yours truly,

Hung Kwei Fun

(HUNG Kwei Fun Iris)

January 7, 2019