# EXHIBIT 40

25 January 2019

**The Honorable Loretta Preska**

Dear Judge Preska,

*Dr. Walter King*

**Re:   Letter of Mitigation for Dr. Patrick Ho**

I submit this letter on behalf of Dr. Patrick Ho.

I am a Specialist in Plastic Surgery presently practicing in Hong Kong after graduating from University of Wisconsin in 1971, Vanderbilt school of Medicine in 1975 and completing my surgical residency training at State University of New York at Stony Brook in 1980 and fellowship training at Massachusetts General Hospital, Boston (1981-1982) and Memorial Sloan-Kettering Cancer Center, New York City (1983-1984).

I have known Dr. Patrick Ho since 1972 when we both studied at Vanderbilt school of Medicine in Nashville, Tennessee. He was one class below me. We were roommates on campus for two years before he married his first wife and had two children. We were together again in Boston when he worked in Retinal Surgery at Massachusetts Eye and Ear Infirmary and I worked at the Department of Surgery, Massachusetts General Hospital and Shriner's Burns Institute during 1980-1982. During these 10 years of living and working closely together in the United States of America, I recall Dr Ho as a kind hearted, hard working, extremely skillful, intelligent and aspiring young ophthalmologist who is always law abiding and who holds American values and cultures in high regard.

Both Dr Ho and I are most thankful and grateful to the American people, American University and American System for giving us the wonderful opportunity to become USA well-trained specialists surgeons in our respective medical fields.

In 1984, we both returned to Hong Kong to teach and practice Medicine and Surgery at the Prince of Wales Hospital, the Chinese University of Hong Kong where Dr. Ho established Hong Kong's first Academic Unit of Ophthalmology and I established the Head and Neck Unit and the Burns Unit and the first Skin Bank to serve the people of Hong Kong. Dr. Ho went on to become Professor of Ophthalmology in 1988 at the age of 39 and I became Professor of Surgery at the Chinese University of Hong Kong in 1998. Dr. Ho has published many scientific papers and book chapters and he trained many young eye doctors in Hong Kong and China. For his work in Ophthalmology, he has received high international acclaims.

He left the University in 1994 for private practice and subsequently served in

the Hong Kong Government as Secretary for Home Affairs from 2002 to 2007.

For the past 47 years that I have known Dr. Ho, I can attest and confirm that he is a man of good moral character and holds western values dear to his heart. He is a highly respected Ophthalmologist in Hong Kong and overseas and he is also a well-respected educator, and administrator.

For all these reasons, I respectfully request leniency in your Honor's judgement in the case of Dr. Patrick Ho.


Respectfully,


Dr. Walter W. K. King
MCPS (Manitoba), MD (Vanderbilt USA)
FRCSC (Surgery), FRCSEd, FHKAM (Surgery)
Specialist in Plastic Surgery
Honorary Clinical Professor, Department of Surgery, Chinese University of Hong Kong
Honorary Consultant in Plastic Surgery, Hong Kong Sanatorium & Hospital
Center Director, Cosmetic Central
Medical Aesthetic Laser Center
Plastic & Reconstructive Surgery Center
Robotic Hair Transplant Center
Hong Kong

# EXHIBIT 41

The Honorable Loretta Preska

Re: Professor Patrick Chi Ping Ho                          19 January 2019

Dear Judge Preska

I submit this letter to support Professor Patrick Ho. I will reach 60 by April. Thirty years ago, I was a primary care doctor in Hong Kong with a handsome income. Ophthalmology then was a pool of dead water that could not attract young graduates. Professor Ho came home from Harvard to make a difference. He was a prize-winning violinist; his artistic charisma and gifted hands soon crowned him as the most coveted eye surgeon in Asia. Despite his tight surgical and teaching schedule in Chinese University of Hong Kong, he organized lectures for community doctors who scarcely received teaching in eye diseases after graduation. I was one of the attendees. Professor Ho took the stage easily with his thoroughness and dedication. I was moved by his vision and passion to build future ophthalmology in Hong Kong. After that evening, I started studying ophthalmology seriously and took qualifying examinations as a self-study candidate. When I reached the demand of Professor Ho, I gave up my practice to join him as his trainee.

My life is never being the same again.  Its not about fame and fortune that follows; it's about learning from him ways to unleash our potential and upholding our conscience. Professor Ho regarded every trainee and fellowship student as a future star to surpass him. Under his wings, there was no jealously and secrecy but only love and support among trainees. It was like working in heaven. He worked endlessly to pay for our overseas training. He taught us to feel good with heavy duties for through helping patients, we were enriched with a specific source of research materials. He supported us vigorously to analyse these materials with his wisdom and funding. The harvest that soon came brought us to international arena through publishing in top notched journals and presenting in prestigious academic meeting. He never put his name as the first author in our work because the pillar of his teaching is HONESTY.

He taught us to be HONEST with our own belief so there will be no fear to controversies and challenges; HONEST with our research as there is no lost for a hypothesis proven wrong since scientific development built on failure.  Most importantly HONEST with patients; admit our own limitations and do not offer heroic treatment that may do more harm than good.

Apart from engaging his trainees in academic platforms, Professor Ho often lead us to leave the ivory tower and provide care to the most neglected communities.  Under his supervision, I took care of mentally handicapped children for five years.  During weekends or long holidays, we would deliver care to indigenous people living in the most remote areas.  We set foot in temples and prisons; school for the blinded and hospitals for terminally ill patients.  When he was not in Hong Kong, it was never about vacation.  He must be teaching somewhere in Asia or providing eye care in rural China.

Unfortunately, I am not his best trainee. I do not have a heart one-tenth of his. He could talk endlessly on how Hong Kong could help developing ophthalmology in China; how being a policy maker could help more people; how bringing roads and electricity to rural Africa must come before implementing health reforms. Those were boring to me.  I was more interested to let him showed me how Mozart was a gift from heaven.  It was amusing to argue with him whether Bob Dylan or John Lennon is the greatest songwriter of all time.  The prophetic vision of Ridley Scott's Alien Series did give us in depth thought about the future of human beings.  I could like to challenge him on how he, as a Secretary of Home Affairs could rejuvenate martial arts, traditional opera and soccer in Hong Kong.  His broadcast in 'Radio Hong Kong' on classical music was an immediate success. It gave audience serenity.  He was the Chairman of the Hong Kong Philharmonic Orchestra in 1997.  He wrote books on heritage sites and life in the sixties, which I loved to read.  Serious topics like Medical reforms in Hong Kong; Linking Western and Oriental Culture were books that lied idle forever.

His career has changed but not his HONESTY.  In 2002, Professor Ho left his lucrative practice and entered public body as the Secretary of Home Affairs in Hong Kong. I would like to quote a news clip to demonstrate his HONESTY:

(South China Morning Post; 06 December 2018) (https://www.scmp.com/print/news/hong-kong/politics/article/2176612/)

*Patrick Ho Chi-ping was Hong Kong's secretary for home affairs when he joined the Lunar New Year crowds at the famous Che Kung Temple in Sha Tin in February 2003, to pray for the city's good luck and prosperity. Drawing from a stack of* Kau Chim *fortune sticks, which Taoist devotees believe can foretell events to come, he picked the Number 83 which predicted that everything was about to go bad.*

It is a tradition in Hong Kong that The Secretary of Home Affairs will represent the public to 'Kau Chim' on the third day of Chinese New Year.  It's a habit that the temple would take away the bad fortune sticks, so every stick drawn is good luck stick.  Professor Ho refused to 'Kau Chim' the ugly way despite drawing a bad fortune stick may jeopardize his publicity.  He is also HONEST in his own belief on ways to rejuvenate oriental traditional culture; running Hong Kong politics; interpreting philosophy, religious matters and saving the future of this planet.  He firmly believed that helping poor nations to develop infrastructures is the best charity work.  Over 20 years, he has expressed his views by writing books (five) and columns (hundreds). The local and international political environment is not always friendly to him but that does not deter him from expressing his views honestly.

The beauty and integrity of this HONEST man cannot be overstated. I hereby wholeheartedly request the court to show its greatest mercy at sentencing Professor Patrick Ho for he is a man who has saved vision for countless patients by; a man who defends traditional values and a man who wants to end poverty in underdeveloped nations.

Respectfully

Dr. Kwok Sek Keung

(Hong Kong)

19 January 2019

# EXHIBIT 42

致: Judge Loretta Preska

敬啟者

本人郭錦嫦特意來函為何志平先生求情,懇請法官大人就何志平先生案件候判一事考慮以下的陳述。

本人於1987-1994年受聘於香港中文大學醫學院,醫學視聽教材部設計技術員。任職期間認識何志平先生,當時何志平先生是一位知名眼科醫生,也是醫學院眼科學系的資深教授,而我的工作是為醫學院各部門教職人員設計醫學教材,所以與何志平先生有工作上的接觸。認識何志平先生做事認真、隨和,經常面帶笑容,事事親力親為,就算一份很普通的教材,他都願意親自與我討論,又願意接納我的設計意見和構思,他雖然坐於高位卻毫無架子。

最深刻記憶一次 ████████████████████████

████████████████████████████████████

████ 他釋出的愛心讓本人至今仍未忘記。

對於何志平先生今次的消息,本人深表同情,所以在此懇求法官大人網開一面,賜予何志平先生機會,給他和他的家人一份莫大的希望,體恤憐憫;懇請法官大人從輕發落,本人不勝感激!

此致

郭錦嫦敬上
(Kwok Kam Sheung Abby)
二零一九年一月七日



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Kwok Kam Sheung Abby, addressed to Hon. Loretta Preska, dated 1/7/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

To: Judge Loretta Preska

Dear Madam,

I, Kwok Kam Sheung, am hereby submitting this letter to intercede on behalf of Mr. Ho Chi-Ping. I would like to ask Your Honor to consider the following statement for Mr. Ho Chi-Ping's case.

I was employed by the School of Medicine of the Chinese University of Hong Kong as a design technician for the Department of Medical Audiovisual Teaching Materials. I met Mr. Ho Chi-Ping when I was working there, and at that time, he was a renowned ophthalmologist and also a senior professor in the Ophthalmology Department of the School of Medicine. My job was to design medical teaching materials for the teaching staff of the various departments in the School of Medicine, so I interacted with Mr. Ho Chi-Ping at work. I know Mr. Ho Chi-Ping as someone who is diligent and gentle, always smiles, and takes it upon himself to get things done. Even for a piece of very ordinary teaching material, he would be willing to discuss it with me and he would accept my opinions and ideas for designs. Although he was of a higher status and position, he never acted superior toward me.

The incident that left the deepest impression on me was when █████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ I am never going to forget the love and care that he showed me then.

I am deeply sympathetic toward what happened to Mr. Ho Chi-Ping. Therefore, I would like to ask Your Honor to show him leniency, to offer Mr. Ho Chi-Ping another chance, and to give the greatest hope, sympathy and mercy to him and his family. I ask Your Honor to be lenient when sentencing. Thank you very much!


Sincerely,

[signature]
Kwok Kam Sheung
(Kwok Kam Sheung Abby)
January 7, 2019

# EXHIBIT 43

3 January 2019

**Re: Chi Ping Patrick Ho**

Dear Honorable Judge Loretta Preska,

I met Mr. Patrick Ho in the year 1984 when I joined his Eye Unit at the Prince of Wales Hospital as his ophthalmic trainee. Patrick received his ophthalmic training in the United States and he took up the post of Senior Lecturer at the Chinese University of Hong Kong. He was my immediate boss and my mentor. Despite his heavy work load in teaching medical students, research and administrative work, he spent his precious time teaching me wetlab surgical skill before I operated on real patients. The standard of ophthalmic care in Hong Kong and China at that time was at least 50 years behind that in the States. Patrick brought in advanced technology, and advanced clinical and surgical skills in ophthalmology. He introduced cataract surgery with intraocular lens implant and minimal invasive vitreo-retinal surgery to Hong Kong. His perseverance and hard work throughout the years has turned Hong Kong into one of the centers of excellence in Asia. It was because of him, the incidence of blindness from cataract, retinal detachment and diabetic retinopathy dropped significantly in Hong Kong. I worked with him for 10 years and he led me to be sound professional. I am now clinical professor and the Head of the Department of Ophthalmology at the University of Hong Kong and the President of the College of Ophthalmologists of Hong Kong. I would not be where I am today without him. Patrick was visionary and his training and education work was not limited to Hong Kong ophthalmologists. He travelled as scholars and delivered lectures worldwide. His effort in nurturing ophthalmologists in China was one of his greatest achievements. Over the years, he has trained up countless Chinese ophthalmic

1

fellows and has provided numerous prevention of blindness work in many provinces of China.

