# EXHIBIT 57

The Honorable Loretta Preska

<center>[2018 年 12 月 28 日]</center>

<center>**为志平医生减轻量刑之恳请信**</center>

尊敬的 Preska 法官：

　　谨此向您提交对 Patrick Ho 医生的恳请信。作为他的学生和朋友，我为他惋惜的同时，也想向您表达我对他的同情，并恳请您在对他做出处罚时参考一下我的恳请信，给以酌情减轻量刑为盼。

　　我是 1985 年 9 月份正式成为解放军总医院眼科住院医生的，同年地第一次聆听了何志平教授在北京所做的关于视网膜脱离手术的讲座，第二年也有幸观摩了他为我们医院进行的玻璃体切除手术治疗视网膜脱离、眼外伤和糖尿病视网膜病变，对他的眼科专业才华非常仰慕。那个年代，中国的眼底病手术还很落后，玻璃体视网膜手术处于刚启蒙的阶段，看到这些我们过去宣判为无希望的盲人，在他的治疗下奇迹般的恢复了视力，感到十分的惊奇。此后，不论是在北京还是在外地，乃至全眼科年会，都能聆听到他的讲座和观摩的的手术表演。1993 年 7 月至 1994 年 1 月，我在何志平教授的全额资助下来到了香港中文大学威尔斯亲王医院眼科，师从他学习玻璃体切除手术。在他的指导下，我很快掌握了玻璃体视网膜手术的操作技巧，也在他指导下完成了手术切除黄斑下纤维膜治疗 AMD 的临床研究课题。大半年的在港学习期间，在工作、学习和生活上得到了何志平教授的热情指导、关心和帮助。与我一起在威尔斯亲王医院学习的人员有来自澳门、中国内地上海、西安以及孟加拉国的眼科医生，都是在他的帮助下来到香港学习的。

　　他是一个对社会和对患者非常富有责任感和同情心的人，我在香港学习期间，多次跟随他在沙田、九龙城、尖沙咀和边远渔村及澳门，利用周末义务为社区进行眼健康普查和健康科普宣教，尽他一个医生对社会的担当之任。

　　今天何志平医生所处的境况是我们每个人都不愿意看到的，非常令人惋惜。在此，我仅以一个曾经接受过他培训并成为当下中国有一定威望的眼科医生，向您表达我对他的敬仰并真诚地恳请您在对他量刑处罚之时，能够看在他过去对社会有所贡献的方面，给以您最大可能的从轻处罚。

<div align="right">王志军敬上。</div>

<div align="right">中日友好医院眼科教授、科主任 王志军<br>2018 年 12 月 28 日</div>


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from WANG Zhijun, addressed to Hon. Loretta Preska, dated 12/28/2018.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Honorable Loretta Preska

**December 28, 2018**

**Intercessory Letter to Reduce the Penalty for Dr. Ho Chi-Ping**

Honorable Judge Preska:

      I hereby submit this intercessory letter on behalf of Dr. Patrick Ho. Being his student and friend, I feel sorry for him, while I also would like to express my sympathy for him. I sincerely hope you could consider this letter when you sentence him, so as to reduce the penalty according to circumstances.

      I have been officially working as a resident physician in the Ophthalmology Department of the People's Liberation Army General Hospital since September 1985. That same year, I attended Dr. Ho's lecture for the first time in Beijing, which was on retinal detachment operations, and in the following year had the honor of observing and learning from his vitrectomy operation for the treatment of retinal detachment, eye trauma and diabetic retinopathy that he performed in our hospital, from which time I started admiring his talent in the ophthalmological profession. The operation for retinal diseases in China fell behind very much back then, and vitreoretinal surgery was still in its infancy. It was amazing to see those blind people whom we used to believe hopeless have their vision miraculously restored under his treatment. Subsequently, his lectures and his operations could be attended and observed in Beijing and other cities, and even in the annual congress of the Chinese Ophthalmological Society. Fully funded by Professor Ho Chi-Ping, I studied vitrectomy operation as his student in Ophthalmology Department of the Prince of Wales Hospital at the Chinese University of Hong Kong from July 1993 to January 1994. Under his guidance, I very quickly mastered the operative skills of vitrectomy operation and also completed the clinical research subject of removing fibrous membrane under macula lutea to treat AMD (age-related macular degeneration) by operation. While studying in Hong Kong for more than six months, I received Professor Ho Chi-Ping's enthusiastic guidance, care and help with regard to work, studies, and life. Those studying at the Prince of Wales Hospital together with me were ophthalmologists from Macao, Shanghai and Xi'an of mainland China, and Bangladesh, all of whom received his assistance to study in Hong Kong.

      He is a person full of a sense of responsibility and compassion for the society and for patients. During my study in Hong Kong, I followed him many times to Sha Tin, Kowloon City, Tsim Sha Tsui, remote fishing villages and Macao on weekends to conduct eye health screening and health science public education for the communities, in order to fulfill his responsibilities to society as a doctor.

The situation in which Dr. Ho Chi-Ping is in today is not what any of us wanted to see, which is very regrettable. As a prominent ophthalmologist in China who has been trained by him, I hereby would like to express my admiration for him and sincerely ask that you consider his past contributions to society and dispense the lightest punishment possible when sentencing him.

Respectfully,

Wang Zhijun

Wang Zhijun, Professor and Director of Ophthalmology Department of China-Japan Friendship Hospital

December 28, 2018

# EXHIBIT 58

January 7, 2019

**Re Mr. Chi Ping Patrick Ho**

Dear Honorable Judge Loretta Preska,

I first met Mr. Patrick Ho in the year 1988, when I was a Final year medical student at Chinese University of Hong Kong. At that time, he was Professor of Department of Surgery.   He gave us a series of lectures on introductory ophthalmology. This started my first journey of Ophthalmology in my life as an ophthalmologist, and my relation with him as an ophthalmology trainee later.

I still remembered the first lecture he gave me.   "Eye functions like a camera." He said. He brought simple words to explain the deep philosophy of ophthalmology.   He inspired me how advance, how interesting and how exciting ophthalmology could be. I was deeply impressed how elegant and respectful to be an ophthalmologist.   He demonstrated to me I must study hard and be all rounded and excellent if I wants to be an ophthalmologist.   He had shredded a good seed though he might not know at that time.

After graduation, I entered houseman clerkship in General Surgery.   Luckily, I was picked up to be an eye houseman in one of the clerkships.   Though it was always very busy in the ward, sometimes did get a chance to go to clinic and saw how Mr. Ho managed an extremely heavily loaded clinic.   Besides the patients load, he needed to train his juniors and trainees.   He was very patient, and gentle to take care of patients. He would not be hurried and always put patient care as first priority. After a long out-patient sessions, he would put every efforts and opportunities to train his juniors.   He was diligent, always caring and patient.

I remembered one golden occasion I was asked to go to surgical theatre to assist Mr. Ho. It was unusual and seldom as a houseman could assist Mr. Ho by his side, as there were always trainees around.   This was the first time I could sit on his side, assisted him under microscope.   In between cases, he talked to me gently and kindly how was the ward running, any difficulties in my clerkships.   He taught me how to do stitches under microscope slowly and steps by steps.   He liked to teach, liked to share his expertise, though I was merely a houseman at that time.

After one year of graduation, I finally became a trainee under Mr. Ho.   Since he was a pioneer and Professor in field of Ophthalmology, I had ample opportunities and exposures to many advance and upfront eye surgery at that time, e.g. vitreoretinal surgery and implantation of intraocular lenses.   He organized a lot of international conferences and invited a lot of world-famous speakers came to Hong Kong to give lectures and share their expertise.   All these were really precious and valuable to me as a fresh junior.   To the peers and colleagues, this also opened their field of scope and vision.   We can say, Mr. Ho opened a new page of development of ophthalmic care in Hong Kong, not just in-patient care, but also systematic medical training and scientific research.

Throughout the years under training and influence of Mr. Ho, I learned how to be an all-rounded, humble and dedicated doctor.   I put my patient care as top priority, serve the public and community. Always be upfront and keep energetic in our field.   I learned from him how to be a gentleman, an educated person with continuous contribution to the society.

The Honorable Judge Loretta Preska, here I would like to appeal leniency in sentence Mr. Ho considering his good character, his true and kind heartedness, his tremendous contribution to modern ophthalmic care, education and research in Hong Kong and Mainland China.

Thanks for your attention and regards!

Yours faithfully

Mr. Angus Wong

# EXHIBIT 59

Leretta Preaka 法官                                    日期：30.12.2018

有關：                    何志平醫生

致 Preaka 法官：

我提交這封信是為何志平醫生求情的。

我是一位退休護士，我在1988年調職到香港沙田威爾斯親王醫院的李嘉誠眼科專科診所任職時認識何志平醫生，至今已超過30年了，在醫院工作時，何醫生經常面露笑容，和藹可親，處事正直認真，若我們有犯錯他都會不分階級直接指點和教導我們，所以我亦非常了解他的為人，他不偏不倚的性格是我們的良師益友。

何醫生除了每天繁重的工作外，他仍不遺餘力在工餘時間為我們講學，增加我們對眼科的知識，和我們分享他在醫學上護理的心得，提高整個團隊的專業水平，使我們獲益良多。

何醫生憑着他精湛的醫術為病人為社會服務，作出極大的貢獻，不論各階層的病人他都會全心全意，他對待病人，病人在他治療下帶來希望與光明，有些病人甚至從世界各地如美國、澳門…等地專程飛來香港覆診，可見何醫生同病人之間建立了深厚的感情，更深得病人信任、敬重和愛戴。在何醫生轉至私人執業時，仍不忘對基層病人的照顧，建立了一個何志平基金，

讓有需要的病人能够在他診所繼續治療，
他無私的奉獻令我十分欽佩和感動。

　　最後請求法院到時能够展現寬容和憐憫
對待我们的好同事好醫生何志平醫生，萬分感激！
為盼！

簽署

黃有蘭
(WONG CHIU LAN 黃肖蘭)
敬上



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Wong Chiu Lan, addressed to Hon. Loretta Preska, dated 12/30/2018.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[Handwritten text is indicated in italics]

*Judge Loretta Preska*                                        *Date: December 30, 2018*

*Re:*                                        *Dr. Ho Chi-Ping*

To Judge Preska:

*I write this letter to intercede on behalf of Dr. Ho Chi-Ping.*

*I am a retired nurse. In 1988, I was transferred to Li Ka-shing Ophthalmology Specialty Clinic of the Prince of Wales Hospital in Sha Tin District, Hong Kong, where I got to know Dr. Ho Chi-Ping, which has already been over 30 years now. When he used to work at the hospital, Dr. Ho was always smiling and genial and conducted his work seriously and honestly. When we made any mistakes, he would directly point out our mistakes and took time to teach us regardless of our hierarchical positions. Therefore, I know him very well, who is even-handed and is our good teacher and friend.*

*In addition to his daily heavy workload, Dr. Ho still spared no effort to give lectures during his off hours, increasing our knowledge about ophthalmology, sharing his medical knowedge and experiences with us and improving the professional level of the whole group, which benefited us significantly.*

*Dr. Ho served his patients and society and made great contributions with his excellent medical skills. He put his whole heart and soul into treating patients no matter what class they were, and his patients saw light and hope under his treatment. Some of them even flew to Hong Kong from abroad from the United States, Macao, etc. for follow-up treatments and examinations, which obviously shows deep affection, trust, respect and love between him and his patients. When he transitioned to work in private practice, he still made sure to set up a Ho Chi-Ping Charity Foundation for caring for basic level patients, to allow those in need to continue their treatment in his clinic. His selfless dedication is absolutely moving and admirable.*

*In conclusion, I would like to request the Court be generous and compassionate when sentencing Dr. Ho Chi-Ping, our good colleague and doctor. Thank you very much!*

*Signed by*

*[Signature]*

*(WONG CHIU LAN)*

# EXHIBIT 60

Feb 8 2019

The Honourable Loretta Preska

Dear Judge Preska,

Re: Mr. Patrick Chi-ping HO

I am a practicing ophthalmologist in Hong Kong and write this letter to support Professor Patrick Chi-ping HO. I first met Prof Ho when I was an intern in Ophthalmology in 1990 in Hong Kong. I was fortunate to receive training in his unit and was deeply inspired by his passion and commitment to patient care and drive for a better clinical service not only to the teaching hospital but also to the betterment of ophthalmology service to all in Hong Kong. Prof. HO was an excellent teacher, coached his trainees and his team to refine their professional skills, sharing his experience and guiding us to go through different stages of clinical acumen. I am immensely grateful to his teachings and impressed by his dedication in making a difference to the patients and their families.

Apart from work, he shared with us his passion to music and his passion to help out others by voluntary work in setting up and providing eye service to the underprivileged people. I still remembered the touching scene when his clients could see better again after his intervention. His voluntary work and service to the community has no doubt inspires us to contribute to the society to the needy whenever we can. Even though Prof Ho later worked in a non -clinical area, he never ceased to offer help and give advice to his previous clinical colleagues when approached.

The honorable Judge Preska, may I appeal leniency in sentencing Mr. Patrick Ho as he contributed immensely to the ophthalmology service and its development as well as public service in Hong Kong, a man of good character and no conviction before.

Yours sincerely,

Dr. Jackson Woo

# EXHIBIT 61

HKOA
since 1974
眼科專科中心
The Hong Kong
Ophthalmic Associates

27 Jan 2019.

胡志鵬醫生
Dr. Victor C. P. WOO
MBBS (HK)
FHKAM (Ophthalmology)

唐柏泉醫生
Dr. Patrick P. C. TONG
MBBS (HK), DO (Lond), DO (Irel), FRCSEd
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

梁健英醫生
Dr. William K. Y. LEUNG
MBBS (HK), FRANZCO, FCOphth HK
FHKAM (Ophthalmology)

張錫康醫生
Dr. Sek-Hong CHEUNG
MBBChir (Cantab), DO (Glasg), FRCS RCPS (Glasg)
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

邵志遠醫生
Dr. Chi-Yuen SHIU
MBBS (HK), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

賀澤烽醫生
Dr. Donald C. F. WOO
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

葉禮邦醫生
Dr. Jean Paul YIH
MBBS (Lond), FRCSEd, FCS HK
FCOphth HK, FHKAM (Ophthalmology)

韓尚穎醫生
Dr. Charmaine HON
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

曾滿光醫生
Dr. Jonathan M. K. TSANG
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

余珊醫生
Dr. Carol S. YU
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

袁淑賢醫生
Dr. Nancy S. Y. YUEN
MBBS (HK), FRCSEd, FCSHK, FCOphth HK
MPH (HK), Dip Med (CUHK), FHKAM (Ophthalmology)

林敬德醫生
Dr. Douglas K. T. LAM
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

To Judge Loretta Preska

Dear Judge Preska.

Myself - I am an ophthalmologist working in Hong Kong for 35 years. Apart from my clinical work, I also worked with various charity organizations towards restoration of vision to those in the poorer sector of our community.

I was the first volunteer Faculty Ophthalmologist in Hong Kong recruited by Project Orbis to teach and operate in rural China 20 years ago.

In co-operation with various NGOs, religious and charity organizations, I have regular commitment to serve for the homeless, the retarded and debilitated, the elderlies living alone without any family support, to examine and operated on them towards vision restoration.

香港醫務所 Hong Kong Clinic
香港中環皇后大道中18號新世界大廈第2期10樓
10/F, New World Tower II,
18 Queen's Road, Central, Hong Kong.
電話 Tel : (852) 2526 6198
傳真 Fax : (852) 2810 9477

九龍醫務所 Kowloon Clinic
九龍彌敦道677號恒生旺角大廈3樓
3/F, Hang Seng Mongkok Building,
677 Nathan Road, Kowloon.
電話 Tel : (852) 2381 1614
傳真 Fax : (852) 2397 1860

網址 Website : www.eyehealth.com.hk
電郵 E-mail [redacted]

眼科專科中心
The Hong Kong
Ophthalmic Associates

HKOA
since 1974

Apart from contributing my time and effort, I also financially support various organizations on worthwhile projects.

One of my donation was towards the setting up of a "Mobile Eye Treatment Center" at Inner Mongolia in 2014, where a container truck was acquired and converted into a mobile operation suite for eye examination and cataract surgeries in various remote areas in Inner Mongolia.

Each year more than 3000 free cataract surgeries was performed to needy patients in Inner Mongolia.

(Some interesting photos are attached on my Charity works over the years).

胡志鵬醫生
Dr. Victor C. P. WOO
MBBS (HK)
FHKAM (Ophthalmology)

唐柏泉醫生
Dr. Patrick P. C. TONG
MBBS (HK), DO (Lond), DO (Irel), FRCSEd
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

梁健英醫生
Dr. William K. Y. LEUNG
MBBS (HK), FRANZCO, FCOphth HK
FHKAM (Ophthalmology)

張錫康醫生
Dr. Sek-Hong CHEUNG
MBBChir (Cantab), DO (Glasg), FRCS RCPS (Glasg)
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

邵志遠醫生
Dr. Chi-Yuen SHIU
MBBS (HK), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

賀澤烽醫生
Dr. Donald C. F. WOO
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

葉禮邦醫生
Dr. Jean Paul YIH
MBBS (Lond), FRCSEd, FCS HK
FCOphth HK, FHKAM (Ophthalmology)

韓尚穎醫生
Dr. Charmaine HON
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

曾滿光醫生
Dr. Jonathan M. K. TSANG
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

余珊醫生
Dr. Carol S. YU
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

袁淑賢醫生
Dr. Nancy S. Y. YUEN
MBBS (HK), FRCSEd, FCSHK, FCOphth HK
MPH (HK), Dip Med (CUHK), FHKAM (Ophthalmology)

林敬德醫生
Dr. Douglas K. T. LAM
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

香港醫務所 Hong Kong Clinic
香港中環皇后大道中18號新世界大廈第2期10樓
10/F, New World Tower II,
18 Queen's Road, Central, Hong Kong.
電話 Tel : (852) 2526 6198
傳真 Fax : (852) 2810 9477

九龍醫務所 Kowloon Clinic
九龍彌敦道677號恒生旺角大廈3樓
3/F, Hang Seng Mongkok Building,
677 Nathan Road, Kowloon.
電話 Tel : (852) 2381 1614
傳真 Fax : (852) 2397 1860

網址 Website : www.eyehealth.com.hk
電郵 E-mail :



眼科專科中心
The Hong Kong
Ophthalmic Associates

My relation with Professor Patrick Ho –

Professor Ho might not know me well,
but he is one of my significant
mentor in life.

He used to say "money is just
the means but not the ends"

It is the means for the improvement
of the lives of those less fortunate
people around you.

Hard earned money is worthless unless
it can achieve this end.

With his Words and Works in Hong Kong,
Professor Ho had influenced a whole
generation of ophthalmologists in Hong
Kong. Under his influence, our
Profession had set up the "Eye Care
Charitable Foundation" to promulgate Professor Ho's
teachings and charitable work into our following generations
of ophthalmologists in
Hong Kong.

