# EXHIBIT 101

致： Loretta Preska　法官　　　　　　　　　　　　　28th Jan.,2019

事由： 何志平先生求情信

敬啟者： 本人謝炯全 Patrick Tse 是在香港非牟利組織 "公職人員誠信關注組有限公司" 的主席， " Integrity of Public Officials Concern Group Ltd. " 2016 年 邀請何志平先生為該會的榮譽主席。 現謹代表本會就有關對何志平先生的認識作以下陳述。

本人認識何志平先生早在 2006 年，他擔任香港政府民政事務局局長，一起籌備孫中山紀念館的開幕典禮 工作上認識，本人也是孫中山和平教育基金會的秘書長，何博士很有責任感，在工作及感情上全力以付做到最好。在 2007 年雖然離開香港政府，但仍繼續服務社會做義務工作。

2016 年看到香港社會混亂，矛盾加劇，不利於香港的繁榮安定。邀請何志平博士加入誠信關注組，他爽快答應，他指出誠信是中華民族最核心的一個價值觀，除了公職人員要有誠信外，每一個人都要有誠信。認為身為香港的一分子，理應為香港出一分力，他呼籲大家多付出一點關心，為社會注入正能量，影響社會更多人士多關心並多發聲。

近年何博士多次舉辦中國抗戰史，香港各項歷史文化改變等，舉辦見證歷史的論壇，使年青的一代對社會有更深的認識及增進感情。藉此推廣公民教育 ， 履行公民責任 ， 實踐民間事務 ， 從而提升社會各階層的認同 ， 建立香港人對社區的歸屬感 ， 締造一個和諧安居的社會 ； 發揚博愛的精神 ！

何志平博士是香港的專業人士，也是著名的眼科醫生，樂於幫助他人，參與各項社會服務，為弱勢社群爭取福利。在香港是一位著名的 movie star，他有一位美麗能幹的夫人，一切無求，也沒有私心。本人希望法庭在量刑時 ， 能考慮 何博士在過往多年對社會無私的奉獻 ， 也沒有任何個人利益 ， 獲以輕判，使可以早日與家人團聚。

謝炯全博士

公職人員誠信關注組有限公司


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Patrick Tse, addressed to Hon. Loretta Preska, dated 1/28/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

January 28, 2019

To: Hon. Loretta Preska

Re: Intercessory Letter for Mr. Ho Chi-Ping

To whom it may concern,

I, Patrick Tse, Chairman of Integrity of Public Officials Concern Group Ltd, a non-profit organization in Hong Kong, invited Mr. Ho Chi-Ping to serve as Honorary Chairman in 2016. I hereby state as follows with regard to what I know about Mr. Ho Chi-Ping on behalf of the Group.

I have known Mr. Ho Chi-Ping since 2006, when he was Secretary for Home Affairs in the Hong Kong government. We met each other while working together on the preparation for the opening ceremony of the Sun Yat-sen Memorial Hall. I was also Secretary General for the Sun Yat-sen Foundation for Peace and Education. Dr. Ho had a very strong sense of responsibility, and fully dedicated himself both professionally and personally to doing the very best. Although he left the Hong Kong government in 2007, he still continued serving society and worked on a voluntary basis.

In 2016, we witnessed Hong Kong's society turning into chaos and conflicts intensifying, which was detrimental to the prosperity and stability of Hong Kong. Dr. Ho Chi-Ping was invited to join the Integrity Concern Group, and he accepted our invitation right away, pointing out that integrity is a core value of the Chinese people. Beyond just public officials, everyone needs to have integrity. As a part of Hong Kong, he believed that he should make contributions to Hong Kong. He called on everybody to care a little more and to inject more positive energy into society, thereby influencing more people in our society to care more and speak up.

In recent years, Dr. Ho has held many [events] on China's war resistance history and the various historical, cultural changes in Hong Kong, etc., and has convened forums bearing witness to history, which has allowed the younger generations to develop a deeper understanding of and a greater personal connection to society. This has promoted civic education, furthered the public's sense of civic responsibility, helped put into practice public service, and led to better connections between different social strata, building a sense of belonging among the Hong Kong people in their communities, shaping a harmonious and liveable society, and advancing a spirit of universal love!

Dr. Ho Chi-Ping is a professional in Hong Kong and also a renowned ophthalmologist who loves to help others, participates in various social services, and fights for the welfare of the disadvantaged groups. He has a beautiful and capable wife who is a famous movie actress in Hong Kong, he lacks nothing, and he is not selfish at all. I hope that the Court, in his sentencing, will consider the many years of selfless contributions Dr. Ho made to society and the fact that his service was not for any personal gains, and render him a light sentence, so that he can reunite with his family soon.

Dr. Patrick Tse

Integrity of Public Officials Concern Group Ltd          [*signature*]

# EXHIBIT 102

The Honorable Loretta Preska

January 11, 2019

Re: Dr. Patrick Ho

Dear Judge Preska:

I am an retired clergy, and an academic. I submit this letter to support Dr. Patrick Ho. I have known him for more than 15 years while he was serving as the Secretary for Home Affairs in the HKSAR Government and later as the Secretary General of the China Energy Fund Committee (CEFC). I was the Executive Secretary for the Hong Kong Christian Council--the ecumenical council for Christians in Hong Kong.

While he was serving the Hong Kong Government, he promote inter-faith relations by organize activities involving various religious groups serving the community. I was deeply touched by Dr Ho's sensitivity, fairness and respect to the various religious traditions in Hong Kong especially those smaller ones.   Dr Ho, himself a practicing Christian, would tried his best to give fair representations to all religious groups in the public sphere which was often dominated by the major religions.

After he took up his now post in CEFE, I had the privilege to co-work with him on several projects which enabled me with a glimpse of his passion for peace and civic diplomacy.   He had instrumentally organized the first public forum in Hong Kong to present Islam to the general public when the public in Hong Kong perceived Muslims as terrorists. Through his great personal efforts and diplomatic skills, he brought together all fourteen different Muslim groups in Hong Kong which hitherto had never sat down together, and had never co-operated in anything, to co-sponsor this forum. Under Ho's leadership, I--a Christian minister--chaired the steering committee which composited with representatives from all these Muslim groups. I notice Dr Ho has a deep compassion of bringing people together in order to decrease communal tension and enhance communal bonding even to people from other faith such as Muslim.

Furthermore, I am impressed that Dr Ho, through CEFE , had organized a series of cultural and academic conference, of which I had occasionally involved, on topic ranging Chinese Culture, regional geo-politics and global energy issues to foster regional and international relations through civil diplomacy. These Conferences facilitated participants from opposing camps to exchange ideas, to foster understanding and to build relations. I see Ho as a passionate bridge maker to connect people from different, and even, opposing positions for the common good.

Considering his enormous contribution to communal harmony and welfare, I hope the Court can show leniency for Dr Ho at his sentencing

Respectfully,

Revd Kim-kwong Chan, Ph.D., D.Th., J.P.

# EXHIBIT 103



**The Rt. Revd Andrew Chan**
Bishop of Western Kowloon
All Saints' Cathedral, 11 Pak Po Street, Mongkok, Kowloon, Hong Kong.
Tel. ███████    Fax. ███████    Email. ███████

The Honorable Loretta Preska

9th January, 2019.

Dear the Hon. Loretta Preska,

### Re :Dr. Patrick Ho

I am writing this character reference in support of Dr. Patrick Ho, in sharing some glimpses of my personal impression of him in the years I have known him.

I became acquainted with Dr. Ho over twenty years ago, and gradually knew him more closely when I served at St. John's Cathedral as Dean. He had often offered his support to our ministry through inspiring talks about his faith and profession as ophthalmologist, and has attended many Cathedral outreach activities.

Through his participation in Cathedral life, I have come to know Dr. Ho as a man of remarkable ability with kindness, cheerfulness and compassion. He impresses me as a musically talented man who achieves the rare combination of sincerity and humour, and I have observed that he has often been keen to serve the community. The fact that he has promoted local cultural events when he served as the Secretary for Home Affairs of the Hong Kong SAR Government is evidence towards his commitment and devotion to his role in the civil service to our city.

Dr. Ho attended several conferences related to faith, social service and civil development with me. I found that, through his presentation and discussion (openly and privately), his ideas were always enlightening and his enthusiasm to serve was always amazing.

In closing, I respectfully request your Worship to accept this sincere plea in granting Dr. Ho leniency at his sentencing. May I thank you in advance for your kind consideration.

Yours faithfully,

# EXHIBIT 104

Loretta Preska 法官

2019 年 1 月 22 日

**有關：何志平醫生**

致 Preska 法官：

　　尊敬的 Preska 法官，您好！我提交這封信件為何志平醫生求情。本人 耿春亞（Mr. GENG Chunya），現年 38 歲，自 2006 年起認識何醫生，至今已有 13 年，希望在此和您分享我所了解的何醫生。

　　2002 年，我由北京清華大學交換到香港就讀碩士學位，2004 年畢業後，留港創辦互聯網公司，並和一批來自中國內地、在港求學、畢業留港發展的朋友們成立在港內地畢業生聯合會（Hong Kong Association of Mainland Graduates），擔任主席。2006 年，在一次偶然的社會活動中，遇到時任香港特區政府民政事務局局長的何志平醫生，在交流中向他簡短表達了我們內地青年留港發展的困難和訴求。原本以為活動結束，曲終人散，這位政府高官就會忘記我們這些年輕人。然而，一周後我收到了何醫生的邀請，約我進一步交流，希望更多了解我們這個社群的情況，這樣的見面在隨後的一段日子裏陸續又有幾次。

　　2007 年初，我收到民政事務局委任信，邀請我擔任特區政府青年事務委員會委員，作為咨詢架構成員，為香港青年發展出謀劃策，亦將在港內地青年的心聲帶入政府。同年，特區政府公佈 2008 年施政計劃，其中包括自 2008 年起，在港就讀內地學生獲得學位後可以無條件留港一年，便於其尋找就業發展的機會。這項人口政策的落實，相信何志平醫生在其中起到了重要而積極的推動作用，他聆聽我們的訴求，並推動政府在施政中給予響應和支持。

　　何志平醫生出生基層，得到獎學金才能到美國留學，因此知道我們這些在港發展的內地青年因為語言、文化等方面的差異，面對情感的孤獨和生活的

艱辛。在他離開政府後，依然繼續支持我們社群的發展，舉辦活動請他幫忙，無論是擔任嘉賓，或者讚助支持，他都從不拒絕。也因此，儘管何醫生和我父親同歲，不斷交往之下，我同何醫生成為忘年之交，多年來保持著定期的見面和交流。

何醫生積極推動社會共融、文化交流、青年教育等方面的項目和活動，亦都邀請我的公司團隊為其提供技術服務，支持我們的創業發展，幫助我度過了最艱辛的事業初創階段。我同何醫生一樣，出生基層，青少年時期學習小提琴，海外求學發展，在香港建立事業，尋求個人價值的實現。感同身受，在我內心，何醫生是我人生的榜樣和偶像，指引了我在香港探索的道路。

在此，懇請尊貴的法官，能夠考慮何志平醫生畢生為香港社會諸多領域做出的卓越貢獻，對這位 70 歲高齡的老人，在量刑中給予足夠的寬容及憐憫，萬分感激。

耿春亞

敬上


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Geng Chunya, addressed to Hon. Loretta Preska, dated 1/22/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Hon. Loretta Preska

January 22, 2019

**Re: Dr Ho Chi-Ping**

To Judge Preska:

Dear Hon. Preska, hello! I am submitting this letter to intercede for Dr. Ho Chi-Ping. I, GENG Chunya, 38 years old, have known Dr. Ho Chi-Ping for 13 years since 2006. I would like to share with you what I know about Dr. Ho.

In 2002, I went to Hong Kong on an exchange program from Tsinghua University in Beijing for a master's degree. After I graduated in 2004, I remained in Hong Kong, founded an Internet company, and established a Hong Kong Association of Mainland Graduates with friends who also were from mainland China, studied in Hong Kong and stayed in Hong Kong for their career, and served as its chairman. I met Dr. Ho Chi-Ping, who was then Secretary for Home Affairs of the Hong Kong Special Administrative Region Government, at an informal social event in 2006. In our exchange, I briefly told him the difficulties and grievances that we young people from mainland China had about staying in Hong Kong for our career. I assumed that our talk would just come to an end at the conclusion of the event, and that this senior government official would forget about us young people. However, a week later, I received an invitation from Dr. Ho to continue our discussion because he wanted to learn out more about our community. Several such meetings took place in the subsequent days.

At the beginning of 2007, I received a letter of appointment from the Home Affairs Bureau to serve as a member of the Youth Commission in the government of the [Hong Kong] Special Administrative Region and, as a member of the advisory body, to provide advice and recommendations for youth development in Hong Kong and speak before the government for the mainland youth living in Hong Kong. In the same year, the government published the 2008 Policy Plan, which allowed mainland students that studied in Hong Kong to stay in Hong Kong unconditionally for one year after obtaining their degrees, so that they could find employment and career opportunities. I believe that Dr. Ho Chi-Ping played an important and active facilitating role in the implementation of this population policy. He had listened to our appeal and pushed the government to respond to and support such appeals in their policies.

Dr. Ho came from a humble background and earned a scholarship to study in the United States, so he understands our loneliness and hardships as mainland youth pursuing career in Hong Kong due to differences in language and culture. He has continued to support the development of our community since his departure from the government. He has never refused us when we seek his help for the activities we organize, whether to be present as a guest or to provide sponsorship support. That is also why Dr. Ho, despite being the same age as my father, has become one of my best friends

in spite of the difference in age, through our continuous interactions. We have continued to meet and stay in contact over the years.

Dr. Ho takes an initiative to facilitate programs and activities for social integration, cultural exchange, youth education and more, and has supported our entrepreneurial development and helped me get through the most difficult early stages of entrepreneurship by inviting a team from my company to provide technical services for him. Like Dr. Ho, I also come from a humble background, learned to play the violin when I was a teenager, went overseas for education and career, built up my career in Hong Kong, and seek to realize my own ideals. We have been on similar paths. In my heart, Dr. Ho is my role model and hero for life, and he has guided me in furthering my journey in Hong Kong.

I hereby sincerely ask the Honorable Judge to consider the extraordinary contributions that Dr. Ho has made to many facets of Hong Kong's society throughout his life. I would most appreciate it if you could show proper compassion and mercy in sentencing this 70-year-old elderly gentleman.

[*signature*]
Respectfully,
Geng Chunya

# EXHIBIT 105

Loretta Preska 法官

2019 年 1 月 14 日

有关：何志平医生

致 Preska 法官：

　　我提交这封信为何志平先生求情，我已认识何先生近三十年，非常了解他的为人。

　　何先生任全国政协委员期间，我作为工作人员认识了何志平先生，他认真履行委员职责，积极参政议政，为国家事务建言献策，在休息时间常为大家演奏小提琴，活跃气氛。我调任学院之后持续了这段友谊，在弘扬中华文化工作方面给了我很大帮助。何先生任职香港民政事务局局长期间分管宗教事务，促进天主教、基督教、伊斯兰教与佛教、道教的和谐发展，建立慈善基金服务基层民众。何先生在美国读的大学，也非常热衷弘扬中华优秀传统文化，通过香港亚洲文化论坛，积极促进中西文化交流，邀请国内名家袁行沛先生与国际汉学家、台湾、香港的知名学者交流；为了香港同胞了解自己的文化本源和根脉，何先生著有认识中华文化的专著，并多次通过我院邀请易中天、于丹、张颐武等知名专家学者到港交流和讲座，受众达到一万多人以上，有助于回归祖国后的香港社会和谐和稳定。何先生还把宗教和谐的文化

理念推广至国际社会，在美国举办多宗教的文化交流和研讨活动，以期从化解文化冲突扩大到化解国家民族的冲突。何先生是个做事有规矩和分寸的人，对于邀请人士的接待从来是礼貌周到又不铺张浪费。何先生是个知识广博、思想深刻的人，总是能对中华文化和香港事务提出深辟的见解。

对于何先生这样有能力并对社会做出一定贡献的人士，希望法院考虑其既往的表现，在对何先生量刑时能给予宽容。

敬上


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Huang Yiyu, addressed to Hon. Loretta Preska, dated 1/14/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Hon. Loretta Preska

January 14, 2019

Re: Dr. Ho Chi-Ping

To Hon. Preska:

     I am submitting this letter to intercede for Mr. Ho Chi-Ping. I have known Mr. Ho for almost 30 years and know his character very well.

