# EXHIBIT 131

Dear Honorable Judge Preska,        3-6-19

   I am writing this letter in support for the sentencing of Dr. Ho Chi P▮▮▮▮, inmate # ▮▮▮▮▮▮

   I am beyond grateful for all of the help and support given to me by Dr. Ho. His patience and intelligence combined to help me pass my GED tests, which I had been struggling on. He took the time to give me focused and dedicated classes, without which I do not think I would have suceeded. He went above and beyond any other teacher I had before to help me. I cannot thank him enough for his help and patience.

   I also worked with him in the library, and had the chance to see his character firsthand. He was humble, peaceful, and kind. He was never arrogant or boastful, and, unlike other inmates, had a generosity and calmness, despite the uncomfortable surroundings. Despite the conditions, whether it was freezing or if we were locked in due to the shutdown, he never complained. He helped us all learn how to adapt and be at peace. He was an inspiration to me and us all.

                                  Stalin Contreras
                                  J▮▮▮▮ C▮▮▮▮

# EXHIBIT 132

From, Christian Perez # ███████

To, Your honor Judge, Preska

I'm writing this Letter on behalf of Mr. Ho. I've been around Mr. Ho for about 7 months and I Feel like I've none him all my life. He is a very kind and thoughfull Person. He is a very helpfull person, I've seen him help People get the G.E.D, and other Certificates from different Programs such as, money smarts and world geography all things to Prepare us for success.

I've even observed Mr. Ho help People out with medical issues. He is very helpfull I've never seen him charge anyone for his services. oh thats a lie affter he helps he tells you to give him a handshake and a smile. How nice is that, it goes to show that everything is not about money.

Mr. Ho does not discriminate, I've seen him help all kinds of People, spanish, Black, white, even gang members. He treats everyone the same. He is also somebody you could talk to about anything. He is a very good listener and he always gives you the best advise !!

Another Great example of Mr. Ho's work. There was a man his name was (Jhon weeks), Mr. weeks was facing up to 10 years in prison for whatever the goverment was trying to charge him with, and with the help of Mr. Ho, John was able to get his GED and complete programs were he was rewarded certificates for his acomplishments.

When it came time from sentencing John stood in the Courts with his head held High and spilled his guts about how he was a changed man and learned so much from prison and from Mr. Ho. John gave a amazing speach, thanks to Mr Ho. I new John before and affter his run in with mr. Ho and man I could tell the difference.

John was able to convince the goverment to give him another chance and they sentenced John to 5 years. John came back from court and was so happy and he could not stop thanking Mr. Ho and all Mr. Ho asked for was a hand shake and a smile.

I look up to Mr. Ho he teaches me so much, he is like the most helpfullest Person you could ever meet. He is also helping me get my GED, he is also Preparing me for what the world is going to bring me when I get out of Prison. Me and a bunch of others. Thank you Mr. Ho we all are very thankfull for your time that you spend teaching us.

x Chrustion Perez

P.S. Today's is my birthday and I am Celibrating it in the same cell with Mr. Ho

12.25.18

# EXHIBIT 133

12/11/18

Dear Honorable Judge Preska

I am writing this to shine a light upon the character and actions of Chi Ping Ho. I have lived with Dr. Ho for over a year. He has committed selflessly to causes that deserv great merit. He has delivered speeches and conducted many courses. Particularly GED, where he has helped struggling students to obtain their GED. He has provided his companionship to individuals that were suicidal. He has led a chorus of individuals that play various instruments while he amazingly played the violin. Despite all this I admire him more for his gentle and positive aura that he gives off. He is very humble and respected by fellow inmates and staff of this facility. I usually come to him for an opinion on my medical issues. I recommend to inmates to go see him for medical issues that I cannot help them with. He has changed hearts and mind for the better. He is inspirational to me and has at times provided reassurance on life to me when I needed it. I hope you recieve this letter well and into consideration. Thank you.

sincerely
Adam Raishani

# EXHIBIT 134

Ramos, Francisco (Inmate ID ███████)
150 Park Row
New York, NY 10007

January 1, 2019

Attn: To whom it may concern
RE: Certification Letter of Acknowledgment

Dear Sir or Madam:

I wanted to take the time to write this letter of acknowledgment to recognize Mr. Ho chi Ping Patrick, inmate ID ███████, for his upmost professionalism. Mr. Ho took time from his day to ensure he could tutor me to obtain my GED. I have recently passed the exam and I am ecstatic because I could not have done it without Mr. Ho. Mr. Ho explained to me the potential careers I could find with a GED.

