Date:  12/25/2018                                                                                                                    Facility: NYM
Time:    08:44 AM

# Federal Bureau of Prisons
## TRULINCS
### Message
Sensitive But Unclassified

## Message

FROM: 76101054 HO, CHI PING P
TO: "Sk Kwok" <███████████>
SUBJECT: RE: RE: 8/12
DATE: 12/08/2018 08:53 AM

And I am the first of the sacrificial lambs of such hostility.
Story is just beginning to unfold.  the storm is just starting
to whip up a roaring disaster.  we can only keep our heads down
and watch with an eerie eye. Brace yourself, for the darkest moment
before dawn.
-----Kwok, Sk on 12/8/2018 2:21 AM wrote:

>

Outside world is very hostile recently so i need to keep you updated

CHI PING P HO on 12/7/2018 12:07:24 PM wrote
Thanks for such postings.
Keeping me updated on what is happening outside of the barred windows
is sustaining my interest in life and in the world.
Thank you for doing that.
-----Kwok, Sk on 12/7/2018 11:36 AM wrote:

>

Chinese animal lovers rescue 375 cats from illegal slaughterhouse
Members of the Capital Animal Welfare Association stage daring raid after stumbling upon illegal abattoir
PUBLISHED : Friday, 07 December, 2018, 9:28pm

>>>>>>>>>>>>>>>>>>>>>>>>>

China separates arrest of Huawei executive Sabrina Meng Wanzhou from US trade talks
US national security adviser John Bolton says tech firms like Huawei will be a major topic in negotiations
PUBLISHED : Friday, 07 December, 2018, 3:07pm
China has separated the arrest of Huawei's chief financial officer Sabrina Meng Wanzhou from trade talks between Beijing and Washington, although the US side is hinting that the case would be a bargaining chip in broad dialogue between the two countries.

Gao Feng, a spokesman for the Ministry of Commerce, said on Thursday that he had no information at all about Meng's case. Gao also said China was confident about reaching a trade deal with the United States within the 90-day truce agreed by the two sides in Argentina last weekend.

Separately, Chinese foreign ministry spokesman Geng Shuang also refused to directly link the arrest of Meng   in Canada last Saturday at the request of the United States   with the trade negotiations.

China demanded that Canada and the US explain the arrest and release Meng immediately, Geng said. "As for the China-US trade talks, I have been saying in the last two days that   the two sides are accelerating negotiations to reach a win-win deal as soon as possible."

>>>>>>>>>>>>>>>>>>>>>>..

China, Hong Kong shares tumble amid growing worries about US-China relations after arrest of Huawei CFO Sabrina Meng Wanzhou
Chinese telecom equipment makers linked to the 5G network tumble on jitters about possible US containment measures
Also, Hong Kong developer Hopewell Holdings unveils HK$21.26 billion privatisation plan, sending prices of its shares soaring