| | | |
|---|---|---|
| Date:   12/25/2018 | Federal Bureau of Prisons | Facility: NYM |
| Time:   08:44 AM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

## Message

FROM: 76101054 HO, CHI PING P
TO: "Sk Kwok" ▓▓▓▓▓▓▓▓
SUBJECT: RE: RE: 11/12
DATE: 12/11/2018 06:39 AM

yes, he was in transit in belgium, I think.
?boss of Wanda or somehing similar.Businessmen now
may be afraid to leave the country.
-----Kwok, Sk on 12/11/2018 6:21 AM wrote:

>

Another big guy was locked up recently somewhere in Europe for similar reasons but i forgot his name. It is a dangerous to be a Chinese these days

CHI PING P HO on 12/10/2018 3:35:47 PM wrote
I suffered under exactly similar treatment for one whole year.
Now it is in the open that it is inhumane.
I am afraid that HK is now surrendering its advantages as a "free" place to
do business, but subject to the demands and rulings of other countries.
HK will never be another chinese city, but what will happen if this continues is that
it will soon become just another chinese city or city of another country.
The reporter just had if the other way around.
-----Kwok, Sk on 12/10/2018 12:22 PM wrote:

>

Washington asks Hong Kong to devote additional resources to enforce North Korea and Iran sanctions
US consulate says that delegations from State and Commerce departments met local officials last week
Request comes after Huawei executive Sabrina Meng was arrested in Canada at behest of the US but Hong Kong government source denies the two are related
PUBLISHED : Monday, 10 December, 2018, 10:37pm

Washington has asked the city to "devote additional resources" to enforce international sanctions on North Korea and Iran, it was disclosed on Monday, amid the high-profile arrest of a Huawei Technologies executive for allegedly trading with the Iran via a Hong Kong shell company.

A press release dispatched on Monday by the United States Consulate General in Hong Kong and Macau said that Washington also noted Hong Kong had taken steps to enact laws to make it harder to operate shell companies in the city, but wanted checks on re-exports of strategic commodities to be tightened.

The requests were put forward to Hong Kong last week when senior delegations from the US Department of State and US Department of Commerce were in the city to meet local officials to review the city's performances in sanctions enforcement and strategic trade controls.

The meeting coincided with the arrest of Sabrina Meng Wanzhou in Canada, for possible extradition to the US. Meng is the deputy chairwoman and chief financial officer of China's Huawei Technologies. She is accused of lying about Huawei's ties to a Hong Kong shell company that traded with Iran.

Meng allegedly tried to sell telecoms equipment made by US manufacturer Hewlett-Packard to Iran through the shell company.

Shell companies are legitimate corporations, but do not possess significant assets or maintain active business operations. To set up a company in Hong Kong, one needs a director and a company secretary based in Hong Kong. The system is designed to make Hong Kong an easy place to do business.