| | | |
|---|---|---|
| Date: 12/25/2018 | Federal Bureau of Prisons | Facility: NYM |
| Time: 08:44 AM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

**Message**

FROM: ▇▇▇▇▇▇▇▇▇▇▇▇
TO: 76101054 HO, CHI PING P
SUBJECT: RE: calling you
DATE: 12/05/2018 01:51 AM

I saw the news about yesterday closing and send to our friends .
I think what Your lawer said quit convinced but jury maybe under some invisible pressure, cannot made the decision of their own, but every one will know you are not guilty, justice is in the people heart, deep down the heart everyone knew it's not a simple law litigation, something else controlling your case.
You did a good job,but you have been suffered a lot, we all know that.
Please let go your burdens now , there's nothing we can do, we still alive,we still can breath, no matter what come out today, take it peacefully.
Justice and righteousness in the human heart.
Don't be too sad,sad one day enough, I told myself every day that. We need to go on our life,as long as we can breath, we still have chance .
There's always have hope, don't give up, hope maybe not around us, but I am sure not far away from us .
Be patient and calm, that's the things we can do. Do whatever we can.


CHI PING P HO on 12/3/2018 8:35:39 PM wrote
Tried calling you tonight my time (your morning on Monday)
just ringing tone and no answer.
Will keep trying tonight.
Just wanted to talk and listen to your voice!
-----Hu, Sabrina on 12/3/2018 5:21 AM wrote:

>

If tonight you want to call me our time, it's ok, I will hold the mobile all the time, I will not go to the restaurant tonight.
Try my hk mobile. If you can.

CHI PING P HO on 12/2/2018 1:51:36 PM wrote
Lo pall:  I cannot control the dates,
the important day will be Wednesday coming week
Dec 5. Just have to do whatever we can.
I am sad to hear master was so sad and cried.
I shall try calling you again Monday morning your time (tonight my time), if I can get to
the phone.  It will be Monday morning
around 8-10am your time (and Sunday evening my time).  Keep your phone open and ready Monday morning please..
I am prepared for the worst, so must you also.
Please tell A that her father is a honest man and I hope she will not feel
ashamed of me. Please help her to stay firm again pressure, if any, from school and classmates and friends.
She should walk with her head held up high
The prospect looks very bad, and only a miracle can help.
It is not only staying in here (living environment) that is bad, it is the insult and destruction of my character
and humiliation that is hard to bear.
Hope to talk to you later.
-----Hu, Sabrina on 12/2/2018 12:21 PM wrote:

>

Because I didn't bring this mobile with me, so I could not get your phone call.
This morning I sent A to airport,she and Anna went back HK this morning.
Call me on Tuesday night,I have told master you will call on Tuesday evening our time, sisiter lui and master will come to the