```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- X
                                               :
UNITED STATES OF AMERICA                       :
                                               :
              v.                               :
                                               :   No. 17 Cr. 779 (LAP)
CHI PING PATRICK HO,                           :
    a/k/a "Patrick C.P. Ho,"                   :   [PROPOSED] ORDER
    a/k/a "He Zhiping,"                        :
                                               :
              Defendant.                       :
                                               :
                                               :
---------------------------------------------- X
```

LORETTA A. PRESKA, Senior United States District Judge:

  Pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, the Court recommends to the Attorney General that Defendant be allowed to remain at the Metropolitan Correctional Center in Manhattan for an additional six months so that he may assist in preparing his appeal. Following this period, the Court recommends that Defendant be designated to the minimum-security camp at FCI Danbury or another comparable facility close to New York City to serve the remainder of his sentence.

SO ORDERED.

Dated: New York, New York
    March __, 2019        _____
                   Loretta A. Preska
                   Senior United States District Judge