USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CHI PING PATRICK HO,
   a/k/a "Patrick C.P. Ho,"
   a/k/a "He Zhiping,"
               Defendant.

- - - - - - - - - - - - - - - - - - X

ORDER OF JUDICIAL REMOVAL

17 Cr. 779 (LAP)

Upon the application of the United States of America, by Daniel C. Richenthal, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of CHI PING PATRICK HO, a/k/a "Patrick C.P. Ho," a/k/a "He Zhiping," the defendant; and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of The People's Republic of China, and a citizen of The People's Republic of China.

3. The defendant was paroled into the United States on or about November 18, 2017 at John F. Kennedy International Airport in Queens, New York.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, for violations of 18 U.S.C. § 371, 15 U.S.C. §§ 78dd-2 and 78dd-3, for conspiracy to violate the Foreign Corrupt Practices Act; 15 U.S.C. § 78dd-2, for violations of the Foreign Corrupt Practices Act: Domestic Concern; 15 U.S.C. § 78dd-3, for violations of the Foreign Corrupt Practices Act: Within the United States; 18 U.S.C.

§ 1956(h) for conspiracy to commit money laundering; and 18 U.S.C. § 1956(a)(2)(A) for money laundering.

5. A maximum sentence of 65 years' imprisonment may be imposed for violations of these offenses.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: (1) Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime, (2) Section 212(a)(7)(A)(i)(I) of the INA, as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Hong Kong, or in the alternative, The People's Republic of China as the country for removal pursuant to Section 240(d) of the INA, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his

release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Hong Kong, or in the alternative, The People's Republic of China.

Dated:  New York, New York
        March 25, 2019

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE