# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:

United States of America v.

Chi Ping Patrick Ho

Docket No. 1:17-cr-00779-LAP
Judge Loretta A. Preska
(District Court Judge)

Notice is hereby given that Chi Ping Patrick Ho appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔ other ☐ _____ (specify)
entered in this action on March 27, 2019
(date)

This appeal concerns: Conviction only ✔  Sentence only ☐  Conviction & Sentence ☐  Other ☐

Defendant found guilty by plea ☐  | trial ✔ | N/A ☐

Offense occurred after November 1, 1987? Yes ✔  No ☐  N/A ☐

Date of sentence: March 25, 2019   N/A ☐

Bail/Jail Disposition: Committed ✔  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✔ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Benjamin E. Rosenberg |
| Counsel's Address: | 1095 Avenue of the Americas |
| | New York, NY 10036 |
| Counsel's Phone: | (212) 698-3500 |
| Assistant U.S. Attorney: | Daniel Charles Richenthal |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2109 |

Signature: Benjamin E. Rosenberg

AO 245B (Rev. 02/18)   Judgment in a Criminal Case   (form modified within District on February 22, 2019)
Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of New York

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | Case Number: 1:17CR00779-01 (LAP) |
| CHI PING PATRICK HO | ) | USM Number: 76101-054 |
| | ) | Edward Kim |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   One, Two, Three, Four, Five, Six, and Eight
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18USC371 | Conspiracy to Violate the Foreign Corrupt Practices Act | 1/31/2017 | 1 |
| 15USC78dd-2(a)(1)(A), 78dd-2(a)(1)(B), | Violation of the Foreign Corrupt Practices Act | 1/31/2017 | 2-5 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   Seven

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/25/2019
Date of Imposition of Judgment

*/s/ Loretta A. Preska*
Signature of Judge

Loretta A. Preska, Senior U.S.D.J.
Name and Title of Judge

March 26, 2019
Date

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3-27-19]

DEFENDANT: CHI PING PATRICK HO
CASE NUMBER: 1:17CR00779-01 (LAP)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 78dd-2(a)(3)(A), 78dd-2(a)(3)(B), 78dd-2(g)(2)(A), and 18USC2 | | | |
| 18USC1956(h) | Conspiracy to Commit Money Laundering | 1/31/2017 | 6 |
| 18USC1956(a)(2)(A) & 2 | Money Laundering | 1/31/2017 | 8 |

AO 245B (Rev. 02/18) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 3 of 5

DEFENDANT: CHI PING PATRICK HO
CASE NUMBER: 1:17CR00779-01 (LAP)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

36 MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to a facility as close as possible to the Metropolitan New York area.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHI PING PATRICK HO
CASE NUMBER: 1:17CR00779-01 (LAP)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | JVTA Assessment* | Fine         | Restitution |
|--------|------------|------------------|--------------|-------------|
| TOTALS | $ 700.00   | $                | $ 400,000.00 | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---------------|--------------|---------------------|------------------------|
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
| TOTALS        | $ 0.00       | $ 0.00              |                        |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine   ☐ restitution.

    ☐ the interest requirement for the  ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  CHI PING PATRICK HO
CASE NUMBER:  1:17CR00779-01 (LAP)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑  Lump sum payment of $ 700.00 due immediately, balance due

   ☐  not later than _____ , or
   ☑  in accordance with  ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑  Special instructions regarding the payment of criminal monetary penalties:

   The payment of the fine shall be paid in full within 12 months of the imposition of sentencing.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.