Patrick was an excellent mentor and a great leader. Working with him was a memorable experience. I remember when I was his trainee, he supported my 6-month clinical attachment in the Princess Alexander Eye Pavilion in Edinburgh; he sent my colleague and me to Singapore to observe the work of "Orbis-the flying eye hospital" and leaving himself to take care of the hospital eye service. I was inspired by the charity work that Orbis had contributed to the developing countries. I am now the Medical Director of the Asian Foundation for the Prevention of Blindness and a visiting consultant of the Lifeline Express. I am grateful to Patrick for the opportunity and support and I will continue to engage in charity work to fulfill Patrick's wish in ophthalmic care for the underprivileged.

I also appreciate Patrick's integrity in his work. He always disclosed surgical complications to patients without a thought of hiding and without shedding responsibility. He also taught me ethics in clinical research and he stressed the seriousness of plagiarism and falsification of data in scientific publications.

Patrick is a simple man and lives a humble life. With his reputation and expertize in the medical field, he could have lived a prosperous life from private medical practice. However, he chose to stay in the public health care service to serve the community. Self-glorification is trivial to Patrick. I can still remember the gossip in the hospital saying that the boss (Patrick) drives a 2nd hand old Honda Civic while his subordinate (me) drives a brand new sports car.

At leisure, Patrick played the piano and violin. I had the privilege to listen to his performance in his university hostel. Besides music, Patrick is very

2

knowledgeable in Chinese and Western history. In a conference to Bangkok, I was deeply impressed by his narration of the war history of the bridge over the River Kwai. He was able to describe the historical background in detail of Chinese paintings. With his talent in this field, Patrick later took a step forward and was appointed the Secretary for Home Affairs of the Hong Kong Special Administrative Region. Patrick is a great leader who has dedicated his life to serve the community and the country.

The Honorable Judge Loretta Preska, may I appeal leniency in sentencing Mr. Patrick Ho considering his good character, his contributions to Hong Kong, China and many Asian countries in ophthalmology and the lack of a prior criminal record.

Your sincerely,

Professor Jimmy LAI
Hong Kong

3

# EXHIBIT 44

January 17, 2019

Judge Loretta Preska

Dear Judge Preska,

**Re: Mitatgation Letter for Dr. Patrick Ho**

I write this letter in support of Dr. Patrick Ho, who has inspired and helped the professional and career development of many ophthalmologists in Hong Kong and Asia including myself.

I have met Dr. Ho personally on a number of occasions and found him to be very kind and inspiring. I have also some special feelings for him as Dr. Ho and I shared several similarities in some ways. Both of us are Christians and we went to the same Anglican school in Hong Kong, the Diocesan Boys' School. The Diocesan Boys' School is one of the oldest secondary schools in Hong Kong and is celebrating its 150th anniversary this year. Over the years, many distinguished visionary alumni have attended the school including Dr. Yat-sen Sun, the founding father of modern China. Both of us are also vitreo-retinal surgeons and we have worked in The Chinese University of Hong Kong as academic clinicians. This opportunity allowed us to train future generations of eye surgeons and to restore the sights of many patients suffering from eye diseases. Moreover, both of us are also clinician-musicians and played regularly in community-based ensembles and orchestras for charity fund-raising events. Finally, both of us are fathers of young children and have strong family values.

The contribution of Dr. Ho in the development of ophthalmology in Hong Kong, China, Asia and beyond is enormous. In recognition of his contribution to the development of ophthalmology in China, Dr. Ho recently received a special award from the Chinese Ophthalmological Society, which is a professional body representing of over 22,000 ophthalmologists in China. Ever since his return from vitreo-retina training in the US in 1984, he has laid down a very solid foundation for the development of academic ophthalmology in Hong Kong. He has trained and inspired many distinguished ophthalmologists including my

mentor Professor Dennis Lam, who was the Chairman of the Department of Ophthalmology and Visual Sciences in the Chinese University of Hong Kong for 12 years. Without their support and vision in developing ophthalmology services and research in Hong Kong, I would

not be able to serve my patients and the ophthalmic community in Hong Kong and beyond. Their great role models in serving others through various charity organizations have also led me to serve many voluntary ophthalmology services in order to help others. For example, I have been working for Orbis International, the US-based Flying Eye Hospital, as a volunteer ophthalmologist for over 10 years. Through Orbis International, I have treated many patients

and taught eye doctors in various developing countries including India, Bangladesh and China.

In summary, Dr. Ho is a visionary leader, great teacher and mentor to many ophthalmologists

in Hong Kong, China, Asia and beyond. Through his inspiration and foresight, he has trained and nurtured several generations of leading ophthalmologists who are now able to restore the vision of many blinded people throughout the world. I sincerely plead for your utmost leniency in Dr. Ho's case.

Respectfully,

Dr. Timothy Lai, MD, FRCS, FRCOphth
Honorary Clinical Associate Professor
Department of Ophthalmology & Visual Sciences, The Chinese University of Hong Kong

# EXHIBIT 45





九龍中醫院聯網
Kowloon Central Cluster



醫 院 管 理 局
**HOSPITAL
AUTHORITY**

The Honorable Loretta Preska

RECEIVED
2 9 JAN 2019
..............

[25 January 2019]

**Re: Dr. Patrick Ho**

Dear Judge Preska:

I submit this letter to support Dr. Patrick Ho.   I do not know Dr. Ho personally but why should I write this letter?   As an ophthalmologist practicing in Hong Kong, I should render my thankfulness to him for what he had done for us.

Dr. Patrick Ho is an ophthalmologist with great renown and reputation.   He is a role model to me as well as many medical students in Hong Kong.   He introduced the first subspecialty training in vitreo-retinal disease and surgery, and took fellows from all over China, supported by the funds he generated himself through his professional services in Hong Kong.   Because of his dedication and devotion to ophthalmological development in Hong Kong and mainland China, I was inspired to choose ophthalmology as my career.   Now I am being the Consultant Ophthalmologist and Head of Oculoplastic and Orbital Service at Hong Kong Eye Hospital, Honorary Clinical Professor of Department of Ophthalmology and Visual Sciences, The Chinese University of Hong Kong (DOVS, COHK), Visiting Professor of Dalian Medical University and Shantou Medical University, Secretary General of Asia Pacific Society of Ocular Oncology and Pathology (APSOOP), vice president of International Society of Dacryology and Dry Eye (ISDDE), the past president of Asian Pacific Society of Ophthalmic Plastic and Reconstructive Surgery (APSOPRS) and the Hong Kong Society of Ophthalmic Plastic and Reconstructive Surgery (HKSOPRS).   Not only me, but also many of the fellows he worked with, are now leaders among them today in the field.

Influence life with life.   Dr. Ho showed me how to contribute one's effort and hearty commitment to the needs of the community.   He became chairman of the Arts Development Council from 2000 to 2002 and was appointed as Secretary for home affairs from 2002 to 2007.   His portfolio covered arts and culture, sports, human rights, district administration and building management.   There is no doubt of his significant contribution and dedication to the community of Hong Kong.   For me, I learned from Dr. Ho, committing myself in volunteer services and education over the years.   I was elected as one of the Hong Kong Ten Outstanding

Hong Kong Eye Hospital
147K Argyle Street
Kowloon, Hong Kong
Tel  : (852) 2762 3007
Fax : (852) 2768 7058

香港九龍亞皆老街 147K
香港眼科醫院
電話: (852) 2762 3007
傳真: (852) 2768 7058

1

與民攜手 **Helping People Stay Healthy**
保健安康





九龍中醫院聯網
Kowloon Central Cluster



醫 院 管 理 局
HOSPITAL
AUTHORITY

Young Persons Selection in 2007 and awarded the Fourth Hong Kong Volunteer Award in 2011.

As an ophthalmologist, there is no hesitation in supporting Dr. Patrick Ho, in recognition of his significant contribution to the development of ophthalmic education in Hong Kong, particularly in retinal surgery.   His return from the US to Hong Kong in 1984 had shown his dedication which had inspired a lot of us.   We can improve the standards of medical care in Hong Kong and other regions of the world by ophthalmic education.   Moreover, we can extend our care by other public services.

It is my humble request that the court could show your mercy at sentencing. Thank you.

Respectfully,

Dr YUEN Kwok Lai
Consultant Ophthalmologist
Hong Kong Eye Hospital

Hong Kong Eye Hospital
147K Argyle Street
Kowloon, Hong Kong
Tel  : (852) 2762 3007
Fax : (852) 2768 7058

香港九龍亞皆老街 147K
香港眼科醫院
電話: (852) 2762 3007
傳真: (852) 2768 7058

2



# EXHIBIT 46

January 8, 2019

**The Honorable Loretta Preska**

Dear Judge Preska,

Re:      **Mitigation for Dr. Patrick Ho**

I submit this letter to support Dr. Patrick Ho from the bottom of my heart! I have known him for over 19 years and I know very well his personality, character, and life philosophy.

Dr. Ho, born in a middle-class family in Hong Kong and educated in an elite school developed keen interest in music which fetched him great laurels and scholarship to study in the US, where he also developed interest in medicine and got his medical degree from Vanderbilt University in 1979. After basic training in ophthalmology, he received advanced training and specialized in vitreoretinal surgery in Harvard Medical School. After spending 15 years in the US, where he had equipped himself with advanced skills, techniques and expertise in vitreoretinal surgery, his love for his country and the desire to serve his people bought him back home in 1984 to establish and head Hong Kong's first academic eye unit at the Chinese University of Hong Kong (CUHK).  He was appointed as the first Eye Professor of Hong Kong in 1988.

*I first met Dr. Ho in Dec 1989 and that very meeting changed my career and my life at large!*

I started my ophthalmic training in Hong Kong in Jan 1986. I obtained a scholarship to receive a six-month higher surgical training in the United Kingdom and returned to Hong Kong in Feb 1989. I then met Dr. Ho in Dec 1989 during the Hong Kong Ophthalmological Symposium, where I grasped the opportunity to talk to him in person and sought advice from him regarding my career development. He shared with me his dreams and visions in developing academic ophthalmology in Hong Kong and China.  He encouraged and even invited me to join his academic eye unit. I was very much inspired by his vision of elevating eye care standard of Hong Kong and China to international level so as to serve patients in need better. After due consideration, I made up my mind to follow Dr. Ho's advice and joined his unit in Oct 1990; I was the second full time academic staff (a lecturer) in ophthalmology in Hong Kong. Since then, I worked very closely with him and under his supervision for a number of projects such as promoting eye donation in Hong Kong till 1995, when he left CUHK for private practice.

*Money is a bad master but good servant!*

Dr. Ho was a keen academician but he spent quite a lot of time in treating private patients at the university eye clinic. I remember a personal incident with him when I asked him why he was working so hard and frequently till very late at night in treating patients for which he replied that money is a bad master but good servant and that he needed the money to fund the fellowship program, visiting professor scheme, buy new equipment, and

1

support various community projects including the eye donation campaign, for which he was so committed to helping the blind see again!

*Give a man a fish, he eats for a day; teach a man to fish, he eats it forever!*

Dr. Ho was a great surgeon, teacher and leader! In his own words, he quoted, "I love taking care of my patients but I only have 24 hours a day, no matter how hard I work, I can only treat a finite number of patients. Identifying, grooming and helping young talents to become somebody, who would shoulder major responsibility in future is very meaningful and my priority." His expertise in vitreoretinal surgery was an area badly needed but had only a few experts during the 80-90s in Hong Kong, China and Asia at large. He used his private practice funding to set up a fellowship training program in which he trained many fellows, especially those from China in the vitreoretinal area. Many of his fellows have become leading vitreoretinal experts in China; many became unit heads, and one (Dr. Xun XU) is the current President of the China Vitreoretinal Society, and the Congress President of the XIII Congress of the Asia-Pacific Vitreo-Retina Society, to be held in Shanghai in Nov 2019.  He gave lectures and performed live surgeries all over China and Asia very frequently during his time at CUHK. He was appointed honorary professor, visiting professor, honorary consultant to the following institutions:

**Beijing:**   The Chinese Academy of Medical sciences, PUMC Hospital, PLA Postgraduate Medical College, PLA 301 general Hospital, Tongren Hospital, Beijing Hospital, Chinese Academy of Traditional Chinese Medicine, TMC Eye Research Institute, Guang Anmen Hospital

**Tianjin:**  Tianjin Eye Hospital, Tianjin University

**Xian:**   The Fourth Medical University of PLA, Xi Jing Hospital

**Shanghai:**  Fudan University, the first People's city Hospital, The EENT Hospital,  Jiao Tong University,

**Hangzhou:**  Hangzhou University

**Xiamen:**  Xiamen University

**Macau:**  Jin Hu Hospital

**Malaysia:**  University of Malaysia

His contribution to the development of modern vitreoretinal surgery in Hong Kong, China and Asia at large is substantial and pivotal!

*A dedicated Christian who has his heart for the community, the poor and the needy!*

Dr. Ho was an Anglican brought up in Christian church. He was a dedicated Christian! No matter how busy he was, he always prayed before taking his meals. Much more, he had his heart for the needy. He was instrumental to the setting up of the LIONS International China Sight First Project, where millions of free cataract surgeries were performed in China during the 20-year period from 1988 to 2007.