胡志鵬醫生
Dr. Victor C. P. WOO
MBBS (HK)
FHKAM (Ophthalmology)

唐柏泉醫生
Dr. Patrick P. C. TONG
MBBS (HK), DO (Lond), DO (Irel), FRCSEd
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

梁健英醫生
Dr. William K. Y. LEUNG
MBBS (HK), FRANZCO, FCOphth HK
FHKAM (Ophthalmology)

張錫康醫生
Dr. Sek-Hong CHEUNG
MBBChir (Cantab), DO (Glasg), FRCS RCPS (Glasg)
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

邵志遠醫生
Dr. Chi-Yuen SHIU
MBBS (HK), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

資澤烽醫生
Dr. Donald C. F. WOO
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

葉禮邦醫生
Dr. Jean Paul YIH
MBBS (Lond), FRCSEd, FCS HK
FCOphth HK, FHKAM (Ophthalmology)

韓尚穎醫生
Dr. Charmaine HON
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

曾滿光醫生
Dr. Jonathan M. K. TSANG
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

余珊醫生
Dr. Carol S. YU
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

袁淑賢醫生
Dr. Nancy S. Y. YUEN
MBBS (HK), FRCSEd, FCSHK, FCOphth HK
MPH (HK), Dip Med (CUHK), FHKAM (Ophthalmology)

林敬德醫生
Dr. Douglas K. T. LAM
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

香港醫務所 Hong Kong Clinic
香港中環皇后大道中18號新世界大廈第2期10樓
10/F, New World Tower II,
18 Queen's Road, Central, Hong Kong.
電話 Tel：(852) 2526 6198
傳真 Fax：(852) 2810 9477

九龍醫務所 Kowloon Clinic
九龍彌敦道677號恒生旺角大廈3樓
3/F, Hang Seng Mongkok Building,
677 Nathan Road, Kowloon.
電話 Tel：(852) 2381 1614
傳真 Fax：(852) 2397 1860

網址 Website：www.eyehealth.com.hk
電郵 E-mail



眼科專科中心
The Hong Kong
Ophthalmic Associates

My Wish -

After a lifetime serving others and after serving Justice in the United States of America , I hope Professor Ho can still have time to repay the debts he owes to his aging mother , his graceful wife , his lovely daughter , last but not the least , to himself , to enjoy a few years of peacefulness back in his motherland .

With that I wish you Health and Happiness !

Sincerely yours ,

( DR WOO CHAI FONG .)
MBBS
FRCS (Edin)
FHKAM .

Woo Chai Fong

胡志鵬醫生
Dr. Victor C. P. WOO
MBBS (HK)
FHKAM (Ophthalmology)

唐柏泉醫生
Dr. Patrick P. C. TONG
MBBS (HK), DO (Lond), DO (Irel), FRCSEd
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

梁健英醫生
Dr. William K. Y. LEUNG
MBBS (HK), FRANZCO, FCOphth HK
FHKAM (Ophthalmology)

張錫康醫生
Dr. Sek-Hong CHEUNG
MBBChir (Cantab), DO (Glasg), FRCS RCPS (Glasg)
FRCOphth, FCOphth HK, FHKAM (Ophthalmology)

邵志遠醫生
Dr. Chi-Yuen SHIU
MBBS (HK), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

賀澤烽醫生
Dr. Donald C. F. WOO
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

葉禮邦醫生
Dr. Jean Paul YIH
MBBS (Lond), FRCSEd, FCS HK
FCOphth HK, FHKAM (Ophthalmology)

韓尚潁醫生
Dr. Charmaine HON
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

曾滿光醫生
Dr. Jonathan M. K. TSANG
MBBS (HK), DO (Irel), FRCSEd, FCSHK
FCOphth HK, FHKAM (Ophthalmology)

余珊醫生
Dr. Carol S. YU
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

袁淑賢醫生
Dr. Nancy S. Y. YUEN
MBBS (HK), FRCSEd, FCSHK, FCOphth HK
MFH (HK), Dip Med (CUHK), FHKAM (Ophthalmology)

林敬德醫生
Dr. Douglas K. T. LAM
MBBS (HK), MRCS (Ed)
FCOphth HK, FHKAM (Ophthalmology)

香港醫務所 Hong Kong Clinic
香港中環皇后大道中18號新世界大廈第2期10樓
10/F, New World Tower II,
18 Queen's Road, Central, Hong Kong.
電話 Tel : (852) 2526 6198
傳真 Fax : (852) 2810 9477

九龍醫務所 Kowloon Clinic
九龍旺角彌敦道677號恆生旺角大廈3樓
3/F, Hang Seng Mongkok Building,
677 Nathan Road, Kowloon.
電話 Tel : (852) 2381 1614
傳真 Fax : (852) 2397 1860

網址 Website : www.eyehealth.com.hk
電郵 E-mail :









Donated mobile eye treatment and cataract operation container truck at Inner Mongolia



Sponsoring cataract operations for poor villagers at mountainous area in Northern Kwantung Province in China



Eye test and examination for homeless people in Hong Kong



Eye examination for mentally retarded and incapacitated patients at sheltered homes

# EXHIBIT 62

The Honorable Loretta Preska

2018.12.31

   Re:     Dr. Patrick Ho

Dear Judge Preska,

I submit this letter to support Dr. Ho. I have known him for 30 years and know his character very well.

He is my greatest mentor and has such a big influence on my early years as an ophthalmologist. I've first met him in the Autumn of 1989 when he came to my workplace, Shanghai General Hospital. He demonstrated the advanced techniques of vitrectomy and photocoagulation. At that time, I was just a young resident. I was deeply impressed by his perfect skills and his interesting lectures that he gave us.  I was literally hanging on his every word, fascinated. Until then I realized how wonderful and amazing the ophthalmology can be. Before he left our hospital, I encouraged myself to tell him my determination of becoming his student and learning from him. What surprised me was that he accepted the request of this young doctor happily. I was so thrilled and exhilarating.

In September of 1992, I was very fortunate to be able to study under Dr. Ho for grad. School at the Chinese university of Hongkong. Then I realized I was not the only one. Actually Dr. Ho was really famous and he got students from mainland China, Macao, India, Bangladesh, and so on. Among these students, most of them didn't get sufficient funding from Hongkong government and the university. It was Dr. Ho, who voluntarily sponsored them using his own income, just simply wanted them to get the best education.

In these two years around him, he taught us a lot, from basic theory to surgical skills. He also showed his great interests in the study of exploring the cause of retinal diseases. So besides clinical work, he did spend time educating me and other students about

how to design a study and how to perform experiments. I respect Dr. Ho not just because of his specialty but also his genuine care about his patients. He showed really good bedside manner and he never dismissed the concerns of the patients, who always knew that they were in good caring hands. He also had this great passion about volunteer work. That's why he often took us to remote areas to help the needy patients. Besides that, he also showed his sympathy and sponsored the poor children for school. Now we have become the most important retinal specialists of the new generation. I don't think I'd be able to be this better me without Dr. Ho, so I respect him plenty.

In 1994, I graduated and came back to shanghai. Under Dr. Ho's guide and instruction, I launched the prevention and treatment of diabetic retinopathy and also made some achievements. Now it has been 30 years since I first met my mentor Dr. Ho. He never stops showing his caring of my academic progress and the technological advancement of mainland China. From the very beginning to the end, he was willing to be the technical adviser and led eye missions into the hills and remote places in mainland China as part of the LIONS China Sight First project. Because all his contribution, in 2015/2016, he was awarded by Chinese Medical Association for his distinguished contribution to China Ophthalmology. Again in 2018, he was granted a special Award in Qingdao by the Retina Section of the Chinese Ophthalmological Association, which I chaired.

In August of 2017, when Dr. Ho visited Shanghai and got to know that I have been elected to be the president of China Retina Society. He was so happy for me. Before I asked, he started to give me some constructive advice and suggested that we should do some researches of stem cells and gene therapy for retina diseases.

I know Dr. Ho quite well and respect him greatly. He is the man who is very dedicated to medicine for the benefit of others and his passion is evident. He is quite a respectable man and has a good reputation no matter where he goes.

I sincerely hope Judge Preska could be lenient with Dr. Ho.

Xun Xu *Xun Xu.* M.D.
**President of Chinese Retina Society**
**2018./12.31**

# EXHIBIT 63

14 January 2019

To: Judge Loretta Preska

In April of 1996, I started working as an optometrist at Dr. Patrick Ho & Partners in Central, Hong Kong. During my time there, I saw Dr. Patrick Ho care for his patients with the utmost passion and dedication. I consistently noticed that patients, who came from all over the world, always trusted him and respected him.

Outside of the clinic, Dr. Patrick Ho did volunteer work with me and my colleagues. Once, we went to the Ebenezer School and Home for the Blind in Hong Kong. There as volunteers, we did eye checkups for the students based on the students' needs. He also gave talks about eye care for the elderly on several occasions.

During the time that I knew him, Dr. Ho always treated people with respect, both in and out of the clinic. He was passionate about doing good for society, and was always willing to share his knowledge. Whenever I had any medical questions pertaining to his work, he would be always help, and go out of his way to teach me more.

This was the Dr. Ho who I knew.

Yeung Wai King Alice

# EXHIBIT 64

The Honorable Loretta Preska

2018 年 12 月 28 日

关于: 何志平医生, Patrick C.P.Ho

尊敬的 Preska 法官:

谨此向您提交对何志平（Patrick C.P.Ho）医生的支持信。我已与他熟识了 34 年了，我非常了解他的品格和为人。

1984 年，我作为一个眼科医师在中国医学科学院北京协和医院眼科工作。时任眼科主任的张承芬教授邀请何志平医师来北京协和医院访问和讲学。他就玻璃体-视网膜疾病的防治进行了精彩讲演，他的渊博学识给了我很深的印象。也就在那一年，他决定从美国返回香港，担任香港中文大学教员，并且建立眼科部门，为眼科患者治疗眼病的同时，培训医学生和眼科医生。由于他的积极工作，极大地提高了香港眼科的水平和声誉。他多次参加中国大陆的眼科学术会议并进行讲演。他接受了多名中国大陆青的眼科医师到香港中文大学进行培训（其中包括我们科室的董方田和叶俊杰医师），为中国大陆眼科的玻璃体视网膜专业的发展和提高做出了巨大贡献。2000 年，我当选为中华眼科学会主任委员，负责中国大陆的眼科学会管理工作，从此我们之间有了更多的交往。我常常向他请教如何做好眼科学会的工作，如何加强国际眼科界交流的工作，他都能诚恳地帮助我们。当时，中华眼科学会由于历史的原因，还没有加入国际的眼科学术组织，如亚洲太平洋地区眼科学会（Asia Pacific Academy of Ophthalmology, APAO）和国际眼科理事会（International Council of Ophthalmology, ICO）。他从中国大陆和亚洲太平洋地区眼科发展的大局出发，积极协调，帮助我们于 2005 年加入了 APAO。2002 年，他担任香港特区政府民政局局长之后，虽然位列高官，但是仍然以眼科医师的身份与我们平等地交流。他考虑到中国大陆存在着大量的白内障盲人没有得到及时的治疗，就积极开展慈善工作，利用香港的资源，支持中国大陆开展白内障盲人的复明手术治疗。鉴于他对中国大陆和香港的眼科所做出的巨大贡献，中华眼科学会于 2015 年给予他特别的奖励，他在会上做了获奖讲演。多年的交往使我感到，何志平医师不但是一位学识渊博的眼科专家，而且是一位关心他人、热心公益的人士。

鉴于何志平医师的长期的良好表现，我恳请法官在给他量刑时给予宽大处理。

敬上

赵家良 (Jialiang Zhao)

Email:


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Zhao Jialiang, addressed to Hon. Loretta Preska, dated 12/28/2018.

Aurora Landman

Sworn to before me this
March 7, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

The Honorable Loretta Preska

December 28, 2018

Re: Dr. Ho Chi-Ping, Patrick C.P. Ho

Honorable Judge Preska,

I hereby submit a support letter for Dr. Patrick C.P. Ho. I have been well acquainted with him for 34 years and known his personality and character very well.

In 1984, I served as an ophthalmologist in the Ophthalmology Department of the Peking Union Medical College Hospital affiliated with the Chinese Academy of Medical Sciences. Professor Zhang Chengfen, head of our department then, invited Dr. Ho Chi-Ping to visit the Peking Union Medical College Hospital and give lectures. He presented a wonderful speech on the prevention and treatment of diseases related to the vitreous body and the retina, and his erudition and knowledge greatly impressed me. It was in that same year that he decided to go back to Hong Kong from America, to work at the Chinese University of Hong Kong (CUHK) as an academic and establish an ophthalmological clinic to perform eye treatments for patients while training medical students and ophthalmologists. His active efforts increased the level and reputation of Hong Kong's ophthalmology to a great extent. He attended ophthalmological academic conferences held in mainland China many times and gave lectures. He also received many young ophthalmologists from mainland China to be trained at the CUHK (including Dr. Dong Fangtian and Dr. Ye Junjie in our department), making great contributions to the development and advancement of the vitreous-retinal subspecialty in ophthalmology in mainland China. In 2000, I was elected as the chairman of the Chinese Ophthalmologic Society, responsible for the Society's management in mainland China, which allowed us to have more communication. I often sought advice from him about how to do the Society's job well or how to strengthen the communication within the international ophthalmological circle, and he sincerely helped us very much. At that time, the Chinese Ophthalmologic Society had not joined international ophthalmological academic organizations such as the Asia Pacific Academy of Ophthalmology (APAO) and the International Council of Ophthalmology (ICO) due to historical reasons. Coming from a big-picture perspective on developing ophthalmology in mainland China and the Asia

Pacific region, he actively coordinated and helped us join the APAO in 2005. After he became Secretary for Home Affairs in the Government of the Hong Kong Special Administrative Region of the People's Republic of China in 2002, even though he held a high position, he still communicated with us equally as an ophthalmologist. Considering there were many people in mainland China who became blind from cataract because they did not receive timely treatment, he carried out charity work by making use of Hong Kong's resources to support mainland China's vision-recovering operations for those patients. In view of his significant contributions to ophthalmology in mainland China and Hong Kong, the Chinese Ophthalmologic Society gave him a special award in 2015, and he delivered a speech at the award ceremony. Years of interaction make me realize that Dr. Ho Chi-Ping is not only a knowledgeable ophthalmological specialist but also a person who cares about others and is warm-hearted and public-interest-minded.

Given his excellent deeds over many years, I sincerely ask Your Honor to give him a lighter penalty when sentencing him.

Respectfully,

Zhao Jialiang [*signature*]

Email: ▮▮▮▮▮▮▮▮▮▮▮▮

# EXHIBIT 65

尊敬的 Loretta Preska 法官：

我是在九十年代初開始接觸到何志平醫生，他是我的眼科醫生，還記得初次見何醫生，■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ 他對病人的關懷是無微不至，堅持，令本人深深感動。我所認識的何志平醫生是一位謙謙君子，不但親切且平易近人，熱愛工作，如朋友一樣，不僅關心病人，甚至病人的家人，他也會慰問的。一位如此好的醫生，受到這種冤枉的打擊，已經很悽慘，求求法官大人從輕發落。

祝愉快

陳秋子 敬上

Chan Chau York



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Chan Chau Yuk, addressed to Hon. Loretta Preska, not dated.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

*Handwritten text indicated in italics*

*Dear Hon. Loretta Preska:*

*I initially got in contact with Dr. Ho at the beginning of the 1990s, when he was my ophthalmologist. I still remember that when I first met with Dr. Ho,* ███████████ ████████████████████████████ *. His care for his patients was meticulous and persistent, which deeply touched me. The Dr. Ho that I know is a humble gentleman who is not only kind but also approachable and devoted to his work. He was just like a friend, not only caring about the patient, but also empathizing with the family members of the patient. Being such a good doctor and now hard hit like this, he is already in a miserable situation. Honorable Judge, I implore you to please be lenient in sentencing him.*

*Best wishes.*

*Respectfully,*

*Chan Chau Yuk*

[*signature*]

# EXHIBIT 66

尊敬的法官閣下： JUDGE LORETTA PRESKA

　　我們是一群在香港認識何志平教授(Professor Patrick Chi Ping HO)多年的朋友，當中不乏曾是他的病人和工作夥伴。現特奉專函，懇請　法官閣下體恤何教授年事已高，實難承受身陷囹圄之苦；並考慮他在眼科醫學上的卓越貢獻，造就人類福祉，寬大處理刑期，讓他在晚年毋須承受太大苦楚。

　　何教授自上世紀八十年代中由美國返港，應聘為香港中文大學新成立的醫學院，擔任眼科部主管，最終晉升為眼科講座教授。他一直善用自己所學的，致力發展和建立香港的眼科服務及培訓系統，達致與國際標準接軌；同時考慮長遠的人口需求，成立香港眼科醫院、設立門診手術等，讓香港普羅市民受惠極大。除此以外，他更積極推動普及眼科教育，甚至走入社區為市民免費驗眼，讓公眾認識眼科保健，防患未然，提升護眼意識。

　　當香港眼科發展漸上軌道，他又為中國大陸的眼科籌謀，除積極培訓內地眼科醫生及護士，提升專業水平；更深入不毛之地義診，為偏遠地區眼疾病人服務。凡此種種，足見何教授對其眼科醫學全心全意的承擔，造福廣大人群。

　　再次懇請　法官閣下考慮何教授大半生在眼科醫學的貢獻，令無數人得以重見光明，減輕他的刑期，讓他可以重獲新生，與家人朋友團聚！

陳德志

2019 年 1 月 20 日

尊敬的法官閣下： JUDGE LORETTA PRESKA

我們是一群在香港認識何志平教授(Professor Patrick Chi Ping HO)多年的朋友，當中不乏曾是他的病人和工作夥伴。現特奉專函，懇請 法官閣下體恤何教授年事已高，實難承受身陷囹圄之苦；並考慮他在眼科醫學上的卓越貢獻，造就人類福祉，寬大處理刑期，讓他在晚年毋須承受太大苦楚。

何教授自上世紀八十年代中由美國返港，應聘為香港中文大學新成立的醫學院，擔任眼科部主管，最終晉升為眼科講座教授。他一直善用自己所學的，致力發展和建立香港的眼科服務及培訓系統，達致與國際標準接軌；同時考慮長遠的人口需求，成立香港眼科醫院、設立門診手術等，讓香港普羅市民受惠極大。除此以外，他更積極推動普及眼科教育，甚至走入社區為市民免費驗眼，讓公眾認識眼科保健，防患未然，提升護眼意識。

當香港眼科發展漸上軌道，他又為中國大陸的眼科籌謀，除積極培訓內地眼科醫生及護士，提升專業水平；更深入不毛之地義診，為偏遠地區眼疾病人服務。凡此種種，足見何教授對其眼科醫學全心全意的承擔，造福廣大人群。

再次懇請 法官閣下考慮何教授大半生在眼科醫學的貢獻，令無數人得以重見光明，減輕他的刑期，讓他可以重獲新生，與家人朋友團聚！



2019 年 1 月 20 日


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Chan Tak Chi, addressed to Hon. Loretta Preska, dated 1/20/19

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[Handwritten text indicated in italics]

To Honorable Judge: *Judge Loretta Preska*

We are a group of friends who have known Professor Patrick Chi-Ping Ho for many years in Hong Kong. Many of us were his patients and work partners. We hereby submit a special letter to sincerely ask Your Honor to consider with compassion Professor Ho's advanced age, the hardship he has already endured in confinement, and his outstanding contributions to ophthalmology and to the welfare of mankind, and be lenient in sentencing so that he would not have to suffer too much in his old age.