     I met Mr. Ho when he was a member of the Chinese National People's Political Consultative Conference and I was a staff member. He earnestly performed his duties as a member, proactively participating in political consultations and providing suggestions and advice relating to national affairs. He also played the violin for us during breaks to enliven the atmosphere. This friendship continued after I was transferred to another post at an educational institution, and he helped me very much in working to promote the Chinese culture. During his tenure as Secretary for Home Affairs in Hong Kong, Mr. Ho was responsible for promoting the harmonious development of Catholicism, Christianity, Islam, Buddhism and Taoism, and founded charitable organizations to serve the people in underprivileged communities. The university that Mr. Ho attended in the United States is also very passionate about carrying forward the excellent traditional Chinese culture. They actively promoted cultural exchanges between East and West through the Hong Kong Asia Culture Forum, and invited Mr. Yuan Xingpei, a famous China expert, to meet with international sinologists as well as famous scholars from Taiwan and Hong Kong; in order to help fellow Hong Kong people learn about their cultural origin and roots, Mr. Ho has authored works dedicated to the learning of the Chinese culture and invited many times Yi Zhongtian, Yu Dan and Zhang Yiwu, among other well-known experts and scholars, through our institution, to conduct exchanges and seminars in Hong Kong, which gathered over 10,000 people in attendance. This has been beneficial for the harmony and stability of the Hong Kong society after its return to China. Mr. Ho has also promoted the cultural philosophy of religious harmony to the international community, and has organized multi-religion cultural exchanges, seminars and other events in the United States, in an effort to promote the de-escalation of cultural conflicts leading to the de-escalation of national and ethnic conflicts. Mr. Ho is someone who has principles and proper limits in what he does, and he is polite and thoughtful, without being extravagant, when receiving guests. Mr. Ho is a knowledgeable person with profound ideas, and always provides in-depth insight about the Chinese culture and Hong Kong affairs.

     For someone like Mr. Ho who is so capable and has made such contributions to society, I hope the Court will consider his past good deeds and be lenient in sentencing him.

Respectfully,

[*signature*] Huang Yiyu

# EXHIBIT 106

The Honorable Loretta Preska

2019 年 1 月 25 日

關於：何志平醫生，Patrick

尊敬的 Preska 法官：

僅此向您提交對何志平醫生的支持信。

我很榮幸能夠與何志平醫生在 2002 年至 2007 年他擔任香港民政事務局局長期間密切合作。以我認識的何醫生，他是個正直、講信義的人。在他擔任民政事務局局長期間，一直盡忠職守，推行持續、長遠的方案來加強香港與海外的文化藝術交流和對話。他深明在藝術文化方面培養不同國家之間的理解和相互尊重的重要性，而開放的文化政策是一個很好的途徑。民政事務局在何醫生的領導下，香港與世界各地的文化交流日益增加，使我們的家園更加開放，文明和尊重其他文化，帶來了長遠的正面影響。

我從事文化創意行業有數十年，深切感受到何醫生在擔任民政事務局局長時，在推動香港藝術方面不遺餘力。民政事務局一直對香港的藝術團體給予支持，包括提供設施完備的表演場地及資助，特別是，當中的海外交流基金鼓勵了很多藝團到海外演出作文化交流，既幫助了藝團擴闊眼界和市場，同時將香港的藝術呈現至國際層面，令本地藝團和藝術家的發展空間更大；此外，由他領導民政事務局轄下的康文署文化節目組繼續肩負普及藝術的責任，並向世界各地引進多元化藝術節目及舉辦不同藝術節，大大增加了普羅大眾接觸國際級藝術的機會。何志平前局長在任時，其中一項最大的功績就是推動落實西九龍文娛藝術區的發展，打造香港第一個文化藝術核心地帶。這一系列的政策都是香港文化藝術發展的鴻圖偉略。

因此可見，何志平醫生對香港文化方面貢獻良多，懇請 Preska 法官閣下對他量刑時，能將他的貢獻納入考量當中，從輕發落，不勝感激！

敬上，

高志森

香港電影導演及舞臺劇製作人


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Ko Chi Sum, addressed to Hon. Loretta Preska, dated 1/25/19.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public
ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Honorable Loretta Preska

January 25, 2019

Re: Dr. Ho Chi-Ping, Patrick

Honorable Judge Preska:

I hereby submit a support letter for Dr. Ho Chi-Ping.

I am very honored to have worked closely with Dr. Ho Chi-Ping during his time as Secretary for Home Affairs for Hong Kong from 2002 to 2007. As far as I know, Dr. Ho is a man of integrity and faith. During his tenure as Secretary for Home Affairs, he was dedicated to his duties and committed to sustained, long-term initiatives to strengthen cultural and artistic exchanges and dialogues between Hong Kong and the rest of the world. He was well aware of the importance in the arts of an understanding and mutual respect among different countries, and understood that an open cultural policy was a good way for such understanding and mutual respect. Under Dr. Ho's leadership, the Home Affairs Bureau enhanced the cultural exchanges between Hong Kong and the rest of the world, making our homeland more open, civilized, and respectful of other cultures, which has had lasting positive impact.

I have been engaged in the cultural and creative industry for decades. I was deeply impressed by Dr. Ho's unsparing efforts to promote Hong Kong's arts when he was Secretary for Home Affairs. The Home Affairs Bureau has been supporting the arts organizations in Hong Kong, including the provision of well-equipped performance sites and funding. In particular, the overseas exchange foundation has encouraged many arts organizations to perform abroad as cultural exchanges and helped the arts organizations broaden their horizon as well as the market, while bringing Hong Kong's arts to the international level and expanding the room for growth for local arts organizations and artists. In addition, under the leadership of the Home Affairs Bureau, the Cultural Affairs Section of the Leisure and Cultural Services Department has continued to carry out the responsibility of promoting the arts and has introduced a variety of arts programs and festivals around the world, which has greatly increased the opportunities for the general public to experience arts from around the world. During his tenure, one of Dr. Ho's greatest achievements was to advance the development of the West Kowloon Cultural District as

Hong Kong's first cultural and artistic center. These policies have been the grand vision of Hong Kong's cultural and artistic development.

In conclusion, Dr. Ho Chi-Ping has contributed very much to Hong Kong's culture. We ask the Honorable Preska to consider his contributions when making the sentencing decision and be lenient. Thank you very much!


Respectfully,

*[Signature]*

Ko Chi Sum

Hong Kong Film Director and Stage Play Producer

# EXHIBIT 107

**Peter Kwok**

Hong Kong

Tel : ███        Fax : ███

January 21, 2019

The Honorable Loretta Preska

Dear Judge Preska,

**Re:  Dr. Ho Chi Ping, Patrick**

I write this letter in support of Dr. Ho Chi Ping, Patrick.

I have known Dr. Ho since 2004 when he was Secretary for Home Affairs of the Government of the Hong Kong Special Administrative Region and I was appointed a member of the Committee on Museums in Hong Kong.  The Committee on Museums advised the Secretary for Home Affairs on the provision of public museum services in Hong Kong.   Over the course of the next several years after I was first appointed to the Committee on Museums, my relations with Dr. Ho increased as I became more involved in public and community service as a member of the Lord Wilson Heritage Trust, Hong Kong (2005-2009), the Financial Matters Advisory Group of the Consultative Committee on the Core Arts & Cultural Facilities of the West Kowloon Cultural District (2006-2007), the Council of the Hong Kong Academy for Performing Arts (2007-2012) and Art Museum Advisory Panel, Hong Kong, all of which were under the purview of or involved interaction with the Secretary for Homes Affairs.

Through my work with these various bodies, I came to know and became well acquainted with Dr. Ho, gaining a good insight into him as a person and his character.  As Secretary for Home Affairs, Dr. Ho was dedicated to furthering and improving Hong Kong.   Through his commitment, enthusiasm, willingness to listen to contrasting views and learn, we were able to help in a great many arts and cultural initiatives in Hong Kong, improve community and social services and facilities and raise the level of arts training, education and research.

I verily believe that Dr. Ho was a dedicated public servant and committed to discharging his duties and responsibilities as Secretary for Home Affairs.   In all of my dealings with Dr. Ho, I found him to be honest, direct, fair and a person of the highest integrity.

I would sincerely request that the Court take into account Dr. Ho's impeccable public service record and show leniency to Dr. Ho.

Yours sincerely

Dr. KWOK Peter Viem

# EXHIBIT 108

# Office of The Most Rev. Peter Kwong
## Archbishop Emeritus of Hong Kong Sheng Kung Hui
## 香港聖公會鄺廣傑榮休大主教辦事處

109 Gloucester Road 16/F, Wanchai, Hong Kong
香港告士打道 109 號 16 樓
Tel/電話：

The Honorable Loretta Preska

25th January, 2019

Re: Dr. Patrick Ho

Dear Judge Preska:

Please excuse me for taking the liberty of writing this letter to support Dr. Patrick Ho. I first came to know him as his patient about thirty years ago. He was a famous and well known ophthalmologist in Hong Kong. My experience with him was that he was not only an excellent eye specialist   but was a person caring for others. His relation with patients is warm, kind and sincere.

During my visits to him, I came to know that he was good in playing violin. He had interest in arts. This shows that he had great concerns for cultural development. Hence, he later took up the responsibility as the Secretary of Home Affairs for the Government of the Hong Kong Special Administrative Region. He had put in great effort trying to bring the community together. He worked closely with the non-government organizations.   His heart was in the people and in the community. I respect him for his sacrifice by giving up his own successful profession and turned to help the cultural development of the community and its people.

In all these years, my impression of Dr. Ho is that he is a man of integrity.   He is enthusiastic about public services. He is generous in helping people. He had made great contributions in Hong Kong. He is a man with many talents. He still has the ability to do it to the society if he would get the chance. Therefore, I beg your Honor to give him a chance. This is not only good for him but also good for Hong Kong. May I take this opportunity to thank you in advance for your blessing.

Respectfully,

Peter Kong Kit KWONG

# EXHIBIT 109



**香港聖公會大主教**
Archbishop of Hong Kong

January 28, 2019

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York

Dear Judge Preska:

**Dr. Patrick Ho**

I submit this letter in support of Dr. Patrick Ho, who will soon receive a sentence in your Honorable Court.

I first came to know Dr. Ho many years ago as a distinguished alumnus of an elite school founded by the Hong Kong Anglican church, namely the Diocesan Boys' School whose school committee I chair and whose supervisor I am, and as a renowned ophthalmologist in Hong Kong. I got to know him deeper after he had been appointed to a five-year term as the Secretary for Home Affairs in the Hong Kong S.A.R. Government in July 2002.

As the Secretary for Home Affairs, Dr. Ho oversaw, inter alia, matters relating to religions in Hong Kong. During his tenure, he gave me the impression that he always put the well-being of the Hong Kong people and the Hong Kong society his number one priority, and was tremendously supportive of the promotion of religious affairs and of the various ministries and services different faiths offered in the city. Embracing inclusiveness, he made good use of his official capacity to enhance interfaith dialogue and religious harmony.

Dr. Ho has been keen to improve his fellow citizens' welfare not only when he was the home affairs secretary, but also throughout his entire adult life. This is well exemplified by his return from the United States to his home city in the 1980s to teach ophthalmology at the Chinese University of Hong Kong, thereby raising the standard of the healthcare industry. I am particularly moved by the devotion and commitment to the public good he displayed when he left his firmly established career in medicine in order to serve in the government.

In conclusion, I sincerely pray that your Honorable Court show mercy when sentencing Dr. Ho, a man whose many valuable contributions have made Hong Kong a better place.

Respectfully,

The Most Revd Dr. Paul Kwong
Archbishop of Hong Kong

香港灣仔告士打道109-111號東惠商業大廈16樓
16th Floor, Tung Wai Commercial Building, Nos. 109-111 Gloucester Road, Wan Chai, Hong Kong
電話 Telephone ▮▮▮▮▮▮    傳真 Facsimile ▮▮▮▮▮▮

# EXHIBIT 110

**Lingnan 嶺 南 大 學**
**University** 香港 Hong Kong

歷史系
Department of History

The Honorable Loretta Preska

1 February 2019

**Re: Dr. Patrick Ho**

Dear Judge Preska:

I submit this letter to support Dr. Patrick Ho. I have known him for 15 years, and I know his character well.

We first met in early 2004 when I was serving as a District Councilor and Dr. Ho was Secretary for Home Affairs of the Hong Kong SAR Government. Later the same year he appointed me to sit on the Museum Committee and we have had frequent contacts since then. After he retired from his official position in 2007, we have still managed to meet from time to time at meetings or social gatherings. He has always had a keen interest in helping the younger generation and contributing to the community, though not in the capacity of a senior government official. A few years ago, he organized a series of public talks to promote Chinese history and local history to the public. I was honored to be invited by him to deliver a lecture on the history of Hong Kong population.

Dr. Patrick Ho is a good person who cares about his country, his relatives and friends, and deserves a chance. I humbly ask you to show mercy in sentencing him.

Respectfully,

Prof. Lau Chi-pang
Justice of the Peace
Professor of History
Lingnan University, Hong Kong
Email: ▮▮▮▮▮▮▮▮▮▮

香港 屯門 嶺南大學   Lingnan University, Tuen Mun, Hong Kong
Tel: ▮▮▮▮   Fax: ▮▮▮▮▮   E-mail ▮▮▮▮▮
Website: http://www.LN.edu.hk

Liberal Arts Education • Transformation For Life
博 雅 教 育   成 就 一 生

# EXHIBIT 111

The Honorable Loretta Preska

尊敬的 Preska 法官:

關於: 何志平醫生, Patrick Ho

　　謹此向您提交對 Patrick Ho 醫生的支持信。本人是香港黃大仙祠的監院，於 1985 年起加入黃大仙祠，道號「義覺」，並由 1997 年起出任管理黃大仙祠之慈善團體 - 嗇色園之董事，一直以義工身份管理黃大仙祠，尤其是宗教推廣及文化承傳的工作。

　　香港黃大仙祠現為香火鼎盛，馳名中外之廟宇，於 2014 年更獲香港及中國國務院確定為非物質文化遺產名錄。香港黃大仙祠於 1921 年正式成立，能夠獲得現時在道教及文化推動之領先位置，實屬不易。本人覺得此與何志平醫生在擔任香港特別行政區民政事務局局長時，大力推動傳統文化工作有莫大關係。

　　本人於 2005 年至 2007 年期間擔任嗇色園宗教事務委員會主席，曾與何志平醫生多次溝通會面，何醫生對宗教及傳統文化的推動非常支持，並鼓勵我們多走出社區，接觸社會不同階層，帶起整個氛圍；在何志平醫生的推動下，黃大仙祠於 2006 年舉行了一場開埠首次道教大獻供儀式，黃大仙祠祭天為香港祈福，並由時任民政事務局局長何志平醫生任主禮，並邀請了全港區議會主席一同參與，場面轟動，並觸發起香港人對傳統宗教文化的興趣與認知，而慢慢地成就了香港現今社會對非物質文化的認同與支持。

　　對本人而言，何志平醫生對文化活動的支持是不遺餘力的，其退任局長後亦一直對一些文化工作繼續予以支持，例如舉辦易學國際研討會，讓香港文化界及學術界有更多交流的機會。何志平醫生對香港文化工作推動與支持，是毋容置疑的。我與何醫生認識十多年，他為人隨和，工作認真，從沒體會到他是個貪婪及城府深的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。