It makes me believe that Mr. Ho has an amazing character and he continues to help us, the inmates.
I hope this letter can show proof that Mr. Ho has a character that is great for the community.

Respectfully

Ramos, Francisco

Inmate ID ███████

# EXHIBIT 135

2/4/2019

To: Loretta Preska
500 Pearl street
New york, ny 10004

How are you doing your Honor?
I hope all is well, and you are in the highest form
of elevation. I'm writing this letter on behalf of Dr. Ho.

As you know, I met Dr, Ho at M.C.C, but how we
met was amazing to me. I Just moved over to his
unit from another unit. As I observed him for a
couple of days, I didn't see nothing special about him,
Just very quiet, and to himself. I actually thought
Dr, Ho didn't speake English. Until one day there was
a graduation class being held for business management
I attended the ceremony, and to my surprise, Dr. Ho
was facilitating the class. When he started speaking,
Wow! he instantly blow my mind away! I never heard
somore speak with so much energy, intelligence, and
acuity all in one mixture. At that very moment I
knew my life was going to get better.

I instantly approached Dr. Ho after the group, and asked
him will he help me with my G.E.D. I had no
problem expressing to him my weaknesses, because
the warmth he gave off. Dr. Ho agree, and I become
his first student. By the time I was done, I was
solving math problems that required the whole Black
Board! Then on lookers begon to open up.

I shared my personal life with Dr. Ho. I even let
him read my poetry, which is very important to me.

Dr. Ho stated to me, "Mr. Weeks, you are very different from a lot in this enviroment. That I'm very bright, and have a wonderful heart." I litterally cried when he expressed that to me, because here's a man who IQ is off the radar, telling me im bright, when most of my life I struggled. I wished I had a father like him, or someone I met sooner before my life went down-hill! Besides our circumstances, I'm gratefull I've met Dr. Ho. He have's a great heart, and can be a great asset to a lot of communities.

Your Honor, I'm asking you to show leniency on Dr. Ho. Again he's a man with a beautiful heart, and great intentions. Thank you for your precious time.

Truly Yours,
Jonathan Weeks
2-4-2019
( █████████ )

# EXHIBIT 136

Good Day, Your Honor

I am writing to you today not about myself, but about a caring and well-respected person whom I have gotten to know and grown to admire, and who has an enormously positive impact on me during one of the darkest periods of my life. His name is Dr. Patrick Ho.

Your Honor, I respectfully request that you bare with me for just a few moments as I attempt to put my heart and soul into this letter.

It is said that "To understand just one life, you have to swallow the whole world." Your Honor, I still remember the first day I met Dr. Ho in the Education Department & Law Library of the Metropolitan Correctional Center — the place I and 800 other federal inmates call "home" for the time being. My first impression of Dr. Ho was of a humble, easy-going, optimistic gentleman with a caring nature and gentle soul, and this is an impression which has been reinforced throughout the time I have spent in his company.

The first time I met Dr. Ho, he was sitting on a chair in the Education Department's tutoring room teaching inmates Math in order to help them attain their GED. Being Chinese myself, I introduced myself to him and we chatted with each other for a while during the interval. He was quiet and reserved, and never hesitated to assist anybody with all kinds of errands in the Law Library. Before I returned to my unit he encouraged me to read more books and stay focused, telling me that "the absence of light is sometimes a necessary part of life." I

understand the meaning of that more fully now than I did then — that sometimes we go through dark periods in our lives, and we must endure and learn from these experiences in order to grow.