When Dr. Ho came back to Hong Kong, the number of patients undergoing corneal transplant was very low owing to the fact that corneal donations in Hong Kong was almost unheard of and the donor corneas were obtained from Sri Lanka. Promoting eye donation in Hong Kong was high on Dr. Ho's priority list as his mind and soul were so much occupied by the desire to help patients suffering from corneal blindness to see again. The only barrier was the lack of donor corneas. In 1991, he shared with me that we should change the mode of

eye donation in Hong Kong, from passively waiting in the eye bank office for incoming eye donation calls, to follow the American system in which eye donation was actively solicited. He sent me to Loma Linda Eye Bank in Los Angeles to learn about how "active" eye donation was done. Dr. Ho then contacted one of his grateful patients, Mr. Simon Lee, who made donation to establish the LEE Fung Kung Wah Eye Tissue Laboratory (the first "active" eye bank in Hong Kong) at Prince of Wales Hospital (PWH), the teaching hospital of the CUHK. In the first few months, the donation rate was very bad! It was perseverance by Dr. Ho that helped in the development. One fine day, when I was worrying that Dr. Ho might get upset about the low donation rate and angry at Jessie, the eye bank donation coordinator and me for not doing a good job, he came over to the meet me and Jessie and calmly said, "Failure is success in progress and we shall never give up. It's okay not to get too many donations at the moment; the key is to find out why and take appropriate measures to improve the situation." Through critical analysis, we later found out that failure to get in touch early enough with family members of the recently deceased was the main reason, which was readily rectified afterwards. It was because of his tremendous vision and calm personality that the "active" eye bank was a great success with over 100 eye donations per year at the PWH two years after the active eye bank was established. In subsequent years, there were more and more local donations and corneal transplant surgeries no longer depended on import from Sri Lanka since late 90s. Active eye banking had changed the eye donation history in Hong Kong; Dr. Ho has been regarded by many of us as the "father" of "active" eye banking in Hong Kong!

*Global vision and international network*

Dr. Ho shared with me many times that, "In order to achieve international excellence, we must know that in the era of globalization, there is only one standard, which is 'international' standard! Through good international networking, we will be more able to keep abreast of the latest development in science and technology around the world." He used his private practice funding to support the visiting professor scheme where 1-2 world leading experts per quarter would come and visit Hong Kong for a week or so. I enjoyed to the fullest in joining hands to play host to these senior international professors, many of whom were not just acclaimed academicians but key leaders in their respective fields. They gave me a lot of tips, insights and aspirations on how to develop my career.

Being trained in the US, Dr. Ho had a lot of connections there. During the annual meeting of the American Academy of Ophthalmology, he used to bring me along to meet individuals in leadership positions from various professional ophthalmic societies. This helped me a lot in terms of developing my global vision and international network, without which I might not have become a core leader in ophthalmology in the Asia-Pacific region and beyond.

*Impact on Dennis Lam*

I learned from Dr. Ho the need to have a good heart to serve the poor and needy, and teaching people to fish is more important than giving fish to people. One such project that I initiated in year 2004 was "Project Vision", in which local doctors from remote areas of China were taught to perform cataract surgeries, which were charged at cost. The service became sustainable and over 30 centers have been established with 150 surgeons trained and over 160,000 cataract patients have benefitted from this.

Inspired by Dr. Ho's spirit in grooming and helping the next generation to develop, I have successfully mentored 7 individuals: Drs. Wai-man Chan, Dorothy Fan, Clement Tham, Hunter Yuen, Timothy Lai, Vincent Lee and Dexter Leung, who were bestowed the "Ten Outstanding Young Persons of Hong Kong"

awards in 2003, 2004, 2005, 2007, 2008, 2009 and 2010 respectively during my time as Chairman of Department of Ophthalmology and Visual Sciences (1998-2010).

Dr. Ho had great impact on my life philosophy and career development. One specific area that I benefitted the most from him was on organizing international activities and professional societies. I am the current President of the Asia-Pacific Vitreo-retina Society, Editor-in-Chief of the Asia-Pacific Journal of Ophthalmology, Secretary-General of the Academy of Asia-Pacific Professor of Ophthalmology, Council Member of the World Glaucoma Association, International Councilor of the International Society of Refractive Surgery, Immediate Past President of the Asia-Pacific Academy of Ophthalmology, and President of the 2008 World Ophthalmology Congress, to name a few.

I have to say that I would not be where I am today if not for the mentorship, support, help and advice given to me by Dr. Ho!

*Concluding Statement*

Dr. Ho is a dedicated Christian, a man of multi-talent, a wonderful eye surgeon, a terrific teacher and a visionary leader, committed to serving his country and people. It is of no doubt that he has not only made great contribution to the development of vitreoretinal surgery and ophthalmology at large in Hong Kong and China, but also trained directly or indirectly a large number of doctors who then become more able to achieve better results for patients. He also benefitted the poor and the needy through his heavy involvement in community and charitable projects. In the ophthalmic communities of Hong Kong and China, he is a legend and a role model for us. Taking me as an example, the ripple effect is great and far reaching. I would most sincerely plead for leniency in his case.

Respectfully,

Dr. Dennis S. C. Lam, JP

*Chairman, Project Vision Charitable Foundation, Hong Kong*
*President, Asia-Pacific Vitreo-retina Society*
*Secretary General, Academy of Asia-Pacific Professors of Ophthalmology*
*Ex-Chairman, Department of Ophthalmology & Visual Sciences, The Chinese University of Hong Kong*
*Immediate Past President, Asia-Pacific Academy of Ophthalmology*
*Ten Outstanding Young Persons of Hong Kong (1994) & the World (1995)*
*Hong Kong Humanity Award (2004)*

4

# EXHIBIT 47

January 20, 2019

**The Honorable Loretta Preska**

Dear Judge Preska,

**Re:  Mitigation for Dr. Patrick Ho**

I submit this letter to support Dr. Patrick Ho from the view of an ophthalmologist whose whole career was inspired by him. His impact to me and the ophthalmologists in Hong Kong was huge. I have known him since 1993.

In the early year of ophthalmology development in Hong Kong from the 60's to 70's, the training of an ophthalmologist was quite non-structured and piecemeal. Ophthalmologist was regarded as a minor subspecialty and the total number of ophthalmologists was below 100, yet the total population in Hong Kong was about 3 to 4 million. The top cream of medical student would choose general surgery as their first choice as ophthalmology was regarded as a non-popular subspecialty at that time. However, the whole landscape was changed since Dr. Ho came back to Hong Kong from the United States in 1984.

Dr. Ho's mentor was the world renowned vitreo-retinal surgeon Dr. Charles Schepens in Harvard Medical School. He was regarded as the "Father of modern retinal surgery". Many important breakthroughs in retinal surgery was the invention of Dr. Schepens. The fellows of Dr. Schepens all enjoyed very high respect from the peers and so did Dr. Ho. Dr. Ho's career and prospect was indeed flourish at that time. We are all touched that he gave up his great career in US and moved back to Hong Kong for the benefit of ophthalmology development in Hong Kong and China.

Dr. Ho started working at the Chinese University of Hong Kong at the Prince of Wales Hospital on July 1, 1984. He set up the Clinical Eye Unit and the Academic Eye department. His commitments were two-fold: Firstly he introduced the first subspecialty training in vitreo-retinal disease and surgery. Secondly, he took fellows from all over China, supported by the fund he generated himself through his professional services in Hong Kong. Moreover, he worked with LIONS International at the China Sight First Project since 1988 to

deliver the needed service of sight preserving surgeries to the Chinese needy.

Apart from patient care, Dr. Ho's heart has always been with Ophthalmological development in Hong Kong and China. Dr. Ho was the past president of the Hong Kong Ophthalmological Society (HKOS) from 1986 to 1991. HKOS is the most representative organization of ophthalmologist in Hong Kong. During his term as a president, there were many important milestones for the development of HKOS. Moreover, He was also engaged in many teachings for the postgraduate from Hong Kong and China, raising the standard of their knowledge in vitreo-retinal diseases and surgical skill.

When I was a medical student at the Chinese University of Hong Kong from the year 1988 to 1993, Dr. Ho was already very famous in Hong Kong. He was regarded as the best vitreo-retinal surgeon in Hong Kong. Vitreo-retinal surgery was considered to be the most complicated and skill demanding surgery in Ophthalmology. I was fascinated to witness how skillful Dr. Ho was when I had rotation in the Ophthalmology Department in the Prince of Wales Hospital. During the surgeries, Dr. Ho was very focused, highly efficient and calm. He always paid good attention in teaching us medical students as well. He did spend time in teaching us in great details about the surgical steps and principle. My interest in Ophthalmology is 100% cultivated by observing the surgery of Dr. Ho.

At the final year of the medical school, we needed to plan for the choices of department when we become intern after graduation. My number one choice was of course, ophthalmology. At that time, Ophthalmology gradually became a popular subspecialty among medical student under the positive influence of Dr. Ho. Due to the keen competition, I have written a letter to introduce myself to Dr. Ho, hoping that he would consider me as the intern in the coming term. I was so lucky to have a placement for intern in the Ophthalmology finally, all because of the kindness of Dr. Ho.

When I had the opportunity to work under Dr. Ho, I had many opportunities to learn from him. The more I worked with him, the more I could appreciate how professional, authoritative and devoted he was. His skill in communicating with patients, the caring of him to the poor patients and the great result of his surgery made him a very popular doctor among the patients in the public sector. On the other hand, he was also one of the most popular doctors in the private clinic as well. I have witnessed many patients seeking for his help desperately. Dr. Ho usually would not turn them down and I did remember how grateful the patients were when Dr. Ho agreed to operate on them.

At the end of the internship in the Ophthalmology department, I am determined to pursuit my career as an ophthalmologist, all because I have a good role model – Dr. Ho to learn from. I

was lucky to join ophthalmology in the year 1995. My journey in ophthalmology training and practice turned out to be very fruitful. Many years later, I followed the footsteps of Dr. to become a vitreo-retinal surgeon and served in HKOS in the capacity of President from the year 2013 to 2015. I was one of the Ten Outstanding Young Person in Hong Kong in the year 2009 as well. In retrospect, my achievement was all inspired by Dr. Ho.

I wholeheartedly support Dr. Ho. He has made many great contributions to the field of not only vitreoretinal surgery but ophthalmology as a whole in Hong Kong and China. Many outstanding ophthalmologists in Hong Kong and China nowadays was his disciples. He did inspire many of us to follow his footsteps to serve our patients with all out hearts. I sincerely plead for leniency in his case.

Respectfully,

Dr. Vincent Y.W. Lee

*Past President (2003 -2005), Hong Kong Ophthalmological Society*

*Ten Outstanding Young Persons of Hong Kong (2009)*

# EXHIBIT 48

# 盈安醫療中心

### YING AN MEDICAL CENTRE

# 感謝導師何志平教授對我的專業指導和培養

　　難忘的 1993 年，當年我是澳門鏡湖醫院眼科的住院醫師，梁秀珍院長把我叫到辦公室，告訴我一個天大的好消息："香港中文大學的何志平教授錄取你到研究生院就讀眼科學碩士研究生課程"。自此我有幸在何志平教授的親自指導下，以香港中文大學一年級新生的屈光狀態研究爲課題，在 1993-1994 年間順利完成了學業，並在 1995 年獲得了碩士學位。在學期間，參觀學習了何教授親手操刀的先進白內障，玻璃體切割等手術，參與臨床查房病歷討論，並有機會參加了美國，香港和其他各地的多次眼科會議，並且在 1995 年的美國佛羅里達州的美國眼科年會（Investigave Ophthalmology&Visual Science），香港國際眼科研討會（International Symposium on Modern Challenges of Ophthalmology and Visual Sciences)和澳門鏡湖醫院的院刊 "鏡湖醫藥" 匯報了我的研究結果（見附件），通過學習和研究，使我的眼科專業知識有了大提高，獲益良多。何志平教授醫術高明，爲眾多的眼科病患者施行手術，讓他們重獲光明。何志平教授也非常關心市民的眼睛健康，當年讀書期間，曾跟隨何志平教授到香港大嶼山，香港科學館等地爲市民做眼睛健康檢查。他也曾多次到澳門鏡湖醫院指導我們眼科的工作，甚至帶領他的學生，我的同學許迅醫生，徐格致醫生過海到澳門來，在澳門綜藝館爲市民舉辦了一次眼科的健康檢查。何志平教授的言傳身教讓我學到了眼科專業知識之外，也學到了他的良好的醫德，他是一位著名的眼科醫生， 是一名關心市民眼睛健康， 樂於培養年輕一代眼科醫生的好教授！在此深深感激何教授對我的教育培養， 讓我今天能發揮所能， 爲澳門的市民提供專業的眼科疾病診治和健康維護服務。