Professor Ho returned to Hong Kong from the United States in the mid-1980s and served as the head of the Department of Ophthalmology in the newly established school of medicine at the Chinese University of Hong Kong. He was eventually promoted to a Chair Professor of Ophthalmology. He made good use of his education and was committed to developing and establishing an eye care service and training system in Hong Kong that met international standards. At the same time, he also considered the long-term needs of the population and set up eye hospitals and established outpatient surgery in Hong Kong to greatly benefit the general public in Hong Kong. In addition, he actively promoted the popularization of ophthalmology education and even went out to communities to provide free eye examinations for the public, educating the public about eye care, promoting prevention, and raising awareness on eye protection.

Along with the ongoing development of ophthalmology in Hong Kong, he also had a vision for ophthalmology in mainland China, to not only actively train the ophthalmologists and nurses in mainland China and enhance the level of their specialty knowledge, but also take one step further and serve patients with eye diseases in remote areas. All these show Professor Ho's full dedication to ophthalmology and to the interest of the people.

Once again, I would like to ask Your Honor to consider Professor Ho's contributions to ophthalmology for most of his lifetime, which have helped millions of people see again, and to lighten his sentence, so that he can live a new life and be reunited with his family and friends!


[*Signature*]

*January 20, 2019*

[Handwritten text indicated in italics]

To Honorable Judge: *Judge Loretta Preska*

We are a group of friends who have known Professor Patrick Chi-Ping Ho for many years in Hong Kong. Many of us were his patients and work partners. We hereby submit a special letter to sincerely ask Your Honor to consider with compassion Professor Ho's advanced age, the hardship he has already endured in confinement, and his outstanding contributions to ophthalmology and to the welfare of mankind, and be lenient in sentencing so that he would not have to suffer too much in his old age.

Professor Ho returned to Hong Kong from the United States in the mid-1980s and served as the head of the Department of Ophthalmology in the newly established school of medicine at the Chinese University of Hong Kong. He was eventually promoted to a Chair Professor of Ophthalmology. He made good use of his education and was committed to developing and establishing an eye care service and training system in Hong Kong that met international standards. At the same time, he also considered the long-term needs of the population and set up eye hospitals and established outpatient surgery in Hong Kong to greatly benefit the general public in Hong Kong. In addition, he actively promoted the popularization of ophthalmology education and even went out to communities to provide free eye examinations for the public, educating the public about eye care, promoting prevention, and raising awareness on eye protection.

Along with the ongoing development of ophthalmology in Hong Kong, he also had a vision for ophthalmology in mainland China, to not only actively train the ophthalmologists and nurses in mainland China and enhance the level of their specialty knowledge, but also take one step further and serve patients with eye diseases in remote areas. All these show Professor Ho's full dedication to ophthalmology and to the interest of the people.

Once again, I would like to ask Your Honor to consider Professor Ho's contributions to ophthalmology for most of his lifetime, which have helped millions of people see again, and to lighten his sentence, so that he can live a new life and be reunited with his family and friends!


[Signature]                [Signature]                [Signature]                [Signature]

[Signature]                [Signature]                [Signature]                [Signature]

[Handwritten text indicated in italics]

[Signature]

| [Signature] | [Signature] | [Signature] | [Signature] |
| | [Signature] | [Signature] | [Signature] |
| [Signature] | [Signature] | [Signature] | [Signature] |
| [Signature] | [Signature] | [Signature] | [Signature] |
| [Signature] | [Signature] | [Signature] | [Signature] |
| [Signature] | [Signature] | [Signature] | [Signature] |

January 20, 2019

# EXHIBIT 67

No _____
Date _____

Loretta Preska 法官

有關 何志平醫生

致 Preska 法官:

　　本人任職香港中文大學逸夫書院院長秘書,現已退休。

　　▆▆▆ 當患上 ▆▆▆ ,校內保健處轉介給當時任職中文大學教授何志平醫生診治。

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

　　之後,曾於威爾斯親王醫院聽他的公開眼睛疾病講座,內容詳盡、深入。大大增加本人在這方面的知識。

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆ 他醫術高明,是一位不可多得的良醫。

　　鑑於何醫生對醫學界有極大貢獻,本人為他求情,懇請法院給予寬大處理。

請轉後頁

No _____

Date _____

謹此致謝 。-

鍾秀群 (CHUNG SAU KWAN)

18. 1. 2019


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Chung Sau Kwan, addressed to Hon. Loretta Preska, dated 1/18/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[handwritten text indicated in italics]

*Honorable Loretta Preska*

*Re: Dr. Ho Chi-Ping*

*To Judge Preska:*

    *I worked as secretary to the Head of Shaw College of the Chinese University of Hong Kong and I am now a retiree.*

    *I once suffered from* ███████████ *and was subsequently referred by the University Health Service to Dr. Ho Chi-Ping, who was then a professor at the Chinese University of Hong Kong.*

    *I subsequently listened to his public lecture on eye diseases at the Prince of Wales Hospital. The content of the lecture was detailed and in-depth, which significantly increased my knowledge in the field.* ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████ *It is not easy to find a good doctor like him that has such excellent medical skills.*

    *In view of Dr. Ho's enormous contributions to the medical field, I would like to intercede on his behalf and ask the Court to show leniency in sentencing.*

    *Thank you.*

*Chung Sau Kwan*

*January 18, 2019*

# EXHIBIT 68

Dear Judge Loretta Preska,

My name is Emily Kwok, a housewife 68 years of age, residing in Hong Kong since birth.

I have came to know Mr. Patrick Ho first as an ophthalmologist. My sisters and I went to his clinic ████████████ He was one of the best ophthalmologists at the time. To my understanding, many celebrities were his patients, but he treated all patients with the same equality.

In 1999, Mr. Patrick Ho and I became friends, as my good friend, Sibelle Hu married him. Sibelle told me he is a husband, always caring and very good to her family.

In 1998, my father went to see Dr. Patrick Ho and ████████ ████████████████████████████████████████ ████████████████████ He was very scared and ████████████ █████████████████████ nervous at the time and ██████████████████████ ██████ Dr. Patrick Ho played music (songs by a singer Theresa Teng who my father liked a lot) to calm my father down. ████████████████████ My father always praised Dr. Ho on this issue until his passing away in 2000.

All in all to me, Mr. Patrick Ho is a good human being. I sincerely hope my friend Sibelle and her daughter, Audrey, can reunite with Patrick as a family in the coming future soon.

Thank you very much for your kind attention.

Yours sincerely,

Emily Kwok
18/02/19

# EXHIBIT 69

The Honorable Loretta Preska

31 December 2018

Re: Dr. Patrick Ho

Dear Judge Preska,

This letter is submitted to support Dr. Patrick Ho who I have known for over 15 years.

I met him as an ophthalmologist and have consulted him.  Then he joined the government from a well-established private medical practice as the Secretary of Home Affairs where he contributed a lot to the cultural development of Hong Kong.  I have also known his wife and the couple impressed me by doing lots of charity work.  I understand Dr. Ho has helped a lot of patients and brought up a lot of doctors of his field.

Hope the Court can consider the above and decide with leniency at sentencing.

Yours sincerely,

LAW MO HAN, YVONNE

# EXHIBIT 70

**The Honorable Loretta Preska**

2019 月 1 月 31 日

**關于：何志平教授，Dr. Patrick Ho**

尊敬的 Preska 法官：

謹此向您提交對何志平教授的支持信。我是何醫生的舊病人，早在 90 年代初就開始在沙田威爾斯親王醫院 (公立醫院) 看他。

何教授是位真正關心病人的好醫生。███████████████ 何教授是我的主診醫生，一直非常關心我的眼睛情況，並盡力為我找適合的醫治方式。

1994 年，何教授決定離開公立醫院，到私家醫院發展。一般醫生如有此決定，都會嘗試說服現有的公立醫院病人到其私家診所進行手術或覆診，這樣有助他們發展剛起步的私家事業。公家醫院和私家醫院的收費向來有很大的差別，████████████████████████████████████████████████相差 100 倍！何教授本來可以叫我到他的私家診所███████，並收我私家的費用，但他沒有。他體恤我的經濟情況，所以特別安排我在他離開公家醫院之前，幫我在公家醫院███████████。

████████████████████████████████████████████ 就此我非常感激何教授的醫治！

██████████████████████████████ 基於我對何教授的信心和信任，最後鼓起勇氣找了他的學生－林順潮醫生繼續為我跟進眼睛的情況。林醫生████████████████████，效果非常好，我很感恩！

何教授今天的處境況另我每一眾病人非常惋息，在此，我僅以其中一個曾經接受過他醫治和關懷的病人，向您表達我對他的敬仰，並衷心希望法官大人能看在他過去對病人、對社會所作出的貢獻份上，從輕發落。

何志平教授病人



廖美清


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from LIU Mei Ching, addressed to Hon. Loretta Preska, dated 1/31/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

**The Honorable Loretta Preska**

January 31, 2019

**Re: Professor Ho Chi-Ping, Dr. Patrick Ho**

Honorable Judge Preska:

I hereby submit a support letter for Professor Ho Chi-Ping. I was a regular patient of Dr. Ho, and began seeing him at Prince of Wales Hospital as early as the beginning of the 1990s.

Professor Ho was a good doctor who really cared about the patients. ████████████ ████████████████ Professor Ho was my attending doctor. He always cared about my eye condition very much and tried his best to find appropriate treatments for me.

In 1994, Professor Ho decided to leave the public hospital and build his career at a private hospital. Generally, when a doctor makes such a decision, he would always try to persuade his current patients at the public hospital to come to his new clinic for surgeries or return visits in order to promote his newly launched career in the private sector. There was a big difference between the cost charged by a public hospital and that charged by a private hospital. ███████████████████████████████████ ████████████████████████████████████████ There was a one hundred times difference! Professor Ho could have asked me to have ████████ at his private clinic and charged me according to the private sector standards, but he did not. He was sympathetic toward my economic situation, so he specially arranged to do ███████████ at the public hospital before he left the public hospital.

████████████████████████████████████████ ████████████████████████████████████████ ████████████████ So, I am very grateful for Professor Ho's treatment! ████████████████████████████████████████ Based on my confidence and trust in Professor Ho, I eventually mustered the courage to contact his student - Dr. Lam Shun Chiu - to continue to follow up on my eye situation. Dr. Lam carried out ████████████ ████████████████, which was very effective, and I am very grateful!

I along with all other patients feel deeply sorry about Professor Ho's current circumstance. As one of the patients who once received his treatment and care, I express my admiration for him, and sincerely hope Your Honor can give him a lighter penalty when sentencing him in consideration of his contributions to his patients and to society.

Patient of Professor Ho,

[*signature*]

Liu Mei Ching

# EXHIBIT 71

To  Honorable Loretta Preska

Frank Yee Chon Lyn

███████████████████████

Hong Kong

18 January 2019

Dear Judge Preska

**Re:  Dr HO Chi Ping, Patrick**

I have been asked by many friends of Dr Patrick Ho to submit a letter of support and are
now doing so very willingly.

I have personally known Dr Ho for around 25 years and he was my mother's chief eye
doctor and surgeon████████████████████████████████                    for a
number of years in the 1990s.  During that period, I have gotten to know Dr Ho as a
physician and as a human being.  He was always very professional in discharging his
duty and responsibility, with due care and compassion.███████████████████████

██████████████████████████████████████████████

████████████████████████████Even when Dr Ho was really busy he
would take time off to  talk to my mother, sometimes over the phone, so to boost up her
morale and to encourage her to be positive ...  As a relatively young professional then (a
CPA with a big 4 Firm and now senior partner for HK), I was so touched by his
professionalism, commitment and integrity, both as a physician but also as a caring
individual.

After Dr Ho became more involved in the HK Government in the 2000s, I bumped into
him everyone now and then on social occasions, and he was always asking after my
mother to see how she's now doing. Clearly a person of compassion and care, which is
why Dr Ho probably decided to go into HK Government, so that he could continue to do
more to help the others beyond his profession as a physician.

I hope this letter of support will enable the Honorable Judge to understand what a fine
physician and individual Dr Ho has been to the Hong Kong Society and we as the citizens
of this place can do our bit to demonstrate what positive contribution he's made to this
society.  The Honorable Judge can take this factor into account, show mercy and leniency
at the sentencing, so as to enable him to return here as soon as practicable, to enjoy the
final part of his life at home in peace and tranquility.

Yours Sincerely

Frank Yee Chon Lyn
HKID ██████████

# EXHIBIT 72

尊敬的 Loretta Preska 法官:

本人徐詠賢 是何志平醫生的前員工,
我是在 1999 年加入何醫生醫務所。
我認識他已經 20 年, 加上我的媽媽
也是他的病人, 所以我非常了解他的為人。

何醫生是我的上司, 亦是我的恩師。
是他在我人生最迷惘時拉我一把, 他
不會因為我甚麼也不懂而嫌棄我, 只
說只要肯努力, 一定可以做到, 亦都因為
他的悉心指導, 我才有今天的成就。

在追隨他多年來, 看到他雖然非常
忙碌, 但是他對待病人那種耐性和細心,
實在令本人非常敬佩! 望法官閣下看在何志平
醫生這無私的行為予以輕判。

敬頌 鈞安。

徐詠賢 (TSUI WING YIN)



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Tsui Wing Yin, addressed to Hon. Loretta Preska, not dated.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-03-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Handwritten text indicated in italics

*Dear Hon. Loretta Preska,*

*I, Tsui Wing Yin, was a former employee for Dr. Ho Chi-Ping. I joined Dr. Ho's medical clinic in 1999.*

*I have known him for 20 years, and my mother is also his patient, so I know his character very well.*

*Dr. Ho was my boss and my mentor. It is him who helped me out in my most confusing time in life. He did not despise me or avoid me because I knew little, but instead just told me that as long as I tried hard, I could do it. It is all thanks to his patient guidance that I have gotten to where I am today.*

*Through the many years of working with him, I have seen that though he was very busy, he was so patient and considerate with his patients that I admire him very much! I wish Your Honor will consider Dr. Ho Chi-Ping's selflessness and be lenient in his sentencing.*

Respectfully,

[*signature*]

Tsui Wing Yin

# EXHIBIT 73

January 27, 2019

The Honorable Loretta A. Preska
Senior District Judge
The United States District Court
for the Southern District of New York
New York, NY
USA

Your Honor:

### Re: **Dr. Patrick Chi–ping HO**

This letter of mitigation and clemency is being submitted in support of Dr. Patrick Chi–ping HO, whom I've known for more than 28 years.

I first met Dr. Ho in 1991 in Hong Kong. He was a professor and founding chairman of the department of ophthalmology at the Chinese University of Hong Kong.

█████████████████████████████████████████ at the time, I was referred by my then family doctor to Dr. Ho who was tending to a small number of private patients.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████

I remained his patient after he left the Chinese University and went into private practice.

That practice lasted until 2002 when he was appointed Home Affairs Secretary of the Hong Kong Special Administrative Region (HKSAR) by then Chief Executive Tung Che–hwa.

The home affairs portfolio is one of the most complex in the government of the HKSAR, having to deal with and resolve literally sundry and all from cradle to grave issues. He did them all and did them well.

He took his job of building community–government relations so seriously that a story went around at the time that Dr. Ho not

1

only officiated at elaborate Chinese banquets hosted by various civic organizations every night, he actually stayed from soup to nuts and consumed them all. And he had the growing girth to show for it.

Furthermore, despite his very busy schedule, Dr. Ho regularly squeezed time out to provide *pro bono* ophthalmologic services to the needy in Hong Kong, China or elsewhere.

Dr. Ho loves music and is a violin virtuoso, having learned to play the string instrument as a child. Even with a heavy workload, he managed to find time to practice regularly and performed at various times with the Hong Kong Philharmonic Orchestra as a guest soloist.

Since his retirement from the HKSAR government, he has devoted his time and expertise serving various charitable organizations at home and abroad.

The above is a highly truncated summary of Dr. Ho's decades of public service, whether as a physician, a professor or a government minister.

In view of this, I earnestly request that Your Honor might be lenient and hand down a non–custodial sentence so that Dr. Ho might return to Hong Kong, to continue serving the public in his hometown and elsewhere.

Thank you for your kind attention and consideration. With best regards, I remain

Yours respectfully,

Raymond R. Wong

RRW/–

# EXHIBIT 74

Dear Loretta Preska 法官：

你好！

  本人與何志平先生相識數十年，由 1996 年開始，因為 ███████████████ 馬上打電話給何醫生，他當時正在準備和朋友去廣州吃荔枝，███████ 馬上趕回診所 █████，他的醫術非常高明，手很柔軟，讓我這個非常怕痛的人得以舒緩，之後我們做了朋友，知道他對慈善事業也很上心，例如去參加無國界醫生，幫人義診等，有一次，他還教我捐錢給那些機構，讓真正有需要的人受益。

  我今年已經八十多歲啦，不會說謊言去要求法官大人輕判，但是也不希望忠厚老實好人蒙冤，希望法官大人明查，不要讓何志平這樣的好人蒙冤。

香港市民 ： WONG ANNIE

簽署：　王　玉　好

日期：　21-01-2019



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Wong, Annie, addressed to Hon. Loretta Preska, dated 1/21/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

Dear Judge Loretta Preska:

Hello!

I have known Mr. Ho Chi-Ping for decades since 1996, when ███████████████████ ██████ I called Dr. Ho immediately. He was about to go to Guangzhou with his friends to enjoy some lychee at that time, but he rushed back to the clinic right away ████████████████ █████ He has excellent medical skills and a pair of soft hands, which were very soothing to someone with a low pain threshold like me. We became friends after, and I learned that he had been actively involved in charitable work, such as working with Doctors Without Borders, providing people with free medical treatment, etc. On one occasion, he even taught me how to donate to the charities that serve those who truly are in need.

I am already 80 years old this year and I would not lie in order to ask Your Honor to show leniency in your sentencing. But I also do not wish for such an honest and kind person to suffer wrongfully. I hope that Your Honor can be clear-sighted and not allow such a good person like Dr. Ho to suffer wrongfully.

Citizen of Hong Kong: Wong Annie

Signature: [*signature*]

Date: January 21, 2019

# EXHIBIT 75

# 范佐浩　太平紳士

# *PAUL C. H. FAN*　S.B.S.　J.P.

致：Loretta Preska 法官

事由：何志平先生求情信

逕啟者：

　　本人范佐浩 Paul Fan 是國際獅子總會港澳 303 區 1989-1990 年區總監，其後於 1996-1998 年度獲選為國際獅子總會全球領導層之國際理事（International Director），獅子會工作是為社會有需要的人義務服務（We Serve），而我跟何志平先生是源於參予獅子會工作中認識及一齊參予服務，最先於 90 年代初參與「獅子會眼庫」(Lions Eye Bank)免費提供眼膜移植，是當時唯一香港眼角膜來源。其後國際獅子總會（Lions Clubs International）於 1997-2007 慨捐美元 3 仟萬於中國推動「視覺第一，中國行動」(Sight First China Action)計劃，十年內為超過 500 萬白內障患者進行復明手術，恢復視力，何先生以其專業知識技術，及親自指導參與，培訓港澳及國內眼科醫生操作，特別在中國西部省份及貧困山區無償為有需要人仕服務，登山涉水，不辭勞苦，功德無量。其後更創建「香港特區中央獅子會」並任創會會長，組織更多熱心服務朋友推廣社會義務工作，構建和諧社會。

　　何先生乃香港首屆一指眼科名醫，任勞任怨為有需要人仕重復光明，提攜後進，無私奉獻，希望法官在法律許可的範圍內從輕處理，從寬發落，衷心感謝。

范佐浩

2019. 1. 22


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my
knowledge and belief, a true and accurate translation from Chinese into English of a
letter from Fan, Paul, addressed to Hon. Loretta Preska, dated 1/22/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# PAUL C. H. FAN   S.B.S.   J.P.