2019 年 1 月 28 日　　　　　　　　　　　黃大仙祠監院 李耀輝 敬上

The Honorable Loretta Preska
尊敬的 Preska 法官:

關於: 何志平醫生,Patrick Ho

下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。



（賴卓彬　）　　　　　　　（黃應榮　）

（麥國忠　）　　　　　　　（吳錦鴻　）

（鍾志成　）　　　　　　　（黃相三　）

（戚筱泉　）　　　　　　　（　　　　　）

2019 年 1 月 28 日　　　　　　　黃大仙祠道長　敬上

The Honorable Loretta Preska

尊敬的 Preska 法官:

關於: 何志平醫生,Patrick Ho

　　下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述,從 Patrick Ho 何志平醫生對文化活動的支持,以及對我們一班無名的小道的親身支持與鼓勵,我們感覺到何醫生真摯的誠意,感受到那份和善,及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持,是毋容置疑的。何醫生為人隨和,工作認真,從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊,希望法官閣下量刑時體恤從輕發落。


（ 白漢彬 ）　　　　　（ 梁錦和 ）


（ 鍾英明 ）　　　　　（ 楊�German ）


（ 梁華樂 ）　　　　　（ 黃志強 ）


（ 葉志明 ）　　　　　（　　　　　　）


　　2019 年 1 月 28 日　　　　　　黃大仙祠道長　敬上

The Honorable Loretta Preska

尊敬的 Preska 法官:

關於: 何志平醫生,Patrick Ho

　　下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。



（程瑞強　）　　　　　　　　（羅景鴻）

（區衍斌　）　　　　　　　　（鄺建墻

（　　　　　）　　　　　　　　（梁文傑）

（羅錦雄）　　　　　　　　（　　　　　）

2019 年 1 月 28 日　　　　　　黃大仙祠道長　敬上

The Honorable Loretta Preska

尊敬的 Preska 法官：

關於: 何志平醫生,Patrick Ho

　　下列一眾嗇色園董事、黃大仙道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。



（黃冬佑）　　　　　　　　　　（陳啟德）

（郭子祥）　　　　　　　　　　（王文輝）

（連同森）　　　　　　　　　　（麥鉻駒）

（劉國基）　　　　　　　　　　（　　　　）

2019 年 1 月 28 日　　　　　　　　黃大仙祠道長　敬上

The Honorable Loretta Preska

尊敬的 Preska 法官：

關於：何志平醫生,Patrick Ho

　　下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。

（陳燦輝）

（張炳泉）

（許文發）

（蕭國光）

（林係強）

（盧漢平）

（張永強）

（周永開　　）

2019 年 1 月 28 日　　　　　　　　黃大仙祠道長　敬上

The Honorable Loretta Preska

尊敬的 Preska 法官：

關於：何志平醫生,Patrick Ho

下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。

（梁家楹　　）　　　　　　（文偉昌　）

（趙錦輝　）　　　　　　　（蔡志強　）

（陳拾壹）　　　　　　　　（李勁欽　）

（　　　　）　　　　　　　（　　　　）

2019 年 1 月 28 日　　　　　　黃大仙祠道長　敬上

**The Honorable Loretta Preska**
尊敬的 Preska 法官:

關於: 何志平醫生,Patrick Ho

　　下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。



（黃植煒）　　　　　　　　（何志昌）

（俞啟凌）　　　　　　　　（盧摯河）

（鄧從中）　　　　　　　　（李家昱）

（向永杰）　　　　　　　　（羅偉成）

2019 年 1 月 28 日　　　　　　黃大仙祠道長　敬上

The Honorable Loretta Preska
尊敬的 Preska 法官:

關於: 何志平醫生,Patrick Ho

下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。

_____
（蔡鎮琳 ）

_____
（右永祖 ）

_____
（陳志榮 ）

_____
（蔡國文 ）

_____
（麥國俊 ）

_____
（蔣序捷 ）

_____
（張氏耜 ）

_____
（陳廣洪 ）

2019 年 1 月 28 日                黃大仙祠道長   敬上

**The Honorable Loretta Preska**

尊敬的 Preska 法官:

關於: 何志平醫生,Patrick Ho

　　下列一眾嗇色園董事、黃大仙祠道長均十分認同上述李耀輝先生所述，從 Patrick Ho 何志平醫生對文化活動的支持，以及對我們一班無名的小道的親身支持與鼓勵，我們感覺到何醫生真摯的誠意，感受到那份和善，及對香港傳統文化推動的承擔。何志平醫生對香港文化工作推動與支持，是毋容置疑的。何醫生為人隨和，工作認真，從沒體會到他是個貪婪的人。這次事件對他已造成極大的困擾及打擊，希望法官閣下量刑時體恤從輕發落。



( 郭耀輝 )　　　　　　( 梁延溢 )

( 余大業 )　　　　　　( 陳永華 )

( 許知明 )　　　　　　( 李兆文 )

( 霍炳光 )　　　　　　( 崔鉗 )

　　2019 年 1 月 28 日　　　　　　黃大仙祠道長　敬上


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Lee Yiu Fai, addressed to Hon. Loretta Preska, dated 1/28/19.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public
ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

I hereby submit a support letter for Dr. Patrick Ho. I am an abbot of Wong Tai Sin Temple in Hong Kong. I have been a member of Wong Tai Sin Temple since 1985, under the Taoist name "Yee Kok". Since 1997, I have been the chairman (a voluntary administrator) of Sik Sik Yuen, a religious charitable organization that manages Wong Tai Sin temple, especially the work of religious promotion and cultural heritage.

Wong Tai Sin Temple in Hong Kong is now prospering and enjoys good reputation in China and abroad. It was further listed by Hong Kong and China's State Council as an intangible cultural heritage in 2014. Wong Tai Sin Temple in Hong Kong was officially established in 1921. It is not easy to obtain the leading position in the promotion of Taoism and culture. I believe that this has much to do with the efforts of Dr. Ho Chi-Ping in promoting the traditional culture when he was Secretary for Home Affairs of the Government of the Hong Kong Special Administrative Region.

As the chairman of Sik Sik Yuen's religious affairs committee from 2005 to 2007, I met with Dr. Ho Chi-Ping on many occasions. Dr. Ho was very supportive of the promotion of religion and traditional culture and encouraged us to branch out from our immediate community and reach out to different sectors of society. Motivated by Dr. Ho Chi-Ping's call to action, the first Taoist tribute ceremony at Wong Tai Sin Temple was held in 2006. Wong Tai Sin prayed for Hong Kong. The ceremony was led by Dr. Ho Chi-Ping, as Secretary of Home Affairs at that time. He also invited the chairman of the Hong Kong District Council to participate. The occasion was sensational and raised the interest that the Hong Kong people had in the traditional religious culture, also gradually raising awareness of and support for the intangible culture in the Hong Kong society today.

In my opinion, Dr. Ho Chi-Ping has spared no effort in supporting cultural activities. He has also continued to support some of the cultural activities since his retirement, such as organizing an international seminar on the study of Yi Jing to provide more opportunities for cultural and academic exchanges in Hong Kong. There is no doubt that Dr. Ho Chi-Ping has contributed to and supported work

for Hong Kong's culture. I have known Dr. Ho for more than ten years. He has good personality and works hard, and I have never seen him be greedy or cunning. This incident has caused him a great deal of distress and difficulties. I hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

[*Signature*], [*stamp*] Lee Yiu Fai,

Wong Tai Sin Temple

January 28, 2019

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
| --- | --- |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | |
| ([Signature]) | (          ) |

January 28, 2019                                        Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | |
| ([Signature]) | (        ) |

January 28, 2019                                    Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | |
| ([Signature]) | (          ) |

January 28, 2019                                     Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | |
| ([Signature]) | (      ) |

January 28, 2019                                        Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |

January 28, 2019                                             Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |

January 28, 2019                                    Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |

January 28, 2019                                      Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
| --- | --- |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |

January 28, 2019                                      Abbots of Wong Tai Sin Temple

The Honorable Loretta Preska

Honorable Judge Preska:

Re: Dr. Ho Chi-Ping, Patrick Ho

The following chairmen of Sik Sik Yuen and abbots of Wong Tai Sin Temple have all agreed with the above statement by Mr. Lee Yiu Fai. From Dr. Ho Chi-Ping's support for cultural activities and personal support and encouragement for us, we have deeply felt Dr. Ho's genuine sincerity, his kindness, and his commitment to the traditional culture of Hong Kong. Dr. Ho Chi-Ping's promotion and support for Hong Kong's cultural work is unquestionable. He has good personality and works hard, and we have never seen him be greedy. This incident has caused him a great deal of distress and difficulties. We hereby sincerely hope Your Honor will be lenient in sentencing him.

Respectfully,

| [Signature] | [Signature] |
|---|---|
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |
| [Signature] | [Signature] |
| ([Signature]) | ([Signature]) |

January 28, 2019                                         Abbots of Wong Tai Sin Temple

# EXHIBIT 112

Loretta Preska 法官

**28/1/2019**

有關：何志平醫生

致 Preska 法官：

我提交這封信件為何志平醫生求情。我認識他已經 8 年。是在香港大學舉辦的宗教活動中認識何志平先生。他對道教認識很深，還曾書寫道教書籍，並出版。

何志平先生為人熱心社會公益。他在香港中文大學教授，並成立眼科部門，培育醫生，提高醫療保健水準。後任職香港特區政府的民政事務局局長，除了不斷為社會大眾謀福祉，在任期間多次支持道教活動，如萬人誦道德經為主禮。在社會活動中，亦常以個人身份參加，親切安慰孤寡的人、幫助生病的人。

**最後請求法院在量刑時能夠展現寬容和憐憫**

莫彩珍　　敬上


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Mok Choi Chun, addressed to Hon. Loretta Preska, dated 1/28/19

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Judge Loretta Preska

**January 28, 2019**

**Re: Dr. Ho Chi-Ping**

To Judge Preska,

I hereby submit this intercessory letter on behalf of Dr. Ho Chi-Ping. I have known him for 8 years. I met Dr. Ho Chi-Ping at a religious event held by the University of Hong Kong. He has a deep understanding of Taoism, and has written and published books on Taoism.

Dr. Ho Chi-Ping is passionate about the public interest. He taught at the Chinese University of Hong Kong and established an ophthalmology department to nurture doctors and improve standards of medicine and health care. Later, he served as Secretary for Home Affairs for the Hong Kong SAR Government, and he not only continuously contributed to public welfare, but also supported Taoist activities many times during his tenure, such as serving as the officiating guest at the Tao Te Ching recital of 10,000 people. He also often attended social events in his personal capacity to comfort the lonely and help the sick.

**Finally, I hereby would like to sincerely ask the Court to show mercy and compassion in sentencing.**

Respectfully,

*[Signature] Mok Choi Chun*

# EXHIBIT 113



29 January 2019

Esteemed Chief Judge, Ms. Loretta Preska,

**LETTER OF SUPPORT FOR PROF. HO CHI PING, PATRICK**
By International Feng Shui Association (IFSA)

We are writing this letter in support of one of IFSA's Honorary Masters, Professor Ho Chi Ping, Patrick.

Professor Ho has been an Honorary Master since 2011, and has actively advocated responsible urban planning, for modern development to co-exist in harmony with natural surroundings. Most notably, he helmed our international conventions as keynote speaker in 2010, 2011 and 2015.

Being an ardent proponent of the arts and culture, he has made it his personal mission to promote cross-cultural exchange between China and Asian societies. This is evident with his generous contribution of both time and knowledge to help IFSA grow to what it is today. Over the last 8 years, his role as Honorary Master has been valuable in IFSA's expansion to its current six chapters worldwide.

His professional conduct has always stemmed from the best of intentions, and this is demonstrated in the positive impact he has made in society. His work with our association is among a long list of social contributions he has achieved, especially in bridging cultural differences among people.

The legacy of his work has already made an indelible mark in fostering cross border cultural exchange globally, and his presence will continue to benefit our association and its members. On account of his invaluable contribution to society, we appeal to your leniency.

Sincerely,

Darren Ng
President of the International Feng Shui Association

Grand Master Tan Khoon Yong
Vice-President of the International Feng Shui Association

# EXHIBIT 114

The Honorable Loretta Preska

二〇一九年一月二十八日

有關： 何志平醫生，Patrick

尊敬的 Preska 法官：

　　本人鄧熹專誠提交此函為何志平醫生求情，懇切希望　閣下在處理何志平醫生的判刑時予以考慮。

　　我與何醫生相識於九十年代中期的一個午餐聚會，席間經一位專業驗眼師的長者介紹認識。在此之前，我對於這位專業名醫已早有所聞，而初次相見，何醫生身上「醫者仁心」的和善及平易近人是我對他的第一印象。回想起來，他縱然知識廣博，卻從不高談闊論，言談舉止低調謙和，雖是一個短短的午餐，當時的情景卻依然歷歷在目。如今卻與何醫生分隔大洋兩岸，得知老朋友在異國他鄉的情況，實在痛心不忍。

　　2002 年，我從報刊得悉，何醫生獲邀加入香港特區政府，出任首批政治問責官員，擔任民政事務局局長，作為他的交心朋友，事前卻從未聽他提起。上任後，他依然踐行嚴謹認真的治學態度和關愛社群的醫者情懷，廣大香港市民有目共睹。尤其是 2003 年沙士（SARS）襲港時，面對香港近年最嚴重的瘟疫，何醫生親自衝在抗擊疫情的第一線，與政府的清潔隊伍奮戰在一起，推行「清潔香港」運動，並帶頭在街上赤腳洗地。我亦是從報章的報導才得知，事後當我有機會與何醫生共進晚餐時，他對於當時捨我為人的行為卻隻字未提。何醫生忘我工作、默默奉獻的事跡令我銘感至深，從此亦啟蒙了我在經營企業之餘盡己所能去奉獻社會的志願。

　　此外，何醫生對各行各業的發展亦十分關注並有獨特的見解。在一次工業界的社團活動中，時任何局長作為演講嘉賓，闡述了當今的工業需要富有創意才能提升競爭力，而且現實的工業已不單是製造業，還應包括藝術、演藝、廣告等創作與製作的「創意工業」，所以香港特區政府對香港工業樓宇的用途需要作出寬鬆調整，使得「創意工業」有更大的發展空間。此舉亦正是現時業界為之努力的工業政策方向之一，何醫生見解深遠可見一斑。

　　常言道，「醫者父母心」。本人誠奉此求情信，盼望　尊敬的法官

閣下念及何醫生一生善舉無數，為社群福祉盡心竭力，貢獻良多，在處理他的判刑時寬大量刑，讓何醫生能夠善始善終，在家人、朋友的陪伴下安度晚年！

敬上
二○一九年一月二十八日


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Tang Hei, addressed to Hon. Loretta Preska, dated 1/28/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016   I   T 212.689.5555   I   F 212.689.1059   I   WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Honorable Loretta Preska

January 28, 2019

Re: Dr. Ho Chi-Ping, Patrick

Dear Honorable Judge Preska:

I, Tang Hei, would like to submit this letter to intercede on behalf of Dr. Ho Chi-Ping. I sincerely hope that Your Honor would consider my statement before sentencing Dr. Ho Chi-Ping.

I met Dr. Ho at a luncheon in the mid-1990s through an introduction by a senior eye care professional. I had already previously heard about this expert, renowned doctor. When I met him for the first time, my first impression of Dr. Ho was that he was kind and approachable as a doctor with a caring heart. Looking back, even though he is a very knowledgeable person, he never showed off his knowledge by indulging in loud and empty talk; instead, he spoke and behaved modestly and humbly. Although it was just a short luncheon, I still remember every detail of it. Today, it is really painful for me to learn what my old friend is going through in a foreign land across the ocean.