However, Your Honor, we did not really have the chance to get to know one another better until I attended one of the Geography classes which he designed and taught at 10 am every Tuesday morning. During these classes Dr. Ho was incredibly friendly and always had a smile for everyone despite his own trials and tribulations. He looked like a normal, modest man, one that you would meet giving lectures in a college or university. His energy and passion when imparting his knowledge to others made him look younger than his years. No sooner had I sat down on my chair than I noticed a very lively, wise expression in his eyes, but most impressive to me was the deep love and peace they transmitted to everybody when he spoke to them, both as a class and individually. He started the class by explaining that "geo" means "of the earth" and that geology, oceanography and climatology are the three major scientific studies of the earth. In the following weeks, with his wide knowledge of both history and geography, we travelled from continent to continent experiencing various parts of the world and its cultures, particularly North America, with the benefit of Dr Ho's learned, cosmopolitan perspective.

Moreover, Your Honor, even though as a septuagenarian he has been incarcerated in the harsh conditions of the MCC where poor sanitation is a recognised fact, he has still maintained

a positive attitude towards life. For example, he insisted on rehearsing for and taking part in the Christmas Music Festival held by the Education Department, delivering a pleasant and unforgetful reprieve to all of us who were unable to be with our loved ones at such a family-oriented time of year. The peace and elegance of his melodies on the violin still echo in my mind and give me a place to return to in my memory when I'm having a particularly tough time here.

Your Honor, I sincerely plead with you to take into consideration Dr. Patrick Ho's character and elderly age. As Judge Jack B. Weinstein once said, "Imprisonment is not the only punishment".

Your Honor, thank you for taking time to read this letter I have written in support of Dr. Ho. I wanted to speak from my heart, and I hope you will forgive the informality of my doing so. I realize you have a huge amount of things to take into consideration in this case, but any thought you can give to the high quality of character of the man so many of us have gotten to know and enjoy the company of here in the MCC would be sincerely appreciated

Thank you once again for your time, Your Honor.

Yours truly,
PAI YANG █████

2019 01. 22

# EXHIBIT 137

# Metropolitan Correctional Center
## New York, New York

# *Chi Ping Ho*

has satisfactorily completed 11 MONTHS as an
INMATE COMPANION
in good standing, and is hereby awarded this certificate as
notification of his contributions to the program
On December 20, 2018

J. Avena, PsyD
Clinical Psychologist
Inmate Companion Coordinator

# Metropolitan Correctional Center
## New York, New York

## *Chi Ping Ho*

has satisfactorily completed
### INMATE COMPANION TRAINING
and is hereby awarded this
### *Certificate of Achievement in Suicide Prevention*

On February 23, 2018

S. Skipper-Scott, Acting Warden

E. Miller, PsyD
Chief Psychologist

J. Avena, PsyD
Inmate Companion Coordinator

# EXHIBIT 138

### MCC NEW YORK TRAVELING BAND

# HOLIDAY SHOW
# 2018

May joy

fill your heart;

May peace

fill your soul;

May good fortune

find you

wherever you go;

May the

Hope of the Holidays

fill you with cheer,

and inspire all you

do in the coming

New Year.







## MCC New York Education Department

 # PROGRAM 

Welcome

Ms. Johnson, Education Department

Introduction to the MCC New York Traveling Band and Short Reading, "Winter"

Davis

| | |
|---|---|
| Spanish Ho | Charlton, Schifano, Toro, Ho |
| Deep Purplish | Charlton, Schifano, Toro |
| Virtual MCC | Charlton, Schifano, Toro |
| Stevie Wonder Mix | Toro |
| Christmas Time is Here | Davis, Schifano |
| Have Yourself a Merry Little Christmas | Davis, Schifano |
| The Christmas Song | Schifano, Credle, Ho |
| Meditation from Thaïs | Ho |
| Little Drummer Boy | Armando, Schifano, Ho |
| O Holy Night | Davis, Perry |
| Ave Maria | Jarquin, Ho |
| Silent Night | Davis, Mahon, Bland, Jarquin, Ho |

Prayer / Meditation

Schifano

| | |
|---|---|
| Mary, Did you Know? | Credle |
| Halleluiah | Amanat, Mahon, Santos, Credle, Ho |





# CHI PING HO

*Thank you for sharing your musical talent as a member of the MCC NY Traveling Band.*

## This certificate is awarded for completing a program in

# MUSIC APPRECIATION

and for participating in the 2018 Holiday Shows

### December 19, 2018

L. R. Johnson
**Education Specialist**
**MCC New York Education Department**



# EXHIBIT 139



# MCC NEW YORK

## EDUCATION DEPARTMENT

Presents this Certificate of Appreciation to:

# CHI PING HO

For your dedication and contributions
as an English GED Tutor
for the MCC New York Education Department

From February 2018 to May 2018.