澳門盈安醫療中心 眼科主任：羅冰玉、So Peng iok

（Dr. Peng Iok LO　羅冰玉醫生）

2019 年 1 月 8 日



澳門南灣大馬路 429 號南灣商業中心一樓 TEL:

Avenida da Praia Grande 429, Centro Comercial Praia Grande 1 Andar, Macau

# EYE SCIENCE

# 眼 科 学 报

A View of Chinese Ophthalmology

Published by
Zhongshan Ophthalmic Center
Sun Yat-sen University of Medical Sciences
Guangzhou、China

ISSN 1000－4432   CN44-1119/R

ISSN 1000-4432



10>

771000 443005

# CONTENTS

**A Population-based Study of Lens Opacities**
Jingjing Xu, Qiang Yu, Siping Zhu, Qing Liu .................... 115

**The Etiology of Vision Impairment in Target Population**
Siping Zhu, Jingjing Xu, Qiang Yu, Qing Liu ..................... 118

**Relationship between Myopia and Optical Components — A Study among Chinese Hong Kong Student Population**
Peng Iok Lo, Patrick CP Ho, Joseph TF Lau, Albert YK Cheung
Ernst Goldschmidt, Mark OM Tso .................... 121

**A Dynamic and Quantitative Study of Pattern Visual Evoked Potentials and Gamma-Aminobutyric Acid Neurones in the Lateral Geniculate Nucleus and the Visual Cortex of Monocular Deprivation Cats**
Hong Yan, Donggao Zhang, Xingguang Yang, Dan Ma
Qide Jia .................... 126

**The Visual Deprivation and Increase in Axial Length in Patients with Cataracts**
Zhenpin Zhang, Shaozhen Li .................... 135

**Refractive Changes in Chicks with Form-deprivation Myopia**
Fubin Wang, Tao Chu, Wei Zhang .................... 138

**Surgical Management of Macular Epiretinal Membranes**
Fangtian Dong, Ruifang Sui .................... 140

**In Vivo Observations and Electron Microscopy of Treatment of Experimental HSV Keratitis with Anti-HSV Monoclonal Antibodies**
Jian Yu, Yinghua Zhang, Donggao Zhang .................... 145

**Detection of RB Germline Mutations Using Exon-by-exon Heteroduplex Analysis Compared with SSCP**
Qingjiong Zhang, Kensei Minoda .................... 151

**Combined Argon and Nd: YAG Laser Peripheral Iridectomy: A New Approach in Clinical Practice**
Xiulan Zhang, Dawei Peng .................... 158

**Corneal Topography Research of Myopia in Chinese**
Yuesheng Lin, Jiaqi Chen, Zheng Wang
Zuguo Liu, Jianfuan Xuan .................... 163

**Ocular Symptoms of Tumors at Sella Turcica Region**
Xiangping Fu, Hongqi Wang .................... 166



121

# Relationship between Myopia and Optical Components — A Study among Chinese Hong Kong Student Population[*]

Peng Iok Lo[1], Patrick CP Ho[2], Joseph TF Lau[3], Albert YK Cheung[3],Ernst Goldschmidt[4], Mark OM Tso[4]

[1]Eye Center, Kiang Wu Hospital, Macau
[2]Hong Kong Eye Foundation, Hong Kong
[3]Center for Clinical Trials and Epidemiological Research, Prince of Wales Hospital, Hong Kong
[4]Department of Ophthalmology and Visual Sciences, The Chinese University of Hong Kong, Hong Kong

*Purpose*: To establish the prevalence and severity of myopia among the Chinese Hong Kong students and to study the relationship between myopia and optical components.

*Methods*: One thousand and seventy-five freshmen of the 1993-1994 academic year in the Chinese University of Hong Kong underwent the eye examination including evaluation of refractive error, keratometry, and A-scan ultrasonic biometry. The data were analyzed with the SPSS/PC+4. 01 statistical package.

*Results*: The prevalence of myopia was 91.7% with the mean refraction being -4. 00 ± 2. 64D in this young adult population. The statistical analyses demonstrated a significant correlation between refractive value and axial length of the globe (r =-0. 78), vitreous length (r =-0. 76), anterior chamber depth (r =-0. 33), lens thickness (r=0. 13) and corneal curvature (r=0. 19).

*Conclusion*: The refractive status is mainly dependent on the axial length. In general, the higher the myopia was, the longer the eyeball, the deeper the anterior chamber, the steeper the cornea, and the thinner the lens would be. *Eye Science 1996; 12; 121—125.*

*Key Words*: myopia, optical component, corneal curvature, axial length, anterior chamber depth, lens thickness.

Myopia, as a common cause of poor distant vision, seems to occur with increasing speed and affect millions of people in the world. A very high myopic incidence was found in the student population and many studies have demonstrated a higher prevalence of myopia in the Chinese Hong Kong people.

In order to establish the prevalence and severity of myopia among the Chinese Hong Kong students and to assess the relationship between myopia and optical components, an investigation among the first-year students in The Chinese University of Hong Kong

was carried out from September 1993 to March 1994.

## Material and Methods

The study population were first-year students who were enrolled in the Health Center for a general check-up (n = 1534). All of them were invited to make an appointment for an eye examination. A total of 1075 students were examined voluntarily. 452 males and 623 females, with ages ranging from 17 to 23 years, mean ± S. D. being 19. 0±0. 9 years.

All standardized eye examinations were performed by the first author. It consisted of autorefraction, keratometry, ophthalmoscopy and A-scan biometry. Refraction

---

* This paper was presented at the ARVO annual meeting in May 1995 in Fort Lauderdale, Florida, U. S. A. and the 15th Congress of the Asia-Pacific Academy of Ophthalmology in March 1995 in Hong Kong.


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Lo, Peng Iok, addressed to Hon. Loretta Preska, dated 1/8/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  I  T 212.689.5555  I  F 212.689.1059  I  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

## YING AN MEDICAL CENTRE

Expressing Gratitude to My Mentor Professor Ho Chi-Ping
for His Professional Teaching and Mentoring

On an unforgettable day in 1993 when I was a resident physician at the Ophthalmology Center at Kiang Wu Hospital in Macao, Director Liang Hsiu Chen called me to her office and told me very exciting news, "Professor Ho Chi-Ping of the Chinese University of Hong Kong has admitted you to their graduate school for the master's program in ophthalmology." Subsequently, I was privileged to become a first-year graduate student doing research on eye refraction at the Chinese University of Hong Kong under the direct instruction of Professor Ho, completing my coursework during the 1993-1994 school year and earning a master's degree in 1995. During my studies, I observed and learned from advanced surgeries such as cataract and vitrectomy operations performed by Professor Ho, participated in discussions of patient conditions during clinical rounds, and had opportunities to attend multiple ophthalmology conferences in the USA, Hong Kong and other places. Moreover, I reported my research findings (see the attachment) at the 1995 Investigative Ophthalmology & Visual Science in Florida, USA, and at the International Symposium on Modern Challenges of Ophthalmology and Visual Sciences in Hong Kong, and these findings were also published on the Medical Journal of Kiang Wu, a journal of Kiang Wu Hospital in Macao. I acquired and enriched my specialty knowledge in ophthalmology and learned very much through study and research. Professor Ho helped many patients regain their vision through surgeries by the virtue of his superior medical skills. Professor Ho was also very concerned about ordinary citizens' eye health. When I was his student, I followed him to various sites such as Lantau Island of Hong Kong and Hong Kong Science Museum, to provide citizens eye health examinations. He also came to Kiang Wu Hospital in Macao multiple times to direct our ophthalmology work, and even brought with him his students and my classmates Doctor Xu Xun and Doctor Hsu Ge Zhi to offer eye examinations for citizens at the Macau Forum pavilions. Through his personal examples as well as verbal instructions, I learned not only specialty knowledge in ophthalmology but also his excellent medical ethics. He is a renowned

ophthalmologist and a good professor who is concerned about citizens' eye health and is passionate about teaching the younger generation of ophthalmologists! I am deeply grateful to Professor Ho for teaching and mentoring me and for enabling me to maximize my potential to be able to offer Macao citizens professional eye treatments and healthcare service.

Director of Ophthalmology, Ying An Medical Center: [*signature*]

(Dr. Peng Iok LO)

January 8, 2019

[seal:] Ying An Medical Centre Tel: ███████ Fax: ███████

[seal:] Dr. Lo Peng Iok (Ophthalmologist)

1/F, Nanwan Commercial Center, No. 429 Nanwan Main Avenue, Macao

Tel: ███████

Avenida da Praia Grande 429, Centro Comercial Praia Grande 1 Andar, Macau

# EXHIBIT 49

10 January 2019

The Honorable Loretta Preska

**Re: Dr Patrick Ho**

Dear Judge Preska,

本人特此來函是為何志平醫生求情之用。我認識何醫生已超過 30 年，知道他的為人，不但處事認真，對人亦態度和善。

本人現職香港中文大學外科學系文員。於 1987 年入職香港中文大學外科學系至今，並在威爾斯親王醫院上班。而何醫生當時為外科學系眼科主管，因工作上的關係而認識和接觸。

何醫生無論對病人或我們各同事的態度都非常和善；並常常聽到在候診的病人稱讚他的細心和關心，不時亦看見病人回來探望，可知病人對他的醫術及對人處事作風是非常認同和欣賞，此事不容致疑。

最後，懇請法院能展現寬容和憐憫對待何志平醫生。萬分感激！

羅玉榕
(Lou Yuk Yung Christina)



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Lou Yuk Yung Christina, addressed to Hon. Loretta Preska, dated 1/10/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

January 10, 2019

The Honorable Loretta Preska

**Re: Dr Patrick Ho**

Dear Judge Preska,

I am writing this letter to intercede on behalf of Dr. Ho Chi-Ping. I have known Dr. Ho for more than 30 years and I know that he is a person who not only takes his work seriously, but also demonstrates a kind and friendly attitude towards others.

I work as an executive at the Department of Surgery of the Chinese University of Hong Kong. I have been working here since 1987, as well as at the Prince of Wales Hospital at the same time. Dr. Ho was then the Head of the Ophthalmology Division of the Department of Surgery, and therefore I was able to get to know him and interact with him at work.

Dr. Ho is very kind to patients and to every one of his colleagues. I often heard patients who were waiting to see him praise him for his thoughtfulness and care, and from time to time, patients would return just to visit him. This demonstrates that the patients recognize and appreciate his medical skills and how he treats others, and this is without doubt.

Finally, I would like to kindly request the Court to show compassion and mercy toward Dr. Ho Chi-Ping. Thank you very much!

[*signature*]

Lou Yuk Yung

(Lou Yuk Yung Christina)

# EXHIBIT 50

我认识何志平医生起于 1984 年春天。当时我是解放军总医院眼科医生。受当时眼科主任宋琛教授邀请，何医生来我院做眼科学术报告，并做玻璃体手术演示。我被委派做何医生手术的助手。

当时的中国大陆，眼科医生无人亲眼见过玻璃体手术。只在学术期刊读过"Vitrectomy"这个词，但对这个手术究竟怎么做完全没有一点感性认识。在看惯了从眼外实行白内障、青光眼、角膜等手术的我来说，当看到何医生把眼球建立灌注维持眼球压力稳定，将光导纤维伸入眼内，眼底被照得通明，再伸入一根针状的器械切除眼底疾病时，被彻底"震憾"了。完全没有想到眼科手术还可以这样做！在震惊之余，我深深地意识到：在中国的大门被关上的年月，外面的世界里眼科学发生了怎样翻天覆地的变化。这是我与何医生初次同台手术后留下的最深刻印象。要知道，解放军总医院是当时国内最高级别的医疗机构之一。因此它的信息和医疗水平基本能代表中国的状况。正是因为如此，何医生首先选择了这所医院做手术演示。

从那以后，何医生会从香港到北京、上海、西安和广州等地讲学并进行手术演示。足迹遍及全国各地。何医生的学术演讲很受欢迎。他知道大陆同行的英语水平，他的演讲深入浅出，有意放慢语速，善用短句，容易听懂。加上授课条理清楚，逻辑严谨，所以听众都爱听他的课程。还有一个特别就是当翻译译错或意思不明确，他自己可以纠正。

何医生的技术培训注重基础能力和重点。"Before your instrument gets into the eye, you should always ask yourself where is the retina?   Soon after you see the retina, you should always ask yourself where is the macula? "直到现在，还没忘掉何医生说过的这句话，它大大提昇了视网膜玻璃体手术的安全性。而且还经常把这句话用于青年医生的培训中。