To: Judge Loretta Preska

RE: Intercessory Letter for Mr. Ho Chi-Ping

To whom it may concern,

I, Paul Fan, was the Regional Director of Lions Club International District 303 Hong Kong & Macao, China from 1989 to 1990. I was subsequently elected to be the International Director of the Global Leadership Team of Lions Club International from 1996 to 1998. The work of Lions Club is to serve those who are in need in society (We Serve). Mr. Ho Chi-Ping and I met while we were working with Lions Club and participating in its services together. We first participated in "Lions Eye Bank" in the early 1990s, which provided free corneal transplantation and was the only source of cornea in Hong Kong at that time. Subsequently, Lions Club International generously donated USD 30,000,000 to launch the SightFirst China Action (SFCA) program in China from 1997 to 2007, which in those 10 years, performed sight-restoring surgery for more than 5 million cataract patients. Mr. Ho used his expert knowledge and skills to guide and participate in the surgical training of ophthalmologists from Hong Kong, Macao and mainland China. He traversed mountains and rivers, especially in the western provinces of China and the impoverished mountain regions, and he worked tirelessly to provide free services to those in need; such is his unlimited kindness and benevolence. Later on, he established the "Lions Club Center Point H.K.S.A.R." and served as its founding president, gathering more friends who were passionate about service for the promotion of volunteerism and building a harmonious society.

Mr. Ho is one of the top ophthalmologists in Hong Kong. He relentlessly endured the challenges of restoring vision for those in need; he nurtured the next generation and contributed selflessly. I hope that Your Honor would give him a lighter sentence to the extent permitted by the law and be lenient with him. Thank you very much!

[signature]

Paul C. H. Fan

January 22, 2019

# EXHIBIT 76

Andy Ho 何宇軒
President 會長 (2018-2019)
Tel :
E-mail :

Daisy Chow 周譪儀
President 第一副會長 (2018-2019)
Tel :
E-mail :

Dickens Leung 梁仁富
Hon. Secretary 義務秘書 (2018-2019)
Tel :
E-mail :

George Lau 劉兆麟
Hon. Treasurer 義務司庫 (2018-2019)
Tel :
E-mail :



Lions Club of Center Point
H.K.S.A.R.
LIONS
District 303
香港特區中央獅子會
Hong Kong

致 ：Loretta Preska 法官

何志平先生求情信

本會 "香港特區中央獅子會" 轄屬 "國際獅子總會中國港澳 303 區"，現就有關對何志平先生的認識作以下陳述.

何志平先生早在 1993 年起已參與了 "國際獅子總會" 在中國籌辦的防盲治盲的 "視覺第一中國行動" 服務中担任技術顧問，服務期長達 20 年，走遍了中國 33 個省，提供免費的醫療服務，服務結束後，機緣巧合下何志平先生與一眾志同道合，熱心公益的好友，大家有著共同理念，希望為社會作出貢獻，在 2000 年共同創辦了 "香港特區中央獅子會" 並為創會會長．

何志平會長命名 "香港特區中央獅子會" 名稱的由來（中央 – 英文是 Centre Point）意味著城市的中心點，可能不是實際存在的地點，卻是香港人聚腳之地，思想薈萃的地方．不僅只是參與服務社會，是希望藉此推廣公民教育，履行公民責任，實踐民間事務，從而提升社會各階層的認同，建立香港人對地區的歸屬感，締造一個和諧安居的社會；以關懷社群的情操，擴大地域，發揚大愛精神！由此可引證何志平前會長是擁有一棵熱切關懷社會之心，不但用己之力，更而發揮影響能力，帶動社會和諧！

因何志平前會長在 2002 年被 "香港特別行政區政府" 委任為 "民政局局長"，此乃道重任遠！雖辭任獅子會的職務，本會感到非常惋惜！本會創會至今接近 20 年，獅友們一直秉承何志平會長的服務宗旨，關懷社會，服務群眾，薪火相傳！

本會現謹請法庭在量刑時，體察何先生過往 20 多年對社會無私貢獻，從沒有獲得任何的利益，獲以輕判．謝謝！

香港特區中央獅子會



何宇軒獅兄
　會長
2019 年 1 月 9 日


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Ho Yu Tin, addressed to Hon. Loretta Preska, dated 1/9/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



Andy Ho 何宇軒
President 會長 (2018-2019)
Tel :
E-mail :

Daisy Chow 周潔儀
President 第一副會長 (2018-2019)
Tel :
E-mail :

Dickens Leung 梁仁富
Hon. Secretary 義務秘書 (2018-2019)
Tel :
E-mail :

George Lau 劉兆麟
Hon. Treasurer 義務司庫 (2018-2019)
Tel :
E-mail :

To: Judge Loretta Preska

Intercessory Letter for Mr. Ho Chi-Ping

The "Lions Club of Center Point H.K.S.A.R." is under the "Lions Clubs International District 303 - Hong Kong & Macao, China." The following statement is made based on our understanding of Mr. Ho Chi-Ping.

Since as early as 1993, Mr. Ho Chi-Ping has been the technical consultant for the "SightFirst China Action (SFCA)" program that the "Lions Clubs International" launched in China for the prevention and treatment of blindness. He served for more than 20 years and travelled to 33 provinces in China to provide free medical services. After he completed his service, Mr. Ho Chi-Ping realized that coincidentally he had a group of like-minded friends who were also passionate about the public interest. Sharing a common philosophy and hoping to contribute to society, he co-founded the "Lions Club of Center Point H.K.S.A.R." with them and became its founding president. The "Lions Club of Center Point H.K.S.A.R." was named by President Ho Chi-Ping, and the name suggests that it is a center point of the city—while it may not be an actual physical place, it is a place where Hong Kong people would gather and ideas converge. It is not only for participating in serving the community, but also for promoting civic education, fulfilling civic responsibilities, and carrying out work for the people; this would enhance awareness among all sectors of society, establish a sense of belonging among the Hong Kong people to their local community, create a harmonious and peaceful society that cares for the community, expand the sphere of influence, and spread the philanthropic spirit! It is evident that our former president Mr. Ho Chi-Ping has a heart that eagerly cares for society; he not only tried to the best of his ability, but also influenced other people to promote harmony in society!

Our former president Mr. Ho Chi-Ping was appointed Secretary for Home Affairs by the Government of the Hong Kong Special Administrative Region in 2002, undertaking a heavy and prolonged responsibility! We felt deeply regretful that he had to resign from his position at the Lions Club! It has been almost 20 years since the Club was established, and the members have always adhered to President Ho Chi-Ping's philosophy of service to care for society, serve the public, and pass the torch on to the next generations!

The Club would like to kindly request that the Court take into account Mr. Ho's selfless contributions to society for more than 20 years, for which he never received any compensation, and give him a lighter sentence. Thank you!

Lions Club of Center Point H.K.S.A.R.

[signature]

Ho Yu Tin

President

January 9, 2019

# EXHIBIT 77

To:     Judge Loretta Preska
From:  LAM Sui Loong, Eddie
Re:     Petition for Dr. HO Chi Ping, Patrick
Date:   January 6, 2019

I am Eddie Lam, a retired jewelry merchant born in Hong Kong in 1948.   I joined the Lions Clubs International District 303-Hong Kong & Macao, China in 1985.   I have been a member for 33 years, and was the President of the Kowloon Tong Lions Club in the years 1989-1990.

I knew Dr. HO Chi Ping, Patrick in a major project of the Lions Clubs International in 1993, called SightFirst China Action "SFCA".   The project organized thousands of doctors and nurses as volunteers to perform free cataract surgery for the poor Chinese patients.   Dr. Ho was a well-known eye surgeon in Hong Kong and worked as a Technical Consultant for this project.   His service lasted for 20 years and more than 3 millions people regained their eyesight.   Throughout the entire period Dr. HO sacrificed his personal time to serve the masses.   Hence, Dr. HO and the Lions Club formed an indissoluble bond.

In 2000 Dr. HO and I co-founded the Lions Club of Center Point HKSAR, serving more deeply in the community and serving more people in need.   In 2002 Dr. HO was appointed by the Government of Hong Kong to be the Secretary for Home Affairs.   He devoted himself for the benefit of all Hong Kong people.

I have known Dr. HO for more than 20 years.   We have traveled together to 33 provinces in China during the project SightFirst China Action as mentioned.   With his professional knowledge Dr. HO cultivated a younger generation of eye doctors.   All the above indicate that he is an upright man with integrity, honesty, and compassion.   He is cooperative, pleasant, and always willing to help.   He works for his belief in truth, and absolutely not for his personal benefits and fame.   I have no doubt about this.   With so many years of getting along and cooperation, I regard him as a good friend and teacher.   Being a clean official helping so many people, in our hearts he is always our best friend.

The above is Dr. HO Chi Ping, Patrick that I   know.   I sincerely hope that you can be sympathetic to him, and give this rare talent a chance to continue to serve the Hong Kong community and the world.   Thank you!

Lam Sui Loong, Eddie

# EXHIBIT 78

# Lions Clubs International

We give 100%.



300 W 22ND STREET • OAK BROOK ILLINOIS 60523-8842 USA • 630.571.5466

Wing-Kun Tam
INTERNATIONAL PRESIDENT  (2011-12)

The Honorable Loretta Preska

28th January, 2019

Dear Honorable Judge Preska,

**Re. Dr. Patrick Ho**

I have known Dr. Patrick Ho since 1990s. We worked closely for "SightFirst China Action" (SFCA) project supported by Lions Clubs International between 1995 and 2002. Ever since then, I have regarded Patrick as a good friend and someone I admire for his dedication to serve the community.

Others may speak to his contributions as an ophthalmologist and a public servant. Here I would like to share my personal impression referring to his compassion to serve the underprivileged through Lions and SFCA.

In 1990s, I and my fellow Lions from Hong Kong decided to put forward SFCA, a nationwide blindness prevention project for China. It was estimated that over 4 million people blind from cataract in China and every year there are 400,000 new cases. As a Chinese and Lions member, it was my dream to contribute and help the underprivileged of our mother country. However, it was rare, if ever, for the Chinese government or Lions Clubs International to support a service project on such a large scale, with massive funding needed. We received a lot of doubts and challenges. I seek advice from a few local ophthalmologists including Dr. Patrick Ho, Prof. Mark Tso, and Dr. Dennis Lam. They agreed at once to support our project and helped designing the entire action plan. They also gave timely technical advices as we went through the lobbying and

# Lions Clubs International

## We are global.

300 W 22ND STREET • OAK BROOK ILLINOIS 60523-8842 USA • 630.571.5466

**Wing-Kun Tam**
INTERNATIONAL PRESIDENT (2011-12)

negotiation process. Without their kind assistance, it would be impossible for us to move forward and made our dream come true.

Patrick later became our project technical advisor and a devoted Lions member. Despite his busy schedule as ophthalmologist and university professor, he joined our medical team on numerous occasions to provide trainings for local eye doctors and conduct cataract operations. His enthusiasm and commitment were most vividly shown during the field missions. It often took extensive hours to reach the remote regions of China, e.g. over 10-hour by train to Inner Mongolia from Beijing. Yet it did not stop him from leading and supporting the missions. He was even willing to extend the surgery sessions until late evenings so more patients could be treated. Although we were physically tired, we were all proud and happy because we as volunteers were able to make a difference in patients' life and the society.

SFCA achieved many fruitful results and certainly changed life of millions in China. It provided over 5.2 million cataract surgeries, trained 60,000 ophthalmologists and set up more than 210 county-level eye clinics, which benefited the public eye health in China in the long term. Patrick's guidance and involvement were instrumental and remarkably contributed to the project success. I was truly inspired by his spirit and deeply appreciated his support to SFCA.

From 2002 Patrick served as the Secretary for Home Affairs in Hong Kong, he still provided occasional advices to our project. I also got to know his family and have been keeping in touch. He continued to serve the community as a Lion and promote public eye health in China and Hong Kong in various ways.

It has always been a pleasure to meet with Patrick. The time we volunteered together in SFCA project motivated me to continue our service and go beyond any limit. I hope his selfless

# Lions Clubs International

We do it ourselves.



300 W 22ND STREET ∗ OAK BROOK ILLINOIS 60523-8842 USA ∘ 630.571.5466

Wing-Kun Tam
INTERNATIONAL PRESIDENT   (2011-12)

service and contribution to the society would be recognized.

Yours sincerely,

Dr. Wing-kun Tam
Past International President, Lions Clubs International
"SightFirst China Action" Project Chairman

# EXHIBIT 79

2nd Jan 2019

To Judge Loretta Preska,
My name is Lily Chan and I have been living in Hong Kong for over 50 years .
I am writing this letter to prove that Dr Patrick Ho is a very reliable , trust worthy
citizen of Hong Kong .
 Dr. Ho Chi Ping ,Patrick had been a famous HK ophthalmologist in Hong Kong and
later he was appointed as Secretary of Home Affairs . During his professional path  as
the  Secretary , he did  a lot of good works for the people living in the New Territories
, such as fixing roads for the Sai Kung Village , which brings a lot of convenience to
the fisherman of that area.
His impression to us is always kind and attentive to the problems of HK people , and
he has contribute a lot during his role as the Secretary of Home Affairs.
I will sincerely hope Judge Preska can lessen the sentence to Dr Patrick and I think
this represent most of the beggings from HK people .
Thank you

Lily Chan

# EXHIBIT 80

 

中華人民共和國香港特別行政區
**HONG KONG SPECIAL ADMINISTRATIVE REGION**
OF THE PEOPLE'S REPUBLIC OF CHINA

 Hon. Cheung Kwok Kwan, JP
Member of Executive Council · Legislative Councillor
行政會議成員 · 立法會議員

United States District Court
Southern District of New York
United States District Judge
The Honourable Judge Loretta A. Preska

1 February 2019

Dear The Honourable Judge Preska,

**Re:   Character Reference Letter - Mr HO Chi-ping Patrick**

I would like to submit my character reference letter for Mr. Ho Chi-ping Patrick.

Mr. Ho was appointed as the home affairs minister of the Hong Kong Special Administrative Region in 2002, which was the critical moment after establishment of the special administrative region of Hong Kong. During his 5-year service as the home affairs minister, he had committed to advocate a wide spectrum of important policies covering civil education, youth policy, district and community relations, sports and recreation, and culture and arts. In particular, he had strived for advancing the welfares of ethnic minorities and passing of legislation against radical discrimination in Hong Kong. His achievement has laid a solid foundation for maintaining prosperity and stability of Hong Kong.

Mr. Ho was a reputable specialist in ophthalmology prior to his appointment as the minister.    In Hong Kong, medical professional has all along been recognized as an admirable career enjoying handsome reward. Instead of pursuing personal gain, Mr. Ho chose to give up his professional career and joined the ministerial team for the sake of the common good.

I would therefore invite Your Honorable to consider the above-mentioned factors and impose a sentence as lenient as possible.

Yours faithfully,

**Cheung Kwok Kwan**
**Justice of Peace**
**Legislative Councillor**

香港金鐘立法會道 1 號立法會綜合大樓 6 樓 613 室
Room 613, 6/F, Legislative Council Complex, 1 Legislative Council Road, Admiralty, Hong Kong

電話 Tel:   (852) 3589 5114
傳真 Fax:   (852) 3580 0832

# EXHIBIT 81

**Hon Ip Kwok Him GBM, GBS, JP**

Deputy, National People's Congress
of the PRC for HKSAR
Non-official Member of Executive Council

行政會議非官守議員
港區全國人大代表

葉國謙

金紫荊星章
大紫荊勳賢
太平紳士

致尊敬的 Preska 法官：

關於何志平醫生

作為認識何志平醫生年的朋友，我謹此致函 法官閣下，懇求 閣下能因應何醫生的品格及對社會的貢獻，對他所犯的過錯，從輕量刑。

我從事香港及內地公共服務三十多年，現為香港特別行政區行政會議成員、中華人民共和國第十三屆全國人民代表大會代表。曾於 2000 年至 2004 年、2008 年至 2016 年擔任香港立法會議員。我是透過參與公共服務的機會，認識何醫生。我認識的何醫生是一位熱心公益的專業人士，在專業領域及社會都獲得尊崇。多年來，何醫生利用他眼科專業的知識及經驗，在香港和中國內地進行義診，令我留下深刻印象。

2002 年，何醫生獲香港特別行政區行政長官委任為民政事務局局長，該局是專門負責康樂、文化、體育、社群共融以及地區行政等事務的決策及行政部門。而當時我亦獲選為香港特別行政區立法會議員，既負責監察行政機構的運作，亦見證何醫生，作為政府的主要官員，在民政事務方面的努力及付出。我記得何醫生任內努力促進本地少數族群的福利，並籌備《種族歧視條例草案》，力求通過立法，保護不同族裔人士免受任何形式的歧視，促進香港種族平等及和諧。儘管他離任前未能完成整個立法的程序，但我深信何醫生為《種族歧視條例》於 2009 年 7 月全面生效，付出積極及關鍵的貢獻。

除了社群共融，何醫生亦非常重視香港的體育運動發展，並努力爭取香港能協辦 2008 年奧林匹克運動會和傷殘人士奧運會的馬術比賽項目，提升香港在國際體壇的地位。而本港長期缺乏大型體育場地的問題，在何醫生擔任局長期間獲得突破。2022 年，香港舊機場的跑道上將出現一組大型的運動場館和體育設施，而此正是何醫生任內籌辦的成果。我非常期待，相信香港的體育界亦期待，何醫生能親身見證項目的落成。

電話：█████   傳真：███████████
地址：北角英皇道83號聯合出版大廈15樓   15/F.,SUP Tower 83 King's Road, North Point, Hong Kong
Email：████████

**Hon Ip Kwok Him  GBM, GBS, JP**

Deputy, National People's Congress
of the PRC for HKSAR
Non-official Member of Executive Council

行政會議非官守議員
港區全國人大代表

金紫荊星章
大紫荊勳賢
太平紳士

葉國謙

　　無可否認，作為立法會議員，我的職責是監察行政部門，包括何醫生領導的民政事務局。在政策上，我與何醫生會有不同的意見，甚至就某這議題作過激烈的辯論。但何醫生待人處事正直無私，願意聆聽不同意見，做事以公共利益為依歸，願意為政策作承擔，卻令人非常敬重。

　　基於長期的共事，本人樂意為何醫生的品格作證，並再次懇求 法官閣下從輕寬待何志平醫生。

葉國謙

二零一九年一月二十三日

電話：　　　　　　傳真：
地址：北角英皇道83號聯合出版大廈15樓　　15/F.,SUP Tower 83 King's Road, North Point, Hong Kong
Email ：



TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Hon Ip Kwok Him, addressed to Hon. Loretta Preska, dated 1/23/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**Hon Ip Kwok Him  GBM, GBS, JP**

Deputy, National People's Congress
of the PRC for HKSAR
Non-official Member of Executive Council

Non-official member of the executive council Deputy to the National People's Congress

**Ip Kwok Him**

Golden Bauhinia Star Grand Bauhinia Gentlemen

Justice of the Peace

To the Honorable Judge Preska:

Re: Dr. Ho Chi-Ping

As a friend of Dr. Ho Chi-Ping who has known him for many years, I am writing to Your Honor to ask you to be lenient in sentencing Dr. Ho in light of his character and contributions to society.