In 2002, I learned from the news that Dr. Ho was invited to join the Hong Kong SAR Government as Secretary for Home Affairs as part of the first batch of principal officials. Even as his close friend, I had never heard him mention this before. After he took office, the people of Hong Kong could see that he maintained a rigorous and earnest academic attitude and a spirit of care for the community as a doctor. In particular, during the SARS epidemic in Hong Kong in 2003, in the face of the most severe epidemic in Hong Kong's recent history, Dr. Ho rushed to the front line in the fight against the epidemic and worked with the government's sanitation team to implement the "Hong Kong Cleanup" campaign, where he took the lead by washing the ground barefoot in the street. I learned that from the press as well. When I had the opportunity to have dinner with Dr. Ho afterwards, he did not mention anything about his altruistic acts. I was deeply touched by Dr. Ho's selfless work and silent contributions, and since then, I have also been inspired to do my best to contribute to society, apart from running my business.

In addition, Dr. Ho is also very concerned about the development of various industries and has his own unique insights. Once at an event for the industrial community, as then Secretary for Home Affairs and a guest speaker, he explained that today's industries needed to be creative in order to increase their competitiveness, and in reality the industry not only was about the manufacturing industry, but should also include the "creativity industry", such as the creation and production of fine arts, performing arts, and advertising. His point was that the Hong Kong SAR Government thus needed to reduce restrictions on the use of industrial buildings in Hong Kong, which would give the "creativity industry" more room

for development. What he said was exactly one of the industrial policies that the industrial community today has been working toward, which shows how insightful Dr. Ho was at that time.

As the saying goes, "a doctor has the heart of a parent." I am sincerely submitting this intercessory letter and hope that Your Honor would be lenient toward him in your sentencing by taking into account the fact that Dr. Ho has done numerous good deeds in his life and devoted himself to making countless contributions to the welfare of society, so that Dr. Ho can start well and end well, and spend the last years of his life in peace and comfort in the company of his family and friends!

[*signature*]

Respectfully,

January 28, 2019

# EXHIBIT 115

Loretta Preska 法官

2019 年 1 月 31 日

**有關何志平醫生**

致 Preska 法官：

我提交這封信件為何志平醫生求情。我認識他已經 12 年，非常了解他的為人。

在 2006 年的某一天，何志平醫生當時仍然是特區政府民政事務局局長，他邀請與我見面，這是很特殊的一件事情。我和何醫生之前素未謀面，由於他想推動中國傳統文化，知道我在這方面也屬專家，便邀請與我見面。二人會面的時候，何醫生滔滔不絕的談及如何弘揚中國傳統文化，彼此談得很投契，我深受感動。在同一次會面，何醫生邀請我加入民政事務局轄下的委員會。

從見面的那一天起，一直到何醫生離任民政事務局局長職位的大約兩年，我們是同事關係；其後何醫生繼續推動傳統文化，我又協助他，大概到 2012 年。

在民政事務局轄下委員會共事期間，是我們彼此聯絡最多的一段時期，因為很多文化推動的工作，事前都要商量，部署，推行，事後要檢討，改善，總結。這段時間對何醫生而言，是他政途達到的最高峰，對我而言，是我人生旅途的轉捩點。我能夠參與政府事務，對社會有所貢獻以及與民間團體建立了廣泛而深入的關係，都是由何醫生的提拔扶持所致。因此，何醫生是我的恩人。

我認識何醫生的時候，他已經是特區政府官員，我知道他是眼科醫生，但在他的局長任內，我從沒有聽他說過有關醫學方面或眼科醫療的事情，他表現出一位稱職的政府官員，他從頭到尾，念茲在茲，都是說有關如何在香港推動中國傳統文化，如何能最有效推動以及令更多人受惠。

何醫生對推動落實中國傳統文化以及民間習俗方面，確實是大力進行的。就本人直接知道的，就是對傳統廟宇進行提昇的工作，使廟宇的管理現代化。此外，他對於推動小孩子閱讀中國傳統文化的讀物非常熱心，這些都是對小孩子成長中培養良好德性的必由途徑。其後何醫生退出特區政府，卻依然為推動中華傳統文化而盡心盡力，例如舉辦不少有關傳統文化方面的學術研討會。

何醫生做事有毅力，能服眾，但又不以官位壓人。我念念不忘的，是和何醫生多次在酒店餐廳飲下午茶，大家一起討論文化項目該如何推行的時光。這是我所感受到最親切的時刻，這也是何醫生表現出他人格魅力的時刻。

何醫生是一位正直有擔當的好人。懇請法院在量刑時，能夠展現對何醫生的寬容與憐憫。非常感謝。

鄧立光敬上



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Tang Lap Kong, addressed to Hon. Loretta Preska, dated 1/31/19

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Judge Loretta Preska

January 31, 2019

Re: Dr. Ho Chi-Ping

To Judge Preska,

I hereby submit this letter to intercede on behalf of Dr. Ho Chi-Ping. I have known him for 12 years and know him very well.

One day in 2006, while Dr. Ho Chi-Ping was still Secretary for Home Affairs for the Special Administrative Region (SAR) government, he asked to meet with me. This was a very special occasion since Dr. Ho Chi-Ping and I had never met before. Because he wanted to promote the traditional Chinese culture, he invited me to meet with him when he found out that I was an expert in that field. At our meeting, Dr. Ho poured out his thoughts on how to carry forward the traditional Chinese culture. We had a seamless conversation with each other and I was deeply touched by this discussion. At the same meeting, Dr. Ho invited me to join a committee under the Home Affairs Bureau.

Starting from the day we met, for about two years until Dr. Ho left his post as Secretary for Home Affairs, we worked as colleagues. After that, Dr. Ho continued to promote the traditional culture, and I assisted him, until about 2012.

We communicated the most while we were working together on the committee in the Home Affairs Bureau because much of the work relating to cultural promotion had to be discussed in advance, deployed, implemented, then reviewed, improved and summarized afterwards. For Dr. Ho, this period of time was the best years of his political career. For me, it was a turning point of my life. Thanks to Dr. Ho's inspiration and support, I was able to participate in government affairs, contribute to society, and establish extensive and in-depth relationships with civil society. Therefore, I owe very much to Dr. Ho.

When I met Dr. Ho, he was already an official of the SAR government. I knew that he used to be an ophthalmologist. But during his term as Secretary, I never heard him say anything about medical or ophthalmic medical treatment. He proved to be a capable government official from the beginning to the end, focused on his duties. What he always talked about was how to promote the traditional Chinese culture in Hong Kong and how to most effectively promote social welfare and benefit more people.

Dr. Ho has made great efforts to promote the implementation of the traditional Chinese culture and folk customs. As far as I know, Dr. Ho worked to optimize and modernize the management of traditional temples. In addition, he has been very passionate about promoting youth education on the traditional Chinese culture. These are necessary ways for children to develop good moral character. Dr. Ho has since left his post in the SAR government, but has continued to contribute to the promotion of the traditional Chinese culture, such as organizing many academic seminars on the traditional culture.

Dr. Ho has persevered in his work, and while able to engage the public, he does not overpower others using his official authority. I always remember the number of times when I had afternoon tea with Dr. Ho at a restaurant and discussed how to carry out cultural projects. In those moments, I felt very close [to Dr. Ho], and I also saw how personable Dr. Ho is.

Dr. Ho is a good man who is upright and responsible. I hereby sincerely ask the Court to show mercy and compassion to Dr. Ho in sentencing. Thank you very much.

Respectfully,

*[Signature]*

Tang Lap Kong

# EXHIBIT 116

# 求　情　信

Loretta Preska 法官

2019 年 1 月 9 日

有關：何志平先生

致 Preska 法官：

我提交這封信件為何志平先生求情。我認識他已經超過十年，非常瞭解他的為人。

何志平先生是我在香港中華能源基金會的同事。在共事的日子裡，令我感觸最深的是，他所表現出高度的工作熱情和極強的責任心，全身心地投入到基金會的各項工作中，幫助基金會在拓展國際外交和解決國際能源問題等方面做出了積極的貢獻。

在何先生擔任香港中華能源基金會秘書長期間，他推動和組織舉辦了多項重大論壇活動，包括中美高端對話、美中及兩岸關係三邊研討會、中美能源二軌對話等，並推動在聯合國設立 "UN-CEFC 能源可持續發展資助大獎"，發展能源技術、能源戰略研究，促進了國際交流合作與公益事業，造福了能源研究與可持續發展事業。

何先生待人真誠，關愛同事，有著強大的人格魅力，深

得同事們的擁戴。同事遇有困難，他往往第一時間給予幫助，助其渡過難關。他還將他豐富的工作經驗無私地向員工同事分享，使員工同事們的工作素質和能力獲得了很大的提升。

何志平先生的種種作為，不僅使身邊的人如沐春風，而且對社會的發展產生了積極的意義。在此，懇請 Preska 法官多予寬容，給何志平先生在往後的日子裡，為親人朋友、民眾百姓奉獻自己更多的專業才智和熱情關愛的時間和機會。

陈秋途　敬上



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Chan Chauto, addressed to Hon. Loretta Preska, dated 1/9/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# Letter of Intercession

Judge Loretta Preska

January 9, 2019

Re: Mr. Ho Chi-Ping

Honorable Judge Preska,

I write this letter to intercede on behalf of Mr. Ho Chi-Ping. I have been well acquainted with him for over 10 years and have known his virtue and character very well.

Mr. Ho Chi-Ping is my colleague at the China Energy Fund Committee (Hong Kong). While we were working together, what impressed me the most was that he showed a high degree of passion for his work and a strong sense of responsibility. He devoted himself to the work of the Committee and has made positive contributions toward helping the Committee further international diplomacy and solve international energy problems.

During his tenure as the secretary-general of the China Energy Fund Committee (Hong Kong), he promoted and organized a number of important forum events, including high-level dialogues between China and the United States, a trilateral symposium on the U.S., China and the cross-strait relations, and the U.S.-China Track II Energy Dialogue. He has also pushed forward the establishment of the "UN-CEFC Energy Sustainable Development Grant Awards" [official English name: "UN-DESA Energy Grant"] at the United Nations to develop energy technologies and energy strategy research, promoting international exchanges and cooperation and public interest work, as well as energy research and sustainable development work.

Mr. Ho Chi-Ping treats people with sincerity and cares for his colleagues. He is very personable and charming and is very well-liked by his colleagues. When there is any colleague encountering difficulties, he has often provided immediate aid to help the colleague tide over the difficulties. He has also selflessly shared his extensive work experience with his colleagues, which has greatly improved their work quality and skills.

Mr. Ho Chi-Ping's various acts have not only been helpful and enlightening to the people around him, but also had positive impact on the development of the society. Here, I sincerely request Your Honor to be more generous and compassionate when sentencing Mr. Ho Chi-Ping, so as to give him the time and the opportunity to give more expert knowledge and wisdom and warm care to his family, friends and the public in the days to come.

Sincerely,

Chan Chauto

[signature]

# EXHIBIT 117

**Dear Honorable Judge Loretta Preska,**

I have known Dr. Patrick Ho since 2011. In addition to official dealings, I consider Dr. Ho to be an upright person generally and someone I admire for his dedication to public services.

Dr. Ho was educated in the United States for 16 years. He returned to Hong Kong in 1984 and started contributing to Hong Kong and Chinese society. Others will mention his key role in helping set up the Ophthalmology Department at the Chinese University of Hong Kong and his contribution to the medical education in China. Here I would refer to his public services based on my own knowledge as a news reporter and my personal experience while working with him.

**A Responsible Public Servant**

As a Cabinet Member and the Secretary for Home Affairs of Hong Kong Special Administrative Region (HKSAR) Government, Dr. Ho took charges of a wide policy portfolio ranging from district administration, human rights, arts and culture, sports and recreation, youth and religious matters, gaming and charities, to overall liaisons with the civil society.

Since then, Dr. Ho has held a progressive approach in human rights and pushing the legislation on Village Representative Election. The purpose of the Bill is to bring Village Representative elections under a statutory framework to ensure that they are conducted in an open, fair and honest manner and that they are consistent with the Hong Kong Bill of Rights Ordinance and the Sex Discrimination Ordinance. Briefly, a person who is 18 years of age or over, has been a resident of the Existing Village for 3 years, and is a Hong Kong permanent resident, is eligible to be registered as an elector for the election of a Resident Representative. This is a remarkable breakthrough in promoting democracy in Hong Kong after 1997.

Many commentators and newspapers had warned him before that it was an extremely difficult task due to the polarized political environment. It was an agonizing decision for him as he had to override certain internal oppositions and risk personal credibility and trust before members of the Rural Committees. Nevertheless, Dr. Ho did not shrink from responsibility. He had the courage to stand by what he believed to be right and fight for the sake of the long-term wellbeing of Hong Kong.

**An Outstanding Citizen Diplomat**

During my tenure as an officer of CEFC, one of my tasks was to help Dr. Ho in preparing his public speeches and PowerPoint slides. Dr. Ho often shared his scholarly thought with me. He truly believes that promoting international cooperation and mutual respect is essential for the common good of our society. That is why he took the initiative in organizing a series of colloquiums on issues of Sino-US relationship (Sino-US Colloquium) in Washington D.C. and in Hong Kong, as well as the intercultural dialogues (New York Forum on World Civilizations) in the New York City.

Sometimes we questioned the purpose and the effect of those forums. Dr. Ho would remind us that the outcome might not be seen immediately, but someone had to take the initiative. Dialogue is the only means through which disputes could be settled or mitigated. I remember his sayings often and I believe they reflect what he really thinks.

Owing in no small part to Dr. Ho's effort, CEFC had brought together senior officials, academic and business elites from China and the United States to conduct in-depth discussions across a range of issues such as politics, economics and culture, and interests common to both countries as well. As the general secretary of a think tank, Dr. Ho has demonstrated the ability to address mutual concerns and strengthen the consensus between the two countries and the two people.

**A Considerate Boss**

When I was working in CEFC, I saw a hard-working, dedicated, and intelligent secretary general who was a demanding yet caring supervisor. Dr. Ho is a true scholar and he supports his staff's desire to further their education. I was particularly indebted to him for his encouragement and personal mentorship. He used to encourage me to attend academic conferences and workshops. Even though I left the organization and pursued my own career in the news industry, Dr. Ho connected me with some academic programs. He also took a certain time to provide me with advice in my personal study.

In addition, Dr. Ho's organizational skills, professionalism, and kindness created an office environment that was enjoyable to work. He would show compassion and flexibility whenever I need a day or even a couple of weeks to take care of my sick family members.

In his position as a public servant and a citizen diplomat, Dr. Ho has truly poured

himself out. I strongly believe his significant efforts and contributions to Hong Kong and the better understanding between China and the United States should be properly recognized. I wish that your Honor may find it appropriate to show leniency to Dr. Ho at the age of 70.