Given this 15 day of May, 2018

L. R. Johnson
Education Specialist
Literacy Coordinator
Chief GED Test Administrator
MCC New York

*He who opens a school door, closes a prison. ~ Victor Hugo*



# MCC NEW YORK

## EDUCATION DEPARTMENT

Presents this Certificate of Appreciation to:

# CHI PING HO

For your dedication and contributions
to the MCC New York Education Department in 2018.

Given this 26 day of September, 2018

*Because of your hard work and tutelage,
many pre-trial students whom would not
have otherwise had an opportunity, now have
an opportunity to study and pass the GED
exam. In 2018, we had 24 GED Graduates!*

*Thank you for giving back and helping
others attain their educational goals!*

L. R. Johnson
Education Specialist
Literacy Coordinator
Chief GED Test Administrator
MCC New York

2018

*He who opens a school door, closes a prison. ~ Victor Hugo*

The Metropolitan Correctional Center New York Education Department

*hereby presents this*

# CERTIFICATE OF COMPLETION

to

## CHI PING HO

For participation in the

### TUTOR TRAINING WORKSHOP

At MCC New York

Consisting of 8 hours of intensive program participation.

Presented this

26 day of February 2018.



L. R. Johnson
Education Specialist
Literacy Coordinator / Test Administrator
MCC NY Education Department

# EXHIBIT 140



# 中西區區議會大學選區民選區議員

# 陳捷貴 BBS, 太平紳士議員辦事處

**Stephen Chan Chit Kwai, BBS, JP**

**Central & Western District Council-University Constituency**

12 Feb., 2019

Dear Judge Loretta Preska,,

I know Patrick many years ago since he has taken up the chairmanship of the Hong Kong Research Centre, a think tank of the future of Hong Kong in which I am s member. Although he was a very famous eye specialist, he had spent a lot of time in policy research & chaired different open forums on Hong Kong politics.

This shows that Patrick is a learned profession who has spent many time & effort in improving the smooth operation of Hong Kong SAR Government. He was once the Secretary of Hone Affairs & had paid a lot of effort in educating the youth to know more about Hong Kong & the Mother country. He especially concerned the development of the civil education.

I therefore write to support him in writing this letter to you with no reservation.   Hope you can give him a lenient judgment after knowing his past respectful achievements.

Thank you for your attention.

Regards

Stephen CHAN Chit Kwai, bbs/jp

---

通訊處：香港大學梁銶琚樓 LG3，305 室
Mail: RM305, LG3, K.K Leung Building, HKU

辦事處：香港般咸道 78 號寧養臺地下 B3 舖
Office：Shop B-3, G/F, Ning Yeung Terrace, 78 Bonham Road, H.K.

Tel:          Fax:          Email:

# EXHIBIT 141

Dear Loretta Preska 法官：

你好！

　　我是香港一個小市民，我認識何醫生好多年，他是一個有醫德的好醫生，他的眼科醫術精湛，為人和善。前幾年，他為了更好地服務香港市民，棄醫從政，在民政事務局工作時，為香港社會服務盡心盡力，香港市民有目共睹。

　　希望法官大人能對他從輕發落，給何志平先生一個改過自新的機會。

香港市民 ： 劉美辰

簽署：

日期：　　21-01-2019



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Lau Mei Sum, addressed to Hon. Loretta Preska, dated 1/21/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  l  T 212.689.5555  l  F 212.689.1059  l  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Dear Judge Loretta Preska:

     Hello!