何医生在香港中文大学任教期间，培训了一批中国大陆第一代玻璃体视网膜外科专家。他们包括：同仁医院的王景昭，协和医院的董方田、叶俊杰，解放军总医院的张卯年。
他后续培训的许迅（上海市第一人民医院），徐格致（上海五官科医院），戴宏（北京医院），王志军（北京中日医院），郝燕生（北京大学眼科中心）。目前，他们都是中国眼科著名专家和领袖级人物。自然，自何医生来到中国大陆之后，也有几位被派往美国、英国、德国、日本等国家学习进修的眼科学者，后来也成为了眼科领域的重要人物，但是，来中国传播玻璃体手术技术何医生最早；他在大陆从事玻璃体手术教育的时间最长；经由他训练的学术骨干最多；卓有成就的专家最多；他完成的教育培训成效最显著，影响的范围最广意义最深远。我个人认为，何志平医生是中国大陆玻璃体视网膜手术技术的启蒙人。

我与何志平医生共同经历的第二件事是 Highlight of Ophthalmology 中文版的发行和免费赠阅。Highlight of Ophthalmology 是由 Panama 眼科医生 Benjamin Boyd 主创的眼科专业期刊，带有新闻和快报的特色。内容简明扼要，图文并茂，专门实时介绍眼科前沿发展的新趋势和新技术。特别适合当时的中国眼科医生阅读，后来证明这种杂志广泛受到中国眼科医生的喜爱。这是何医生致力要把这种期刊送到中国医生手里的主要原因。经过何医生多年的艰苦努力终于在 1996 年初促成了此事（见附件）。后来，由我的团队将其原稿翻译成中文，邮寄回 Panama 进行排版后返回中国。由我方打印到透明胶片；再邮寄回 Panama 印刷，装订成册后再发运回中国。再由我按照我们通过多方途径搜集到的全国眼科医生通讯录，邮寄到每个眼科医生手中。其中包括西藏、新疆、青海等这些偏远的地区。每刊号发行 5000 册。也就是说，每期杂志全国至少有 5000 眼科从业读者受益。这项工作流程复杂，工作量巨大。共免费发行了 7 年，直到 Dr.B.Boyd 过世为止。这项工作的实现何医生在最初发挥了关键性的作用。正如 Dr. B. Boyd 给我信（Dated on March 1,1996）中所说："-----The many years dedicated by Dr. Patric Ho to get this mission started and organized."幸运的是，22 年前的真实记录保存到现在（附件）。

马志中

2018-12-31



# *HIGHLIGHTS OF OPHTHALMOLOGY*



**ENGLISH EDITIONS:**
USA-International Ed.
Panama

Australia-New Zealand Ed
Sydney, Australia

European Edition
Athens, Greece

Indian Edition
Bombay and Hyderabad
India

Middle East-North Africa Ed.
Dubai, U.A.E.

South African Ed.
Johannesburg

South East Asia Ed
Hong Kong

**BRAZILIAN EDITION:**
Sao Paulo, Brazil

**FRENCH EDITION:**
Paris and Mougins Cedex
France

**ITALIAN EDITION:**
Milano and Rome

**JAPANESE EDITION:**
Tokyo and Nagoya

**SPANISH-EUROPE EDITION:**
Panama

**SPANISH-LATIN AMERICA
AND CARIBBEAN EDITION:**
Panama

February 12, 1996

Prof. Zi-zhong Ma
Military Post-graduate Medical School
Vice-Director of Ophthalmology Dept.
Chinese People's Liberation Army General Hospital
28 Fuxing Road, Beijing
China

Dear Prof. Ma:

On behalf of Prof. Benjamin Boyd, the staff of HIGHLIGHTS OF OPHTHALMOLOGY and myself, we give you a warm welcome to the team that works on the **Chinese Edition of HIGHLIGHTS Bi-Monthly Journal**.

Following Prof. Patrick Ho's letter dated November 28, 1995 (copy enclosed), you have agreed the following:

1. Distribute 2,000 copies of the sample issue of the Chinese Edition done in 1995.

2. Distribute up to 5,000 copies every two months of the 1996 Series of the Chinese Edition, HIGHLIGHTS Bi-Monthly Journal.

We are delighted to inform you that based on your cooperation and strong support, the Board of Directors of HIGHLIGHTS unanimously approved to appoint you as one of the three Co-Editors of the Chinese Edition. The other two Co-Editors are Prof. Patrick Ho and Prof. Zi-liang Li.

Your name as Co-Editor of the Chinese Edition will appear in the first page of all Editions of HIGHLIGHTS Bi-Monthly Journal in different languages, starting with issue No. 1, 1996 Series.

Prof. Ma, in order to coordinate with you the details regarding your specific responsibility which refer to distribution, we request you the following information:

1. Did you receive the 2,000 copies of the sample issue of the Chinese Edition? These copies were sent to you by air cargo on December 11, 1995.

**Prof. Benjamin Boyd, M.D., F.A.C.S.-Publisher and Editor-in Chief**
**Editorial Headquarters**: P. O. Box 6-3299, El Dorado, Panama, Rep. of Panama, Telephone:          Fax:

Prof. Zi-zhong Ma
Page #2
February 12, 1996

2. Did you distribute these 2,000 copies through the People's Liberation Army channels? Please send us the invoice for this distribution to send you the reimbursement.

3. Please let us know how should we make the payment. We could pay you through bank transfer, certified check or money order. It is convenient for you that we send you payment in U.S. dollars? If bank transfer, what bank and account?

4. Within two weeks, we will be ready to send you 4,000 copies of issue No. 1, 1996 of the Chinese Edition for you to distribute them. We will send the bulk by air cargo to the following address:

> Prof. Zi-zhong Ma
> Military Post-graduate Medical School
> Vice-Director of Ophthalmology Dept.
> Chinese People's Liberation Army General Hospital
> 28 Fuxing Road, Beijing
> China
> Tel. No.

Please confirm us if the above address and telephone number is correct.

5. Please also send us the invoice corresponding to the future distribution of the 4,000 copies of issue No. 1, 1996 (including postage, manpower and packaging).

Prof. Ma, we tried to contact you to the FAX No.                    in several occasions. The transmission was impossible. Please let us know a correct FAX number to which we can communicate with you.

On January 20, 1996, our Executive Secretary sent you a letter by first class air mail but we never received any acknowledgment from you. Possibly it was lost in the mail. Please see copy enclosed for your prompt reference.

The present communication is being sent to you by courier service. Please acknowledge receipt by FAX and send us your answer to all the points listed in this letter. Please use the enclosed Reply Form.

Prof. Zi-zhong Ma
Page #3
February 12, 1996


Since the communication between us is very difficult, we will appreciate that you communicate with us **by FAX or by courier service** (DHL, Federal Express, etc).  We would send you the reimbursement for all the costs related to these expenses.  You would only need to send us the invoice.

All us of here at the HIGHLIGHTS send you our best regards.  It certainly is a great pleasure to work with you.

Sincerely yours,

Andres Caballero
General Manager

/jo

cc:     Prof. Patrick Ho

# *HIGHLIGHTS OF OPHTHALMOLOGY*



January 20, 1996

**ENGLISH EDITIONS:**
USA-International Ed.
Panama

Australia-New Zealand Ed.
Sydney, Australia

European Edition
Athens, Greece

Indian Edition
Bombay and Hyderabad
India

Middle East-North Africa Ed.
Dubai, U.A.E.

South African Ed.
Johannesburg

South East Asia Ed.
Hong Kong

**BRAZILIAN EDITION:**
Sao Paulo, Brazil

**FRENCH EDITION:**
Paris and Mougins Cedex
France

**ITALIAN EDITION:**
Milano and Rome

**JAPANESE EDITION:**
Tokyo and Nagoya

**SPANISH-EUROPE EDITION:**
Panama

**SPANISH-LATIN AMERICA
AND CARIBBEAN EDITION:**
Panama

Prof. Ma Zi-zhong
Military Post-graduate Medical School
Vice-Director of Ophthalmology Dept.
Chinese People's Liberation Army General Hospital
28 Fuxing Road, Beijing
People's Republic of China

Dear Prof. Zi-zhong:

We have had many problems in getting through your FAX No. ▮▮▮▮▮▮ ▮▮▮▮▮ We tried to obtain through Prof. Patrick Ho any other FAX number where we could send you communications but Prof. Ho has the same number that we have.

Following Prof. Ho's approval, on December 11, 1995 we sent you the 2,000 copies of issue No. 1, 1995 of the Chinese Edition of HIGHLIGHTS for you to distribute them.

Could you be kind enough to confirm us if you received the issues which were sent by air cargo?  Please send us your answer by FAX in the enclosed Reply Form.

Sincerely yours,

Joyce Ortega
Executive Secretary

**PS:   PLEASE INFORM US YOUR CORRECT FAX NUMBER.**

Prof. Benjamin Boyd, M.D., F.A.C.S.-Publisher and Editor-in Chief
Editorial Headquarters: P. O. Box 6-3299, El Dorado, Panama, Rep. of Panama, Telephone: ▮▮▮▮▮▮  Fax: ▮▮▮▮▮

FROM : GRUPO SERVICARGA          PHONE NO. :                    Dec. 11 1995 07:22PM P1

No.                              SN-5425278705                  SN-5425278705

| Shipper's Name and Address | Shipper's Account Number | |
|---|---|---|

HIGHLIGHTS OF OPHTHALMOLOGY
TEL-███   FAX ███
PANAMA REP. DE PANAM

**NOT NEGOTIABLE**
**AIR WAYBILL**
AIR CONSIGNMENT NOTE

**EMERY WORLDWIDE**

Copies 1 and 6 of this Air Waybill are
ISSUED BY EMERY AIR FREIGHT CORP
It is mutually agreed that the goods described
transportation as specified in the Shipper's Left
destination or stop in a country other than
applicable, which Convention limits the liability

SHIPPER COPY
**EMERY WORLDWIDE**

542 527 870 5

Consignee's Name and Address          Consignee's Account Number

MILITARY POST-GRADUATE MEDICAL SCHOOL
VICE-DIRECTOR OF OPHTHALMOLOGY DEPTO.
CHINESE PEOPLE"S LIBERATION ARMY
GENERAL HOSPITAL 28 FUXING ROAD,
BEIJING, PEOPLE"S REPUBLIC OF CHINA

RECEIVED BY EMERY AIR FREIGHT AT:

| Place | Time | Date | No. of Shipments |
|---|---|---|---|

Issuing Carrier's Agent Name and City

TRANSCONTINENTAL INC.   PANAMA

Also Notify

ATT PROF MA. ZHIZHONG
TEL-███

Agent's IATA Code        Account No.
89-1-3673

Third Party Billing

Airport of Departure (Addr. of First Carrier) and Requested Routing
TOCUMEN INTL AIRPORT-PANAMA

PPD-CS

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS CODE | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PEK | | | | | | | USD | | | | NVD | NVC |

| Airport of Destination | Flight/Date | For Carrier Use Only | Flight/Date | Amount of Insurance | | TC |
|---|---|---|---|---|---|---|
| BEIJING, CN | | | | | INSURANCE-if shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance. | |

Handling Information (Special Instructions)

| No. of Pieces RCP | Gross Weight | Kg lb. | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 10 | 128.8KG | | | 128.8K | 5.00 | 644.00 | SAI TO CONTAIN: SCIENTIFIC EDUCATIONA MAGAZINES WITH NO COMMERCIAL VALUE THESE MAGAZINES ARE SENT AS A GIFT. |
| 10 | 128.8K | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 644.00 | | | PBA $7.50  HANDLING $15.00 |

Valuation Charge

TAX $0.50

Tax

Total other Charges Due Agent
23.00

Total other Charges Due Carrier

Currency

This air waybill is issued in accordance with the Shipper's Letter of Instructions and is subject to
governing rules and applicable tariffs in effect as of the execution date including the terms and conditions
of contract set forth on the reverse side. Emery Worldwide shall not be liable for special, incidental, or
consequential damages and disclaims all warranties, expressed or implied, with respect to carriage of
this shipment. Unless a higher value is declared and an additional charge paid, the liability of Emery
Worldwide for this shipment is limited to an amount set forth in the Service Guide in effect on the date
of shipment. If this Shipment contains Dangerous Goods, this air waybill must describe the Shipmen
and the Shipment must be in condition for carriage, in accordance with the current International Air
Transport Association's Dangerous Goods Regulations.

| Total prepaid | Total collect |
|---|---|
| $667.00 | |

Currency Conversion Rates        cc charges in Dest. Currency

Charges at Destination          Total collect Charges

For Carrier Use only
at Destination

Executed on

09DEC95   ALFREDO AMAYA          SN-5425278705

(Date)        (Time)      at        (Place)      Signature of Issuing Carrier or its Agent

These commodities are licensed by the U.S. for ultimate
nation as stated below. Diversion contrary to U.S. law prohibi

81007-26 (10/92) LITHO U.S.A.          1 - CONSIGNEE ORIGINAL / U.S. CUSTOMS

## *HIGHLIGHTS OF OPHTHALMOLOGY*



## INVOICE

### December 4, 1995

ENGLISH EDITIONS:
USA-International Ed.
Panama

Australia-New Zealand Ed.
Sydney, Australia

European Edition
Athens, Greece

Indian Edition
Bombay and Hyderabad
India

Middle East-North Africa Ed.
Dubai, U.A.E.