I have been in public service in Hong Kong and mainland China for more than 30 years. Now I am a member of the Executive Council of the Hong Kong Special Administrative Region and the 13th National People's Congress of the People's Republic of China, and was a member of the Hong Kong Legislative Council from 2000 to 2004 and from 2008 to 2016. I got to know Dr. Ho through my public service involvements. The Dr. Ho that I know is a professional who is passionate about the public interest and is respected in his professional field and in society. Over the years, I have been deeply impressed to witness Dr. Ho run free clinical consultations in Hong Kong and mainland China, using his expert knowledge in ophthalmology and experience.

In 2002, Dr. Ho was appointed as Secretary for Home Affairs of the Government of the Hong Kong Special Administrative Region. The [Home Affairs] Bureau is a decision-making and administrative department responsible for recreation, culture, sports, community integration and district administration. At that time, I was also elected as a member of the Legislative Council of the Hong Kong Special Administrative Region, responsible for monitoring the operation of the executive branch. I also witnessed Dr. Ho work as the principal official of the government and his efforts in public affairs. I remember Dr. Ho's efforts to promote the welfare of the local minority communities during his term in office. He also prepared the "Race Discrimination Bill" to introduce legislation to protect people of different ethnic groups from any form of discrimination, advancing racial equality and harmony in Hong Kong. Although he could not complete the entirety of the legislative process before he left office, I am convinced that Dr. Ho made positive and critical contributions to the full implementation of the Racial Discrimination Bill, which went into effect in July 2009.

In addition to community integration, Dr. Ho also attached great importance to the development of sports in Hong Kong and strived for Hong Kong's participation in 2008 Olympic Games and the equestrian events of the Paralympic Games to enhance Hong Kong's place in international sports. A breakthrough came during Dr. Ho's tenure as Secretary for Home Affairs for the government regarding the long-term lack of large-scale sports venues in Hong Kong. In 2022, a cluster of of large sports venues and facilities will appear on the runways of the old airport in Hong Kong, which is the outcome of Dr. Ho's ground laying work. I am eagerly hoping, and I believe Hong Kong's sports community is likewise hoping, that Dr. Ho will be able to witness the completion of the project at that time.

As a member of the Legislative Council, my duty is to monitor executive departments, including the Home Affairs Bureau that used to be headed by Dr. Ho. In terms of policy, I have different opinions from Dr. Ho and even had a heated debate on certain issues. However, Dr. Ho is highly respected for his integrity, selflessness, willingness to listen to different opinions, commitment to the public interest, and willingness to take on burdens for the sake of public policy.

Having worked together [with Dr. Ho] for a long time, I gladly testify to Dr. Ho's character and once again would like to ask Your Honor to be lenient in determining Dr. Ho's penalty.

[*Signature*]

Ip Kwok Him

January 23, 2019

# EXHIBIT 82

17 January 2019

**Re: Dr. Patrick Ho**

Dear Judge Preska,

I submit this letter to support Dr. Patrick Ho, a longtime friend of mine.

I have known Patrick for more than thirty years. Both of us were professors at the Chinese University of Hong Kong, and during 2002-2007 both of us were colleagues in the top management team of the Hong Kong Special Administrative Region Government. We spent a lot of time discussing the challenges facing Hong Kong and the policy responses that should be made to deal with these challenges. Both of us have strong public spirit and community commitment, always bearing in mind the well-being of the people of Hong Kong. Given my longtime association with Patrick, I understand very well his character, accomplishments and strengths.

Patrick is a distinguished ophthalmologist with international reputation. The decision he made to return to Hong Kong where he calls home to serve the people of Hong Kong by both teaching and practice is admirable. At the same time he actively promoted public awareness of eye problems and thus contributed very much to public health in Hong Kong. Even though I have not been one of his patients, but from many of my friends who had been treated by Patrick I understand that he is not just an excellent doctor but also a person with strong morality and professional ethics.

Patrick is not just an expert in the "dry" medical science, he is also a talented violinist and had performed in many open occasions, sometimes for charity and public purposes. Particularly impressive is his immersion in cultural studies and activities. As the government minister responsible for promoting culture in Hong Kong, Patrick has shown that his

knowledge of Chinese and Western religion, literature and folk culture is quite broad. He in fact has written a book on cultural development in Hong Kong which provides a lot of good ideas about elevating the cultural level of the Hong Kong people. In addition, as the minister also in charge of home affairs, Patrick had demonstrated that he had the ability and the personality to get on well with community leaders in Hong Kong with different and conflicting political views. He could tackle with difficult political issues by skillfully mediating among politicians, media and government officials and forging consensus among them. Among his many accomplishments as a government minister are the legalization of soccer betting in Hong Kong and the establishment of the dual village leader electoral arrangement among the indigenous inhabitants in the New Territories of Hong Kong.

Even after leaving the government in 2007, Patrick continued to busy himself in community and cultural affairs, and occasionally provided free-of-charge medical services to those in need. Given his fame and achievements, Patrick continues to be a celebrity widely known in Hong Kong. And this reputation helps him a lot in his voluntary, charity and public-service activities.

As Patrick's longtime friend, I am very impressed by his strong motivation to serve the Hong Kong community and his low interest in pecuniary matters. As a successful doctor in Hong Kong, Patrick could easily make a lot of money through private practice which is very lucrative. A lot of rich and powerful people in Hong Kong are his patients, and they won't care about money when seeking medical help. However, Patrick made the important decision during mid-career to quit medical practice and devote himself to public service and cultural activities. This is a decision that is difficult to make even for an ordinary professional, let alone an extremely successful ophthalmologist. This critical decision that he did make does fully reflect his noble character and public-spiritedness.

As his longtime friend I always enjoy talking with him, particularly during lunch and dinner. Of course I am not in a position to discuss medical issues with him, but we do have a lot to talk about politics and policies. I find Patrick's understanding and analysis of politics very informative and powerful, and his ability to go directly to the basics very

impressive and intelligent.

Patrick is a person who has devoted and sacrificed a lot to his patients and community. I think he has the will and capability to serve his community in the days ahead. As such I request the Court to show leniency at sentencing.

Lau Siu-kai

# EXHIBIT 83

To: Judge Loretta Preska                    23 January 2019

Dear Judge Preska,

       I submit this letter to support Dr. Patrick Ho Chi-Ping. I knew him briefly before he left Hong Kong to pursue medical studies in the USA in the late 1960's. During the 1990s, I witnessed his charity work in Hong Kong and on the Mainland, helping the blind restore eyesight. And when he was appointed Secretary for Home Affairs in the HK Special Administrative Region Government, I reported directly to him as Permanent Secretary for Home Affairs. We worked together on a daily basis from 2004 till I retired from the Civil Service in 2006. I believe I know Patrick's character well.

       In 1967-1968, while he was a Matriculant at the Diocesan Boys School and I was Head Prefect at Maryknoll Convent School, we performed together in a motivational folk band similar to the Moral Rearmament Band in the USA. The Patrick I knew then was a reserved young man and a dignified musician, but also a team player. He has always been a gifted violinist, but was



willing to strum the guitar to get the band going. I appreciated his deep Christian faith & generosity of spirit.

I did not see Patrick again till the early 1990s when he returned to HK and joined the Chinese University. His reputation as an excellent eye doctor was well known, and I remember how grateful my good colleague Mrs. Mabel Hayes was when he treated her failing eyesight. For years, even after she retired to Australia, Mabel would keep us informed about the great care she had from "her Dr. Ho", and she firmly believed in his ability and ethical standards.

I did not work with Patrick then on a professional basis but did involve him in a fundraising project to help the children's cancer centre at the Chinese University, specifically the Prince of Wales Hospital. He agreed with alacrity to help, and together we produced a musical cd which raised HK $ 1 million. I will always remember Patrick's willingness to help, either for the blind in China, or needy cancer patients in Hong Kong.

③

Our paths did not cross again till 2004, in the Home Affairs Bureau. As the first politically appointed Secretary for Home Affairs, Patrick had policy responsibility over a wide spectrum of subjects, from Sports, Culture, District Administration to licensing of hostels, District Council Elections and gambling. Among the new policies for which Patrick was known were the reform of village elections in the New Territories, and the legalisation of soccer betting. The former was a daunting task indeed, introducing dual chairmanships of village committees which allowed non-indigenous residents to take on village management duties, changing a system over 150 years old.

The soccer betting issue was also a gargantuan project, but succeeded with adroit political persuasion by Patrick of the major opponents to the policy proposal. The result is additional millions of dollars that the Jockey Club can dispense annually for charity or meaningful projects in Hong Kong.



Patrick's crowning achievement during his three years as a political minister must be laying the foundation and completing the negotiations that enabled Hong Kong to ~~help~~ run the Equestrian events in the 2008 Beijing Olympics. Without his courage to commit, and determination to succeed, we would never have had the opportunity to host such a magnificent event. I felt proud to have been at his right hand during the eventful three years he was at the helm of the Home Affairs Bureau.

I have not seen Patrick for ~~about~~ over 10 years, but always remember him as a gentlemen, cheerful and friendly at all times. He and Sabrina have a lovely daughter Audrey, and he has always been known as a doting and caring father. I do hope the information in this letter can be considered in a positive light and that Patrick's contributions towards charity work would also be taken into account.

Shirley Lee

# EXHIBIT 84

 中華人民共和國香港特別行政區
Hong Kong Special Administrative Region of the People's Republic of China



立 法 會 LEGISLATIVE COUNCILOR

**梁志祥**議員　**Hon LEUNG Che-cheung** BBS MH JP

致：Loretta Preska 法官閣下

<u>有關：為何志平醫生求情</u>

　　本人梁志祥，與何志平醫生相識近 20 年，今來函希望為他求情。

　　何志平醫生自 2002 年起，出任香港特區政府民政事務局局長，當時我正擔任元朗區議會的副主席。民政事務局是負責協助政府推行地方行政的工作，區議會則是政府在地區行政工作上的重要夥伴。大家在公務上有不少合作及交手的機會。

　　何醫生性格平易近人，待人態度溫和，人緣很好，他一向細心聆聽及處理區議會的意見；工作上他謹慎、沉穩、可靠，是一位出色的政府官員。他在任期間，為區議會貢獻良多，包括：擴大區議會功能，加強對區議員的支援，落實增加區議員的酬金和營運開支津貼的建議，都使區議員能夠更有效地履行職務。

　　當時，民政事務局在何醫生的領導下，積極促進社區建設及收集居民意見。元朗一向是多種族及階層匯集的社區，2004 年何醫生協助政府進行《立法禁止種族歧視》諮詢，防止和對付種族歧視以及履行適用於香港的《消除一切形式種族歧視國際公約》所訂明的義務。及後香港立法通過《種族歧視條例草案》。何志平醫生於推展及宣傳消除種族歧視，貢獻良多。

　　對於何志平醫生身陷囹圄我感到非常難過，希望法官閣下能慈悲寬大處理判刑，謝謝。



立法會議員　梁志祥　謹啟

2019 年 1 月 25 日

香港中區立法會道1號立法會綜合大樓6樓603室　　ROOM 603, 6/F, LEGISLATIVE COUNCIL COMPLEX, 1 LEGISLATIVE COUNCIL ROAD, CENTRAL, HONG KONG
電話TEL : (852) 2668 5251　　傳真FAX : (852) 2668 5261　　電子郵件E-MAIL : lcc.ntw@dab.org.hk


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Hon Leung Che Cheung, addressed to Hon. Loretta Preska, dated 1/25/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6379373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

 Hong Kong Special Administrative Region of the People's Republic of China

LEGISLATIVE COUNCILOR

Hon LEUNG Che-cheung BBS MH JP

To the Honorable Judge Preska,

<center>Re: Intercession for Dr. Ho Chi-Ping</center>

I, LEUNG Che Cheung, have known Dr. Ho Chi-Ping for nearly 20 years. I am hereby writing to intercede on his behalf.

When I became the vice chairman of the Yuen Long District Council, Dr. Ho Chi-Ping had been Secretary for Home Affairs of the Government of the Hong Kong Special Administrative Region since 2002. The Home Affairs Bureau is responsible for supporting the government in the implementation of local administration, while the District Council is an important partner of the government in the work of district administration. There are many opportunities for cooperation and exchange between the two bodies in relation to public affairs.

Dr. Ho is down-to-earth and friendly. He has always listened carefully and given consideration to the opinion of the District Council. He is thoughtful, composed and reliable in a work setting and he was an outstanding government official. During his time in office, he contributed very much to the District Council, including expanding the functions of the District Council, strengthening the support for District Council members, and implementing proposals to increase the remuneration and operating expenses allowance of the District Council members, which have enabled the District Council members to perform their duties more effectively.

Under the leadership of Dr. Ho at that time, the Home Affairs Bureau actively promoted community building and collected residents' opinions. Yuen Long has always been a community of diverse ethnic groups and socioeconomic classes. In 2004, Dr. Ho helped the government conduct a consultation on "Legislation Against Racial Discrimination" to prevent and address racial discrimination and to fulfill obligations under the International Convention on the Elimination of All Forms of Racial Discrimination, which is binding on Hong Kong. Subsequently, the Legislative Council of Hong Kong passed the "Race Discrimination Bill". Dr. Ho Chi-Ping has contributed very much to the promotion and elimination of racial discrimination.

I am very sad about the hardship Dr. Ho Chi-Ping has endured in confinement. I sincerely hope that Your Honor can be merciful and compassionate in sentencing. Thank you.

[*Signature*]

LEUNG Che Cheung, Member of Legislative Council

January 25, 2019

# EXHIBIT 85

李應生　銅紫荊星章,榮譽勳章,太平紳士　　　香港中華總商會副會長
**Tommy Y.S Li**　Justice of the Peace　　　　　香港中藥業協會創會會長
Bronze Bauhinia Star ; Medal of Honour　　　　優質旅遊服務協會顧問　　**用箋**
　　　　　　　　　　　　　　　　　　　　　　香港中西區各界協會永遠榮譽會長

Loretta Preska　法官

2019 年 1 月 23 日

### 有關：我認識的何志平醫生

致：Preska 法官

　　　我提交這封信道出我認識何志平醫生多年來真實的一面。本人早於 2002 年認識何志平醫生,他當時擔任香港民政事務局局長,本人同期亦擔任香港中藥聯商會副理事長及中醫藥管理委員會中藥管理小組主席及各大社區組織的骨幹成員,在眾多大型活動籌備工作中均與何醫生有頻密的接觸,他給予人的感覺是愛民如子,熱愛中華傳統文化,尤其是藝術、音樂等。

　　　何醫生處事態度認真,為人正直,絕對是一位翩翩君子,在他的鼎力支持下,多項利民活動得以順利展開。2007 年,何醫生卸任局長後,本人也經常與他和他的親人等往來茶聚,從交往中感受到他是一位熱愛家庭的好爸爸。

　　　本人深信何志平醫生是一位品格高尚,熱心公益,仁心仁術之人仕,冀望　法官閣下可參考何志平醫生一直以來對社會的貢獻,不勝感謝！

_____謹啟

李應生 BBS,MH,JP



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Tommy Y.S. Li, addressed to Hon. Loretta Preska, dated 1/23/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Tommy Y. S Li  Justice of the Peace
Bronze Bauhinia Star; Medal of Honour

Vice President of the Chinese General Chamber of Commerce
Founding President of the Hong Kong Chinese Medicine
Industry                                                    Letterhead
Advisor to the Quality Tourism Services Association
Permanent Honorary President of the Association of the Hong
Kong Central and Western District

The Hon. Loretta Preska

January 23, 2019

**Re: The Dr. Ho Chi-Ping that I Know**

To Judge Preska,

I am submitting this letter to describe what I know to be true about Dr. Ho Chi-Ping. I have known Dr. Ho Chi-Ping since 2002. Back then he was Secretary for Home Affairs of Hong Kong, while I was acting as Vice Director of the Hong Kong Chinese Medicine Merchants Association and Chairman of the Chinese Medicines Committee of the Chinese Medicine Council of Hong Kong, as well as a key member of various leading community organizations. I have been in frequent contact with Dr. Ho in the process of preparing for a great number of major events. The impression I have of him is that he loves the people just like his own children and loves the traditional Chinese culture, especially the arts and music.

Dr. Ho is earnest in all he does, with an upright character, and is absolutely a graceful gentleman. With his strong support, many activities that serve the public interest have been carried out smoothly. Since Dr. Ho's departure from the position of Secretary, I have often spent time with him and his family and relatives over a cup of tea, and have learned from those times that he is a good father who loves his family very much.

I deeply believe that Dr. Ho is a gentleman with a noble character, a great passion for the public interest, and a benevolent mind and heart. I eagerly hope that Your Honor will give consideration to the contributions that Dr. Ho has continually made to society. Thank you very much!