Yours Sincerely,

Chow Siu Tong

**January 28, 2019**

# EXHIBIT 118

**HKAEE** 香港能源經濟學會
**HONG KONG ASSOCIATION FOR ENERGY ECONOMICS**

*Lorretta Preska* 法官

有關： 何志平醫生

致 Preska 法官：

本人提交這封信件為何志平醫生求情。本人認識他約十八年，期間與他有不少合作及交流的機會，對他的性格及為人有一定的了解，現略析如下：

本人與何醫生乃於 2000 年出席由城大校長張信剛教授主辦的「文化沙龍」活動上認識，當晚何醫生受邀表演拉小提琴，琴聲扣人心弦，感到他十分喜歡音樂。我們在晚宴上交換了名片，淺談了一會。

後來我倆有一起工作的機會。2002 年，何醫生出任民政事務局局長，筆者則接受特區政府的邀請，成為該局轄下的「青年事務委員會」以及「國民教育委員會」的委員，後者其時開展了「心繫家國」電視短片的諮詢工作。此一短片擬於本地電視台每晚六點半新聞後播出，以中國國歌為主題音樂，播出一些關於中國特色的片段，如國內的河山風光及歷史文化遺跡等，以加強港人的國民意識。

有關此計劃，何醫生曾多次出席會議，與多位學者及委員直接交流。他做事認真而有效率，又樂意聆聽各方人士的意見，態度謙和。例如，筆者當時曾提出，台灣乃中國的一部分，影片可考慮加入台灣的美麗景色，後來發現影片播出時，加入了阿里山漫天雲海的景觀。「心繫家國」系列影片至今仍在播放，而且內容與時並進不斷更新。可見何醫生的前期工作做得挺成功，其構思才一直沿用至今。

何醫生完成首屆局長任期後便離開政府，於 2009 年成立「中華能源基金會」(CHINA ENERGY FUND COMMITTEE-CEFC)，當年該會邀請筆者為顧問及後來的榮譽高級研究員，這幾年與何醫生接觸多些，對他的性格有更深入的了解。

由於本人的專業主要研究能源及國際關係，其時替 CEFC 審稿及撰寫關於能源的文章。個人亦曾多次出席 CEFC 舉辦的高級別研討會，講者多為社會名人，如世界級

的學者、國際組織如聯合國的領袖，及中美的軍方高層等。CEFC 提供一個高質素的
國際交流平台，對各個議題作貼地而有建設性的討論，十分有價值。

何醫生主持的會議流暢而有效率，他對各議題的觀點持平，談吐得體。再者，通
常 CEFC 在研討會舉辦前一天或活動完結後都會設宴招待來賓，何醫生在宴會中表現
得親和友善，令一眾出席者感到如沐春風。

2013 年 CEFC 在美國的華盛頓及紐約，舉辦中美能源會議暨新書發佈會，筆者伴
隨何醫生及幾位 CEFC 人員一同前往參與，筆者為其中一位講者。美國之行，我與何
醫生多了私人時間作朋友式的交談，了解到他另一面的性格。

他與熟悉的朋友聊天時率直親和的一面，他不介意告訴別人自己來自普通(基層)
的家庭，例如他曾告訴筆者，他於 1968 年到美國讀書，因負擔不起昂貴的機票，最終
只能坐船前往；留學期間，每年聖誕及暑假期間都會外出打工，以支付讀書及生活費
用。可見他有上進心及堅毅的性格，勤奮好學，為年青一輩的好榜樣。

在何醫生的領導下，CEFC 亦做了不少回饋社會的工作，例如，它舉辦了多場能源
及國際關係研討會，邀請世界各地的學者、傳媒或政府高層到來參與，既有助增進國
際交流及了解，亦有利於維護世界和平。

此外，CEFC 又出版了一些關於中國能源的刊物，描述中國的能源狀況給國際朋友
認識，亦有刊物介紹外國(尤其是美國)的能源技術及發展，給中國的讀者閱讀。此等
工作增進了國與國之間的學術交流及研究，擴闊讀者的國際視野，甚具意義。

還有，何醫生對中國傳統文化具濃厚興趣，CEFC 出版了一些刊物弘揚中國傳統文
化、思想及文學等，加上何醫生十分喜歡音樂，又喜歡拉小提琴，可見他是一個人文
主義者(HUMANIST)，個性溫文儒雅。

從本人與何醫生多年的相處看，他為人率真，待人真誠，先後成為名眼醫、局長
及智庫的領袖，所從事的行業都是以服務社會大眾為依歸，對香港、中國及國際社會

皆有傑出的貢獻。最後請求法院量刑時能夠展現寬容，對何醫生從輕發落，酌情輕判。謝謝。

前香港浸會大學教授(1976-2014 年)
前浸會大學香港能源中心主任(1998-2014 年)
香港能源經濟學會會長

周全浩 (Larry C.H. Chow, Ph.D.) 博士、教授 敬上

2018 年 12 月 30 日



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Prof. Larry C.H. Chow, addressed to Hon. Loretta Preska, dated 12/30/2018.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**HKAEE  HONG KONG ASSOCIATION FOR ENERGY ECONOMICS**

The Hon. Loretta Preska,

### Re: Dr. Ho Chi-Ping

Dear Hon. Preska,

I am submitting this letter to intercede for Dr. Ho Chi-Ping. I have known him for eighteen years, during which time I have had ample opportunities to work and interact with him. Below are my brief thoughts based on my knowledge about his personality and character:

I became acquainted with Dr. Ho in 2000 while attending the "Cultural Salon" event hosted by Prof. Chang Hsin-kang, President of the City University of Hong Kong. Dr. Ho was invited to give a violin performance, which captivated the audience, and I could feel that he loved music. We exchanged business cards and had a brief conversation during dinner.

Later we had an opportunity to work together. In 2002, Dr. Ho took the position as Secretary for Home Affairs, and I accepted the offer from the Government of [Hong Kong] Special Administrative Region and became a member of the Commission on Youth and the Committee on the Promotion of Civic Education under the Home Affairs Bureau.  I then worked as an advisor for a small TV program called "Home Country in My Heart", which was to be broadcasted on a local TV channel after the 6:30 News. The TV program played the national anthem of China as its background music and presented scenes that are characteristic of China, such as picturesque mountains and rivers and historical and cultural relics of China, in order to enhance the national civic consciousness of the Hong Kong people.

Dr. Ho attended numerous meetings and directly communicated with many scholars and committee members relating to this plan [for the TV program]. He worked in an earnest and efficient manner with a modest attitude, and loved to hear the opinions of people from different circles. For example, I put forward that Taiwan is part of China, and the beautiful sceneries of Taiwan may be taken into consideration for inclusion into the TV program. I later found out that the TV program did actually include scenic images of the Alishan Mountains [in Taiwan]. The "Home Country in My Heart" series is still being broadcasted today, its content continuously being updated to keep pace with the times. This is evidence of the successful work of Dr. Ho at the early stages, which has enabled his idea to live on even to date.

Dr. Ho left the government after having finished his first tenure as Secretary, and founded the China Energy Fund Committee – CEFC in 2009. That same year, CEFC offered me a position as an advisor and later as an honorary senior research fellow. I had more interactions with Dr. Ho during those years, which enabled me to get to know his character even more deeply.

Because I primarily specialized in the research of energy and international relations, I edited and wrote articles on energy for CEFC. I have also personally attended a number of high-level seminars organized by CEFC, and my speakers were predominantly public figures, such as world-class scholars, leaders of international organizations including the United Nations, and senior military officials of both China and the United States, among others. CEFC provided a high quality platform for international exchanges, and conducted pragmatic and constructive discussions on various topics, which are quite valuable.

Dr. Ho hosted these events effectively and efficiently, maintaining a balance in viewpoints for different topics and speaking with eloquence. In addition, CEFC often held a banquet either the day before the seminar or after the completion of the event to entertain the guests. In such banquets, Dr. Ho was kind and friendly and made all the guests present feel welcomed and happy.

In 2013, the CEFC held a Sino-U.S. Energy Conference and a new book release conference in Washington D.C. and New York in the United States. I went to the conference with Dr. Ho and a few staff members of CEFC and was one of the speakers. During that trip to the United States, Dr. Ho and I spent more time having personal conversations like friends, which allowed me to learn more about his personality.

When talking with close friends, he was frank and easy going. He did not mind telling others that he came from an ordinary family of a humble background.  For instance, he once told me that when he went to study in the United States in 1968, he ended up taking a ship as he was unable to afford an expensive flight ticket. During his overseas study, he worked during Christmas and the summer break each year in order to make money to pay for his tuition and living expenses. This is evidence of his enterprising spirit and strong character, his diligence and his thirst for knowledge, which makes him a great example for the younger generation.

Under Dr. Ho's leadership, CEFC has done a great deal of work that has given back to society – for instance, they have held many energy and international relations seminars, to which scholars, media personnel and senior government officials from all over the world were invited to attend, and which have both facilitated international exchange and mutual understanding as well as the promotion of world peace. In addition, CEFC has also published publications related to energy in China, informing our friends in the international community of the current status of energy in China. There are also publications introducing to the Chinese audience the energy technologies and developments in foreign countries (especially in the United States). Such work has promoted academic exchanges and research among countries, and broadened the global-minded vision of the readers, which is meaningful.

Dr. Ho is also deeply interested in the traditional culture of China. CEFC published works that promote China's traditional culture, philosophy and literature, among others. Furthermore, Dr. Ho is fond of music and enjoys playing the violin. This shows that he is a cultured and scholarly humanist.

In light of the many years that I have known Dr. Ho, he is an honest and sincere person, having successively been an ophthalmologist, a Secretary [for Home Affairs] and the leader of a think tank.  He has always served the general public, making outstanding contributions to Hong Kong, China and the international community. Lastly, I hope the Court will show compassion in sentencing, be lenient in Dr. Ho's punishment, and render a light sentence. Thank you.

Former professor of Hong Kong Baptist University (1976 - 2014)

Former director Hong Kong Baptist University Asian Energy Studies Centre (1998 - 2014)

President of the Hong Kong Association for Energy Economics

[*signature*]

Respectfully submitted by Larry C. H Chow, Ph. D., Professor

December 30, 2018

# EXHIBIT 119

**The Honorable Loretta Preska**

**January 02, 2019**

**Re: Dr. Patrick Ho**

**Dear Judge Preska:**

謹此向您提交有關 **Dr. Patrick Ho** 的支持信，我在 **2008** 年 **3** 月經教會的朋友介紹認識 **Dr. Ho**，在同年 **8** 月便與他一起工作，對於 **Dr. Ho** 這 **10** 年間的工作和處事有一定了解。

當時是他從政府民政事務局局長退下來的時間，起初我對 **Dr. Ho** 的認識也不多，只是從報紙或電視上看過他的新聞，經過一段時間的相處後，發覺他並沒有高官的架子，且非常隨和，樂於助人，有些我不懂的事情，他都會從旁指導。

令我印象深刻的是他在 **2008** 年四川汶川大地震後，發揮他在社會裡的人脈，開展了賑災工作，特別是對於在這次災難中頓成孤兒的一群，透過募捐款項，為這群孤雛提供支援，包括教育，住所和助養等行動。他的付出雖不至解決所有災後問題，但起碼可讓受災的兒童提供一點温暖。

及後 **2010** 年，中華能源基金委員會成立，我亦隨 **Dr. Ho** 加入了基金會，為辦好基金會的工作，他付上了大部份時間，甚至犧牲他與家人相處的時間。中華能源基金委員會由藉藉無名至辦得聲聲有色，**Dr. Ho** 的功勞不少，基金會在他的帶領下，由出版中國國學月刊、能源月刊(Energy Journal)和能源年報(Energy Focus Report)，在香港不定時舉辦 "國民教育" 講座，每年在美國和香港均舉辦 "中美對話" (Sino-US Colloquium)論壇活動，更贊助聯合國舉辦 "能源可持續發展大獎" (UN Energy Grant Award)，又於聯合國舉辦 "中國故事"(China Story)講座，目的都是讓世人了解中國現時的發展，相互扶持，提高互信。

**Dr. Ho** 是一位我非常尊敬的長輩和上司，他學貫東西，中西文化、醫術和音樂都非常出衆，與 **Dr. Ho** 一起工作這段期間，他沒有擺出高高在上的架

子，更加沒有嫌棄我的才疏學淺，不斷從旁教導，還私下建議我要工餘進修來增加知識。

其實他在官場退下來的時候，本可以安安樂樂的享受退休生活，他沒有金錢煩惱，也沒有經濟壓力，同時擁有一個美滿的家庭，但他卻選擇無私的為社會付出，教導後輩、推動文化、服務社會、服務國家。

我謹希望法官大人於量刑時，請考慮到 Dr.Ho 的年紀已不輕，且他的人生大部份時間都奉獻給社會，現時只希望讓他早點回到家人的身邊，享受與家人生活餘下片刻。

Roger Fong


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Fong, Roger, addressed to Hon. Loretta Preska, dated 1/3/2019.

_____
Aurora Landman

Sworn to before me this
March 6, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Honorable Loretta Preska

January 02, 2019

Re: Dr. Patrick Ho

Dear Judge Preska,

I would like to hereby submit this letter of support regarding Dr. Patrick Ho. I met Dr. Ho in March 2008 through my friends from church and started to work with him that same year in August. Therefore, I have an understanding of Dr. Ho's work and acts from the past 10 years.

At that time, he had just stepped down from his post as Secretary for Home Affairs. Initially I did not know much about Dr. Ho and had only seen news about him from the newspaper or on television. After spending some time with him, I realized that he never acts superior like a typical senior government official. He is also very easy-going, loves to help others, and would always provide me guidance if I did not understand something.

What impressed me the most was how he used his social connections for disaster relief after the 2008 Sichuan earthquake, especially for the group of orphans that lost their parents in the disaster. Through fundraising, he supported this group of orphans by providing necessities such as education, housing, and adoption assistance. His efforts may not have been enough to solve all of the post-disaster problems, but they at least made the children affected by the disaster feel that they were loved and cared for.

Subsequently in 2010, with the establishment of the China Energy Fund Committee (CEFC), I also followed Dr. Ho and joined the foundation. In order to make sure that the foundation ran smoothly, he devoted most of his time to it and even sacrificed his family time. Dr. Ho deserves much credit for how CEFC went from obscurity to become a successful organization. Under his leadership, the foundation has published monthly Chinese Classics Journal, Energy Journal, and Energy Focus Report, and has been holding "citizen education" lectures in Hong Kong from time to time, as well as the "Sino-US Colloquium" forum every year in the United States and Hong Kong. It sponsored the UN's launch of the "UN Energy Grant Award" and held "China Story" lectures at the UN. The objectives of these activities were to help the world understand China's current developments in order to promote mutual support and enhance mutual trust.

Dr. Ho is a senior and a boss that I think very highly of. He studies various things, and his understanding of the Chinese and Western culture, medicine and music are outstanding. When I was

working with Dr, Ho, he never acted superior or thought that I was not talented or knowledgeable enough for him. Instead, he constantly provided me with guidance and even advised me in private to take extra time to pick up new knowledge and skills.

In fact, at the time when he stepped down from his post in the government, he could have enjoyed his retirement in peace since he had no financial worries or economic pressure, and he has a happy family. However, he chose to selflessly contribute to society, providing guidance for the younger generation, promoting culture, and serving society and the country.

I sincerely hope that in your sentencing, Your Honor would take into account Dr. Ho's old age and the fact that he has devoted most of his life to society. My only request now is for him to return to his family as soon as possible so that he can enjoy the rest of his life with his family.

Roger Fong
[signature]

# EXHIBIT 120

The Honorable Loretta Preska

January 21, 2019

**Re:        Dr. Patrick Ho**

Dear Judge Preska:

I submit this letter to support Dr. Patrick Ho.  I have known him for the past seven years through our work together and I believe I know him and his character quite well.

Dr. Ho and I became known to one another through our respective associations with the work of the U.S. Energy Security Council, where I am a member, and his work with CEFC Foundation, which interfaced with the Council on matters of common interest, especially cleaner alcohol transportation fuels for personal vehicles, as well as other more radical alternative energy for vehicles, such as electric battery and hydrogen fuel cell technologies to replace internal combustion engine technologies.  In the two largest transportation markets of the world, U.S. and China, cooperation, collaboration and directional information sharing on fuels and alternative technologies are viewed as important endeavors to address air quality, climate change, sustainable development and the future of transportation.

In my role as the former (retired) President of Shell Oil Company and his role as the Chair of a significant energy public interest foundation in Hong Kong, we discovered that we had common interests in the future of energy and sustainability.  The fact that we are about the same age and that I lived in Hong Kong during the middle to later 1990's at the time of the handover of the governance to China also connected us to one another and we became friends as well as engaging as professional colleagues. (I did not know Dr. Ho at that time.)