     I am an ordinary citizen of Hong Kong. I have known Dr. Ho for many years. He is a good and ethical doctor, an ophthalmologist with excellent medical skills, and a friendly and kind-hearted person. A few years ago, he gave up his medical career to be a public servant in order to better serve the citizens of Hong Kong. When he was at the Home Affairs Bureau, he dedicated himself to serving Hong Kong's society, which the people of Hong Kong can testify to.

     I hope that Your Honor can be lenient with Mr. Ho Chi-Ping and give him a chance to start on a clean slate.

Citizen of Hong Kong: Lau Mei Sum

Signature: [signature]

Date: January 21, 2019

# EXHIBIT 142

2019年2月1日

致 Preska 法官：

　　我提交這封信件趟向志平醫生求情。我認識他已經五、六年，非常了解他的為人。

　　我認識何醫生始於他的女兒，寬厚的何醫生除了對自己女兒溫柔，還對其他小朋友有愛心，樂於教授其他小朋友知識，對於小朋友提問亦耐心回答，就算有些小朋友不禮貌亦會提出鼓勵指導予小孩，望能作正面教導令小孩將來對社會有貢獻。相信現今社會要為糊口和教育自己小孩方面取得平衡是較難的，而何醫生仍誰能做到平衡兩方面，確令本人欣賞及佩服的。

　　最後請求法院在量刑時能夠展現寬容/憐憫。

簽署：練慧芝

敬上


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document is, to the best of my knowledge and belief, a true and accurate translation from Chinese to English of a letter from Lim Wai Chi, addressed to Hon. Loretta Preska, dated 2/1/19.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public
ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Handwritten text below

February 1, 2019

To Honorable Judge Preska,

I am hereby submitting this intercessory letter for Dr. Ho Chi-Ping. I have known him for 5 or 6 years and know him very well.

I first got to know Dr. Ho through his daughter. Dr. Ho was generous not only to his daughter, but also to other young people. He was willing to teach the children and also patiently answered their questions. Even when some children seemed to be impolite, he would offer appropriate guidance, in the hope of providing positive guide for them to contribute to society in the future. I believe that it is more difficult for society today to strike a balance between working and educating one's own children. I admire and respect that Dr. Ho has been able to strike that balance.

Finally, I would like to ask Your Honor to show leniency/compassion in sentencing.

Respectfully,

[Signature]

# EXHIBIT 143

To: The Honourable Loretta Preska
U.S. Justice Department

30th January 2019

Dear Judge Preska,

Re:  Dr. Patrick Ho Chi Ping

Being a citizen in Hong Kong, I observe that Dr. Ho is a pleasant and kind hearted person.  He even gave up his profession as an eye specialist to join the Hong Kong Government.

When he was in the post of the Secretary for Home Affairs of the Hong Kong Government, he did a lot of things to improve our people's life in Hong Kong.  In particular, during the SARS attack in 2003, he led all the people to clean Hong Kong, making arrangements to transfer the affected residents to a holiday resort.  He volunteered to cut his salary due to the bad economy arising from this attack.

I am therefore asking and hoping if the court can show leniency at sentence.

Yours Respectfully,

Betty Ng

# EXHIBIT 144

致　　：Loretta Preska 法官

有關：何志平醫生的求情信

日期：2019 年 1 月 15 日

何志平醫生的求情信

我是一位土生土長的香港市民，現已退休。我熱愛香港，經常留意時事新聞，我是從新聞、報章報導、閱讀書刊中認識何志平醫生的。

仍記得何醫生在香港回歸後 5 年加入第二屆香港特區政府，出任民政事務局局長。何局長在任期間，關心文化政策與香港傳承，他重視香港的藝術發展，致力推廣多元文化，拓闊香港市民的文化視野。我經常於報章雜誌讀到他的文章，他熟知本地掌故、宗教節慶、風土人情及歷史建築。

我深信何醫生對人坦誠，以及他真真實實、誠誠懇懇的品格表現。

現特來函，懇請法官大人在量刑時，對品格善良的何志平醫生展現寬容。尤其他年介七十高齡，請法官大人展現憐憫， 酌量減刑。

香港市民邵智中



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Shiu Chi Chung, addressed to Hon. Loretta Preska, dated 1/15/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

To Hon. Loretta Preska

Re: Intercessory Letter for Dr. Ho Chi-Ping

Date: January 15, 2019

Intercessory Letter for Dr. Ho Chi-Ping

I am a Hong Kong citizen born and raised in Hong Kong, and currently a retiree. I love Hong Kong, and have always kept up with the news. I learned about Dr. Ho Chi-Ping from news, press reporting and other publications.