South African Ed.
Johannesburg

South East Asia Ed.
Hong Kong

BRAZILIAN EDITION:
Sao Paulo, Brazil

FRENCH EDITION:
Paris and Mougins Cedex
France

ITALIAN EDITION:
Milano and Rome

JAPANESE EDITION:
Tokyo and Nagoya

SPANISH-EUROPE EDITION:
Panama

SPANISH-LATIN AMERICA
AND CARIBBEAN EDITION:
Panama

TO:        Prof. Ma Zhizhong
Military Post-graduate Medical School
Vice-Director of Ophthalmology Dept.
Chinese People's Liberation Army General Hospital
28 Fuxing Road, Beijing
People's Republic of China

FROM:   HIGHLIGHTS OF OPHTHALMOLOGY
Edificio Leon Plaza
Oficinas 13 y 14
Via Ricardo J. Alfaro
Panama, Rep. of Panama

## DESCRIPTION

TWO THOUSAND (2,000) SCIENTIFIC EDUCATIONAL MAGAZINES WITH
NO COMMERCIAL VALUE.  THESE MAGAZINES ARE SENT AS A GIFT."

Gross weight: 128.8 Kgs.

VALUE FOR CUSTOMS PURPOSES ONLY.....US$200.00

HIGHLIGHTS OF OPHTHALMOLOGY

Prof. Benjamin Boyd, M.D., F.A.C.S.-Publisher and Editor-in Chief
Editorial Headquarters: P. O. Box 6-3299, El Dorado, Panama, Rep. of Panama, Telephone:    Fax:

O.T. 406017 

**Exportador**
HIGHLIGHTS OF OPHTHALMOLOGY
Edificio Leon Plaza, Ofic. 13/14
Via Ricardo J. Alfaro
P.O. Box 6-3299 El Dorado
Panama, Panama

**Consignatario**
Prof. Ma Zhizhong
Military Post-graduate Medical School
Vice-Director of Ophthalmology Dept.
Chinese People's Liberation Army General Hospital
28 Fuxing Road, Beijing
People's Republic of China

**CERTIFICADO DE ORIGEN**
CAMARA DE COMERCIO INDUSTRIAS Y AGRICULTURA
PANAMA



**Medios de Transporte**
AMERICAN AIRLINES

**Puerto de descarga**

**País de origen**
PANAMA

**País de destino**
People's Republic of China

| Marca y número de bultos; descripción de las mercancías ( nombre comercial ) | Peso bruto kg | Valor F.O.B. |
|---|---|---|
| TEN (10) BOXES CONTAINING SCIENTIFIC EDUCATIONAL MAGAZINES WITH NO COMMERCIAL VALUE. THESE MAGAZINES ARE SENT AS A GIFT. | 128.8 kg | US$200.00 (Value for Customs Purposes Only) |

El infrascrito declara que las mercancías descritas arriba que se propone exportar el consignatario, destino y por medios de transporte mencionados arriba, son de origen mencionado arriba.

LA CAMARA DE COMERCIO, INDUSTRIAS Y AGRICULTURA DE PANAMA, reconocida por las leyes de la República de Panamá después de examinar los documentos que le ha presentado el citado Embarcador, con respecto a las mercancías descritas arriba.

CERTIFICA: Que de acuerdo con su leal saber y entender, esos artículos son de origen mencionado arriba.

**Firma del Dueño o Agente**
4-147-1KJ

No. E- 11431



Cámara de Comercio
Da Fe Interna

**Sello y firma de la Persona Autorizada**

Ciudad de Panama

Fecha

30-NOV-1995  16:20   FROM  DR PATRICK HO & PARTNERS   TO   ███████   P.01/02

C.H. Boyd   ④

## DR PATRICK HO & PARTNERS

November 28, 1995

Professor Benjamin Boyd
P.O. Box 6-3299
El Dorado
Panama

Fax: ███████

My dear Ben

Thank you for your letter of November 23 which arrived with just a few pages from Dr Li's translation. The copies were only received from the courier days later with the full text and that explained the delay of my reply since I wanted to see the full test to consider the extent of my involvement in this project before I give you a reply.

I have been trying to get in touch with Professor Ma and obviously there was a massive rearrangement of telephone numbers in Beijing and we through some very roundabout ways, have finally established contact with his family. Just today I was able to get in touch with Professor Ma. He has agreed to 1) distribute 2,000 copies of the first issue of the Chinese Edition of Highlights, 2) Accept to distribute 5,000 copies every two months of the 1996 Series, how; and 3) consent to having his name included among the co-editors. He shall give us instructions later on how remittance should be arranged. The fee will be uS$ 2,000 per 5,000 copies. That include postage, manpower, and packaging. I shall let you know of his replies as soon as they are received.

Regarding the publication of the first issue, I have gone through the first translated issue already made by Dr Li. It seemed that he had done everything including type-setting and page setting. Since we have only the print-out of this translation but without the disc, I do not know how we can make any amendments without retyping the whole thing into the computer, nor could we make adjustment, such as to change the front page to include the English title of the Highlights or to add Professor Ma's name among the co-editors of the Chinese Edition in Chinese. Without the disc, I do not know how I can update the master-head and cover page. From what I have received, I could not tell whether the copies had been made into film or were they make-shift dummies only. Otherwise, I

.../page 2 ...

HIGHLIGHTS OPHTHA.                                    ☒001

# HIGHLIGHTS OF OPHTHALMOLOGY INTERNATIONAL

March 1, 1996

Prof. Zi-zhong Ma
Vice-Director of Ophthalmology Dept.
Military Post-graduate Medical School
Chinese People's Liberation Army General Hospital
28 Fuxing Road, Beijing
China

FAX No. ▮▮▮▮

Dear Prof. Ma:

The joint work that you, Prof. Patrick Ho and Prof. Zi-liang Li are doing together as my valuable collaborators for all Chinese Editions of HIGHLIGHTS is giving positive results after many years of communications back and forth by mail and by FAX. I this includes our previous communications with Prof. Song Chen, and the many years dedicated by Dr. Patrick Ho to get this mission started and organized.

Shortly, we will be ready to send you 4,000 copies of the first issue of the Chinese Edition for 1996. We will let you know beforehand, by FAX, the date in which the air cargo is being sent to you, accompanied by a document certifying that this is a gift to Chinese ophthalmologists.

I am also very happy to inform you that we have made arrangements to publish the ATLAS of Ophthalmic Surgery of HIGHLIGHTS in Modules. These are identified as MINI-ATLAS, Chinese Edition. This Chinese Edition of the MINI-ATLAS will also be presented to Chinese ophthalmologists as a gift from HIGHLIGHTS OF OPHTHALMOLOGY and the co-sponsor (ALCON International).

The 4,000 copies of the HIGHLIGHTS Bi-monthly Journal will be sent to you for distribution through your Department. The MINI-ATLAS will be distributed by ALCON so as not to overburden you with too much work.

We are ready to send you a bank draft through the Chase Manhattan Bank to cover the cost of mailing and distribution of the first 2,000 copies of the Journal which you already received and also the 4,000 copies of issue No. 1, 1996 which should be sent to you shortly. I understand that the distribution cost is US$0.50 per copy. Therefore, the cost for 2,000 copies is US$1,000 dollars and the cost for 4,000 copies is US$2,000 dollars. Can you please let me know by FAX if we send the bank draft to your name or should we send it to another name (institution, hospital, whatever you decide).

BOARD OF DIRECTORS
EXECUTIVE COMMITTEE
President
    Robert C. Drews, MD-USA
Vice-Presidents
    Juan Murube, MD - Venezuela
    Prof. Joaquin Barraquer, MD - Spain
    Melvin Kwitko, MD - USA
    Ritsuko Yuziko, MD - Japan
Executive Secretary
Coor. General, Gallery
    Jose Benjamin F. Boyd, MD, F.A.C.S.
    Panama, RP
Deputy Secretary
    Lihong Mathias, MD
    Argentina
Treasurer
    Mr. Luis N. Moreno
    Panama, RP
Deputy Treasurer
    Virgilio Marconi, C.P.A.
    Switzerland
DIRECTORS
ASIA
    Prof. Song-Li, MD - Hong Kong
    Prof. Arthur Lim, MD - Singapore
    Ken-ichi Mizuta, MD - Japan
    Prof. P. Siva Reddy, MD - India
EUROPE
    Prof. Joaquin Barraquer, MD - Spain
    Prof. Rafaele Brancato, MD - Italy
    Prof. Gabriel Coscas, MD - France
    Prof. Gerd Auffarth, MD - Germany
    Mr. Peter Choyce - England
    Prof. Jose Nicolau, MD - Spain
    Mr. Noel Rice - United Kingdom
    Prof. Gustav Theodossiadis, MD - Greece
LATIN AMERICA
    Eduardo Arenas, MD - Colombia
    Raphael Barraquer, MD - Spain
    Prof. Benjamin Freeman, MD - Panama
    Arturo Kantarjian, MD - Venezuela
    Enrique Malbran, MD - Argentina
    Francisco Martinez Castro, MD - Mexico
    Mr. Luis H. Mateos - Panama
    Alvaro Rodriguez, MD - Colombia
    Roger Zaldivar, MD - Argentina
MIDDLE EAST
    Cesar A. Magnasco, MD - Saudi Arabia
UNITED STATES
    Jack Dodick, MD - New York
    Robert C. Drews, MD - Missouri
    Maurice Luntz, MD - New York
    Marc Michelson, MD - Texas
    Felix Sabates, MD - Missouri
ALTERNATE DIRECTORS
    Hernando Aiparo, MD - USA
    Manuel Garcia Moreno, MD - Spain
    Emmett Cuesta, MD - Mexico
    Luis Mangubat - Philippines
    Octavio Salas, MD - Spain
    Harjai Stress, MD - Canada

ENGLISH EDITIONS
    U.S.A-International Ed.
        Panama
    Australia-New Zealand Ed.
        Panama
    Far-East Edition-Hong Kong
    Indian Edition
        Bombay and Hyderabad, India
    Mediterranean
        Athens, Greece
    Middle East-Israel Ed.
        Tel Aviv, Israel
    South African Ed.
FRENCH EDITION
    Paris and Marseille, France
ITALIAN EDITION
    Florence, Milano and Rome
JAPANESE EDITION
    Nagoya and Tokyo
SPANISH-EUROPE EDITION
    Panama
SPANISH-LATIN AMERICA
AND CARIBBEAN EDITION
    Panama

Prof. Benjamin Boyd, MD, F.A.C.S., Publisher and Editor-in-Chief
International Headquarters: P. O. Box 6-2995, El Dorado, Panama, Rep. of Panama

Prof. Zi-zhong Ma
March 1, 1996
Page #3

In your answer to this letter, which I beg you to send me by FAX, please let me know if we should send you the bank draft now or whether you prefer for me to hand this to you personally if we agree on arrangements for my visit to Beijing next May.

With best personal regards.

Sincerely yours,

BENJAMIN F. BOYD, M.D., F.A.C.S.
Editor-in-Chief

/jo

cc:     Prof. Song Chen
        Prof. Patrick Ho


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from MA Zhizhong, addressed to Hon. Loretta Preska, dated 12/31/2018.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

I have known Dr. Ho Chi-Ping since the spring of 1984, when I was working as an ophthalmologist at the Chinese People's Liberation Army (PLA) General Hospital. Invited by Professor Song Chen, who was the head of our department then, Dr. Ho came to our hospital to give a talk on ophthalmology and demonstrate vitrectomy operation, for which I was assigned to be his assistant.

In mainland China at that time, no ophthalmologist had ever personally seen a vitrectomy operation. We had merely seen the term "vitrectomy" in academic journals, but had no first-hand knowledge about performing the operation. Since I was only used to seeing surgeries treating cataract, glaucoma and cornea from outside of the eye, I was totally "shocked" to see Dr. Ho keep eye pressure stable inside the eyeball, and put optical fiber into the eye to light up the fundus and then use a needle-like instrument to remove the fundus disease. I had never thought that an ophthalmic surgery could be done like that! Beyond the shock, I deeply realized that: ophthalmology outside China had gone through earth-shaking changes during the years China kept its doors closed. That was the deepest impression left on me after I performed an operation together with Dr. Ho for the first time. It should be known that the Chinese PLA General Hospital was one of the most advanced medical institutions in China back then. Therefore, its information base and medical level could basically represent the status quo in China at that time, which is why Dr. Ho chose to perform his operations at this hospital first.

Subsequently, Dr. Ho travelled from Hong Kong to Beijing, Shanghai, Xi'an and Guangzhou, etc. to give lectures and surgical demonstrations. He travelled throughout the country. His academic speeches were well received. He understood the English-language level of his peers in mainland China, so his speeches were profound and simple, and he intentionally slowed down the speed of his speech, used short sentences, and made his speech easy to understand. In addition, his teachings were clear and logically rigorous, and his audience loved to take his courses. Moreover, a special aspect was that when the translation was wrong or the meaning was ambiguous, he could correct it himself.