Sincerely, [*signature*]
Tommy Y. S Li BBS, MH, JP

2 Bonham Strand West, Sheung Wan, Hong Kong
Tel.: ███████ Fax: ███████ Email: ████████████████

# EXHIBIT 86

Loretta Preska 法官：

2018 年 1 月 30 日


有關：何志平醫生

　　我提交這封信是為何志平醫生求情。我認識他已經 13 年，非常了解他的為人。

　　我在 2005 年進入香港特別行政區政府中央政策組擔任高級研究主任的時候認識何志平醫生。當時何醫生是特區政府民政事務局局長，在 2005 年到 2007 年何醫生卸任民政事務局局長期間，與他有非常頻密的接觸。我在中央政策組負責研究香港的青年、教育、文化政策及促進香港與周邊地區交流。這些政策領域都和民政事務局高度相關，因此我常常向何醫生請教，有時候還協助他推動政策。我發現他是一位對社會非常有擔當，非常關心民生疾苦及致力促進青少年健康成長的好官員。我對他有很深的感情和尊敬。讓我印象特別深刻的有以下幾件事：

　　第一，他幾乎每天都接見社會人士和意見領袖，瞭解香港的需要，以支援社區的公共設施和文化設施。有時候我陪同他接見民眾，我發現社會上無論社會精英或平民百姓，無論老年人、中年人或年輕人，都願意向他表達意見。很多時候他利用空餘時間，自己出錢出力來做

這件事。特區政府的官員是不擅長與民眾溝通交往的,在我印象中,是何醫生在民政事務局局長任內那一段時間,政府與民間最暢通,民意最能反映給特首,政府回應民間的需要也回應得最好,都是何醫生之功。何醫生並且能在社會有危機時表現出超乎一般官員的機智和勇氣。例如我在與他共事以後才知道,2003年香港經歷非典疫症SARS侵襲期間,香港醫療衛生部門官員反映較慢,是何醫生及時利用手上的權力,查封有疫症的大廈,開放政事務局管轄之下的社區中心和郊野營地,隔離收留受疫症影響社區的民眾,使得非典疫症在香港獲得及時控制。這對香港人的生命和與香港往來頻繁的世界各地尤其是香港人密集的加拿大與美國,都是一件大功勞。

　　第二,何醫生擔任民政事務局局長期間,對香港過去150年的文化做了有系統的整理。他定期在報上撰稿,介紹香港的嶺南文化和西方文化,並且著有《文化政策與香港承傳》一書,大大促進了香港的古蹟保存、生態旅遊和非物質文化遺產的發揚。例如香港離島長洲有一種民俗,是在節慶期間爬上數層樓高的竹子搭成的高架上搶奪包子,以奪得最多的健兒為冠軍。這一個非常具有香港特色的民俗,由於一次意外而被迫停止。在何醫生擔任局長期間,他把竹架改為穩固的鋼筋鐵架,使得"搶包山"民俗得以恢復,直到今天長洲"搶包山"都是香港观光旅遊特點。又例如一間戲院叫新光戲院,那是香港數十年以來

表演粵劇的戲院，在即將被變賣之前，香港的粵劇名伶和熱愛者紛紛來求助何醫生，在何醫生多方斡旋下，新光戲院成功保留為粵劇戲院，使香港的民間藝術獲得生命和延續。

第三，何醫生對年輕人的健康成長非常關注。香港並沒有青年部門，青年事務委員會隸屬於民政事務局，可是政府每年在這方面的撥款不多。何醫生在擔任民政事務局局長期間，努力爭取政府撥款，為香港的年輕人設置課餘活動設施，舉辦人生講座，並且贊助他們到世界各地和中國內地去參觀學習。他對香港南亞少數族裔、低下階層民眾和貧苦老年人也非常關心。他民政事務局的資源，常常向這些社會弱勢傾斜，使得社會出現比較公平的狀態。例如他定期訪問少族裔的家庭，為他們解決學習語言和就學就業的困難。又例如香港一些慈善團体逢年過節派發米糧給貧民和老人家，卻往往造成混亂。何醫生開放他轄下的社區中心，讓慈善團体到社區中心去派發米糧，免得貧民和老人家在烈日風雨中長時間排隊輪候救濟品。

尊敬的法官，您可以從這些細節看到何醫生是一個對社會有大愛的利他主義者。在他做官期間，我親眼看到他沒有一點的私心，一心只想怎麼樣維持香港的繁榮安定和社會和諧，也確實做出巨大成就。據我所知，香港的眼科過去比較缺乏資源，何醫生在擔任香港中文大

學眼科講座教授期間，致力培養眼科醫生，並引進了美國的醫院管理制度，為香港眼科服務的提昇作出傑出的貢獻，也救人無數。

我在這裡懇切為何醫生求情，懇請法官減低這樣一個對社會有大愛的利他主義者的刑期，讓何醫生在有生之年能夠回到他所熱愛的香港，安度晚年。

凌友詩

凌友詩

Grace, Ling Yu Shih
( HKID          9017) )


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Grace Ling, addressed to Hon. Loretta Preska, dated 1/30/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Judge Loretta Preska:

January 30, 2018

Re: Dr. Ho Chi-Ping

I am hereby submitting this support letter for Dr. Ho Chi-Ping. I have known him for 13 years and I know him very well.

I first met Dr. Ho Chi-Ping when I joined the Central Policy Unit of the Government of Hong Kong Special Administrative Region (HKSAR) as Senior Research Director in 2005. At that time, Dr. Ho was Secretary for Home Affairs of the HKSAR government. I had frequent contact with Dr. Ho from 2005 to 2007, which is when he left his post as Secretary for Home Affairs. In the Central Policy Unit, I was responsible for studying youth, education, and cultural policies of Hong Kong, and promoting exchanges between Hong Kong and the surrounding areas. These policies were highly relevant to the Home Affairs Bureau, so I often consulted with Dr. Ho and sometimes assisted him in policy promotion. I found him to be a very responsible official, who was very concerned about people's livelihood and committed to promoting the healthy development of youth. I have deep affection and respect for him. I have been particularly impressed by the following things:

First, he met with members of the community and opinion leaders almost every day in order to understand the needs of Hong Kong and to support the community's public facilities and cultural facilities. Sometimes when I accompanied him to meet with the general public, I saw that people, whether an elite or an ordinary person, whether an elderly, a middle-aged person, or a young person, were all willing to express their opinions to him. On many occasions, he used his spare time and his own funds for this. The officials of the SAR government were not good at communicating with the public. My impression is that the communication between the government and the citizenry was the best during Dr Ho's tenure as Secretary for Home Affairs; public opinion could be best reflected to the Chief Executive; and the government responded best to the needs of the people. All these are owed to Dr. Ho. Dr. Ho also showed remarkable wisdom and courage unlike ordinary officials in times of crisis. For example, I only realized after I had finished working with him that during the SARS epidemic in Hong Kong in 2003, Hong Kong's Department of Health officials had not responded promptly. It was Dr. Ho who used his authority

Handwritten text indicated in italics

to timely close down all buildings with exposure to the epidemic and to open up community centers and suburban campgrounds under the jurisdiction of the Home Affairs Bureau, quarantining those citizens affected by the epidemic so that the SARS epidemic could be controlled within Hong Kong. This is a great contribution to the lives of Hong Kong people and to those places around the world to which Hong Kong people travelled frequently, especially Canada and the United States.

Secondly, during his tenure as Secretary of Home Affairs, Dr. Ho undertook a systematic review of Hong Kong's culture over the past 150 years. He regularly released articles in the newspaper about the Cantonese culture and the Western culture in Hong Kong. He is also the author of the book *Cultural Policy and Hong Kong Heritage*, which has greatly promoted the preservation of monuments, eco-tourism and the intangible cultural heritage of Hong Kong. For example, on Cheung Chau, an island off the coast of Hong Kong, it is a folk custom for one of the holidays to climb several stories of a tall bamboo frame to grab steamed stuffed buns, and the contestant who gets the most buns is the winner. This was a very special folk custom in Hong Kong, but had been forced to stop after an accident. During Dr. Ho's tenure as Secretary, he changed the bamboo frame to a stable reinforced iron frame, which restored the folk custom of "Buns Scrambling Competition". Until today, the "Buns Scrambling Competition" in Cheung Chau is featured among Hong Kong's must-sees. Another example is the Sunbeam Theatre, a theater where Cantonese operas have been performed for decades. When it was about to be sold off, many famous Cantonese opera performers and enthusiasts came to seek help from Dr. Ho. Through Dr. Ho's mediation, the Sunbeam Theatre was successfully preserved as a Cantonese opera theater, giving life and continuity to Hong Kong's folk arts.

Thirdly, Dr. Ho was very concerned about the healthy development of youth. There used to be no Department of Youth in Hong Kong. There was a Youth Affairs Committee that was affiliated with the Home Affairs Bureau, but the government did not allocate much fund for it each year. During his tenure as Secretary for Home Affairs, Dr. Ho fought for government funding for youth of Hong Kong to provide facilities for extracurricular activities, organized lectures on life, and also sponsored [youth] to visit and study in mainland China and abroad. He was also very concerned about the Southern Asian minorities, the underprivileged and the poor elderly in Hong Kong. He often directed the Home Affairs Bureau's

Handwritten text indicated in italics

resources toward these vulnerable groups, in the hope of making a fairer society. For example, he regularly visited families of minority ethnic groups and solved their difficulties in language learning, education, employment, and more. Also for example, some charities in Hong Kong distributed food to the poor and the elderly during holidays, but it was often disorganized. Dr. Ho opened up the community centers under his authority to allow the charities to distribute food at those centers so that the poor and the elderly would not have to stand in long queues in severe weather.

Your Honor, you can see from these details that Dr. Ho is an altruist with great love for society. During his time as an official, I saw with my own eyes that he had no selfishness in him, and that his only concern was for preserving Hong Kong's well-being and social harmony, to which he indeed made great contributions. As far as I know, ophthalmology in Hong Kong used to be relatively under-resourced. During his tenure as a professor of ophthalmology at the Chinese University of Hong Kong, Dr. Ho devoted himself to training ophthalmologists and introducing the American hospital management system to make an outstanding contribution to the improvement of ophthalmic services in Hong Kong and help countless people.

I hereby would like to intercede for Dr. Ho and ask Your Honor to reduce the penalty for such an altruist who has great love for society, so that Dr. Ho can return to Hong Kong, the place he loves, to spend his remaining years in peace.

[*Signature*]

*Grace, Ling Yu Shih*

*HKID* ▮▮▮ *9017*

# EXHIBIT 87

美國紐約南區聯邦法院
Loretta A. Preska 法官

親愛的法官閣下：

## 求情信

　　妳好，據本人了解何志平先生於一九八四年回流香港在"香港中文大學"擔任教書工作培育人材，並在一九八八年獲任為全港首位眼外科教授，直到二零零二年起出任民政事務局局長。

　　本人早於二零零三年通過黃大仙區議會的活動，因而認識時任民政事務局局長的何先生，當本人與何先生談及到有關地區的利民措施時，何先生都會聆聽和瞭解相關的建議，並透過民政事務局職員回覆本人講解最新的跟進情況。

　　何先生在任民政事務局期間積極為促進兩地人民彼此間互相認識、增加相方的尊重和瞭解，建立兩地的友誼，更在二零零四年代表香港特區政府在漢城與韓國簽署文化合作共識備忘錄；雖然何先生自二零零七年已經卸任民政事務局局長一職，但仍用心地延續其工作全力推動傳統文化教育，加深香港年青人面對中國傳統文化的領導者。

　　以個人觀感而言，何先生在二零零七年獲香港特區政府頒授金紫荊星章（頒授予對社會有重大貢獻或積極參與公共志願服務而得到高度評價的人），更在中國內地大力推動眼科醫療，無私奉獻做福兩岸眼睛障礙的人仕，關心社會事務和樂於助人。

　　本人衷心希望法官閣下能寬宏大量，在考慮衡量刑罰的同時，亦給予何先生有改過自新的機會，謝謝。

文志強　敬上

二零一九年一月二十日



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Man Chi Keung, addressed to Hon. Loretta Preska, dated 1/20/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

United States District Court for the Southern District of New York

The Honorable Loretta A. Preska

Your Honor:

**<u>Intercessory Letter</u>**

Hello, from what I know, Mr. Ho Chi-Ping returned to Hong Kong in 1984 to teach at the Chinese University of Hong Kong where he dedicated himself to the cultivation of talent. He also became Hong Kong's first professor of eye surgery in 1998 and served as Secretary for Home Affairs from 2002.

I met Mr. Ho at an event organized by Wong Tai Sin District Council in 2003, when he was the then Secretary for Home Affairs. When I spoke to Mr. Ho about measures that would benefit the local residents, Mr. Ho would always listen carefully to the relevant suggestions and try to understand them and would also respond to me to explain the latest follow-up progress made by the staff at the Home Affairs Bureau.

During his tenure as Secretary for Home Affairs, Mr. Ho actively promoted mutual understanding between the people of Hong Kong and mainland China, enhancing their mutual respect and empathy for each other, and establishing friendship between the people of the two regions. He also represented Hong Kong in 2004 to sign the Memorandum of Understanding on Cultural Cooperation with South Korea in Seoul. Although Mr. Ho stepped down from the post of Secretary for Home Affairs in 2007, he has continued to work hard to promote the education of cultural traditions and has become a leader in deepening the understanding of cultural traditions among the young people of Hong Kong.

From a personal perspective, Mr. Ho was awarded the Gold Bauhinia Star (for individuals who are highly regarded for their significant contributions to the community or their active participation in public service volunteerism) by the Hong Kong SAR Government in 2007. He has also vigorously promoted the development of ophthalmology in mainland China. He has selflessly dedicated himself to benefitting people with vision impairment in both places, taking interest in social issues, and helping those in need.

I sincerely hope that Your Honor would show leniency and mercy in your sentencing and give Mr. Ho an opportunity to start on a clean slate. Thank you.

[*signature*]

Respectfully,

Man Chi Keung

January 20, 2019

# EXHIBIT 88

Tsang Tak Sing

█████████████████████

Hong Kong
Email: █████████████████

February 4, 2019

Judge Preska,

**Re: Dr. Patrick Ho**

Dear Judge Preska,

I, Tsang Tak Sing, served as Secretary for Home Affairs in the Government of the Hong Kong Special Administrative Region for 8 years, from 2007 to 2015. Dr. Patrick Ho was my immediate predecessor, having served in the same post from 2002 to 2007.

The portfolio of the Secretary for Home Affairs includes a wide range of responsibilities: from district administration, youth affairs, arts and culture, sports, religious affairs and other miscellaneous duties. Dr. Ho gave me a lengthy and detailed briefing in mid-2007 when I took over the office from him. Even when he was leaving the job, he showed his sincere concern for the betterment of the community.

I have the strong impression that Dr. Ho conscientiously discharged of all his duties when he served as Secretary before me. He regularly appeared before our legislature to explain government policies, and he was kept busy almost every evening showing up at gatherings of community groups and charity bodies. He cultivated an extensive network of grassroot support for implementing government policies.

Dr. Ho is an accomplished violinist. He was Chairman of the Hong Kong Arts Development Council even before becoming Secretary for Home Affairs. As Secretary, he was specially zealous in promoting culture and the arts. He believes that Hong Kong has a special cultural role to play as the conduit between the East and West, and the cultural mix as well as the freedoms enjoyed here are most conducive to creativity in the artistic and other fields. His views on cultural policies have been published in a volume of collected essays.

One noted example of his achievement as an administrator in cultural affairs is the Shek Kip Mei (SKM) Creative Arts Centre. SKM was originally a flatted factory building constructed by the government in a slum area to house cottage industries. It had fallen

into disuse after labor-intensive industries moved to the mainland of China. Dr. Ho overcame bureaucracy and countless problems to turn this old factory building into a creative arts centre accommodating over a hundred artists. He lined up sponsorship from charity trusts, and linked up with the Hong Kong Baptist University to provide expert management of the estate. The Centre now regularly organizes large-scale events for the public including art exhibitions, performances, talks and workshops.

Dr. Ho is a baptized Catholic. When he was Secretary, he started the practice of joining meetings with leaders of all religions, including Protestant Bishops, Islam Mullahs, Buddhist monks, as well as leaders of Taoist and Confucian believes. Hong Kong is one cosmopolitan city with the highest population density in the world, and people of different faiths brush past each other every day. We have enjoyed great religious toleration, to which Dr. Ho has made significant contribution.

Dr. Ho was a renowned eye specialist and he left his lucrative practice to join the Hong Kong Government with a mind to serve the community. The good work he had done for the people should be worthy of consideration.

Sincerely,

T. S. Tsang

Tsang Tak Sing, GBS, JP

# EXHIBIT 89

美利堅合眾國

紐約市法院

有關何志平先生案件求情信

尊敬的法官大人台鑒：

### 為何志平醫生求情信

　　本人與何志平醫生於 1995 年至 1999 年期間作為香港市政局 的議員同事，在市政局為香港市民服務。市政局於 1999 年底取消。

　　在市政局共事期間，本人對何志平醫生熱心服務公眾，勤政愛民，反映市民意見，貢獻其專業知識和見解，表示敬佩。

　　尤其是何志平醫生在香港是著名的眼科醫生，以其專業服務 公眾,醫術醫德甚受好評，是不可多得的，有愛心的醫學界專業人士。

　　因此，懇請法官大人乃念其一向服務普羅大眾的貢獻，從輕發落。

王國興

2019 年 1 月 3 日


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Wong Kwok Hing, addressed to Hon. Loretta Preska, dated 1/3/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-29-...

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  I  T 212.689.5555  I  F 212.689.1059  I  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE

The United States of America

New York City Court [*sic*]

Re: Letter of request for the case of Mr. Ho Chi-Ping

To the Honorable Judge:

### **Letter of Request on Behalf of Dr. Ho Chi-Ping**

From 1995 to 1999, I worked with Dr. Ho Chi-Ping as a member of the Urban Council of Hong Kong to serve Hong Kong citizens. The Urban Council was disbanded at the end of 1999.

During the time we worked together, I admired Dr. Ho Chi-Ping because he was passionate about serving the public, was diligent in his duties, cared for the people, reflected citizens' opinions, and contributed his expert knowledge and understanding.

In particular, Dr. Ho Chi-Ping is a well-known ophthalmologist in Hong Kong. He is highly praised for his professional service to the public, excellent medical skills and sound medical ethics. He is an exceptional and benevolent medical professional.

Therefore, I sincerely request Your Honor to consider his past contributions in serving the public and grant him a lighter penalty when sentencing him.

Wong Kwok Hing

[*signature*]

January 3, 2019

# EXHIBIT 90

致 Loretta Preska 法官

**有關：** 何志平醫生

Preska 法官：

我提交這封信件為何志平醫生求情。我認識他已經 20 年，非常了解他的為人。

何醫生是我在藝術發展局工作時認識的，那時候，他是藝術發展局的主席，後來，我進了香港政府民政事務局工作，他恰巧又加入了政府，是民政事務局的局長。我們兩度共事，而且工作緊密相連。我需要何醫生撰寫不同的稿件，包括演稿講、報章雜誌宣傳文章、政策稿件、立法會答問稿等。

從我們這麼多年相處以來，我認為何醫生品格良好。何醫生並不貪圖富貴，以我觀察，他當時已經是香港著名眼科醫生，收入比起加入政府大得多，但他毅然退出，加入政府，可以說是相當有理想與抱負的。另外，他在藝術發展局擔任的主席一職，工作十分繁重，更重要的，這是一份無償的義務工作，但何醫生依然十分投入，所有會議都認真出席，親自處理局中上下所有大小事務。而在他任職的數年期間，梳理了藝術發展局許多不合時宜的政策；於民政事務局任職期間，亦推出了許多影響重大的政策及措施，例如興建香港柴灣青年廣場、油麻地戲院、西九文化中心等。這些政策及措施落成後，對繁榮香港的藝術文化有很大的貢獻。

何醫生雖然身為高官，又是著名眼科醫生，但宅心仁厚。他每每工作至夜深一人回家時，經過天橋底，他總會給錢乞丐。他從沒提起，只是有一次同途回家時，看見他這個低調的舉動。

很期望何醫生再回來香港，大家重聚，他可以再拉小提琴讓我們再度感受他優秀的音樂感；與我們暢談各種見聞，增加我們的識見；或者聽他侃侃而談，卓越的見解。

請求法院在量刑時能夠展現寬容，何醫生半輩子為香港人服務，而且絕不是貪心之人，請法官憐憫。

黃白露 敬上

2019 年 2 月 1 日


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Mianco Wong, addressed to Hon. Loretta Preska, dated 2/1/19.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

To Judge Loretta Preska
Re: Dr. Ho Chi-Ping

Judge Preska:

I am hereby submitting a support letter for Dr. Ho Chi-Ping. I have known him for 20 years and I know him very well.