In the early years our engagement was infrequent but important.  Dr. Ho established a communications channel between CEFC Foundation and the U.S. Energy Security Council by initiating information exchanges in New York City and Washington, D.C. with important energy and environment thought leaders from China with members of the Energy Security Council and other invited guests of financial firms and associations in New York and government, media, academic and association officials in D.C. to respectively present at venues such as the National Press Club to discuss new or ongoing initiatives, research and findings in both  countries. Similarly the U.S. National Security Council members attended meetings in Beijing or Shanghai at the invitation of CEFC Foundation.  To the best of my knowledge costs of such events were mutually shared by both organizations and the individuals participating.  For example my own personal costs were always born by me, whether in the U.S. or elsewhere at that time.  There were no honoraria for speaking, which I did on several occasions.

In late 2014 I was invited by WU Hongbo, Under-Secretary-General of the United Nations, upon the recommendation of Dr. Patrick Ho, to join a voluntary committee of international energy and environmental experts under the auspices of the United Nations, Division for Sustainable Development, Department of Economic and Social Affairs. CEFC Foundation under Dr. Ho had proposed and the United Nations had accepted a voluntary gift of funds to support an international competition to recognize leadership and innovation in sustainable energy initiatives. The Committee was formed to evaluate applications and recommend the finalist awardees on an annual basis. A prize of $1 million was to be awarded to the ultimate final winner each year. CEFC Foundation provided the funding of the prize as well as the costs of the meetings and evaluation process under the financial rules and regulations of the United Nations.

Over the succeeding three years I learned much from and about Dr. Ho as a member of this Committee. The frequency of our connection and the duration of the meetings in New York, Beijing and Hong Kong provided many hours of interaction. During these times together I was continually impressed by Dr. Ho's understanding of and commitment to sustainable development as expressed in a myriad of ways. He was present for all of the Committee's deliberations about the many applicants and finalists for the prizes; he joined us for the meals and other social engagements that were part and parcel of the gatherings; he was both thought leader and advisor during the committee engagements, always deferring of course to WU Hongbo, who led the meetings officially in his capacity as United Nations Under-Secretary-General. In addition I had occasions for private discussions with Dr. Ho during these gathering.

In private discussion I continued to discover much that we had in common with respect to the global futures of energy and the environment. He was curious about my teaching of both topics at Arizona State University, Kansas State University and University of Houston as well as my leadership agenda during my years as President Shell Oil Company. He became aware of my many years of working with and within China and other parts of the world on energy and environmental sustainability matters. Likewise I learned from him how he had become interested in energy and sustainability following his medical and public service careers and what his expectations were for the future. I came to learn that he was also leading and funding major research and publication of such research to influence future energy and sustainability outcomes over and above his very public work via the United Nations through the CEFC Foundation.

My view and understanding of Dr. Ho fundamentally revolved around his dedication and commitment, like my own, to the impact on the world, developed and developing, of the future of energy and sustainable development. He and I frankly discussed the importance of energy in terms of its availability, affordability and sustainability as the life blood of society and the impacts and remedies for climate change, the potential ruination of society, using all means available to educate, communicate and influence decision makers across all sectors of society, especially government, business and non-governmental associations on sound public policy. Our respective passion and mutual commitment sustained our levels of mutual respect.

Everything I knew and witnessed of Dr. Ho role modeled my expectations of a Foundation leader who was leveraging every means available to reach, engage and influence stakeholders wherever possible.  I say this with personal knowledge of other Foundation leaders that I have known and worked with in the U.S. and around the world, including organizations such as the National Resources Defense Council, Friends of the Earth, Greenpeace, Conservation International and many others, if on a somewhat smaller scale, considering CEFC Foundation's more recent founding and plan of work.  I saw his organization as similar to what I experienced among the major integrated international oil companies such as the Shell Foundation, Shell Oil's own foundation, the ExxonMobil Foundation, the BP Foundation, and others that provide a philanthropic activist outreach for the larger organizations that fund them.

In summary I hold Dr. Patrick Ho in high regard for his organization and thematic leadership of critical issues impacting the world of today and tomorrow.  I respect the integrity and honesty that I witnessed on a sustained basis over multiple years.  I saw the respect that others showed to him from United Nations officials to my colleagues on the Committee for Powering the Future We Want under UN auspices.  I also witnessed the respect he was shown by members of the U.S. Energy Security Council, which included retired CEO's, former Senators, former Cabinet Officials and other distinguished Americans during the presentations and discussions of serious energy and environmental matters affecting the United States and China.

I pray that Dr. Ho's past contributions to society, including during the period in which I worked closely with him, will be taken into account to provide leniency at sentencing.

Very truly yours,

John D. Hofmeister

Former President Shell Oil Company; Founder and CEO, Citizens for Affordable Energy;

# EXHIBIT 121

Loretta Preska 法官

**日期：2019 年 1 月 31 日**

　　　　有關：　　　　何志平醫生

致 Preska 法官：

　　　　我提交這封信件為何志平醫生求情。我認識他已經 7 年。

　　　　我是許小鳳，英文名：Phoenix。2011 年踏足中華能源基金會這個大家庭。在基金會這些年內我發現公司會定時舉辦很多不同主題的國民教育講座，目的都是想大眾可以更加清晰明確了解自己國家。還有一些大型能源論壇。何先生十分熱愛工作，又很愛錫他的家人。在工作上他會帶領著我們所有同事不斷進步，並不段鼓勵我們要努力。

　　　　我是一名只擁有中五學歷的小職員，但他從來沒有懷疑過我的能力、實力。每年都會給予我一些不同崗位的職責讓我去嘗試。我由一名入職時當前台職員協助聽電話、收發信件、訂文具。到後期開始協助同事訂場地舉辦活動、行政工作、預訂機票酒店及當地車輛接送行程等。宜我每次也會迎接這些新挑戰從不會令他失望。每次跟他核對行程和訂餐廳他也會向我微笑道謝並開口讚揚我。他每一次的讚揚也今我日後做得更好。我非常感謝他對我的肯定。何先生多謝您。你在我心中是一位非常優秀的老闆能與你一同工作我感到非常榮幸。謝謝你！我的老闆「何志平先生」。

　　　　希望法官於量刑時從輕。

　　　　　　　　　　　　　　　　　　　　　　簽署：Hui Siu Fong

　　　　　　　　　　　敬上


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Phoenix Hui, addressed to Hon. Loretta Preska, dated 1/31/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

The Hon. Loretta Preska

**Date: January 31, 2019**

**Re: Dr. Ho Chi-Ping**

Dear Hon. Preska,

I am submitting this letter to intercede for Dr. Ho Chi-Ping. I have known him for 7 years.

My name is Hui Xiu Fung, and my English name is Phoenix. I joined the China Energy Fund Committee family in 2011. During my years of work at CEFC, CEFC has organized on a regular basis numerous civic education lectures on different topics for the purpose of fostering a clearer understanding of our motherland among the general public. There were also some major energy forum events. Mr. Ho was very passionate about his work, and loved his family. At work, he led all of us to make continual progress and always encouraged us to work hard.

I was merely a staff member with Secondary Form 5 qualification [*translator's note: Hong Kong equivalent of the 11th grade*], but he never doubted my ability and strengths. Every year he gave me new roles and responsibilities to try.  I initially started out as a receptionist, assisting with answering the phone, handling mail, and ordering office supplies, and later assisted my colleagues with booking venues for functions, various administrative tasks, booking air tickets, hotel accommodations, local vehicle transportation, etc. I embraced every new challenge and never let him down. Every time I went over the itinerary and restaurant reservations with him, he would smile, thank me, and give words of affirmation. Every compliment from him motivated me to do even better next time. I am very grateful to him for recognizing me. Thank you, Mr Ho. You are an excellent boss in my heart and I feel proud of having worked with you. Thank you, my boss "Mr. Ho Chi-Ping"!

I hope Your Honor will be lenient in sentencing.

Respectfully,

Signed: [*signature*:]

# EXHIBIT 122



**Institute for the Analysis of Global Security**

1201 Seven Locks Rd. Suite 200
Rockville, MD 20854

January 8, 2019

To Judge Loretta Preska

My name is Gal Luft and I am the co-director of a small US think tank called the Institute for the Analysis of Global Security. I'm also the Co-chairman of the Global Forum on Energy Security and senior adviser to the United States Energy Security Council.

I met Dr. Patrick Ho at a conference 4.5 years ago and we became close friends and colleagues. I was quickly taken by his friendly demeanor, his intellect, his deep historical knowledge, his vision and profound cultural awareness. Our respective non-profit organizations, both dedicated to the pursuit of global energy security, became closely aligned and we cooperated in many conferences, studies and media appearances. I want to tell you about the Patrick I know in the hope to convince you that an important mission awaits him the day he's back in society, and with your merciful judgment this day may come sooner rather than later.

Patrick once told me that when he was a boy he read the Book of Samuel. He recalled God revealing himself before Samuel tasking him with the mission of prophecy. For years the young Patrick was waiting for God's call, asking himself "what is *my* mission on this earth?" After many years he found his calling. It was to bring light to the world in the literal sense of the word. Much of the world today suffers from extreme energy poverty, in other words no access to basic electricity. This leads to health problems, poor sanitation, illiteracy and other social ailments. One reason for energy poverty is lack of energy infrastructure. Patrick dedicated himself to the eradication of energy poverty through awareness raising and the promotion of the Belt and Road Initiative which aims to address the infrastructure deficit of the developing world. Patrick believed that the US and China can work together on this important mission and has turned the pursuit of global energy security into a life mission. Another mission we worked together on was the global effort to reduce the world's dependency on oil as the sole fuel for transportation. We held several conferences and seminars on the topic and co-authored a report offering solutions both China and the US can adopt and cooperate. In fact, only three weeks before his arrest we co-hosted a seminar in Singapore on alternative fuels and the policies needed for their adoption in Asia-Pacific.

In 2017 Patrick initiated MERCI – the Middle East Reconstruction Initiative – a multinational effort to rebuild the war-torn countries of the Middle East in the spirit of the Marshall Plan. Patrick hosted in Beijing a widely covered event with diplomats from all over the region and representatives of financial institutions and the donor community. He was the main advocate of the need to focus on rebuilding the destroyed communities of the Middle East and to address the trauma they had to endure over the many years of war. He and I had many conversations on the humanitarian crisis in places like Syria, Yemen and Libya and the need of the international community to come together and address the

devastation. In the summer before his arrest he also committed himself to the creation of a multinational effort to preserve the oceans and he even hosted an ocean forum in Hong Kong.

But perhaps more than anything Patrick was an important advocate of strong US-China relations. It is important to remember that in the years of his activities in Washington US-China relations were very different from today's. It was a time of optimism and pursuit of common goals. Sadly, since his arrest the relations have been going downhill and the two countries may be on the brink of a new Cold War. To foster US-China understanding Patrick hosted several events a year both in China and the US bringing together top US and Chinese experts to discuss ways to improve the relations. Those track II dialogues had positive and calming influence. They were instrumental in helping me and my colleagues understand the Chinese thinking about international affairs. Among the people who participated in his events were former cabinet secretaries, former director of the CIA, former national security advisors, ambassadors and CEOs of large multinational corporations. With today's turmoil in US-China relations the bridging and healing powers of people like Patrick are more needed than ever. Indeed, Patrick was the dash (-) in the US-China relations.

All of this to say that the events for which Patrick was found guilty represent only a fraction of the content of his overall deeds. Patrick is a man with tremendous capacity to make the world better, and each day he is absent from his policy advocacy and important initiatives is a loss for the world – especially the poor and desolate whose voices are never heard. I sat with Patrick in meetings with global leaders like Israeli President Shimon Peres, Dr. Alan Greenspan, and his Holiness Chrysostomos II the Archbishop of Cyprus. All of them were inspired by his vision and solutions for the world. I remember that President Peres was so impressed by Patrick in his meeting with him in Tel Aviv that he asked his staff to arrange for him a follow up meeting with Patrick during what turned out to be the late Israeli President's final trip to Hong Kong. This is Patrick – soft spoken, thoughtful, respectful, kind, compassionate, generous and jolly. Simply put from princes and ministers to fellow inmates – everyone likes Patrick.

For all these reasons and with full conviction in the value of this man to human society I am committed to continue my work with Patrick after his release, no matter how long I must wait. I am convinced that with your help and God's help his contribution to the world is only beginning.


Respectfully,


Dr. Gal Luft
Co-director, Institute for the Analysis of Global Security (IAGS)

# EXHIBIT 123

Loretta Preska 法官

2019年1月15日

有關: 何志平醫生

致 Preska 法官:

我提交這封信件為何志平醫生求情。

我認識他已經8年. 非常了解他的為人。

我在2010年進入基金會工作. 職位是司機. 在這幾年我是負責接送何醫生的. 他給我的感覺是一個沒有架子的 Boss. 非常友善. 在未入公司工作之前我只是在媒體上聽過及見過他本人。是一個著名眼科醫生及民政事務局局長。

原來他還是一個拉小提琴非常出色的人而且還同奧比斯 Orbis 有過很多工作. 所以對他非常敬佩. 在任民政局局長期間見他對社會作出很多貢獻及推動很多公益事務我做了司機二拾多年未見過及未聽聞過一個工作熱誠及勤力的 Boss. 每天工作可以

超過十二小時以上．他比我的感覺他是一個都將每件事做好的人，當然法官閣下會覺得我是他司機所以說到這麼完美．但我只是想說出我見到的事實．而最令我難忘的一件事在2017年10月在香港東方日報之港故其中一個關於一個老人家的故事．他閱讀後就吩咐我將港元10000幫這對老夫婦．幫他們買了一些合適日用品及現金給他們而何醫生亦說不用同這對老夫婦說是誰幫助他．這個叫余國健的老人家後來都寫了一封答謝信給我．在這一刻比我覺得何醫生是個施恩莫望報的人．當時還有一個社工負責跟進這件事的．她都說我Boss好好人。在此懇情法官及法院可以對何醫生量刑時能夠寬容處理。

譚展熊 敬上

1/15/2019
Case 1:17-cr-00779-LAP Document 223-5 Filed 03/12/19 Page 113 of 144
港故：千金難買老來伴　老翁傾家盪產醫病妻 | 即時新聞 | 港澳 | on.cc東網

# 港故：千金難買老來伴　老翁傾家盪產醫病妻

2017年10月15日(日) 12:00

更多新聞短片

港故：千金難買老來伴　老翁傾家盪產醫病妻



► 0:00 / 7:27



余國健與太太蕭燕珍結婚已超過半個世紀，兩人攜手走到白   1/5
頭。(設計圖片)

今年六月初，在筲箕灣耀東邨，八旬丈夫不忍七旬中風妻子，長期受病痛折磨，
自己照顧她亦心力交瘁，最後將她殺死後自首。這宗悲劇轟動全港，亦引起大眾

對「年長護老者」的關注。

夫妻同偕到老，其中一方受疾病煎熬，另一人縱然年紀也不輕，也要肩負照顧老伴的責任，這種「年長護老者」愈來愈多，85歲的余國健便是其中之一。

余國健86歲的太太蕭燕珍，在九年前患上認知障礙症，逐漸失去自理能力，更要靠輪椅代步。兩人唯一的兒子三年前移民澳洲後，雖然每年有回來探望他們，但照顧蕭婆婆的重任，基本落在余伯伯身上。

「老人院已經申請咗四年，但仲未可以去。我好矛盾，我又不捨得佢去，但我又頂唔住，好想佢早日能去到(老人院)。」

不捨得，是因為兩人跨越了半世紀的婚姻。

余伯伯是柬甫寨華僑，因當地排華跟隨父母回到廣州；而太太就是來自香港的富家女，她回到內地讀書，輾轉被派到廣州一所聾啞學校做老師，碰上了在校內做行政工作的余國健：「千里姻緣就係咁樣締造。」余伯伯笑著說。

「我好敬重佢，佢脾性好好。喺學校當值時，有學生發燒，佢能夠依時半夜起床，餵學生食藥。」余伯伯對太太除了愛，更多的是尊重。

文革前後，蕭燕珍回到香港，二人從此分隔兩地，一別就十年。但並無影響他們的感情，在通訊不發達的年代，書信成為他們唯一的聯繫。重聚後，他們更珍惜一起生活的日子，從此再沒有分離。