I still remember when Dr. Ho joined the second Hong Kong Special Administrative Region Government 5 years after Hong Kong's return to China, as Secretary for Home Affairs. During Secretary Ho's service, he prioritized cultural policies and the preservation of culture in Hong Kong. He focused on the development of arts in Hong Kong, dedicated himself to the promotion of cultural diversity, and broadened the cultural horizon of Hong Kong people. I frequently read his articles in newspapers and magazines. He was familiar with local folk stories, religious ceremonies and celebrations, local customs and culture as well as historical architectures.

I deeply believe that Dr. Ho is authentic toward everyone and has a sincere and honest character.

I hereby submit this letter to ask Your Honor to be lenient in sentencing this kind man, Dr. Ho Chi-Ping. In particular, he is already 70 years old. Your Honor, please show mercy and consider a lighter sentence.

[*signature*]

Siu Chi-chung, a Hong Kong citizen

# EXHIBIT 145

To:  The Honourable Loretta Preska
     U.S. Justice Department

27th January 2019

Dear Judge Preska,

Re:   Dr. Patrick Ho Chi Ping

I am a Hong Kong citizen.    I came to know Dr. Ho when he worked in the
Government of Hong Kong.    He was sincere and very warm.

I am also impressed by his change of career, from an Ophthalmologist to a
Government official.    Being a Secretary for Home Affairs of the Hong Kong
Government, Dr. Ho performed his duties so well to improve some people's life in
Hong Kong.    In addition, he did a great job in fighting against SARS attack in 2003.

I am therefore asking and hoping if the court can show leniency at sentence.

Yours Respectfully,

Jacqueline Tang

# EXHIBIT 146

# 求情信

關於：何志平醫生，Patrick

尊敬的 Preska 法官：

　　您好，謹此向您提交對 Patrick Ho 醫生的支持信，身為一位普通的民眾百姓，在最客觀的角度上認識到何志平醫生是位多麼為群眾百姓著想且負責的人。

　　首先，他是名備受人尊重的眼科醫生，亦是全港首位眼外科教授，為許多尋求治療的普通百姓病患以及高官領導人提供醫學上最適合的治療幫助，對他的付出及努力，中華醫學會全國眼科學術大會還為此授予其"特別貢獻獎"。

　　其次，他於香港創立"香港特區中央獅子會"成為創會會長，組織香港社團團結、友愛、互助。此外，何志平醫生歷任香港藝術發展局主席、香港管弦樂團監察委員會委員、連續四屆獲委任港區全國政協委員、市政局議員、回歸前更獲委任為香港特區籌備委員會委員（負責第一屆政府組編）、第一屆政府推委會委員，還榮獲當時的行政長官曾蔭權頒授金紫荊星章。在何志平任民政事務局局長期間，推動雙村長制、賭波合法化、舉辦北京奧運馬術比賽及引入多元文化政策，為擴闊香港的文化層面及加深文化視野做了不可忽視的努力。何志平醫生同時關心本地掌故及歷史建築，疏理香港的傳統文化，不時於報章雜誌發表文章，更在電臺主持"局長講古"和拍攝電視節目，把傳統建築與民間風俗的種種事情，透過大氣電波帶給市民，讓更多市民群眾可以深刻認識到傳統文化的美妙。而在卸任後還不勝餘力的大力推動傳統文化教育，定期舉辦講座及不同類型的活動，希望的是可以加深香港青年人對中國及傳統文化的瞭解。以及為探討抗日戰爭的歷史，邀請到曾參與抗日戰爭的郝柏村先生及臺灣退役領與兩岸學者，共同於香港及美國舉辦研討會，為的是讓更多後輩銘記歷史，勿忘歷史。