Dr. Ho's technical training focused on basic skills and key points. "When you get into the eye, you should always ask yourself where is the retina? Soon after you see the retina, you should always ask yourself where is the macular?" I won't forget these words he said, which are still often used in training young doctors.

While Dr. Ho taught at CUHK, he trained the first generation of vitreoretinal surgery specialists in mainland China, including: Wang Jingzhao (Bejing Tongren Hospital), Dong Fangtian and Ye Junjie (Peking Union Medical College Hospital), Zhang Mounian (Chinese PLA General Hospital), and Xu Xun (Shanghai General Hospital), Xu Gezhi (Eye & Ent Hospital of Fudan University), Dai Hong (Beijing Hospital), Wang Zhijun (China-Japan Friendship Hospital), and Hao Yansheng (Peking University Eye Center) whom he trained later. Today, all of the above people have become distinguished ophthalmologists and leaders in China. While there are some ophthalmology scholars who were sent to the U.S., UK, Germany, Japan and other countries to pursue further studies and later became pillars in the field after Dr. Ho had already come to mainland China, Dr. Ho was the first one to spread vitrectomy skills in China, with the longest time in the field of vitreous surgery education in the mainland, producing the most academic backbone figures through his training, and cultivating the most number of excellent experts; the education and training he provided was the most effective; he had the widest scope of influence and the most far-reaching significance. In my personal view, Dr. Ho Chi-Ping is the pioneer of vitrectomy techniques in mainland China.

The second experience I have shared with Dr. Ho Chi-Ping is the publication and free distribution of the Chinese edition of the *Highlight of Ophthalmology*. *Highlight of Ophthalmology* is a specialty ophthalmological journal primarily created by Benjamin Boyd, an eye doctor in Panama, and which featured news and updates. It was concise, with pictures and accompanying essays, and specialized in introducing the latest trends in ophthalmological developments and new technologies in a timely fashion. It was especially suited for the Chinese ophthalmologists at that time and later proved to be widely well-received by them. That mainly is why Dr. Ho devoted himself to making them available to Chinese doctors, which was finally accomplished at the beginning of 1996 after years of hard work (see attachment). From then, the original manuscripts were translated into Chinese by my team, mailed back to Panama for typesetting and then returned to China. We would print them on transparent films and mail them back to Panama for printing, and the copies would then be returned to China after being bound. We later mailed them to each doctor listed on the national ophthalmologist address book, which was compiled by us through several different means, covering such remote regions as Tibet, Xinjiang, Qinghai, etc. Each issue of the journal printed 5000 copies, i.e. each issue was

received by at least 5000 national readers practicing in the ophthalmological profession. The above process was complicated and involved a tremendous amount of work. The journal was distributed for free for 7 years until the death of Dr. B. Boyd, and Dr. Ho played a key role in this accomplishment. As Dr. B. Boyd said in his letter to me (dated on March 1, 1996): "-----The many years dedicated by Dr. Patric Ho to get this mission started and organized." Fortunately, the authentic records from 22 years ago have been preserved to date (attachment).

Ma Zhizhong [*signature*]

2018-12-31

# EXHIBIT 51

# SYDNEY OPHTHALMIC SPECIALISTS

Level 13, 139 Macquarie Street, Sydney, NSW 2000

**P:** (02) 9241 2913 or 9241 2914
**F:** (02) 9241 2155
**E:** reception@sosdoctors.com.au

**www.sosdoctors.com.au**

1 February 2019

Dr Dennis Lam



HONG KONG

The Honorable Loretta Preska

Dear Judge Preska

**Re:    Dr Patrick Ho**

I submit this letter to support Dr Patrick Ho. I have known him since 1988. We met after he was appointed to the academic department of ophthalmology at the Chinese University of Hong Kong. We met regularly at conferences in the Asia Pacific region between 1988 and 2000. I have not had contact with Dr Ho in recent years.

Dr Ho was trained in vitreoretinal surgery in the USA. He decided to return to Hong Kong to set up the academic department of ophthalmology at the Chinese University of Hong Kong (CUHK). He was regarded as an outstanding vitreoretinal surgeon. He shared his knowledge and expertise in vitreoretinal surgery with ophthalmologists and was unselfish in the way he taught ophthalmologists at multiple centres in China and South East Asia. He raised the standard of medical care in Hong Kong and China. It was a loss to ophthalmology when Dr Ho chose to enter politics.

I was well aware of Dr Ho's work and contribution to ophthalmology in my capacity as President of the Royal Australian and New Zealand College of Ophthalmologists (RANZCO) in 1997 and my involvement with the Asia Pacific Academy of Ophthalmology, as a member of the Council and President from 2009-2013. I also had an association with Dr Ho in my capacity as a member of the Board of the International Council of Ophthalmology from 1998-2006. I recall the assistance Dr Ho gave in the years leading up the very successful International Congress of Ophthalmology meeting in Sydney in 2002. I served as Joint Secretary-General and Chair of the Scientific program at that meeting. A large number of ophthalmologists from Hong Kong participated in the conference and demonstrated the high standard of ophthalmology that Dr Ho left as his legacy following his tenure as Professor of Ophthalmology at CUHK.

Re: Dr Patrick Ho  (Page 1 of 2)

**FRANK J. MARTIN, AM** MBBS, FRACS, FRANZCO
Strabismus, Paediatric & General Ophthalmology

**CRAIG E. DONALDSON** MBBS, FRACS, FRANZCO
Strabismus, Cataract, Paediatric & General Ophthalmology

**MICHAEL M. JONES** MBBS, PhD, FRANZCO
Strabismus, Cataract, Paediatric & General Ophthalmology

**CAROLINE J. CATT** BMBS, MMed, BMedSci(Hons1), FRANZCO
Strabismus, Cataract, Paediatric & General Ophthalmology

**CLARE L. FRASER** MBBS(Hons), MMed, FRANZCO
Neuro-Ophthalmology, General Ophthalmology & Strabismus

**PETER A. MARTIN** MBBS, FRACS, FRANZCO
Eyelid, Lacrimal & Orbital Surgery & General Ophthalmology

**DANIEL G. POLYA** MBBS, MPH, FRCSC, FRANZCO
Medical & Surgical Retina & General Ophthalmology

**JANE H. LOCK** MBBS, MMed, FRANZCO
Strabismus, Paediatric & General Ophthalmology

**TANYA KARACONJI** BMedSci(Hons1), MBBS, MMed, FRANZCO
Glaucoma, Cataract & General Ophthalmology

# SYDNEY
# OPHTHALMIC
## SPECIALISTS

Level 13, 139 Macquarie Street, Sydney, NSW 2000

**P:** (02) 9241 2913 or 9241 2914
**F:** (02) 9241 2155
**E:** reception@sosdoctors.com.au

**www.sosdoctors.com.au**

---

I would like to request the court show leniency at his sentencing.


Respectfully,
Yours sincerely,

FRANK J MARTIN
**Clinical Professor University of Sydney**

Re: Dr Patrick Ho  (Page 2 of  2)

---

**FRANK J. MARTIN, AM** MBBS, FRACS, FRANZCO
Strabismus, Paediatric & General Ophthalmology
**CRAIG E. DONALDSON** MBBS, FRACS, FRANZCO
Strabismus, Cataract, Paediatric & General Ophthalmology
**MICHAEL M. JONES** MBBS, PhD, FRANZCO
Strabismus, Cataract, Paediatric & General Ophthalmology

**CAROLINE J. CATT** BMBS, MMed, BMedSci(Hons1), FRANZCO
Strabismus, Cataract, Paediatric & General Ophthalmology
**CLARE L. FRASER** MBBS(Hons), MMed, FRANZCO
Neuro-Ophthalmology, General Ophthalmology & Strabismus
**PETER A. MARTIN** MBBS, FRACS, FRANZCO
Eyelid, Lacrimal & Orbital Surgery & General Ophthalmology

**DANIEL G. POLYA** MBBS, MPH, FRCSC, FRANZCO
Medical & Surgical Retina & General Ophthalmology
**JANE H. LOCK** MBBS, MMed, FRANZCO
Strabismus, Paediatric & General Ophthalmology
**TANYA KARACONJI** BMedSci(Hons1), MBBS, MMed, FRANZCO
Glaucoma, Cataract & General Ophthalmology

# EXHIBIT 52

親愛的 Leretta Preaka 法官，

我是一位資深護師，現在職於非政府機構工作，並在教會義務服事。本人在眼科有十年以上的工作經驗。我由 1992 年一直跟隨何志平教授工作至 2000 年，現特來函支持何志平教授。

我 1992 年認識何志平醫生，我當時是在中文大學教學大樓眼科部任職 Research nurse。何志平教授學術精湛，醫術高明，曾挽救以數千計陷於眼疾困苦的病人。多年來不論省港澳、甚至居於海外的患者都會來求醫，年齡由初生至百歲長者都有。何志平教授憑着他至極的專業學術經驗，精闢的診斷，往往能及時挽回病人的視力，數目多不勝數。

何志平教授工作熱忱，經常埋頭苦幹至達旦，穿梭於手術室和診症室之間，常廢枕忘餐...又經常遠赴國外教學，期望將醫術傳遞下去，受惠的學生不能盡錄。除此以外，他對我們一班護理人員、文職同事都愛護有加，尤其是對我和幾位護士，更是循循善誘，將眼科知識和各種技術都授教我們，令我畢生受用。
記得有一次我們團隊一起到英國交流，落機翌日我卻患上感冒發燒，不能謹守工作崗位，但是何志平教授十分體諒，還向主辦單位幫我說項，以致我能在酒店休息...點點滴滴，銘記這位享譽盛名的醫生，其實十分平易近人，是好醫生，好上司！

除了學術及醫術上的貢獻，何志平教授更熱心於義工服務，多年來屢次聯同其他義工團體，例如獅子會、寶蓮寺、視光師學會等，舉辦大型講座，及地區性免費驗眼服務，惠及眾多香港與澳門市民，既灌輸眼部疾病常識，也關注市民健康，其熱心服務市民之情可見一斑！
當時我也親身見證過，有貧窮的市民來驗眼，甚至帶着初生卻患有眼疾的小孩，何志平教授除了立刻為他們診斷，亦會安排緊急的醫治途徑，甚至會義務為他們做診治！我想，在很多市民的心目中，何志平教授是他們的恩人，使他們得見光明！也是我們眼中一位好人，是社會中不可多得一位熱血、重感情、肯付出、貢獻良多的學者！

法官大人，我期望你憐憫人的胸懷，能顧念何志平的一生，大部份時間都為了貢獻社會、回饋社會而付出與勞碌，求你寬大地判斷，免去他牢獄之苦，使他得見光明！萬分感激！願主祝福你！

敬祝
鈞安！

仇紫珊 Sau Tse San
謹上
2019 年 1 月 12 日



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Sau Tse San, addressed to Hon. Loretta Preska, dated 1/12/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Dear Judge Loretta Preska,

I am a senior nurse, now working for a non-governmental organization and serving at a church. I have more than 10 years of work experience in ophthalmology and worked with Professor Ho Chi-Ping from 1992 to 2000. I hereby submit this letter in support of Professor Ho Chi-Ping.

I met Dr. Ho Chi-Ping in 1992 when I was working as a research nurse at the Ophthalmology Department of the Chinese University of Hong Kong. Professor Ho Chi-Ping is highly accomplished in academia, has great medical skills, and has saved thousands of patients suffering from eye diseases. Over the years, he has had local, regional and overseas patients, from toddlers to centenarians. With his incredible specialized, scholarly experience, and his accurate diagnosis, Professor Ho Chi-Ping has helped countless patients restore their vision without delay.

Professor Ho Chi-Ping is very passionate about his work. He often worked late until the dawn, went back and forth between the operating room and the consultation room, and often did not get enough sleep or would skip meals. He also often travelled overseas to teach, in the hope of passing his medical skills onto the future generation, benefitting countless students in the process. In addition, he cared for the team of nurses and executives; and especially for nurses like me, patiently teaching us all the knowledge and techniques in ophthalmology, which would benefit me for life. I remember my team once went to the UK on an exchange; however, I had a cold and fever the day after we landed and could not work. Professor Ho Chi-Ping was very understanding and persuaded the organizer to let me rest in the hotel… I can still remember every detail of how this renowned doctor was genuinely amiable and approachable and was a good doctor and a good boss!

In addition to his academic and medical contributions, Professor Ho Chi-Ping is also passionate about volunteering. Over the years, he has repeatedly worked with other volunteer groups, such as the Lions Clubs, Po Lin Monastery, and the Hong Kong Society of Professional Optometrists, to hold large-scale talks and free community eye examination services, benefiting many residents in Hong Kong and Macau. He not only promoted general knowledge about eye diseases, but he also genuinely cared for the health of the people. It is evident that he is passionate about serving the public.