I met Dr. Ho when I was working for the Arts Development Council. At that time, he was the chairman of the Arts Development Council. Later, I joined the Home Affairs Bureau of the Government of the Hong Kong Special Administrative Region, and he also then happened to join the government as Secretary for Home Affairs. We worked together in those two situations and also worked very closely together. I was responsible for writing different manuscripts for Dr. Ho, including speeches, newspaper and magazine articles, policy drafts, and the Legislative Council's Q&A drafts.

From all the years we worked together, I know that Dr. Ho has good character. Dr. Ho is not at all greedy for wealth. I saw that he was already a famous ophthalmologist in Hong Kong at that time, and his income used to be much higher than his income after joining the government. However, he resolutely left [his job] and joined the government, which shows he had a great deal of ideals and aspirations. In addition, as chairman of the Arts Development Council, his workload was very heavy. More importantly, Dr. Ho was very devoted even though it was voluntary service, attending every meeting seriously and tending to every matter himself no matter how big or trivial. During his term, he cleared out many inadequate policies of the Arts Development Council. During his tenure at the Home Affairs Bureau, he introduced many major policies and measures, such as the construction of the Hong Kong Chai Wan Youth Square, the Yau Ma Tei Theatre, the West Kowloon Cultural Center, and more. These policies and measures have contributed greatly to the flourishing of Hong Kong's arts and culture.

Although Dr. Ho was a high official and a famous ophthalmologist, he was kind-hearted. He used to work until late at night, and on his way home, he would always give money to beggars under the overpass. He never mentioned it, but I happened to witness his humble act when we were both on our way home one time.

I am eagerly looking forward to Dr. Ho's return to Hong Kong and his reunion with us. He can then play the violin for us and show us his excellent musical talent again, and he can tell us his various experiences and widen our knowledge, or share his great ideas with us.

Considering that Dr. Ho has served the people of Hong Kong for the majority of his lifetime, and that he is by no means a greedy man, I hereby ask Your Honor to show mercy and compassion in sentencing.

Respectfully,
[*Signature*]
Mianco Wang

February 1, 2019

# EXHIBIT 91

关于：何志平局长

尊敬的 Loretta Preska 法官：

谨此向您提交对何志平局长的支持信。

我和何志平认识在他就任香港民政事务局局长时，已有 11 年了。我们香港的华侨社团搞活动，如社团年会，慈善晚会和年青人文化聚会，经常得到何局长的亲自关心和支持，他对香港华侨民众的福利和困难都会认真处理，为大家做了不少好事和善事，我们都很感谢他。

另外，在我们心目中，何局长任职政府局长时口碑很好，为人正派，亲民和谐，拥有很多支持者。他在举办北京奥运香港区马术比赛和引入多元文化政策方面给香港市民留下很好的印象。

尊敬的 Preska 法官，就对何志平案件的量刑，我们恳请您给何先生宽大处理，万分感谢。

敬上，

王钦贤

15/2-2019



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Wong Yam Yin, addressed to Hon. Loretta Preska, dated 12/15/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6376373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Re: Secretary Ho Chi-Ping

Honorable Judge Loretta Preska:

I hereby submit a support letter for Secretary Ho Chi-Ping.

I first met Ho Chi-Ping when he was Secretary for Home Affairs of Hong Kong 11 years ago. Whenever our association of mainland Chinese people in Hong Kong hosted events, such as annual meetings, charity functions and cultural events for youth, we often received personal attention and support from Secretary Ho. He always carefully worked for our well-being and helped with the difficulties experienced by mainland overseas Chinese in Hong Kong and did many good deeds for everyone. We all are very grateful to him.

In addition, we remember Secretary Ho had good reputation when he was serving as Secretary in the government; he was upright, amiable and peacemaking, and had many supporters. He has left a deep, positive impression on the citizens of Hong Kong, having organized the equestrian competition for the Beijing Olympics in Hong Kong and introduced diversified cultural policies.

Judge Preska, Your Honor, regarding the sentencing in the case of Ho Chi-Ping, we kindly pray you could give a lighter penalty to Mr. Ho. Thank you very much.

Respectfully,

Wong Yam Yin

[*signature*]

February 15, 2019

# EXHIBIT 92

The Honorable Loretta Preska

有關：何志平醫生，Patrick

尊敬的 Preska 法官：

我是楊耀忠，我提交這信件為何志平醫生求情。我認識他已經 25 年，非常了解他的為人。

一九九七年香港回歸前，當時我擔任香港教育工作者聯會會長及港事顧問等公職，我和何志平醫生同樣關心香港怎樣能平穩順利回歸祖國，曾經私下多次約會交流彼此對回歸的看法。

當時何志平醫生給我的印象是很想為香港做一點事出一分力，後來何醫生毅然離開了自己的專業範疇，離開醫療機構，任職香港特區政府的官員。何志平醫生身體力行，貢獻自己服務香港，我十分敬佩。

從媒體報導知悉何志平醫生即將在美國紐約市的法院接受聽訊，我希望法官閣下能充分考慮何志平醫生過去對香港市民所作出的貢獻，以及年事已高的人道精神，本人衷心懇求法官對何志平醫生予以酌情輕判。

求情人
楊耀忠 BBS，JP
2019 年 1 月 23 日

地址：
電話：                    傳真：
電郵：


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Yeung Yiu Chung, addressed to Hon. Loretta Preska, dated 1/23/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Honorable Loretta Preska

Re: Dr. Ho Chi-Ping, Patrick

Dear Judge Preska:

      I am Yeung Yiu Chung, and I would like to hereby submit this letter to intercede on behalf of Dr. Ho Chi-Ping. I have known him for 25 years and I know him very well.

      Before the handover of Hong Kong [back to China] in 1997, I was serving in several public positions such as the President of the Hong Kong Federation of Education Workers and a Hong Kong Affairs Advisor. Dr. Ho Chi-Ping and I alike were concerned about how Hong Kong could smoothly return to its motherland, and we met up in private several times to exchange our views on the handover.

      At that time, Dr. Ho Chi-Ping gave me the impression that he was eager to do something for Hong Kong. Later on, Dr. Ho resolutely left his profession and the healthcare industry to serve as a public official of the Hong Kong Government. I think very highly of Dr. Ho Chi-Ping as he leads by example and devotes himself to serving Hong Kong.

      I have learned from media coverage that Dr. Ho Chi-Ping will soon be sentenced by a court in New York City in the United States. I hope that Your Honor would fully consider Dr. Ho Chi-Ping's past contributions to the people in Hong Kong and his old age, in a humane spirit. I sincerely request Your Honor to give Dr. Ho Chi-Ping a lighter sentence.

[*signature*]

Submitter

Yeung Yiu Chung, BBS, JP

January 23, 2019

Address: ███████████████████████████ Hong Kong

Telephone: ████████████    Fax: ████████████

E-mail: █████████████████████

# EXHIBIT 93

25 January 2019

The Honorable Loretta Preska

Re: Dr. Patrick Ho

Dear Judge Preska,

一九九八年，桂冠詩人藍海文應邀出任藝發局文委會主席，承彼厚意，讓我當批審員，就是評閱作家、詩人的作品，看能否給與有限度的資助。我以閱人家作品，看得細，嫌挑剔；看得粗，似敷衍，頗感躊躇。藍海文坦白告我送作品上來的，大多是相識朋友，水準何如，瞭然於胸，不費周章，婉言溫語，無奈應允。其時文委會的批審制度，採用表決形式，你即送上「一剔」，還得加入其他批審結果，再經主席批示。我的體驗，凡呈上來的作品，泰半通過，小說二萬至二萬五千元，詩集一萬到一萬五千元不等，那年代足可應付印刷費用。「藝發局」開宗明義——實報實銷，如有盈餘要上告，虧則免責。說句不中聽的話，大凡「藝發局」資助的作品，勿論小說、詩集，罕有盈餘。朋友黃君經營樓上書店數十年，感慨系之：「每見印有『藝發局』標籤的，我的心馬上咯登咯登。」啥意思？黃君嘆曰：「擺明賣不出去唄！」當真？我嘀咕。向行內人、獲資助者尋問，天哪！果如其是，遂為「藝發局」叫屈，花掉鈔票，不嚐甜果，作品不賣，作家、詩人難堪。

某日，文委會召開會議，何志平赫然在座，他是藝發局新任主席，新官上任三把火，跑來湊湊興，會會各路作家、詩人。方詩人寬烈告我何志平絕非銅臭俗人，他嗜音樂，是小提琴好手，同時也熱衷文學，不禁多打量一眼：胖臉，圓額，一派親和。會議由藍海文主持，暢述香港新詩的源流和發展，何志平微側着頭傾聽。中國人開會，循例寡言少語，台上的講，台下的聽，聽完鼓掌歡送。可文委會不愧是文化人薈萃之所，絕非省油的燈，作家野火俟藍海文語畢，立馬開腔，霹靂啪喇，機關槍般地掃向上屆主席：「非驢非馬，一塌糊塗！」藍海文駭然，與會者亦駭然。野火君早有文名，為徐速《當代文藝》的主力作家，文筆如刀，刀刀砍人，此番利刃指向「藝發局」，更是鋒芒畢露。何志平一逕地聽，並無發言。野火炮轟一番後，喟然道：「我知道說了也是白說，官僚何嘗改得掉！」有心者盡皆動容。這時何志平忽地開口了，一句話：我會跟進。會遂散。

會散，遇導演陳嘉上，乃藝發局電影委員會成員，拉住我跟何志平聊聊。何志平問野火會上講的是否屬實？我即回答：句句屬實，並無虛言。何志平應了聲「我知道了！」沉吟一會兒：「沈先生！你對文委會可有什麼意見？」我一向直性子，有話便說，指出如今的文學獎太不實在，獎金固然少，推廣又不足，幾十年來，培養出來的作家，屈指可數。何志平道：「沈先生！你看如何辦？」於是我把一直憋在腸子裏的話掏出來：何不辦兩個

大型文學獎？一曰「魯迅獎」（純文學）；一曰「金庸獎」（俗文學），一年各頒一次，不用公開徵稿，由各方傑出文化界人士推薦上年度作品，再由評委會（有才人士擔任）選出五名入圍者，最後敲定，選出佳作，獎金一百萬港元。陳嘉上伸伸舌：「這麼多？」我回道：「重酬有佳作，最重要讓作家覺得有出路！」何志平沒發言，我告他意念來自日本的「芥川賞」和「直木賞」，非我信口雌黃。此二賞發掘出大批優秀作家，茁壯了日本文壇，我們何不依樣葫蘆？未必收穫豐，至少有成績。何志平照例沉思，半晌道：「你的提議很好很好，我會跟進。」

嗣後，何志平的確跟進了，向我說已盡力卻不獲當局同意，臉上露出誠懇的歉意，我相信他是一個真心為香港文化做事的好人。我女兒的激光手術也是何醫生操辦，收費相宜，效果很好。二零零二年當上民政事務局局長後，何志平戮力做事，推動雙村長制、賭波合法化，杜絕外圍活動；又協辦北京奧運馬術比賽。另外引入多元文化政策，擴展香港文化層面，他具文人氣質，關心本地掌故和歷史建築物，專注梳理港傳統文化，不時於報章雜誌發表文章，復在電台主持「局長講古」，將傳統建築物與民間的風俗，透過大氣電波帶跟市民共享。代表作有《天上人間－－香港民間信仰文化》，旁徵博引，條分縷析，讀來獲益匪淺。

一別經年，兩地暌違，路通而難行，無緣唔面，懸念更甚，我希望很快就能跟他相聚　！

Respectfully,

2KS7/C

Elias Kwan Kee Yip（Shum Sai Shing）H.K. Writer


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Elias Kwan Kee Yip, addressed to Hon. Loretta Preska, dated 1/25/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

January 25, 2019

The Honorable Loretta Preska

Re: <u>Dr. Patrick Ho</u>

Dear Judge Preska,

      In 1998, Poet Laureate Lam Hoi Man accepted the offer to take the post as chairman of the Literature Committee of Hong Kong Arts Development Council. At his kind request, I took the post as reviewer, to review the works of writers and poets, and see if any limited funding could be made available. I hesitated for a while because if I examine other people's works in too much detail, I would be considered to be too picky; or if I do it too roughly, I would appear to be careless. Lam Hoi Man frankly told me that most of the contributors were friends, and we knew well how good their works were, so we would not need to put in excessive efforts. His words were gentle and kind, so I could not but accept his offer. Back then, the approval system of the Literature Committee was through voting. Even if you gave "one check", you would need to include the review results from others for approval by the chairman. My experience is that more than half of the works submitted would be approved, [granting] HKD 20,000-25,000 for novels and HKD 10,000-15,000 for collections of poems, which, back in those days, were sufficient to cover the printing cost. The Arts Development Council made it clear that reimbursements would be provided based on the actual expenses, and any surplus would need to be reported and deficit would be exempted. I would say that of the works funded by the Arts Development Council, whether novels or poem collections, rarely any would report a surplus. My friend, a gentleman named Wong, who has been operating the bookstore upstairs for decades, once said, with a sigh, "Every time I see something bearing the 'Arts Development Council' label, a feeling of unease would cross my heart." What does that mean? Wong sighed: "They clearly do not sell!" Really? I whispered. Then I inquired with the insiders and the funded authors. Oh my gosh! It was true. Then I brought this up with the Arts Development Council, which had spent much money without receiving much in return. The works did not sell, leaving the writers and poets in a difficult situation.

      One day, the Literature Committee convened a meeting, with Ho Chi-Ping in attendance. He was the new chairman of the Arts Development Council. All new leaders are enthusiastic when they are just starting out. They might just be there to add to the atmosphere and meet with the various writers and poets. Poet Fong Foon Lit told me Ho Chi-Ping was in no way a vulgarian who is greedy for money, but instead, he loved music, was good at playing the violin, and was also passionate about literature. I could not help taking a second look at him: with a round face and a full forehead, he seemed nice and kind. The meeting was hosted by Lam Hoi Man, who freely described the origin and developments of new poetry in Hong Kong, and Ho Chi-Ping listened with his head slightly tilted. In a standard Chinese meeting, not much is discussed; the speaker delivers a speech, and the audience listens and gives a big hand at the

conclusion of the speech. However, the Literature Committee truly was a place where intellectuals gather and never keep silent or hold back their own opinions. Immediately at the completion of Lam Hoi Man's speech, writer Ye Fo started a speech and kept going, firing at the last chairman like a machine gun: "Nothing achieved. It is a total mess!" Lam Hoi Man was stunned, and everyone else was stunned. Ye Fo had been famous since the very early days, and was one of the key writers for Tsui Chuk's Contemporary Literature & Arts, whose writing was just like blades, each blade pointed at someone. This time the blades were pointed at the Arts Development Council, showing their full force. Ho Chi-Ping kept listening without saying a word. After such firing and bombarding, [Ye Fo] sighed: "I just knew that I would be saying these in vain. How could bureaucracy change itself!" All those who understood were moved. At this moment, Ho Chi-Ping suddenly opened his mouth and said just one sentence: "I will follow up." The meeting then ended.

After the meeting ended, I came across movie director Gordon Chan Ka-Seung, who was a member of the Movie Committee of the Arts Development Council. He took me to Ho Chi-Ping for a talk. Ho Chi-Ping asked if what Ye Fo said at the meeting was true. I responded immediately: Every sentence was true, no lies. "Understood!" replied Ho Chi-Ping, who muttered to himself for a moment: "Mr. Shum! What do you say about the Literature Committee?" I have always been straightforward, so I just said what I wanted to, pointing out that today's Literature Prize was really not practical because the grant amount was undoubtedly small and publicity was insufficient, and that very few writers had been developed in recent decades. Ho Chi-Ping said: "Mr. Shum! What do you think can be done about this?" Then I poured out what had been suppressed inside: "Why not have two major literature prizes, one of them called the 'Lu Xun Prize' (for pure literature), and the other 'Jin Yong Prize' (for popular literature). Each prize would be conferred once a year. Nominations would not be solicited openly, but instead recommended from among the prior year's works by prominent figures in the cultural circle. Five finalists would be selected by the review committee (consisting of qualified members), then after a final review, the best pieces would be selected, and the prize would be HKD 1 million." Gordon looked surprised: "That much?" I responded: "Good pieces will be found if a good prize is offered, and the most important thing is to make the writers feel they have a future!" Ho Chi-Ping did not say anything. I told him I was inspired by the Akutagawa Prize and Naoki Prize from Japan, and was not just making careless comments. Many excellent writers had been unearthed through those two prizes, enhancing Japan's literary circle. Why can't we follow their example? The result may not be very fruitful, but will at least achieve something. Ho Chi-Ping, as usual, pondered, and responded a few seconds later: "Your suggestion is very good. I will follow up."

Later, Ho Chi-Ping indeed followed up on this, and told me, with sincere apology on his face, that he had done everything he could but the authorities did not approve. I trust that he is a good man that has

a true heart to do something for Hong Kong's culture. My daughter's laser surgery was also performed by Dr. Ho, for a reasonable fee and with very good results. After he became Secretary for Home Affairs in 2000, Ho Chi-Ping worked hard to promote the dual representation system for villages and the legalization of sports gambling and to eliminate illegal bookmaking activities; and he also co-organized the equestrian competition for the Beijing Olympic Games. In addition, he introduced policies promoting cultural diversity in order to expand the cultural sphere of Hong Kong. He has a cultured temperament, cares about local folk literature and historical architectures, and has focused his efforts on taking care of the traditional culture of Hong Kong. He has published articles on newspapers and magazines from time to time, and also hosted a radio program called "Storytelling by Secretary", sharing with the Hong Kong people via radio about traditional architectures and folk customs. His representative works include "Heaven on Earth – the Folk Religious Cultures of Hong Kong", which excerpts from various authoritative works and organizes analyses, greatly benefiting the readers.

We have not seen each other for years, and now we are separated in different places. Though there are roads, it is hard for us to visit each other. I feel profoundly concerned. I hope I can meet with him in person again soon!

Respectfully,

[*signature*]

Elias Kwan Kee Yip (Shum Sai Shing) H.K. Writer

# EXHIBIT 94

Lister Chang

███████████

███████ Hong Kong

E-Mail : ████████████

15 January 2019

Dear Judge Preska

Re : - Ho Chi Ping, Patrick

I have known Patrick and Sibelle for more than 20 years. We went to the same high school in Hong Kong and have supported our Alma Mata in a great number of ways. There are now two driveways at the school named after us. The one named after Patrick is called CHI PING ROAD.

I hope your honor can take the following factors into account when determining your sentence on him.

1. Age:- Patrick is 70 years and in poor health.
2. When Patrick was working as an eye doctor, he travelled to remote parts of China to treat poor elderly patients on cataracts on Free of Charge Basis. His team must have helped over 3000 patients to regain their eye sight.

We beg for your leniency when handing down your sentence on him.