蕭婆婆一向多病痛，一生人經歷過四次大手術、兩次中風，到近年更患上認知障礙症。即使這樣，余伯伯仍然陪伴在旁，日夜貼身照顧：「為咗醫佢嘅病我都使咗唔少錢，原先有一層樓喺馬鞍山，一層樓喺旺角，我都賣咗嚟醫佢嘅病。」

旁人或許會笑他太瘋癲，但余伯伯卻認為是他人看不穿：「千萬富翁都唔及我依家仲有老婆喺度，我哋呢啲係白髮齊眉，好值得驕傲。」

現代社會婚姻觀念淡薄，能做到「白髮齊眉」夫妻的確不容易，加起來超過170歲的余伯伯和蕭婆婆就做到了。

但再強的信念也有動搖的時候，余伯伯在訪問中坦言，自己也有想過與妻子一同了結生命；幸好得到鄰舍輔導會社工的協助，幫太太申請到長者日間中心服務，

讓余伯伯可以有一點喘息的時間。

「希望政府喺居家安老方面加大啲力度,令居家安老既護老者,好像我哋依啲,能夠有適當嘅多啲補助、補貼,使我哋晚年能過得更開心。」這是余伯伯的心願。

「幾多對持續愛到幾多歲,當生命仍能為你豁出去」原來不止是一段憑空創作的歌詞,今集《港。故》會帶大家感受一下,余伯伯和太太攜手共度五十五載、彼此相愛相扶到老、不離不棄的故事。

感謝善心人——譚先生荃人
（2017年10月31日）

白髮高齡兩壽眉，
攜手共渡半世紀。
今見和諧逢甘露，
譚氏關懷森頌喜！

後記：

2017年10月31日，蕭燕珍及余國健兩高齡長者，雙方已逾130歲矣。兩高齡長者，不斷戰勝病魔，克服不少困難，共渡艱難歲月，壽眉白髮55載，經香港東方日報報道簡介，引得不少熱心贊訴人，更有和諧善心者譚某荃人，主動踴躍送贈輪椅之高背椅、血壓計、冷風機、奶粉……等物品，實屬難尋之有心人，体會社會和諧人間溫暖之一斑。



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Tam Jin Hung Tommy, addressed to Hon. Loretta Preska, dated 1/15/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[handwritten in italics]

*The Honorable Loretta Preska*

*January 15, 2019*

*RE: Dr. Ho Chi-Ping*

*Dear Judge Preska:*

*I hereby submit this letter to intercede on behalf of Dr. Ho Chi-Ping. I have known him for 8 years and I know his character very well. I started working at the foundation in 2010 as a driver, and I have been Dr. Ho's personal chauffeur for the past several years. To me, he has been a boss who never acts superior and is very friendly. Before I joined the company, I had only heard of him and seen him on media, and only knew that he was a renowned ophthalmologist and Secretary for Home Affairs.*

*As it turned out, he is also an excellent violinist and worked with Orbis International on multiple occasions. Thus, I truly admire and respect him. I could see that when he was Secretary for Home Affairs, he made a lot of contributions to society and promoted many social welfare initiatives. I have been working as a driver for more than 20 years and I have never seen or heard of such a dedicated and hardworking boss who can work more than 12 hours a day. I feel that he is someone who always puts in his best in everything he does. Of course, Your Honor may think that I have described him as such a perfect person because I am his driver, but honestly I just wish to state the facts as I have observed. The most unforgettable incident was that, in October 2017, after reading a story about an elderly couple in the "Kong Gu"* [translator's note: "Hong Kong Story"] *section of Hong Kong Oriental Daily News, he instructed me to pass on HKD 10,000 [about $1300] to the elderly couple in the story to help them buy useful daily necessities. Dr. Ho also said that it would not be necessary to tell the elderly couple who was helping them. Later on, the elderly man, Eu Kuok-Kin, wrote me a thank you letter. From that instance, I felt that Dr. Ho is a person who gives unconditionally. There was also a social worker who was in charge of following up on this incident, and she also said that my boss was a very good person. I hereby would like to kindly request that Your Honor and the Court be lenient in the sentencing of Dr. Ho.*

*Respectfully,*

*Tam Jin Hung*

## Hong Kong Stories: An Old Companion Is Priceless; Elderly Man Spent His Life Savings to Treat Ailing Wife

October 15, 2017 (Sunday) 12:00 pm

Hong Kong Stories: An Old Companion Is Priceless; Elderly Man Spent His Life Savings to Treat Ailing Wife



Eu Kuok-Kin and wife Shiu Yin-Chan have married for more than half a century; the two promised to accompany each other till death do them part.                                    1/5

In early June this year, at Yiu Tung Estate in Shau Kei Wan, a husband in his eighties killed his wife and turned himself in as he could not bear to see his wife, who was in her seventies, suffer a long-term illness from a stroke; he was also exhausted from taking care of her. This tragic incident shocked the public in Hong Kong and also stirred public concern about "elderly caretakers".

There have been more and more elderly couples with one of them suffering from an illness and the other, although being of an old age, having to shoulder the responsibility of taking care of the ailing partner. The 85-year-old Eu Kuok-Kin is one of them.

Eu Kuok-Kin's 86-year-old wife, Shiu Yin-Chan, has suffered cognitive impairment for nine years and gradually lost the ability to care for herself. She also has to use a wheelchair. After their only son migrated to Australia two years ago, even though he returns to visit them a few times every year, Mr. Eu basically shoulders the responsibility of taking care of Ms. Shiu.

"We have been applying for a senior home for four years, but we have not been able to go to one yet. I am so conflicted - on one hand, I do not want her to leave me, but on the other, I am so exhausted and just want her to go to a senior home as soon as possible."

The reason he does not wish to let her go is that they have been married for more than half a century.

Mr. Eu is a Cambodia-born Chinese. He returned to Guangzhou with his parents due to the anti-Chinese sentiment there. His wife came from a wealthy family in Hong Kong, and she studied in mainland China and was later sent to teach at a school for the deaf, where she met Eu Kuok-Kin who was doing administrative work at the school. "This is what we call destiny", said Mr. Eu while smiling.

"I really respected her for her good temperament. If there was a student that had a fever when she was on duty in the school, she would be able to wake up in the middle of the night to give medication to the student on time." Apart from loving his wife, Mr. Eu also respects her.

During the Cultural Revolution, Shiu Yin-Chan returned to Hong Kong, and the two of them had to be separated for 10 years. But that did not affect their relationship. In the past, when methods of communication were limited, writing each other letters was the only connection they shared. After they reunited with each other, they cherished being with each other and were never apart since.

Ms. Shiu has always been prone to illnesses. She has experienced four major surgeries and had two strokes in her life, and even had to suffer from cognitive impairment in recent years. However, Mr. Eu has always been with her and taken care of her even after everything that had happened. "I have spent a lot of money because of her illness. We initially had one house in Ma On Shan and another house in Mong Kok, but I had to sell both of them for her medical expenses."

Others may laugh at how crazy he is, but Mr. Eu thinks that it is because they do not understand the way he thinks. "Even being a multi-millionaire can't compare with the fact that I still have my wife with me. I am so proud that we have been together till old age."

The modern society does not value marriage as much as the older generations did. It is not easy for couples to stay together till death separates them, but Mr. Eu and Ms. Shiu, whose ages add up to over 170, have been able to do so.

However, even the strongest faith wavers. Mr. Eu spoke honestly during the interview that he also thought of ending both his life and his wife's life. Fortunately, they received assistance from a social worker in their community, who helped his wife apply for the services provided at an elderly day care center, allowing Mr. Eu to have some time for himself.

"I hope that the government can do more for the retired elderly and offer more subsidies and assistance to elderly caretakers like me, so that we can live a happier life." This is what Mr. Eu hopes for.

"How many couples can continue to love each other until old age and can still sacrifice their lives for each other?" As it turns out, these words are not just empty, manufactured lyrics. In this episode of Hong Kong Story, we share the story of Mr. Eu and Ms. Shiu, who have been with each other for 55 years, have loved and supported each other until old age, and have never given up on each other.

A Thank You Letter to Kind-Hearted Persons – Mr. Tam and others.

(October 31, 2017)

An elderly couple, companions throughout,

With each other, half a century experiencing life;

Witnessing harmony, receiving needed help,

Mr. Tam's kind offering, bringing wonderful joy!


Afterword:

On October 31, 2017, the ages of the elderly couple Shiu Yin-Chan and Eu Kuok-Kin will add up to over 170. The elderly couple has been constantly battling disease, overcoming numerous difficulties, yet they have stood by each other through thick and thin, and accompanied each other for 55 years. Their story was reported by Oriental Daily News in Hong Kong and received good responses from several compassionate members of the society. There were also kind-hearted people like Mr. Tam who gifted the couple with high back chairs for disabled persons, blood-pressure motors, an air cooler, milk powder, etc. Such kind people are rare in society, and they have made us realize what social harmony means and that there can still be kindness to be found everywhere.

# EXHIBIT 124



S.P.S Paphos-Tech Ltd
17, Neofytou Nicolaides & Kilkis Ave
S.P. Center -8011 Pafos, Cyprus

27th January 2019
Frederick Tschernutter

To
Hon. Loretta A. Preska
United States District Judge

Hon. Loretta A. Preska

My name is Frederick Tschernutter. I am the co-founder of a small Cyprus business incubator, Paphos-Tech Ltd, and an honorary advisor for digital economy matters to the Archbishopric of Chrysostomos II, Archbishop of Cyprus.

I met Patrick Ho around 3 years ago when he visited Cyprus. Having learned about the Belt and Road initiative and in the hope he could help the embattled economy of the island and its people I had the possibility to welcome him on the island. Cyprus experienced a dramatic bank failure and entered a deep economic depression, leaving ten thousands without work and many at risk of losing their homes and belongings.

To facilitate and start a dialogue my company organized a first cultural exchange meeting between the Archbishop, the highest instance of the Christian Orthodox faith in the region and Patrick Ho who lectured about global economic development. When organizing for a meeting with the Archbishop, I had many moments where I could discuss with Patrick and it is then when I learned to appreciate him on the personal level. I spent time with him showing him the island, explaining the dramatic situation of the economy, where far over 50% of all bank loans have become non performing and I showed him small farms and companies that were in the process of failing. The impact this gentle giant left on all the people who met him was profound and inspired all with great hope for the future of the island.

Specifically moving was his empathy with the local population and his efforts to understand and learn more about western culture, our ways of interaction and specifically trying to understand the benefits of the Christian faith. He tried to understand the concepts of forgiveness and compassion and drew lines to connect it to Chinese values. It was an inspiring moment for all of us. I also learned to appreciate him because he did not match the stereotype of the typical Chinese visitor and tourist. He stood tall, he was educated and brilliant and at the same time simple, gentle and humble, without superiority or arrogance.

What I saw was a great personality, a person engaged with all his heart and sincerity to build a dialogue and bridge between different nations, trying hard to create a deeper understanding between two very distant cultures. Having lived myself in different continents, I learned to be very cautious when interacting with others, as often the same word or the same action may have very different interpretations and meanings in the different cultures. Patrick instead had the ability to connect these differences in such a brilliant way that I remained impressed.

In the dialogue with the Archbishop, the Christian principles and the mutual understanding between people were at the center of the discussions and Patrick was the first and only Chinese I ever met who was up to the challenge to discuss and build a dialogue with a man of God and he was also able to rapidly assimilate and share the importance of our western values. This was providing high hopes that our message could reach far into China.

It was certainly a historically important moment, as understanding each other is helping to create the basis for the countries official institutions to resolve much greater economic and political problems, which at the end must be solved by people who need to face hard facts and represent national interests. We felt that Patrick Ho was an important messenger and that he could explain our Christian and western values in his home country.

JS P S Paphos Mech Ltd
17, Neofytou Nicolaides & Kilkis Ave
S.P. Center -8011 Pafos, Cyprus



Dear Judge Preska, I write this letter to you as a simple man of Christian faith, bound to forgiveness and compassion. I pray for a man who has tried to help a small insignificant island to remerge from a devastating crisis. I write to you asking for mercy for a man that I met and whom I have learned to estimate and whom I consider an important figure of our modern and difficult times. I write for a man who has lost his freedom.

I write to you as I would for every man whom I estimate and specifically who has tried to build peace by building bridges and not walls.

My faith is based on compassion and forgiveness, as tough by Jesus Christ, I feel deep compassion for Patrick Ho, even if he has committed an error. But on the other hand I witnessed that this man has also given so much to society and the people.

Furthermore, considering that Patrick Ho's entire life has been dedicated to the community, first as eye surgeon, later serving in high level positions and latest promoting the idea of cooperation between nations, and specifically taking into account his advanced age and hard detention, far from his family and homeland, I respectfully ask you to consider giving Patrick Ho a second chance to restart a law abiding life near his family, and to judge with the maximum leniency permitted by the law.


Respectfully

Frederick Tschernutter

# EXHIBIT 125

## LAW OFFICES OF
## WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *
VALERIE Y. C. WONG *

ANTONY LEMBERSKY *
NATALYA RUTCHYK*
EFRAIM LIPSCHUTZ ‡
ROBERT JUN‡
SANGHOON SHON‡

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

* MEMBER NY & NJ BARS
‡ MEMBER NY BAR

February 26, 2019

The Honorable Loretta Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Dr. Patrick Ho

Dear Judge Preska:

I submit this letter in support of my dear friend Dr. Patrick Ho in the hopes that giving Your Honor insight into Dr. Ho as a person, Your Honor will show leniency in his sentencing. I write this letter not simply as a friend, but as an attorney in good standing with this Court and over thirty years of working as an attorney.

I have known Dr. Ho for more than six years. We met as a result of my position as a board member of the Honk Kong Association of New York as well as the honorary legal advisor for China Energy Fund Committee in New York ("CEFC"). I attended many CEFC meetings in China, Hong Kong, and in the United States-primarily in Washington D.C. and New York. These events were attended by many high-ranking politicians, businessmen, and diplomats. Through these many events, I got to know Dr. Ho, first as a businessman and doctor, and later as a good friend.

Dr. Ho was in a unique position to do goodwill in the world. He is an American educated doctor who became independently wealthy, but committed himself to non-profit work in the latter part of his life. He is trilingual-speaking Mandarin, Cantonese, and English fluently- and understands Western and Chinese mindset. One of Dr. Ho's primary goals was to improve the relations between the U.S. and China. In his position, Dr. Ho was helping his employer achieve those ends. In my opinion-not only as Dr. Ho's friend, but as an attorney with over thirty years of experience as well as a member of numerous U.S./Chinese committees- Dr. Ho's work achieved those goals. The relations between the two nations is stronger. There is more cross-cultural dissemination, with the U.S. sending delegations to China and vice versa. China now routinely sends judges and other high-ranking officials to the U.S. to understand and learn from our legal system and culture. Dr. Ho's work directly contributed to these movements taking place.

Dr. Ho is a man of great capabilities, honor, and knowledge. I believe that he is a victim of circumstances and of the actions of others. Dr. Ho's work helped society, and he is needed outside of prison-to continue his goodwill mission. I ask Your Honor to show leniency in sentencing Dr. Ho because he is an honorable, charitable, and moral person.

Sincerely,

Raymond H. Wong, Esq.

# EXHIBIT 126

The Honorable Loretta Preska

**January 27, 2019**

    **Re:**    **Dr. Patrick Ho**

Dear Judge Preska:

I have known Dr. HO Chi Ping, Patrick for more than 6 years. I joined the organization after graduated from college in 2011 and met Dr. Ho as a leader and a mentor of mine. I left the organization in mid-2017 due to family reasons. Dr. Ho has proven to be a leader with passion, integrity and compassion. I remember once he mentioned that "he's proud to serve the society for many years". Dr. Ho is a very knowledgeable person in medical, international relationship and global energy fields, meanwhile, he has passion in helping others and educating young people.