　　最後，為國家、為政府、為民眾，何志平醫生竭盡所能帶動當下氛圍，引領新一代年輕人多了解、多認識、多學到更多過去、現在、未來文化歷史理念。如此一位正直、深受市民愛戴的人，懇請法院寬大量刑，謝謝

2019.01.14



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Wang Jianning, addressed to Hon. Loretta Preska, dated 1/14/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**Letter of Intercession**

RE: Dr. Ho Chi-Ping, Patrick

Dear Judge Preska:

  I hope this letter finds you well. I would like to submit a letter in support of Dr. Patrick Ho. As an ordinary citizen, and from the most objective perspective possible, I would like to share that Dr. Ho Chi-Ping is a person who cares about and has a sense of responsibility for the ordinary people.

  First of all, he is a well-respected ophthalmologist and the first professor of eye surgery in Hong Kong. He has provided the most appropriate medical treatment for ordinary citizens as well as many senior government officials who sought his treatment. Recognizing his contributions and efforts, the Chinese Ophthalmological Society Congress of the Chinese Medical Association saw fit to award him a "Special Contribution Award."

  Secondly, he established the Lions Club of Center Point the Hong Kong Special Administrative Region ("HKSAR") in Hong Kong and became its founding chairman, promoting unity, friendship and mutual aid among charities in Hong Kong. In addition, Dr. Ho Chi-Ping has served as the chairman of the Hong Kong Arts Development Council; as member of the Board of Governors of the Hong Kong Philharmonic Orchestra; as member of the National Committee of the Chinese People's Political Consultative Conference for four consecutive terms; as member of the Urban Council; as member of the Preparatory Committee for the HKSAR prior to the handover of Hong Kong (responsible for establishing the first administration); as member of the Selection Committee for the First Government of the HKSAR; and he received the Gold Bauhinia Star [*translator's note: awarded to eminent persons who have given very distinguished service to the community or who have rendered public or voluntary service of a very high degree of merit*] presented by the then Chief Executive [of Hong Kong], Donald Tsang. During Ho Chi-Ping's tenure as Secretary for Home Affairs, he pushed for the dual representation system in villages and the legalization of gambling, hosted the equestrian competitions for the Beijing Olympics, introduced multicultural policies, and made significant efforts to broaden Hong Kong's cultural landscape and deepen its cultural horizons. Dr. Ho Chi-Ping is also concerned about local folklore and historical architecture, and preserving the cultural traditions of Hong Kong. From time to time, he has published articles in newspapers and magazines, hosted the "Storytime with Secretary" show on Radio Television Hong Kong (RTHK), and participated in TV show production, bringing traditional architecture and folk customs to the public via radio and TV, so that more people could learn about the beauty of traditional culture. After stepping down from the position, he has spared no effort in promoting the education of cultural traditions; he has regularly held talks and various types of activities in the hope of deepening the understanding of China and its cultural traditions among Hong Kong's youth. Furthermore, in order to explore and discuss

the history of the Second Sino-Japanese War, he invited Mr. Hau Pei-Tsun, a veteran from the war, as well as retired generals from Taiwan and scholars from China and Taiwan, to host seminars in both Hong Kong and the U.S., so that more young people can remember the lessons of history.

Finally, Dr. Ho Chi-Ping gave his all for the sake of the country, the government and the people, and worked to guide the new generation of young people to appreciate, understand and learn about the past, present and future ideas of culture and history. I would like to kindly request the Court for leniency towards such an upright person who is deeply loved by his people. Thank you.

[*signature*]

January 14, 2019

# EXHIBIT 147

The Honorable Loretta Preska

17th January 2019

### Re:   **Dr. Patrick Ho**

Dear   Judge Preska ,

I write this letter in support of Dr. Patrick Ho.

What impressed me most about Dr. Ho was his unconditional dedication to serving his community.  I know that Dr. Ho devoted a substantial part of his career training those who aspire to be a skilled ophthalmologist like himself at the Chinese University of Hong Kong, where he was Professor of Surgery (Ophthalmology).