At that time I also saw with my own eyes how there were underprivileged citizens who came to get their eyes checked, and they even brought him children who were born with eye diseases. In addition to immediately diagnosing the issues, Professor Ho Chi-Ping also arranged emergency medical treatments for them; he even offered them free treatment! I think that in the minds of many people, Professor Ho Chi-Ping is a savior who brought them light! He is also a good person in our eyes, a rare scholar in society who is passionate, empathetic, and diligent, and has made great contributions!

Your Honor, I hope that you can be compassionate, and consider that fact that Ho Chi-Ping has spent most of his life working hard to contribute and give back to society. I kindly request for you to be

lenient and merciful, so that he does not suffer in prison and can have hope again! Thank you very much! May the Lord bless you!

Respectfully,

[*signature*]

Sau Tse San

January 12, 2019

# EXHIBIT 53

Professor Hugh R. Taylor AC
MD FRANZCO FRACS
Melbourne Laureate Professor, Harold Mitchell Chair of Indigenous Eye Health
Indigenous Eye Health Unit

THE UNIVERSITY OF
MELBOURNE

The Honorable Loretta Preska

**14th January 2019**

**Re: Dr. Patrick Ho**

Dear Judge Preska,

I am pleased to be able to submit this letter to support Dr. Patrick Ho whom I have known since the late 1970's. We have been friends and colleagues for over 40 years and I feel I do know him well.

I had started my medical and ophthalmology training in Melbourne Australia and then in 1976 I went to The Wilmer Institute and the Johns Hopkins Hospital in Baltimore for further subspecialty training in ophthalmology. I ended up staying at Johns Hopkins until 1990 when I returned to Australia. I knew the Chairman of the Department of Ophthalmology at Vanderbilt who introduced me to Patrick Ho who was starting his training in ophthalmology there. We became good friends and kept in touch as young trainees at the various eye research meetings, including when he moved to Harvard.

After his return to Hong Kong as the Head of Ophthalmology at the Chinese University of Hong Kong in 1984 we continued to see each other regularly at the annual eye research and other international eye meetings including the Asia Pacific Academy of Ophthalmology.

I visited Patrick in Hong Kong on several occasions including in 1987 and I was highly impressed with the program he had established. He himself was a highly skilled vitreoretinal surgeon and he had a very large practice. However, he focused a great deal of energy in training the next generation of vitreoretinal surgeons both for Hong Kong, but particularly for China. Having spent time and being trained in the USA he brought the commitment and approach he had experienced to Hong Kong and strove to build a world-class program. In this he succeeded in spades. He also used the income generated by his private practice to support the training of these fellows. This is quite extraordinary.

He was also highly instrumental in establishing the massive Lions First Sight Project in China. This was funded by Lions International and started in 1988. Although the project only lasted for 10 years, it had created an enormous impact on eye health in China. It was the spearhead that has led to a huge increase in cataract surgery with serious priority and funding now directed to this by the Chinese Government. Patrick played a key role in getting this process up and running.

I became the Regional Chairman in the Western Pacific for the International Agency for the Prevention of Blindness in 1999. This also brought me to Hong Kong on a number of occasions and further contact with Patrick and the great service and teaching he was providing. Once he became Secretary for Home Affairs we also had the occasion to meet and share a meal together in Hong Kong but we met less frequently. I know he was

**Melbourne School of Population Health**
The University of Melbourne, Level 5, 207 Bouverie Street Carlton  Victoria 3053 Australia
**T:** +61 3 8344 9320    **F:** +61 3 9348 1827    **E:** h.taylor@unimelb.edu.au
**W:** www.iehu.unimelb.edu.au

unimelb.edu.au

**Professor Hugh R Taylor AC**
MD FRANZCO FRACS
Melbourne Laureate Professor, Harold Mitchell Chair of Indigenous Eye Health
Indigenous Eye Health Unit



passionate not only about providing high quality and equitable eye care, but he also was a passionate musician and so he was delighted to be able to help and support music and the arts in his new role as Secretary.

I was the President of the International Council of Ophthalmology from 2014 to 2018 and I was invited to give the Opening Address at the Chinese Ophthalmological Society Congress in Qingdao, China in March 2018. At this time Patrick was to receive the "Outstanding Contribution Award for China's Fundamental Eye Diseases", in recognition of his outstanding contribution to the Chinese ophthalmology and fundus diseases. Instead he asked me to accept the award on his behalf and this I was honoured to do.

Patrick Ho has been a long standing friend and colleague. I know him as a man of integrity and who has made enormous contributions as a gifted surgeon, a teacher, a mentor and a humanitarian. I do urge you to take these admirable attributes into consideration and show appropriate leniency.

Respectfully,

Melbourne Laureate Professor Hugh R Taylor, AC, MD, LLD(Hons)

**Melbourne School of Population Health**
The University of Melbourne, Level 5, 207 Bouverie Street Carlton  Victoria 3053 Australia
**T:** +61 3 8344 9320    **F:** +61 3 9348 1827    **E:** h.taylor@unimelb.edu.au
**W:** www.iehu.unimelb.edu.au

# EXHIBIT 54

**Department of Ophthalmology and Visual Sciences** 眼科及視覺科學學系
**The Chinese University of Hong Kong** 香港中文大學
Hong Kong Eye Hospital, 147K Argyle Street, Kowloon, Hong Kong 香港九龍亞皆老街147K號香港眼科醫院
tel: (852) 3943 5855 • fax: (852) 2715 9490 • http://www.ovs.cuhk.edu.hk • e-mail: deptovs@cuhk.edu.hk
Prince of Wales Hospital Eye Centre 威爾斯親王醫院眼科中心
Shatin, N.T., Hong Kong 香港新界沙田 • tel: (852) 3505 2879 • fax: (852) 2648 2943
Joint Shantou International Eye Center of Shantou University and The Chinese University of Hong Kong (JSIEC) 汕頭大學·香港中文大學聯合汕頭國際眼科中心
Dong Xia North Road, Shantou 515041, Guangdong Province, China 中國廣東省汕頭市金沙東路
tel: (86) 754 8839 3522 • fax: (86) 754 8839 3501 • http://www.jsiec.org • e-mail: admin@jsiec.org



The Honorable Loretta Preska

16 January 2019

Dear Judge Preska,

**Re: Dr. Patrick Ho**

I am writing this letter in support of Dr. Patrick Ho, whom I have known since 1996. As both a long-time professional colleague and friend, I know his character well.

From 1984 to 1995, Dr. Patrick Ho was the first full-time Professor of Ophthalmology in Hong Kong, and was Head of Ophthalmology at The Chinese University of Hong Kong and the Prince of Wales Hospital. During this time, Dr. Ho had served innumerable patients with eye diseases in the public healthcare system, taught medical students and postgraduate students at the Faculty of Medicine of the Chinese University of Hong Kong, as well as led and pioneered research in ophthalmology and visual sciences, in particular in the field of retinal diseases and surgery. Dr. Ho single-handedly established academic ophthalmology in Hong Kong, and also placed us and our work firmly on the world map. As the current Chairman of the Department of Ophthalmology and Visual Sciences of the Chinese University of Hong Kong, I am a successor to Dr. Patrick Ho in this particular capacity, and alongside my colleagues working in this field, we are deeply appreciative and thankful to Dr. Ho for the very strong foundation that he had laid down for us all.

I have known Dr. Ho ever since I began my ophthalmic career back in 1996. Dr. Ho has always been a great teacher, strong inspirer, and has always been enthusiastic to offer the younger generation of ophthalmologists and visual scientists great and personal career advice. Without Dr. Ho's dedication towards ophthalmic services, teaching, and research, ophthalmology in Hong Kong would not have reached where we are here today.

On behalf of our colleagues at the Department of Ophthalmology & Visual Sciences at the Chinese University of Hong Kong, I am very much hoping that the Court could show kind leniency towards Dr. Patrick Ho.

Yours truly,

Clement Chee-yung THAM
Chairman, Department of Ophthalmology & Visual Sciences,
The Chinese University of Hong Kong

香港中文大學醫學院
**Faculty of Medicine**
The Chinese University of Hong Kong   *Transforming our Passion into Perfection*



# EXHIBIT 55

15 January 2019

The Honorable Loretta Preska

Re: Dr. Patrick Ho

Dear Judge Preska,

I submit this letter to support Dr. Patrick Ho.

I am a Hong Kong born Chinese and received education in Hong Kong.   Subsequently I received ophthalmological training and was conferred FRCSEd and FRCO(UK).

I came to know Dr. Ho since 1980, when I went to the United States to take a course on the use of lasers in ophthalmology.   The course was organized by Dr. Charles Schapens of the Retinal Associates in Boston, where Dr. Ho was under training there.   As I was the only participant from Hong Kong to attend the course, we became good friends since then.

Dr. Ho came back to Hong Kong in 1984 to take up a post in the Chinese University of Hong Kong.   He played a pivotal role in setting up the Clinical Eye Unit and the Academic Eye Department there.   Since then, I have often consulted him on many complicated ophthalmic cases.   We have operated together on patients with eye diseases, especially those with vitreo-retinal problems.   I could see that Dr. Ho has been kind and conscientious towards his patients.

Besides doing teaching and research in the Chinese University of Hong Kong, he also contributed a lot in the betterment of ophthalmology in Hong Kong.   He actively participated in the Hong Kong Eye Bank, and the Hong Kong Ophthalmological Society.   He also organized a lot of international ophthalmological meetings in Hong Kong.   I have great respect for his great attitude, foresight and tremendous energy in his work as an ophthalmologist and teacher.

I sincerely request that the court could show leniency at the sentencing of Dr. Ho.

Respectfully,

Dr. TONG Pak Chuen

# EXHIBIT 56

7th January 2019

The Honorable Loretta Preska

**Re: Dr. Patrick Ho**

Dear Judge Preska,

I submit this letter to support Dr. Patrick Ho. I have known him for 32 years, and I know his character well.

I first met Dr. Ho in 1986 in his consultation room of the newly-established ophthalmic service at the Prince of Wales Hospital, where I accompanied my father for an ███████████████████████████████████████████████████████████ His professionalism and thoughtfulness for his patients had impressed my parents and me very much.

I was one of the first bench of graduates from the Faculty of Medicine, the Chinese University of Hong Kong in 1986. I realized how disastrous it was for a patient to lose their vision. Under the influence of Dr. Ho, I made ophthalmology my first choice of specialty. Very luckily, I joined his unit after my internship and became his ophthalmology trainee in 1987.

The new-established ophthalmic service initially was a unit of only 3 medical officers including Dr. Ho in 1987. It served millions of people in East New Territories and was the tertiary referral centre for other regional hospitals all over Hong Kong. Despite a heavy load in clinical work, teaching, research and administration, Dr. Ho dedicated to the further development of ophthalmic service. He brought in a new era for ophthalmology in Hong Kong by introducing advanced technology and microsurgical skills, such as cataract surgery with intraocular lens implantation and vitreo-retinal surgery. He set up weekly operation training sessions in the Prince of Wales Hospital for private ophthalmologists. In the following years, he established and upgraded the ophthalmic service in Caritas Medical Centre and United Christian Hospital. His hard work had significantly reduced the incidence of blinding-diseases in the local

1

community, and had made Hong Kong the centre of excellence for the treatment of complicated retinal diseases.

Dr. Ho was a man of great vision. His fellow ophthalmology trainees were from different countries, and people of these countries benefited from his clinical and surgical skills, and would continue to be benefited in the future. He organized yearly Hong Kong Ophthalmology Symposiums, and invited top ophthalmologists worldwide to deliver lectures, to share with experience and to exchange ideas about new technology and skills in ophthalmology such that local ophthalmologists and trainees were kept updated about new developments. He also traveled and delivered lectures in many countries and participated actively in works for prevention of blindness.

Dr. Ho was an excellent mentor for ophthalmology trainees such as me. He taught me clinical and microsurgical skills. He encouraged me, gave me confidence and guided me through difficult and complicated operations. Even when there was a shortage of manpower, he took over most of the clinical work and organized for me a 6-month clinical attachment in Edinburgh for my fellowship examination of the Royal College of Ophthalmologist of United Kingdom and Royal College of Physicians and Surgeons of Glasgow. He supported me with his own funding to join the International Congress of Ophthalmology in Singapore. I am now in private practice, and an honorary eye consultant of St. Paul's Hospital. I have been carrying out voluntary eye service at the Hong Kong Christian Service for over 25 years. My dream would not have come true without Dr. Ho's training, encouragement and guidance.

The Honorable Judge Lorreta Preska, I pray that you may find it appropriate to show leniency to Dr. Patrick Ho, considering his good character and his significant contributions to Hong Kong and worldwide in ophthalmology.

Yours humbly,

Dr. TSUI Chung-wan
Specialist in Ophthalmology

2