Yours sincerely

Lister T.S. Chang
UC Berkeley Foundation Trustee
(Retired)

# EXHIBIT 95

Loretta Preska 法官

二零一九年二月十四日

**有關：何志平醫生**

致 Preska 法官：

我提交這封信件為何志平醫生求情。本人在社福慈善界服務超過二十多年，二零一二年開始，與時任民政事務局局長何志平醫生經常在地區活動中會面。他宅心仁厚，醫術高明，願意放棄高薪加入政府，成為局長後經常與慈善機構及社團組織領袖會面，了解社會需求之餘，他特別關顧香港慈善社福機構的發展。他一直提倡慈善事業是「社會投資」，可以「配合」政府，互補長短。

當時他特別重視青少年發展，將年輕有為的青年人帶入政府架構，令政府及社會都多了新思維，新創意。在我心目中，何醫生對香港政府及社會都有貢獻，尤其是對社會及慈善機構的支持及推動。現時「意贈慈善基金」都以何醫生的創新思維去推動慈善發展，基金自二零一四年成立至今，已成功協助二百五十個專案，受惠人次多達三萬七千人次，籌款金額約為港幣二千八百萬元。

我希望法官能在量刑時，考慮到何醫生對香港社會及慈善機構的貢獻，予以考慮。

意贈慈善基金主席
曹貴宜先生　敬上


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my
knowledge and belief, a true and accurate translation from Chinese into English of a
letter from CHO Kwai Yee Kevin, addressed to Hon. Loretta Preska, dated 2/14/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Judge Loretta Preska

February 14, 2019

**Re: Dr. Ho Chi-Ping**

To Judge Preska:

I hereby submit this letter to intercede for Dr. Ho Chi-Ping. I have served in the social welfare and charity sector for over twenty years. From 2012, I frequently saw Dr. Ho, who was then Secretary for Home Affairs, at various local activities. He was dedicated and kind, had outstanding medical expertise, and had willingly given up a high salary to join the government. After he became Secretary, he often met with charity organizations and community organizations. In addition to understanding social needs, he paid special attention to the development of charity and social welfare organizations in Hong Kong. He constantly advocated that charity work is "social investment" and it could "partner" with the government and complement each other's strengths and weaknesses.

At that time, he especially paid much attention to the development of youth and brought talented youth into the governmental structure, which brought in many new thoughts and ideas to the government and society. I believe Dr. Ho has made contributions to both the government and the society of Hong Kong, especially his support for and mobilizing influence on society and charity organizations. Currently, "Egive For You Charity Fund" is promoting charity development based on the innovative vision of Dr. Ho; from 2014 till now, the Fund has successfully assisted 250 cases with 37,000 beneficiaries and raised funds totaling about HKD 28 million.

I hope Your Honor can consider Dr. Ho's contributions to the Hong Kong society and its charity organizations when sentencing him.

Respectfully,

[*signature*]

Chairman of Egive Charity Fund

Mr. Cho Kwai Yee

# EXHIBIT 96



The Honorable Loretta Preska
Judge of the New York Court                    25th January, 2019.

Dear Judge Preska,

Re: Mitigation for Dr. Ho Chi Ping, Patrick

I am writing this mitigating letter for Dr. Ho in the forthcoming sentence by the Honorable court in March, 2019.

I am a practicing solicitor in Hong Kong, but I am writing in my capacity as a citizen of Hong Kong.   I must say that there has not been client and lawyer relationship between Dr. Ho or his relatives and my law firm.   I was a former government servant for 15 years.   Thereafter, I set up my law firm in Hong Kong in 1981.   Since establishment of the law firm, I have been using quite a great proportion of my time performing voluntary social service works to the people of Hong Kong and these include being an elected member of the Legislative Council of Hong Kong for two terms in the eighties, following its re-structure to include elected members the first time with the President of the Legislative Council remaining to be the Governor of Hong Kong appointed by the UK Government.

The name of Dr. Ho first came to my mind when I learnt from the media that Dr. Ho joined The Chinese University of Hong Kong where he delivered his professional know-how and set up an ophthalmological service providing training to the people of the ophthalmological circles in both Hong Kong and Mainland China. His service in this field has received considerable appreciation from the people in both territories.

I actually came to know Dr. Ho when he moved to live in the same estate as my neighbor around 1997.   I therefore knew more about him and his wife, a former well-known film-star.   A daughter was born to them a few years later with added happiness to the family.   Dr. Ho and his wife were friendly towards neighbors as well as the serving management staff.

A new Government was set up upon the handover of Hong Kong from the United Kingdom to the People's Republic of China in July 1997.   Surprisingly Dr. Ho's name was among the ministers appointed by the new Government.   Dr. Ho had chosen to relinquish his lucrative professional practice and accept the invitation by the Government of Hong Kong to become a minister for the post of Secretary for Home Affairs.   His acceptance of the post was praiseworthy and highly received by the people of Hong Kong.   It was really a great change from an ophthalmological specialist to a senior government official for Dr. Ho.   This demonstrated his desperate eagerness to serve the community.   The scope of duties of the post covered a broad fields of activities of the society including but not limited to co-ordination of the various Government departments, the Non-government institutions, licensing and control of hotels and guest-houses, charitable institutions, sports organizations, cultural and arts projects and housing management works.   During the 5 years tenure, Dr. Ho performed the duties well with high competence and achieved favorable comments from the public.   His contribution to the community was widely recognized

As said, I have been doing a lot of social services and pro bono works.   In one occasion, I had a very in-depth impression that Dr. Ho had shown his intensive efforts to relieve the distress of the citizens of the society seeking help.   That case concerned a tragic accident relating to an old high-rise building named the Albert Building in the district of Aberdeen where a lot of fishery people used to live.   The collapse of a huge unauthorized building work (being a canopy at the external wall) had caused the death and injury of a large number of passers-by in the public street below the canopy.   Of course, civil litigation for damages and claims against the owners of the individual flats of the whole building ensued.   These dilapidated flats accommodated aged and grass root people who were lack of financial resources to settle the claims from the victims which amounted to tens of millions of dollars. There were also cross claims among the owners.   Dr. Ho organized his colleagues as well as officials of other governmental departments and financial institutions to form a task team to provide needy assistance to the family members of the victims as well as the flat owners.   Many rounds of meetings were held with the stakeholders and eventually the problems were settled to the general satisfaction of all concerned.   I knew this case quite well as I had attended some of the meetings where the government authority was severely challenged, and Dr. Ho was there to take up most difficult issues and deal with them responsibly with the utmost patience and determination.

Dr. Ho, as I have observed, is a responsible husband and father.   He has been caring well for the family and in particular, his teenage daughter who is in need of more care from him as far as I know.   People who are acquainted with Dr. Ho could not believe Dr. Ho might have been involved in such adversity he is facing.   I submit to the Honorable Judge that Dr. Ho has been a respectable professional and a public character of upright, responsible and helpful personality.   His reputation would be totally tarnished and he could no longer have a happy family life with his beloved wife and the teenage daughter.   He is at an old age of 69 with deteriorating health conditions.   Any length of custodial sentence would inevitably accelerate the seriousness of the ailments he is suffering.   I sincerely submit and humbly pray your Honorable Judge to consider the circumstances stated in the above paragraphs and respectfully urge the Honorable Judge to pass the most lenient sentence upon Dr. Ho as the Honorable Judge sees fit.


Respectfully


(Chung Pui-Lam)

Golden Bauhinia Star (G.B.S.)
Officer of British Empire (O.B.E.)
Justice of the Peace (J.P.)

3

# EXHIBIT 97



**GREEN COUNCIL**
環 保 促 進 會

December 30, 2018

**Re: Dr. Patrick Ho**

Dear Judge Preska,

I submit this letter to support Dr. Patrick Ho. I have known him for more than thirty (30) years, and I know his character well.

I have known Dr. Ho since 1990 when my husband Dr. Peter Kwok has the honor to be his trainee of ophthalmology at Chinese University in Hong Kong.

In 1994, Dr. Ho set up Hong Kong Eye Foundation, a charity organization devoted to eye care. My friendship with Dr. Ho was established and grew was during this time. I have participated in various charitable initiatives on behalf of Hong Kong Eye Foundation. While working closely with Dr. Ho, I came to admire his character, not only as a doctor, but as a human being as well. As a doctor, he was diligent and hardworking. As a human being, his decency was exemplified through his dedication to and significant engagement in the charity, with a goal to provide a service for the greater good and benefit of society through applying his exceptionally broad knowledge and performance as an eye doctor.

In December of 2000, I was appointed as the Chief Executive Officer of Green Council Limited, a non-profit, non-partisan environmental charity in Hong Kong. This organization is dedicated to providing and advancing environmental awareness and stewardship within the public and private sectors. In 2002, Dr. Ho joined the second HKSAR Government administration as the Secretary for Home Affairs. While we had separate and very different work fields, the relationship between Dr. Ho and I remained strong, valued and highly beneficial.

Establishing and maintaining an environmental charitable organization was very difficult. Green Council Limited often struggled in its early formative years. However, I was greatly aided and supported through Dr. Ho's advice and public support towards Green Council. For example, he provided valuable recommendations and opinions on how I should manage and operate a charitable organization based on his prior successful experiences while working in the Hong Kong Eye Foundation.

.../2



-2-

He also identified and helped secure various venues for Green Council to host our Charitable events by writing and submitting favorable and persuasive "Letters of Support" when and as appropriate. Furthermore, he helped promote and disseminate our awareness-raising messages along with invitations for support and collaboration to other governmental departments in regard to our upcoming events, programs and other environmental management and responsibility initiatives. Frankly, if it wasn't for Dr. Ho's support and engagement, Green Council could not have persevered, grown and succeeded.

I want to emphasize that Dr. Ho provided all the aforementioned services and support to Green Council without asking for any compensation; it was purely based on the decency of his character, wanting to help out whenever and however he could.

Since Dr. Ho's tenue at the HKSAR Government ended in 2007, Dr. Ho and I have had only occasional contact, as he has had other ventures, often overseas, but our true friendship and respect have remained

As a person who has known Dr. Ho for more than thirty (30) years, I have no doubt in his good character, and I hope this letter provides useful insight into the leadership, guidance, support, encouragement and true friendship that Dr. Ho has willingly and freely offered and provided throughout his lifetime for the benefit of his friends, colleagues, associates and society in general.

Respectfully,

Linda W P Ho
chief Executive Officer of Green Council Limited

# EXHIBIT 98

Date : 29 January 2019

Re: Dr. Patrick Ho Chi Ping

To Judge Loretta Preska,

I have known Dr Patrick HO for almost 20 years, he has been a renowned ophthalmologist while my late father was also his patient. He is passionate in his medical work and in leisure also a talented violinist. Occasionally he hosted classical music program at local radio station sharing his music aspirations with his listeners. We often share a good conversation and realized he has a passion in contributing to the betterment of Hong Kong.

In 2002, Patrick became the Secretary of the Home Affairs in Hong Kong which gave him a chance to serve the community at large as a politician. He has much interest in Hong Kong's culture scene and pay much interest in youth's development.
At the government level, where I have crossed path with him, I can see his unfailing support in arts and culture development. To name a few, he has led the formation of various arts development committees which has advocated changes in the performing arts and local museums. He has helped to locate funding for the Hong Kong Association on Youth Development, which was a newly set up non-government organization in 1997 while I am involved as a vice chairperson; the funding has allowed the association to convert a heritage building to a youth training center for organizing as base camp for youth in need.

I can remember when he came to me for help at the Szechuan Earthquake (Wenchuan) in 2008, he was not requesting for money but looking for resources to help children in the ruin; Patrick understand during that time of grief, the best assistance is to bring children back to their normal living. Hence, I have helped to raise funds and bought chairs and desks in revitalize the schools.
From this I understand Patrick think beyond just money-help, school environment is a practical remedy for these children during the time of hardship.

Dr Ho as I know him, is a kind man with great integrity; he has given up his professional practice at the peak of his career and assist the development of Hong Kong with no reservations. His selfless move and passion in serving the local community has won him friendships from all walks of lives. He is always ready to give and mobilize others to join hands and create better living for the deprived.

I am shocked and saddened to have heard about Dr. Ho being detained. I wish your good self will look into and reconsider his genuine personality when you decide on Dr. Ho's sentence; never has he post any threats to the society but have always offer his selfless help to people in need.

Your grace will determine Dr Ho's future as well as his wife and young daughter.


Sincerely,

LAU Man Man Lisa MH BBS JP

# EXHIBIT 99

日期：2018-12-31

Loretta Preska 法官,

### 有關：何志平醫生

我，刘英华，提交這封信為何志平醫生求情。我認識他已 16年，了解他的為人。

在 2002年時，何醫生任民政局局長時，應我邀請，來我善社作新社址落成的主禮嘉賓，他很隨和客套，沒有架子，並與我善社各老人家握手及問候，令老人家們很窩心。

何醫生不斷參加我個人的慈善活動，包括助養保良局一百位孤兒連續三年，施贈中藥給黄大仙善包圍每天 200多位病人連續三年，結集乏疏鞴者現金每家庭 HK$10,000一，共資助约

...... 第一頁 ...

80人，派来每位老人家每月5合个连续一年，约8000位老人家受惠，後由东方日报接勃亨连续17年。派棉衣棉被药物食物给与中国各省市地区，棉衣约300,000件，棉被约80,000床，毛衣约640,000件，並送客車及建住房少量给广西玉林。

　　我也知道他在中文大学任教期間，教育了眾多眼科学生，包括林顺潮医生。他任局长5年期間，大力推廣中华文化及宗教，如恢後長洲搶包山，盂蘭节文化，推动各不同宗教活動，及协調天主教，基督教，回教，孔教，佛教及道教之联络，又经常落区与市

　　　　　　　　　　　　第二页

民互動，探討市民之需求。

何醫生又參与世界风水地理大会的文化活動，推動世界各國對中国风水文化的認識及提高水平，全是義務分文不取。他又协助我友人一家渡过極其困难的時候，要他一家脫得家破人亡，也是全義務。

從我認識何醫生到今，我覺得他心懷救人之心，善心慈行，又推動文化、宗教，及各善等不遺餘力，使別人感受到人間之溫暖。故我等請法院在量刑時，能夠展現寬容及惨恼。

刘英华
敬上   第二頁


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Lau Ying Wah, addressed to Hon. Loretta Preska, dated 12/31/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[handwritten text is indicated in italics]

*Date: December 31, 2018*

*Dear Judge Loretta Preska,*

*Re: Dr. Ho Chi-Ping*

*I, Lau Ying Wah, submit this letter to intercede on behalf of Dr. Ho Chi-Ping. I have been acquainted with him for 16 years and know his character very well.*

*In 2002, when Dr. Ho was Secretary of Hong Kong's Home Affairs Bureau, I invited him to be the Guest of Honor at the new site completion ceremony of my charitable society. He was easy-going and amicable and did not put on airs. He shook hands with and greeted with the elderly of the charitable society, conveying warmth to each one of them.*

*Dr. Ho continuously attended my charity activities. For example, he helped support 100 orphans in Po Leung Kuk for three consecutive years; he sent Chinese traditional herbal medicine to over 200 patients at Sik Sik Yuen Wong Tai Sin Temple on a daily basis for three consecutive years; he donated in cash HKD 10,000 per family to those who could not afford proper burials or funerals for their loved ones, which helped around 80 people; he provided 5 kg of rice per person to the elderly on a monthly basis for one whole year which benefited about 8,000 persons, before Oriental Daily News took over the donation for the following 17 years. He sent cotton-padded clothes, cotton quilts, medicines and foods to various provinces, cities and regions across China, including about 300,000 cotton-padded clothes, 80,000 cotton quilts and 640,000 sweaters; he also provided buses and built houses for the city of Yulin, Guangxi.*

*I also know that during his teaching career at the Chinese University of Hong Kong, he educated many ophthalmology students, including Dr. Lin Shunchao. During his tenure as Secretary for Home Affairs, Dr. Ho fully promoted the Chinese culture and religion. For example, he brought back the Cheung Chau Bun Festival and Hungry Ghost Festival; he promoted various religious events and coordinated exchanges among Catholicism, Christianity, Islam, Confucianism, Buddhism and Taoism; he often came to communities to interact with citizens and listen to their needs.*

*Dr. Ho also took part in cultural activities of the International Fengshui Culture Convention, improving the global understanding of China's Fengshui culture, all on a voluntary*

[handwritten text is indicated in italics]

*basis and without taking any remuneration. Moreover, he also helped my friend's family during tough times and freed them from their miseries, again all voluntarily.*

*During the time I have known him, I have been convinced that Dr. Ho is devoted to saving lives, compassionate and kind-hearted. Also, he has spared no effort to promote culture, religion and various good deeds, making others feel the warmth of the humanity. Therefore, I earnestly request the court to be magnanimous and compassionate when determining his sentence.*

*Respectfully,*

*Lau Ying Wah*

# EXHIBIT 100

尊敬的 Loretta A. Preska 法官，

關於：何志平先生的人品

　　我是魏耀平，早前從報章中訊息，得知何志平先生將在 2019 年 3 月判刑，對於我認識的何先生被指違法感到非常愕然，實在令我難以置信，作為退休公務員的我，對何先生在 2016 年加入「公職人員誠信關注組有限公司」擔任名譽主席，何先生積極推動每一個公務員應有的誠信觀念，同時指出誠信是中華民族的核心價值觀，更令本人非常敬重何先生實幹作風。

　　何先生在民政事務局局長期間，對社會和民生事務的工作積極盡責，早為香港人所知，當何先生獲頒授金紫荊星章的一刻，已被香港人認同何先生多年來對社會的貢獻；況且何先生對眼科醫療及公益之熱誠，已經獲香港及內地的人民肯定，為港爭光是無可置疑的事實。

何先生在2017年11月還押至今，我深信何先生和家人已經承受非常大的壓力，精神飽受困擾，專此懇，請法官閣下，能深思考慮到何先生長期服務香港的同時，就今次案件何先生的聲譽亦大受影響，敬請予以輕判。

祝願　身體健康！

魏耀平　謹啟

2019年1月16日


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Ngai Yiu Ping, addressed to Hon. Loretta Preska, dated 1/16/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EXHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[handwritten text indicated in italics]

*The Honorable Loretta Preska,*

*Re: The Character of Mr. Ho Chi-Ping*

*My name is Ngai You Ping. Earlier on from the news, I learned about the fact that Mr. Ho Chi-Ping would soon be sentenced in March 2019. Knowing what Mr. Ho is like, I am in shock and disbelief that he has been accused of violating the law. As a retired civil servant, I have seen Mr. Ho serve as the honorary chairman of the "Integrity of Public Officials Concern Group" in 2016, for which he actively promoted the principle of integrity that every civil servant should have, and also pointed out how integrity is a core value that should define the Chinese people. This made me greatly respect Mr. Ho's way of getting things done.*

*During his tenure as Secretary for Home Affairs, Mr. Ho was known by the Hong Kong people for being actively involved in and responsible for issues concerning society and people's livelihood. Mr. Ho's contributions to society were acknowledged by the Hong Kong people the moment he was awarded the Gold Bauhinia Star, and furthermore, Mr. Ho's passion for ophthalmology and the public interest has been recognized by both the people in Hong Kong and in mainland China. There is no doubt that he makes Hong Kong proud.*

*I believe that Mr. Ho and his family have been put under great pressure and emotional distress since Mr. Ho was arrested in November 2017. I would like to hereby request Your Honor to be lenient in your sentencing, considering how Mr. Ho has served Hong Kong for a long time and that his reputation has already been greatly damaged by this case.*

*Blessings, and wishes for your good health!*

*Respectfully,*

*Ngai You Ping*

*January 16, 2019*