I was very impressed that he, in the very beginning of his career, worked as ophthalmologist and used his knowledge and skills to help patients; then, worked for Hong Kong SAR government as a communication bridge between the government and the people of Hong Kong and promoted youth and cultural development; afterwards, worked as a leader of a non-profit organization to continuously providing education to the younger generation through organizing cultural activities for students to exchange views with university professors, hosted forums and seminars which served as a platform for professionals and experts to share their views on international diplomacy and global energy issues. For all activities and forums that he organized and participated, he spent lots of time sharing his knowledge and answering attendees' questions.

Once during an event, he said that "Patrick Ho, had a dream too…it is also a world dream, the dream of peace on Earth and the world as one." He also mentioned such dream to colleagues several times during meetings and private conversations. He's consistent and persevere in it. He used actions to prove his words and achieve his dream to serve the society. And I heard that he continuously helping other people in MCC New York. This is a real Dr. Ho who is willing to help people and share his knowledge to others.  As his former colleague, I learned a lot from him. He's willing to listen to our needs and concerns, help us go through difficulties and encourage us to be stronger and better persons.

Apart from work obligation, Dr. Ho is also a great husband, father and son. After Dr. Ho's father passed away few years ago, he spent more time taking care of his aging mother. Although he needed to travel around the world for work, he made best effort to take care his family. It is my sincere hope that Dr. Ho could still have a chance to perform filial duties to his 90-year-old mother. I respectfully ask for your compassion when you are determining his sentence. Thank you for your consideration.

Respectfully,

Vivian Wong

# EXHIBIT 127

尊敬的 Preska 法官：

　　謹向您提交對 Patrick Ho 醫生的支持信。

　　我提交這封信件為何志平醫生求情。我認識何醫生十多年了，感到他是一位有善心，關愛他人的良師益友。特別是對孩子和青年人的那種無法掩飾的關愛令人動容。

　　最早認識何醫生是在他當香港民政事務局局長的時候。那時我是記者，注意到他十分關愛青少年，我多次採訪青少年的活動他都在場支持，跟孩子們交流也十分耐心。後來熟悉了，他告訴我，他喜歡孩子的一個原因是，總認為自己是還是一個「孩子」，需要不斷成長進步，讓自己有盡可能多的時間能夠為社會大眾做事情。後來進一步接觸感覺到，他對孩子的關愛，來自於他的內心深處的善良，也來自於他的醫學專業素養。

　　當他得知我到香港一家雜誌社工作後，他希望我轉到他所在的公司工作，協助他寫一些中文稿件在媒體上發表，將他多年關於社會、青年的一些想法與大眾交流分享。同時幫助他整理多年來散見在各家媒體的稿件和講話，並結集出版。為此，我開始從他多年的文章，歷史照片看見他的人生經歷，認識他的內心世界。

　　何先生是一個性情中人。2005 年 6 月 18 日父親節前夕，他在題為《寄女兒》一文中寫道：我並不是一個很成功的父親。最失敗的就是沒有很多時間陪伴我 5 歲的女兒。有時候半夜回家，帶著內疚靜靜地倚在床邊，看熟睡的女兒，是那麼美麗，一日的疲累減去大半，更會決定明天一定要抽時間陪她玩，但這是一個很難實現的承諾。

　　何先生人在旅途，時常拖著他女兒的 HelloKitty（凱蒂貓）旅行箱。我們猜測，這個平素不太顯露情感的父親是以這樣的方式表達對女兒的關愛。

　　他愛的不止是自己的女兒，翻看他的一些歷史照片，不少是跟孩子們和青年的照片。一位同事介紹，他一次在某國際機場看見一群孩子，馬上蹲在他們中間與孩子們合影，笑容很童真。

　　何先生常說醫者仁心，醫者醫心。他對孩子尤其耐心。他曾經給一名 11 歲的「小患者」看眼睛，發現孩子眼睛完全正常，沒有任何問題。雖然孩子母親聞聽結果歡天喜地，但那個孩子卻愁眉不展。這位亞洲知名的眼科醫生為打開孩子心結，與孩子進行了一次「老友」般的談話。扭捏的孩子最終告訴他，他同班的一個小女孩最近因為眼睛近視戴上了眼鏡，他也想像心儀的女同學那樣。何先生很感動，把這稱作是「平凡而溫馨的故事」。

　　他在為一個女孩做「鬥雞眼」手術時獲知，女孩的男友離她而去，令她痛不欲生，甚至懷疑人生。之後成功的手術不僅令她美麗，何醫生的勸說還幫助她打開「人生的枷鎖」，使她對未來有了自信。

　　其實，如我這樣的成年人也時常感受到何先生的關愛。一次，我預定要去一家醫院做██，他從同事處獲知後專門瞭解情況並告訴我，那家醫院很好，醫生醫術精湛，放心！話雖不多，但作為名醫，他的話分量很重，令我頓時如釋重負。

　　何先生是個善良者，仁愛者。他的才華都用在了服務他人服務社會上。懇請法院在量刑時能夠展現寬容和憐憫。

敬上　2019 年 1 月 15 日


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Xiang Jianguo, addressed to Hon. Loretta Preska, dated 1/15/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

Dear Judge Preska:

I hereby would like to submit a letter in support of Dr. Patrick Ho.

I am submitting this letter to intercede for Dr. Ho Chi-Ping. I have known Dr. Ho for more than ten years, and I think he is a nurturing mentor and a faithful friend who is kind and caring toward others.

I first met Dr. Ho when he was still Secretary for Home Affairs. I was a reporter at that time, and I noticed that he was very caring toward young people from the support he gave to the several youth events about which I conducted interviews; he was always very patient when communicating with the youth. When we later became more acquainted with each other, he told me that one of the reasons he likes children is that he always thinks he is still a "child" who needs to keep growing and making progress so that he can devote more time to serving the public. Through subsequent interactions with him, I felt that his love for children genuinely came from the goodness of his heart, and arose from his training as a medical professional.

When he learned that I was working for a magazine in Hong Kong, he hoped that I could be transferred to work at his company to help him write some Chinese articles to be published in the media, allowing him to share his ideas about society and the youth based on his years of public service. At the same time, I was tasked to help sort out his articles and speeches featured in various publications throughout the years and to publish them into a compilation. As a result, I began to learn more about his life experiences and to know his inner world through his many years of articles and past photos.

Mr. Ho is also a sentimental person. On the eve of Father's Day, June 18, 2005, in an article entitled "To My Daughter," he wrote: "I am not a very successful father. My greatest failure is not being able to spend a lot of time with my 5-year-old daughter. Sometimes when I got home in the middle of the night, I would quietly watch my daughter sleep by her bedside, feeling guilty. Seeing how beautiful she was, the tiredness I felt throughout the day would melt away, causing me to decide that I would have to spend more time with her the next day; this, however, was a promise that was difficult to keep."

When Mr. Ho traveled, he often carried his daughter's Hello Kitty suitcase. We guess that it is how he expressed his love for his daughter, as a father who seldom revealed his emotions.

It is not only his daughter for whom he feels love; when I was browsing through some of his past photos, quite a number of them were taken with children and teenagers. I was told by a colleague that he once saw a group of children at an international airport and immediately knelt down and took a photo with them, giving a childlike smile.

Mr. Ho often says that a doctor should be benevolent and attentive toward others. He is especially patient with children. He once checked the eyes of an 11-year-old "little patient" and found that the child's eyes were completely normal without any problems. Even though his mother were extremely joyful when she heard about the results, the child looked unhappy. This ophthalmologist who is well known throughout Asia was able to get the child to open up, speaking to him as if he were the child's "old

friend." The shy boy eventually told him that a little girl in his class recently put on glasses due to myopia, and he wanted to show solidarity to the girl he liked. Mr. Ho was very touched and described it as a "simple yet heart-warming story".

Once when he was about to perform an operation on a girl with crossed eyes, he learned that the girl's boyfriend had left her, leaving her devastated to the point of questioning her own life. Not only did the success of the operation make her beautiful, but Dr. Ho's advice also helped release her from the "shackles of life," making her more confident in what the future held.

In fact, grown-ups like myself have also often felt Mr. Ho's caring nature. Once, I was going to the hospital for ▉▉▉▉▉. After learning about it from his colleagues, he made an effort to understand my situation and told me that the hospital I was going to was very good, and the doctors were skilled and that there was nothing I should worry about. Although his words were few, they were trustworthy coming from such a renowned doctor, and I immediately felt relieved.

Mr. Ho is a kind and benevolent person. His talents have been put to use to serve people and the community. I would like to kindly request that the Court show mercy and compassion in sentencing.

Respectfully,

[*signature*] January 15, 2019

# EXHIBIT 128

The Honorable Loretta Preska

**Jan. 14, 2019**

      **Re:            Dr. Patrick Ho**

Dear Judge Preska:

        I submit this letter to support Dr. Patrick Ho. I have known him, who was my colleague, for about four years. In the first three years, I almost did not have a chance to talk with him since he was always busy. However, I think he is very kind since he always waves his hand and says hello to me warmly when he sees me.

        After realizing that he only had few friends in NYC, I decided to visit him in MCC. What surprised me most was that he always seemed to be optimistic and talkative. I felt pleasant to hear more stories of him when visiting him, and all his stories impressed me.

        He told me that he missed his family and how he loved his wife, his daughter, his 90-year-old mother, as well as his brother. He hoped to celebrate his mother's last several birthdays physically with her as soon as possible.

        He told me that he started playing violin when he was a child and how he enjoyed listening to classical music. He even wanted to be a musician when he was young.

        He told me that he was a straight-A student and how his headmaster in HK shaped him. He also wrote articles to cherish the memory of the days guided by his headmaster.

        He told me that he studied extremely hard in Harvard and became an ophthalmologist finally. He trained doctors in China and helped to improve the standards of medical care in HK and China after going back to his hometown.

        He told me that he preferred to help more citizen in HK and leave to serve in the Hong Kong SAR government. Then, to help more people in the world, he contributed to international diplomacy and global energy issues.

        He told me that he even helped other people in MCC. He loves reading, so he found a job in the library of MCC. He is knowledgeable, so he gave inmates lectures on globalization and other issues and taught them mathematics. He enjoys helping others, so he joined a program which preventing suicides triggered by depression in MCC.

        Based on the stories he told me, I believe he is a kind man, a good husband, father and son. He also loves his country. Meanwhile, as a public character, he always treats his reputation more than other things.

        Please show mercy at sentencing.

                        Respectfully,

                        Haomin Zheng

# EXHIBIT 129

Brian Amanat
MCC NY

To the honorable judge,

I am writing this character reference letter in strong support for Dr. Patrick Ho. I am currently an inmate at MCC, where which is where I first met Dr. Ho. And it has been a blessing for me, for he has helped me in so many important ways here that I am grateful for. And in seeing his wise actions in supporting other inmates, Dr. Ho has become a source of inspiration for me.

In fact, I first heard of Dr. Ho from another inmate. I was impressed by that inmate, as I saw him patiently listening to a new inmate who did not speak a word of English, and translating and helping him. Afterwards I spoke to him, and asked about I said I was impressed by his kindness to a new inmate, from which he had nothing to gain. He replied to me that it was nothing, and he was just reflecting the support that was given to him by Dr. Ho when he himself had just arrived. He admitted that he was at first wild and depressed, but Dr. Ho had taken the time and given him the guidance he needed to settle down. That inmate is now one of the most active and productive persons here now. The amazing thing about the above interaction was that there was no common language between the inmates, so the patience shown was extraordinary, and that patience was inspired by Dr. Ho.

I saw Dr. Ho with that same grace and patience as he taught several classes in the Education

department at MCC. I saw him directly inspire one student who was struggling with math. Dr Ho tutored and was brilliant in pushing that student to get over his fear and hesitation, and he finally passed last week. That student thanked Dr Ho and praised him for his help and dedication. I was ~~then~~ inspired to teach ~~myself~~ by Dr Ho.

Ironically it was when I myself was struggling and failing to get my students to attend the classes I was teaching, that Dr Ho first helped me. I was depressed and ready to give up, when he noticed my stress and first invited me to his room to talk. And rather than a simple pep talk, he took the time to explain to me that true character is a combination of having the wisdom to work on the right things, having the love for others and yourself to not cause any harm, and most importantly, the courage to try even though you may fail. As long as you had the wisdom and love to do the right thing, sucess itself is not the goal — the having courage to try to do the right thing is.

It was an appropriate, amazing, and overwhelming insight, and I am grateful to Dr Ho for that helpful advice, as well as for so many others. Dr Ho always gave his advice and support to myself and others with a bright, glowing smile and presence. Despite whatever issues and stress I am sure he was having, he never complained or took it out on anyone.

Another amazing part of Dr Ho character was his humility and self-effacement. During our Christmas concert last month at MCC, Dr Ho with his training

and talent could have easily taken the lead
for the entire program, as he was asked to
do. But instead he insisted that others take
the lead, while he performed as accompiament
to the other lead performers. It was, as I
later realized, much harder work for him. I
watched as he patiently but persistantly guided
the other leads to improve their performance,
as he adjusted his own playing to match theirs
Then, at the final performance, Dr Ho stayed in
the background, his violin playing the secondary
but critical role ~~as first en~~ in three separate
pieces with a guitarist, a pianist, and a vocalist -
all from different ethnic backgrounds, yet Dr Ho
united them all. By the end, many of the
inmates listening were in tears - including myself.
Dr Ho's patience and humility allowed it to happen.
    And if I had any doubt about his humility or
patience, a small, but telling, and personally embarassing
incident dispelled it. Another day I was in Dr Ho's cell
getting advice on how to manage and cope with the
conditions in prison. He urged me to remain calm and
in balance, despite anything that could happen. And of
course, as it happened, at that moment I accidentally
dropped my only pair of glasses into the toilet. I was
horrified and disgusted, and paniked as I could
not live without my glasses, as Dr Ho realized. So
even before I could react, without any hesitation,

Dr Ho calmly scooped my glasses out of the toilet, washed them thoroughly and returned them to me. He did not for a moment break the conversation to even allow any embarassment of mine to show, and he did not allow himself to be distracted or disturbed by events we couldn't control. It was, in that small moment, one of the best lessons and examples of balance and humility he could have done for me. And he has never mentioned it again.

Of course there were many other examples and situations where he showed his kindness, always without ever asking or expecting anything in return - unlike nearly everyone else in prison. Once, when I insisted on doing something, he instead asked me to help another inmate who was struggling. Dr Ho's actions to everyone here were never selfish or self-motivated. Even this letter was another inmate's suggestion to help Dr Ho! Dr Ho had never asked!

On Christmas Day here, Dr Ho led a small discussion about Jesuits and sacrafice. It was moving and intellectually stimulating, and a healthy dose of good feelings in our otherwise gloomy situation. In that conversation Dr Ho mentioned how he was inspired by a Belgian doctor, Dr Albert Schweitzer, who helped many through his actions. Well, I, in turn, have been inspired by the example I have seen set by Dr Ho. Even with no chance for any personal gain, even in a situation as depressing as where we are, he has done nothing but to spread goodness and peace and calmness.

I hope your honor will show leniency towards Dr Ho. From everything I have seen of his good examples and great character, he truly deserves it.

Sincerely, Irfan Amanat

# EXHIBIT 130

12-19-2018

Your Honor Judge Preska.

Re: Ito chi Ping, D
I have known Dr. Ito for 5 months. We are follow inmates. Our cells are next door.

████████████████████████████████
████████████████████████████████
████████████████████████████████  I was miserable and doctors could do nothing.

I heard Dr. Ito a medical doctor and wise. I told him my problem. He listened patiently and suggested me to try simple things while ████████████. I tried, and could ████████████. I am happy now, sleep better, walk around better, and feeling good. I am a new man now

I want to thank Dr. Ito. He just shaked my hand.

Carbs Bermudez
████████████████

Dr. Ito Has been helping me to earn my (GED). He is a very good teacher and always has devoted his time and effect helping me.
I'm very grateful for his help.