On a personal level, his contribution was most felt by me when he decided to serve in the government of Hong Kong notwithstanding his successful private medical practice.  He was Secretary for Home Affairs from 2002 and 2007, which were trying times for the people of Hong Kong not least because of the outbreak of the SARS epidemic and the subsequent downturn of the economy.  Under his leadership, the Home Affairs Department played a vital role in helping our city recover and rebuild from the devastation.  I was admitted as a solicitor shortly after the SARS outbreak and saw with my own eyes how Hong Kong as a whole managed to persevere and move on. I believe Dr. Ho and the efforts of his department played no small part in this astounding recovery.

For the above reasons, while I am not personally acquainted with Dr. Ho, I felt compelled to write this letter when I heard about his case.  I implore the Court to take into account his considerable contributions in bettering his community and afford him leniency.

I am most grateful for your consideration.

Respectfully,

Lawrence Wong

# EXHIBIT 148

# 求情信

關於：何志平醫生，Patrick

尊敬的 Preska 法官：

您好，謹此向您提交對 Patrick Ho 醫生的支持信，身為一位晚輩，在我的角度上認識到何志平醫生是位受人尊敬的長輩。

首先，他是名備受人尊重的眼科醫生，亦是全港首位眼外科教授，對他的付出及努力，中華醫學會全國眼科學術大會還為此授予其"特別貢獻獎"，偶然在一次等候就醫期間，親眼目睹何志平醫生對待每位病人都平等相待，并無區別待遇，并盡心盡力為每位病人提供最合適的治療方案，深受在場就醫者愛戴及回訪。其次，何志平醫生曾歷任香港許多政務，并榮獲當時的行政長官曾蔭權頒授金紫荊星章，而在他任民政事務局局長期間，推動及引入多元文化政策，為擴闊香港的文化層面及加深文化視野做了不可忽視的努力。

最後，在一位晚輩眼裡，何志平先生是位正直、醫德品性良好的醫生，如此優秀、正直不阿的人，懇請法院寬大量刑，謝謝。



王文潔
2019.01.21


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of a letter from Wong Man Kit, addressed to Hon. Loretta Preska, dated 1/21/2019.

Aurora Landman

Sworn to before me this
March 6, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Intercessory Letter

RE: Dr. Ho Chi-Ping, Patrick

Dear Judge Preska:

Hello, I am hereby submitting a letter of support for Dr. Patrick Ho. From my perspective as a younger generation, Dr. Ho Chi-Ping is a well-respected elder.

First of all, he is a well-respected ophthalmologist and Hong Kong's first professor of eye surgery. For his contributions and efforts, the Chinese Ophthalmology Society Congress of the Chinese Medical Association awarded him a "Special Contribution Award." On one occasion while I was waiting to see a doctor, I witnessed Dr. Ho Chi-Ping treating every patient equally without partiality. He also did his best to provide every patient with the most suitable treatment plan, and many patients who were there deeply respected him and would return just to visit him. Secondly, Dr. Ho Chi-Ping has held several key positions in the Hong Kong government, and received the Gold Bauhinia Star [*translator's note: awarded to eminent persons who have given very distinguished service to the community or who have rendered public or voluntary service of a very high degree of merit*] presented by then Chief Executive [of Hong Kong], Donald Tsang. In addition, during his tenure as Secretary for Home Affairs, he introduced and promoted multicultural policies, and made significant efforts to broaden Hong Kong's cultural landscape and deepen its cultural horizons.

Finally, in my opinion as a younger generation, Mr. Ho Chi-Ping is a doctor with integrity, medical ethics and good character. I would like to request the Court to show mercy and leniency to such a remarkable and honest person. Thank you.

[*signature*]

Wong Man Kit

January 21, 2019

# EXHIBIT 149

To:   The Honorable Loretta Preska                Date: 24th January, 2019
        U.S. Justice Department


Dear Judge Preska,

**Re: Dr. Patrick Ho Chi Ping**

I know Dr. Ho only after he became the Secretary for Home Affairs of Hong Kong.    During few years in this post, he did a lot of things for Hong Kong people.    From these, I can see he is a man of words and credibility.

It is really sad to see such a good person in his old age being convicted guilty, and I beg you to shorten the time to serve his sentence.


Sincerely,

Yim Miu Hoy
2019/01/24